## <u>DECLARATION OF SERVICE</u>

Annabelle Duval hereby declares and states as follows:

That on the 13th day of May, 2025, I caused to be mailed from 271 Cadman Plaza East, 7th Floor, Brooklyn, New York by FedEx Mail the following:

**Notice of Motion for Default Judgement, Including Civil Penalties and a Permanent Injunction Pursuant to Fed. R. Civ. P. 55**

**The United States' Memorandum of Law in Support of Its Motion for a Default Judgment for a Permanent Injunction Restraining Defendants From the Sale of Aftermarket Defeat Products and Civil Penalties**

**(Proposed) Default Judgment Pursuant to Fed. R. Civ. P. 55 and Permanent Injunction**

**Declaration of Richard Kan in Support of the United States' Motion for a Default Judgment, Permanent Injunction, and Civil Penalties; Exhibits A-M**

Of which the annexed is a true copy, contained in a securely enclosed postpaid wrapper directed to the person at the place and address(es) as follows:

**Jason Russo**
**The Law Office of Gaitman & Russo**
***Attorneys for Defendants***
**666 Old Country Road,**
**Suite 207**
**Garden City, NY 11530**

**and**

**Thomas Ciccarelli**
**Spectrum Wholesale, Inc**
**1395 Lakeland Ave**
**Suite 14**
**Bohemia, NY 11716**

The undersigned affirms under penalty of perjury that the foregoing is true and correct.

Dated:      Brooklyn, New York
            05.13.2025

                                                    s/Annabelle Duval
                                                    Annabelle Duval
                                                    Paralegal Specialist

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA,

        Plaintiff,

  -  against –                                  Civil Action No.
                                                   CV-2:25-0127

SPECTRUM WHOLESALE, INC. and
THOMAS J. CICCARELLI,                      (Azrack, J.)
                                                 (Wick, M.J.)

                Defendants.
-----------------------------------------------------X

**NOTICE OF MOTION FOR DEFAULT JUDGMENT, INCLUDING CIVIL PENALTIES
AND A PERMANENT INJUNCTION PURSUANT TO FED. R. CIV. P. 55**

      PLEASE TAKE NOTICE that upon the Declaration of Richard Kan, dated May 8 2025,

and the pleadings, papers and proceedings herein, plaintiff, the UNITED STATES OF AMERICA,

by its attorney, JOHN J. DURHAM, United States Attorney for the Eastern District of New York,

and Matthew Silverman, Assistant U.S. Attorney, will move this Court, before the Honorable Joan

M. Azrack, at 10:00 A.M. on May 21, 2025, or at a date and at a time thereafter to be designated

by the Court, for an order pursuant to Fed. R. Civ. 55 directing default in favor of the United States

of America and against the defendants SPECTRUM WHOLESALE INC. and THOMAS J.

CICCARELLI ("Defendants"), upon the ground that Defendants have not filed an answer or other

response to the Complaint in this action.

      The above-entitled action seeks civil penalties and permanent injunctive relief pursuant to,

42 U.S.C. §§ 7413(a)(3)(C), 7523(a), and 7524(b), including an order enjoining Defendants from

selling, offering for sale, or causing the sale or offering for sale, of any part or component intended

for use with, or as a part of, any motor vehicle or motor vehicle engine, where a principal effect of

1

the part or component is to bypass, defeat, or render inoperative any device or element of design installed on or in a motor vehicle or motor vehicle engine ("Aftermarket Defeat Products").

The United States will ask this Court to assess civil penalties against the Defendants and to enter a permanent injunction enjoining Defendants, and any individuals or entities acting in concert with them, from selling, offering for sale, or causing the sale or offering for sale of Aftermarket Defeat Products. Further the proposed permanent injunction will require Defendants, and those acting in concert with them, to remove any advertisements or webpages offering for sale Aftermarket Defeat Products.

Dated: Brooklyn, New York
         May 9, 2025

<div style="margin-left:40%">

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:    /s/ *Matthew Silverman*
       MATTHEW SILVERMAN
       Assistant United States Attorney
       (718) 254-6409
       matthew.silverman@usdoj.gov

</div>

To:    Jason Russo, Esq.
       The Law Office of Gaitman & Russo
       666 Old Country Road, Suite 207
       Garden City, NY 11530

       Thomas J. Ciccarelli
       Spectrum Wholesale, Inc.
       1395 Lakeland Avenue, Suite 14
       Bohemia, New York 11716

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED STATES OF AMERICA,

        Plaintiff,

                              Civil Action No.
                              2:25-CV-127
      -against-                 (Azrack, J.)
                              (Wicks, M.J.)

SPECTRUM WHOLESALE INC. and
THOMAS J. CICCARELLI,

               Defendants.
---------------------------------------------------X


# THE UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A DEFAULT JUDGMENT FOR A PERMANENT INJUNCTION RESTRAINING DEFENDANTS FROM THE SALE OF AFTERMARKET DEFEAT PRODUCTS AND CIVIL PENALTIES

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
Attorney for Plaintiff,
United States of America
271-A Cadman Plaza East
Brooklyn, NY 11201

MATTHEW SILVERMAN
Assistant U.S. Attorney
(Of Counsel)

# TABLE OF CONTENTS

PRELIMINARY STATEMENT ................................................................................................ 1

STATEMENT OF FACTS .................................................................................................... 1

    A.   Description of Defendants and their Business Activities ............................................. 1

    B.   Statutory and Regulatory Background ......................................................................... 2

    C.   Defendants' Violation of the Act ................................................................................. 4

        a.   The EPA's Initial Encounter with Defendants ........................................................ 5

        b.   Defendants' Inadequate Response to the IRL .......................................................... 6

        c.   Defendants' Ongoing Violation of Title II of the Act ............................................. 7

    D.   Procedural History ...................................................................................................... 8

ARGUMENT ...................................................................................................................... 9

    I.   STANDARDS FOR INJUNCTIVE RELIEF AND CIVIL PENALTIES ........................ 9

        a.   Injunctive Relief ...................................................................................................... 9

        b.   Civil Penalties ......................................................................................................... 9

    II.   THE UNITED STATES HAS DEMONSTRATED SUCCESS ON THE MERITS AND IS ENTITLED TO A DEFAULT JUDGMENT IMPOSING INJUNCTIVE RELIEF AND CIVIL PENALTIES. ............................................................................................ 10

        a.   The Court Should Enter a Default Judgment. ........................................................ 10

        b.   Defendants' Repeated and Ongoing Violations of the Act Demonstrate a Compelling Need for Injunctive Relief. .................................................................................... 10

        c.   Defendants' Disregard for the Law and the Judicial Process Warrants Significant Civil Penalties. ...................................................................................................... 12

CONCLUSION .................................................................................................................. 14

# TABLE OF AUTHORITIES

Page(s)

**Cases**

*eBay v. MercExchange, LLC,*
    547 U.S. 388 (2006) .................................................................................................. 9

*New York Civil Liberties Union v. New York City Transit Authority,*
    684 F.3d 286 (2d Cir. 2012) ..................................................................................... 9

*United States v. Dell'Aquilla,*
    150 F.3d 329 (3d Cir. 1998) ................................................................................... 10

*United States v. DieselOps LLC et al.,*
    2022 WL 4007309 (E.D.Mich. August 29, 2022) .................................................. 13

*United States v. Marine Shale Processors,*
    81 F.3d 1329 (5th Cir. 1996) .................................................................................. 10

**Statutes**

42 U.S.C. § 7401(a)(2) ..................................................................................................... 2

42 U.S.C. § 7414 ....................................................................................................... 5, 12

42 U.S.C. § 7521(a)(1) ..................................................................................................... 3

42 U.S.C. § 7521(m) ........................................................................................................ 3

42 U.S.C. § 7522(a)(3)(B) ...................................................................................... passim

42 U.S.C. § 7524(a) ..................................................................................................... 9,11

42 U.S.C. § 7524(b) ................................................................................................... 10, 11

42 U.S.C. § 7525(a) .......................................................................................................... 3

42 U.S.C. § 7542 .............................................................................................................. 12

42 U.S.C. § 7542(a) ........................................................................................................... 5

**Rules**

Fed. R. Civ. P. 55(a) ....................................................................................................... 10

Fed. R. Civ. P. 55(b)(2) ................................................................................................... 10

**Regulations**

40 C.F.R. § 19.4 ............................................................................................................. 11

40 C.F.R. §§ 50.1-50.19 ................................................................................................... 2

40 C.F.R. §§ 86.082-2, 86.1803-01 ................................................................................ 3

**Other Authorities**

90 Fed. Reg. 1378 (January 8, 2025) .............................................................................. 11

<u>**PRELIMINARY STATEMENT**</u>

Plaintiff, the United States of America, on behalf of the United States Environmental Protection Agency ("EPA"), respectfully submits this memorandum of law and the accompanying declaration of Richard Kan, dated May 8, 2025 ("Kan Dec."), in support of the United States' motion for a default judgment assessing a civil penalty and imposing a permanent injunction to restrain Defendant Spectrum Wholesale Inc. and its principal, Thomas J. Ciccarelli, from selling, causing the sale of, offering to sell, or installing illegal devices and parts that interfere with motor vehicle emission controls. The Clerk of Court issued a Certificate of Default on March 18, 2025. DE No. 9. Defendants' actions violate the Clean Air Act ("the Act") and harm the public and the environment. As demonstrated below, the United States satisfies all of the elements of, and is entitled to, a permanent injunction. Additionally, the United States seeks a civil penalty to account for Defendants' misconduct and to deter further violations of the Act.

<u>**STATEMENT OF FACTS**</u>[1]

**A.** <u>**Description of Defendants and their Business Activities**</u>

Defendant Spectrum Wholesale Inc. ("Spectrum") is located in Oakdale and Bohemia, New York and is currently doing business as an unincorporated entity known as "Dieselology." Kan Dec., ¶ 32. Defendant Thomas J. Ciccarelli ("Ciccarelli") is a New York resident and the principal and owner of Spectrum and Dieselology. *Id.* ¶¶ 35, 62, 85.

Title II of the Act prohibits the sale, offer for sale, or installation of aftermarket defeat devices. *Id.* ¶ 11; 42 U.S.C. § 7522(a)(3)(B). Aftermarket defeat devices encompass both hardware and software products that are designed to remove, bypass, defeat, or otherwise render

---

[1] The relevant facts are more fully set forth in the declaration of Richard Kan and are repeated here for the Court's convenience.

inoperative specific elements of vehicle and engine design and emissions controls that ensure vehicles comply with emissions standards as set forth by the Act (hereafter "Aftermarket Defeat Products"). Kan Dec., ¶ 28. From 2019 to 2021, Defendants sold hundreds of Aftermarket Defeat Products to consumers nationwide through an eBay account. *Id.* ¶¶ 38, 56, 59. Defendants continue to sell these devices through the website www.dieselology.com. *Id.* ¶¶ 36, 63-72. As further discussed below, removing, bypassing or disabling emission controls on motor vehicles causes significant harm to public health and the environment.

**B.  Statutory and Regulatory Background**

Congress enacted the Act due to the "mounting dangers to the public health and welfare" presented by motor vehicle emissions, among other sources. Compl. ¶ 13; 42 U.S.C. § 7401(a)(2). Congress sought "to protect and enhance the quality of the Nation's air resources so as to promote the public health and welfare and the productive capacity of its population" and "to initiate and accelerate a national research and development program to achieve the prevention and control of air pollution." *Id.*

Motor vehicle emissions negatively impact the health of people of all ages. For example, exposure to particulate matter ("PM") and ozone is linked to respiratory and cardiovascular health effects as well as premature death. Kan Dec., ¶ 17. Carbon Monoxide ("CO") is a toxic gas that causes headaches, vomiting, nausea, dizziness, loss of consciousness, and death. Kan Dec., ¶ 13. In 2001, the EPA's Clean Air Act Scientific Advisory Committee concluded that diesel exhaust likely causes cancer among humans. Kan Dec., ¶ 18.

To ameliorate these concerns, the EPA has established National Ambient Air Quality Standards ("NAAQS") for certain pollutants, including CO, nitrogen oxides ("NOx"), and PM, which are emitted from motor vehicles. Compl. ¶ 15; *see* 40 C.F.R. §§ 50.1-50.19. The Act strictly regulates these harmful motor vehicle emissions; original equipment manufacturers

("OEMs" or "manufacturers") must design motor vehicles and engines that conform to established emission standards for CO, NOx, non-methane hydrocarbons ("NMHCs"), PM, and other pollutants. 42 U.S.C. §§ 7521(a)(1), 7522(a)(1), 7525(a)(2); *see* 40 C.F.R. §§ 86.007-30(a)(l)(i), 86.1848-10(a)(l).

Under Section 202(m) of the Act, 42 U.S.C. § 7521(m), and its corresponding regulations, an onboard diagnostic ("OBD") system is required to be installed on specified motor vehicles. Kan Dec., ¶ 21. This system identifies the deterioration or malfunction of emission-related systems, including, at a minimum, the catalytic converter and oxygen sensor. *Id.* The failure of these systems to operate properly may cause or result in a vehicle's noncompliance with emission standards established under this Section of the Act. *Id.*

Pursuant to Section 206(a) of the Act, 42 U.S.C. § 7525(a), the EPA issues certificates of conformity ("COC"), which represent EPA's approval of the introduction of emission-compliant motor vehicles or engines into United States commerce. Kan Dec., ¶ 22. The application to obtain a COC includes, among other things, a list of all auxiliary emission control devices ("AECDs") installed on the vehicles. *Id.* ¶ 23. An AECD is "any element of design which senses temperature, vehicle speed, engine RPM (revolutions per minute), transmission gear, manifold vacuum, or any other parameter for the purpose of activating, modulating, delaying, or deactivating the operation of any part of the emission control system." *Id.* ¶ 24; 40 C.F.R. §§ 86.082-2, 86.1803-01.

Manufacturers use specific hardware as emission controls to reduce the levels of regulated pollutants from being created or emitted into the air. Kan Dec., ¶ 26. For gasoline-fueled vehicles, these devices include exhaust gas recirculation ("EGR") systems and catalytic converters. *Id.* For diesel-fueled vehicles, these devices include, but are not limited to, EGR

systems, diesel particulate filters ("DPFs"), and diesel oxidation catalysts ("DOCs"). *Id.* These systems are successful at reducing emissions of regulated pollutants; for example, DPFs can reduce PM emissions by up to 85 – 95% by collecting and removing soot from exhaust. *Id.* ¶ 27.

Unfortunately, some parties develop and sell Aftermarket Defeat Products that aim to alter, replace, or disable OEM-installed elements of design, including emission-related elements of design. Kan Dec., ¶ 28. These products include "race-pipes" or "delete pipes," which replace factory-equipped exhaust pipes that contain emission control devices, and "tuners," which override the vehicle's OBD system and allow for the alteration of the elements of design governing an engine's performance and emissions. Kan Dec., ¶¶ 29-30.

The principal effect of Aftermarket Defeat Products is to bypass, defeat, and/or render inoperative emission-related elements of design. *Id.* ¶¶ 28-30. These products can cause motor vehicles to emit hundreds, even thousands, of times more pollution than a vehicle with properly functioning emission-related elements of design. *Id.* ¶ 28. The sale of Aftermarket Defeat Products is explicitly prohibited under Section 203(a)(3)(B) of the Act, 42 U.S.C. § 7522(a)(3)(b). *Id.* ¶ 56.

**C. Defendants' Violation of the Act**

The EPA investigated the sale of Aftermarket Defeat Products on eBay and became aware of Defendants' sale of these devices on that platform. *Id.* ¶ 37. Between October 18, 2019, and September 2, 2020, Spectrum sold 672 known Aftermarket Defeat Products on eBay, including, but not limited to: (1) DPF delete pipes for Ford, Nissan, and Chevrolet vehicles; (2) EGR delete cooler kits for Ford, Dodge, and Chevrolet vehicles; and (3) tuners and tuning devices. Kan Dec. ¶ 38. Defendants' sale of 672 known Aftermarket Defeat Products as a third-party seller on eBay violated Section 203(a)(3)(b) of the Act, 42 U.S.C. § 7522(a)(3)(B).

On March 6, 2025, the United States served a subpoena on eBay, seeking, among other things, Defendants' sales data and product listings from 2020 to 2021. Kan Dec., ¶ 59. eBay responded to the subpoena on April 11, 2025, and produced a spreadsheet showing additional sales of Aftermarket Defeat Products from September 3, 2020, through June 29, 2021. *Id.,* Ex. J (highlighting examples of Aftermarket Defeat Products in yellow).

### a. The EPA's Initial Encounter with Defendants

On December 10, 2021, using Spectrum's corporate address in Oakdale, New York, EPA Region 2 sent Defendants an Information Request Letter ("IRL") pursuant to Sections 114(a) and 208(a) of the Act, 42 U.S.C. §§ 7414 and 7542(a). *Id.* ¶ 39. On January 26, 2022, Kan called Ciccarelli to confirm that he had received the IRL, to which Ciccarelli stated that he had not received the letter. *Id.* ¶ 40. Despite this, the United States Postal Service ("USPS") Certified Mail Green Card return receipt, with the handwritten surname "Ciccarelli," was returned to the EPA Region 2 New York office located at 290 Broadway, New York, New York 10007 ("New York office"). *Id.* ¶ 41.

The EPA reissued the IRL to Defendants on January 31, 2022, but Defendants failed to respond to the IRL by the March 2, 2022 deadline. *Id.* ¶ 42. Then, on June 21, 2022, EPA sent Defendants a Notice of Violation Letter for Failure to Respond to the IRL ("Warning Letter"), pursuant to Section 208(a) of the Act, 42 U.S.C. § 7542(a). *Id.* ¶ 43. The Warning Letter was ultimately returned back to the EPA on August 1, 2022. *Id.* ¶ 45.

On June 28, 2023, the EPA sent another copy of the IRL to the Defendants, which was again returned on July 14, 2023 as "refused; unable to forward." *Id.* ¶ 46. The EPA also sent a copy of the IRL and Warning Letter to Spectrum's address (without a signature requirement), which was unclaimed and unreturned. *Id.* The EPA attempted to call Ciccarelli on July 6, 2023, but the call was not answered and there was no opportunity to leave a voice message. *Id.* ¶ 47.

The Department of Justice, U.S. Attorney's Office, Eastern District of New York ("USAO") attempted to serve the Warning Letter at Spectrum's Oakdale, New York address on November 16, 2023, via a process server, but the Warning Letter was left with an individual who claimed Ciccarelli no longer lived at this address. *Id.* ¶ 48. The USAO mailed a duplicate copy on November 17, 2023, but on November 22, 2023, this copy was also returned to sender. *Id.* When an agent from the EPA's Office of the Inspector General ("OIG") visited the Oakdale address during the week of December 4, 2023, the two individuals present at the residence claimed to be Ciccarelli's parents. *Id.* ¶ 49.[2] The parents reportedly did not know of Ciccarelli's whereabouts. *Id.*

### b. Defendants' Inadequate Response to the IRL

Defendants retained counsel and their attorney requested, and then received, the IRL and Warning Letter via email on December 6, 2023. *Id.* ¶ 50. On January 3, 2024, the USAO had another call with Defendants' attorney to obtain a response to the IRL and Warning Letter. *Id.* ¶ 51. The USAO subsequently sent follow-up emails on January 24, February 8, and February 28, 2024, to which Defendants' attorney replied that he needed more time to respond as he was in the middle of a trial. *Id.* ¶ 52.

On March 22, 2024, the USAO sent another copy of the IRL to Ciccarelli's attorney and required a response to the IRL no later than March 29, 2024. *Id.* ¶ 53. Defendants' attorney sent a zip file to the USAO on April 1, 2024. *Id.* ¶ 54. The zip file contained 59 screenshots of approximately 2,600 emails that appear to be eBay confirmation emails for various items sold through Defendants' online seller profile. *Id.* ¶ 54(a). Further, the emails also showed eBay sales from 2021, of which the EPA was not previously aware. *Id.* ¶ 54(b). Additionally,

---

[2] As of April 24, 2025, Spectrum is still registered with the New York State Department of State as conducting business from the same Oakdale, New York address. Kan Dec. ¶ 32, Ex. A.

Defendants' IRL response failed to disclose the existence of their Dieselology.com website, operated by Defendants since some time in 2021. *Id.* ¶ 54(e). Thus, Defendants did not provide the EPA with the complete information required under the IRL. *Id.* ¶ 55. However, Defendants' partial response demonstrates that they continued to sell Aftermarket Defeat Products on eBay in late 2020 and through most of 2021. *Id.* ¶ 56.

### c. Defendants' Ongoing Violation of Title II of the Act

In the course of preparing for this litigation, the EPA has been made aware of Defendants' website www.dieselology.com, through which Defendants continue to sell, offer for sale, or cause the sale of Aftermarket Defeat Products. *Id.* ¶ 60. Dieselology claims to be a "one-stop shop for. . . diesel performance parts." *Id.* ¶ 61 (internal quotations omitted). Despite its name, Dieselology's connection to Defendants is evident from the website's "accessibility statement," which directly mentions Spectrum by name. *Id.* ¶ 61(a). Additionally, pleadings in a lawsuit captioned *The LCF Group, Inc. v. Spectrum Wholesale, Inc. D/B/A Spectrum Wholesale AKA Dieselology and Thomas Ciccarelli*, Index No. 607262/2024 (Supreme Ct., Nassau County), and records obtained by the United States through a subpoena issued to the LCF Group, Inc.[3] show that Dieselology is a d/b/a for Spectrum and that Ciccarelli operates these entities. *Id.* ¶¶ 62, 81-85, Exs. K1-K4.

As of May 6, 2025, approximately seventeen "delete kit" products, five "tuning" products, and fifty-three "race" products were listed for sale on Dieselology.com. *Id.* ¶ 63. These hardware products replace factory-equipped exhaust pipes that contain emission control devices, enabling the physical removal of a motor vehicle's OBD sensors, EGR systems, or DPFs. *Id.* ¶ 29. *Id.*

---

[3] The LCF Group (Last Chance Funding) is a business funding entity from which Defendants obtained business financing, and then allegedly defaulted. Kan Dec, ¶¶ 62, 81-86.

All seventeen of the "delete kit" products, all five of the "tuning" products, and forty-five of the "race" product listings contain a "consumer notification and disclaimer of liability" statement, which informs the potential buyer that the product is not legal for sale or use on vehicles that are driven on public streets, roads, or highways. *Id.* ¶ 64. The disclaimer states that the use of these products is a "violation of federal and certain state (including California) and local environmental laws[.]" *Id.* However, under the Act there is no "race-only" or "competition only" exemption from emission standards for motor vehicles or motor vehicle engines. For an EPA-certified motor vehicle, the Act prohibits aftermarket parts or services that remove, bypass or override required controls. *Id.* ¶ 65. If anything, by including this disclaimer on the website, Defendants are demonstrating actual knowledge that their Aftermarket Defeat Device products are illegal.

Consumers using Dieselology.com can add various "delete" and "race" Aftermarket Defeat Products that Defendants offer for sale into a virtual cart and can proceed to the online checkout page where payment via credit cards can be made. *Id.* ¶ 73. Search results showing Aftermarket Defeat Products include listing dates indicating that they were posted between 2021 and 2024. *Id.* ¶ 73, Ex. L (see last page of exhibit three "Related" items highlighted at the bottom of the product listing).

Defendants' pattern of ignoring the EPA's enforcement efforts, and continuing the sale or offering for sale of Aftermarket Defeat Products, puts the health of the public at risk, particularly for children, the elderly, and individuals with respiratory issues. *Id.* ¶ 74.

**D. <u>Procedural History</u>**

On January 8, 2025, the United States filed its Complaint against Defendants, which was personally served on Defendants on January 14, 2025. Docket Entry ("DE") Nos. 1, 5. Defendants' answer was due in 21 days, on February 4, 2025. Defendants have failed to appear

and have not filed a response to the Complaint.  The Clerk of Court issued a Certificate of

Default on March 18, 2025.  DE No. 9.  The United States now seeks a default judgment for a

permanent injunction and civil penalties, as described in Section II below.

**ARGUMENT**

## I.  STANDARDS FOR INJUNCTIVE RELIEF AND CIVIL PENALTIES

### a.  Injunctive Relief

To obtain permanent injunctive relief, a plaintiff must satisfy a four-factor test: "(1) that

it has suffered an irreparable injury; (2) that remedies available at law, such as monetary

damages, are inadequate to compensate for that injury; (3) that, considering the balance of

hardships between the plaintiff and defendant, a remedy in equity is warranted; and (4) that the

public interest would not be disserved by a permanent injunction."  *eBay v. MercExchange, LLC*,

547 U.S. 388, 391 (2006).  "The requirements for a permanent injunction are essentially the

same as for a preliminary injunction, except that the moving party must demonstrate actual

success on the merits."  *New York Civil Liberties Union v. New York City Transit Authority*, 684

F.3d 286, 294 (2d Cir. 2012) (internal citations omitted).

### b.  Civil Penalties

The Act governs the assessment of civil penalties and states that any person who violates

42 U.S.C. § 7522(a)(3)(B) shall be subject to civil penalties.  42 U.S.C. § 7524(a).  Each part or

component that violates the Act represents a separate offense against 42 U.S.C. § 7522(a)(3)(B).

*Id.*

In determining the civil penalty to be assessed under this subsection, the court "shall take

into account" the following factors: (1) "the gravity of the violation"; (2) "the economic benefit

or savings (if any) resulting from the violation"; (3) "the violator's history of compliance with

this subchapter"; (4) "action taken to remedy the violation"; (5) "the effect of the penalty on the violator's ability to continue in business"; and (6) "such other matters as justice may require." 42 U.S.C. § 7524(b). "[W]hen imposing penalties under the environmental laws, courts often begin by calculating the maximum possible penalty, then reducing that penalty only if mitigating circumstances are found to exist." *United States v. Marine Shale Processors*, 81 F.3d 1329, 1337 (5th Cir. 1996). Thus, "[c]ourts usually calculate a fine under the CAA by starting with the maximum penalty" before considering the factors listed above to determine if any mitigation of the maximum fine is appropriate. *United States v. Dell'Aquila*, 150 F.3d 329, 339 (3d Cir. 1998).

## II. THE UNITED STATES HAS DEMONSTRATED SUCCESS ON THE MERITS AND IS ENTITLED TO A DEFAULT JUDGMENT IMPOSING INJUNCTIVE RELIEF AND CIVIL PENALTIES.

### a. The Court Should Enter a Default Judgment.

The Court may enter default judgment against a party that has failed to plead or otherwise defend where the Plaintiff seeks relief that goes beyond a sum certain. Fed. R. Civ. P. 55(b)(2). Here, the United States personally served Defendants, Defendants have failed to plead or otherwise defend, and the Clerk has duly entered their default on the docket pursuant to FRCP 55(a). See DE 9. The United States therefore respectfully requests that the Court enter default judgment against the Defendants imposing the injunction described herein and an appropriate civil penalty.

### b. Defendants' Repeated and Ongoing Violations of the Act Demonstrate a Compelling Need for Injunctive Relief.

Section 203(a)(3)(B) of the Act forbids the sale of Aftermarket Defeat Products. 42 U.S.C. § 7522(a)(3)(B). Under Section 204(a) of the Act, district courts of the United States are authorized to restrain violations of Section 203(a)(3)(B). *Id.* § 7523(a). Sections 205(a)–(b) of

the Act also authorize the Administrator to commence a civil action to recover civil penalties for each violation of Section 203(a)(3)(B). *Id*. § 7524(a)–(b). The maximum daily civil penalty amounts under Section 203(a)(3)(B) of the Act are adjusted for inflation to $5,911 for violations that occurred after November 2, 2015, for which penalties are assessed on or after January 8, 2025. *Id.* § 7524(a); 40 C.F.R. § 19.4; 90 Fed. Reg. 1378 (January 8, 2025).

The statute makes clear that any violation of the Act or its corresponding regulations is, *per se*, unlawful. As discussed above, Defendants have sold 672 illegal Aftermarket Defeat Products between October 18, 2019, and September 2, 2020. Kan Dec., ¶ 38. Of these 672 illegal products, 223 were Aftertreatment Defeat Products, 119 were EGR Defeat Products, and 330 were Tunes/Tuners. Kan Dec., ¶ 38. Defendants' products contained information and descriptions that claimed that the products' primary effect was to disable, defeat, or render inoperative emission-related elements of design installed in motor vehicles. *Id.*

As a result of their illegal conduct, Defendants' have violated the Act hundreds of times while selling Aftermarket Defeat Products on eBay and by continuing to sell such products through Dieselology.com. What's worse, after years of dodging the EPA, Defendants have ignored this entire judicial proceeding while continuing their illicit conduct, knowingly flooding the marketplace with Aftermarket Defeat Products. Accordingly, the United States has demonstrated success on the merits, and clear public harm, based on Defendants' repeated violations and their ongoing nature. Consequently, prompt and comprehensive injunctive relief is needed.

We respectfully ask that this Court: (1) rule that Defendants sold or caused the sale of, offered to sell, and continue to offer for sale, Aftermarket Defeat Products in violation of Section 203(a)(3)(B) of the Act, 42 U.S.C. § 7522(a)(3)(B); (2) permanently enjoin Defendants from

selling, offering to sell, or causing the sale or offering for sale of vehicle parts whose principal effect is to bypass, defeat, or render inoperative any device of Element of Design installed on a motor vehicle; and (3) order Defendants to take other appropriate actions to remedy the harm caused by its violations of the Act, including, but not limited to, removing Aftermarket Defeat Products from Defendants' website Dieselology.com and any other website where it lists Aftermarket Defeat Products for sale.[4]

### c. Defendants' Disregard for the Law and the Judicial Process Warrants Significant Civil Penalties.

Since the end of 2021, Defendants have repeatedly sidestepped requests for information from the EPA. Kan Dec., ¶¶ 41-74. Not only have Defendants failed to provide the EPA with complete information required to be submitted pursuant to the IRL issued under Sections 208 and 114 of the Act, 42 U.S.C. §§ 7542 and 7414, they have continued to sell, offer to sell, or cause the sale of Aftermarket Defeat Products. *Id.* ¶ 73-74. Defendants' disregard for the law and these judicial proceedings warrants the assessment of significant civil penalties.

Considering the statutory factors that are applied for assessing civil penalties under the Act, Defendants have, for a period of over five years, repeatedly violated the Act through the sale, and offering for sale, of Aftermarket Defeat Products through both third-party and personal websites. Defendants have economically benefited from the sale of these illegal products, and EPA estimates that Defendants' economic benefit is at least $25,264, based only on the 672 illegal sales described above. Kan Dec., ¶ 79. Defendants' actual economic benefit is in fact significantly greater based on the hundreds of additional sales on eBay of known Aftermarket Defeat Products that were discovered after filing the Complaint. *Id.* Further, Defendants have made no meaningful attempts to comply with any legal proceedings. Defendants' violations are

---

[4] A proposed Default Judgment and Permanent Injunction has been filed for the Court's consideration.

of a significant gravity, causing harm against not only the public at large, but also to vulnerable populations, such as children, the elderly, and those with respiratory conditions. Civil penalties are thus required to deter Defendants and others from violating the Act.

In assessing an appropriate penalty, and notwithstanding all of the above aggravating factors, the United States has considered that Defendants likely have limited financial resources, and that a large penalty may have significant impacts on Defendants' business operations.[5] Kan Dec., ¶ 87. Notably, Spectrum is a sole-proprietor operated business that has taken on significant debt and attendant liabilities by entering into risky loans and financing instruments. *Id.* ¶¶ 81-86. With respect to financing that Defendants obtained through the LCF Group, on March 18, 2025, the LCF Group prevailed in a lawsuit enforcing an arbitration award of $154,052.49, plus interest, based on Defendants' default on payments due under their financing agreement. Kan Dec., ¶¶ 81, 86. Further, the United States is not aware of significant financial or physical assets, or real estate owned by Defendants.

Nevertheless, Defendants' financial situation is not unusual, and accountability and deterrence are still important. Defendants in this action have ignored the Act, the EPA, and indeed this Court.

The statutory maximum penalty for just the 672 known violations is approximately $3.97 million.[6] The United States believes that a civil penalty within the range of $237,000 and

---

[5] Based on the evidence obtained in its investigation, the United States does not contend that all of Defendants' sales are Aftermarket Defeat Products. In some instances, Defendants sell other auto products.

[6] There are a limited number of Aftermarket Defeat Product cases brought under the Act where a Court or the EPA assessed civil penalties in the context of a default judgment or judgment after trial. The following cases are provided for the Court's reference and potential consideration: *United States v. DieselOps LLC et al.*, 2:21-cv-12928, 2022 WL 4007309 (E.D.Mich. August 29, 2022) ($10,000,000 civil penalty default judgment); *Matter of Greasy Greg's,* Dkt. CAA-10-2022-0123 (2022 EPA default order for $25,000 civil penalty), accessible at https://www.epa.gov/system/files/documents/2023-04/greasygregsetal.pdf; *Matter of Freedom Performance, LLC,* Dkt. CAA-HQ-2019-8362 (2020 EPA default order for over $7 million in civil penalties), accessible at https://www.epa.gov/sites/default/files/2020-03/documents/freedomperformance-initialdecisionandpenaltyorder.pdf; *Matter of Spartan Diesel Technologies LLC,* Dkt. CAA-HQ-2017-8362 (2018 EPA default order for over $4.1

$573,000 would appropriately address Defendants' noncompliance with the Act, considering the statutory factors, including the effect of the penalty on the violator's ability to continue in business. Accordingly, the United States recommends that the court consider the Defendants' ability to pay and order an appropriate penalty based on the court's analysis and that reasonable penalty range.

## **CONCLUSION**

Based on the foregoing, the United States is entitled to a permanent injunction restraining Defendants from continuing the sale of Aftermarket Defeat Products in violation of the Act and the assessment of civil penalties against Defendants, together with such other relief as appears just and proper.

Dated: Brooklyn, New York
      May 13, 2025

<div align="right">

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
Attorney for the United States of America
271-A Cadman Plaza East
Brooklyn, New York 11201

By: */s/ Matthew Silverman*
Matthew Silverman
Assistant United States Attorney
(718)-254-6409
matthew.silverman@usdoj.gov

</div>

---

million in civil penalties), accessible at https://www.epa.gov/sites/default/files/2018-12/documents/spartandiesel-initialdecisionandorder.pdf.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA,

        Plaintiff,

  -  against –                            Civil Action No.
                                        CV-2:25-0127
SPECTRUM WHOLESALE, INC. and
THOMAS J. CICCARELLI,                  (Azrack, J.)
                                        (Wick, M.J.)
                      Defendants.
-----------------------------------------------------X

## DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55
## AND PERMANENT INJUNCTION

On January 8, 2025, the UNITED STATES OF AMERICA, by its attorney, JOSEPH

NOCELLA, JR., United States Attorney for the Eastern District of New York, and Matthew

Silverman, Assistant U.S. Attorney, having commenced this action against SPECTRUM

WHOLESALE, INC. ("Spectrum") and THOMAS J. CICCARELLI ("Ciccarelli") (collectively,

"Defendants") by the filing of a complaint and the issuance of a summons;

This action being brought pursuant to 42 U.S.C. §§ 7413(a)(3)(C), 7523(a), and 7524(b),

alleging, *inter alia*, that Defendants sold, offered for sale, or caused the sale or offering for sale,

of parts or components intended for use with, or as a part of, any motor vehicle or motor vehicle

engine, where a principal effect of the part or component is to bypass, defeat, or render

inoperative any device or element of design installed on or in a motor vehicle or motor vehicle

engine (hereafter "Aftermarket Defeat Products"), in violation of the Clean Air Act, 42 U.S.C. §

7522(a)(3)(B);

1

The United States seeks civil penalties, and permanent injunctive relief enjoining Defendants from selling, offering for sale, or causing the sale or offering for sale, of Aftermarket Defeat Products;

The summonses and complaint having been served upon defendants on January 14, 2025, and proof of service having been filed with the Office of the Clerk of the Court;

No counsel having appeared before the Court on behalf of the Defendants;

Defendants having failed to answer or otherwise defend themselves in this action;

The Clerk of Court having entered the Notation of Default on March 18, 2025; and

Upon the pleadings, papers and proceedings herein to date;

NOW, on motion of the United States of America, it is hereby

ORDERED AND ADJUDGED that judgment by default be entered against Defendants, in favor of the United States, pursuant to Fed. R. Civ. P. 55, permanently enjoining Defendants, their agents and employees from selling, offering for sale, or causing the sale or offering for sale, of Aftermarket Defeat Products, including, but not limited to such activity through the website Dieselology.com;

ORDERED AND ADJUDGED that the Court retains jurisdiction to enforce this order and judgment against Defendants and those acting in concert with Defendants;

ORDERED AND ADJUDGED that the Court, having considered the statutory factors in 42 U.S.C. § 7524(b), assesses a civil penalty in the amount of $_____, for which Defendants are jointly and severally liable.

This case is hereby closed.

Dated: Brooklyn, New York
_____, 2025

_____
Honorable Joan M. Azrack
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

                            Plaintiff,

                                       Civil Action No.
                                       CV-2:25-0127
           - against -                       (Azrack, J.)
                                       (Wicks, M.J.)

SPECTRUM WHOLESALE INC.
(d/b/a DIESELOLOGY) and
THOMAS J. CICCARELLI

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**DECLARATION OF RICHARD KAN
IN SUPPORT OF THE UNITED STATES'
<u>MOTION FOR A DEFAULT JUDGMENT,</u>
<u>PERMANENT INJUNCTION, AND CIVIL PENALTIES</u>**

       Richard Kan, of full age, and pursuant to 28 U.S.C. § 1746, declares the following, under

penalty of perjury:

1.      I am an Enforcement Officer in the Air Compliance Branch ("ACB") within the

Enforcement and Compliance Assurance Division of the United States Environmental

Protection Agency, ("EPA") Region 2 office.

2.      I hold a Bachelor of Science degree in Bioengineering from the State University of New

York, Binghamton University.

3.      I have been employed with the EPA for 17 years and have worked in the Air Compliance

Branch since 2007.

4.      During the course of my duties with the ACB, I have completed numerous professional

training courses relevant to Clean Air Act ("CAA" or the "Act") compliance inspections

and compliance determinations. I have significant training and experience specifically

1

identifying illicit aftermarket "defeat devices" that are intended to disable or bypass required emission control systems for cars, trucks and other motor vehicles.

5. I am a CAA Enforcement Officer credentialed to conduct vehicle & engine inspections. To become a credentialed vehicle & engine inspector, over the years I have completed mandatory training courses provided by the EPA's Office of Civil Enforcement's Air Enforcement Division. I have also completed a mandatory self-study covering the emission control requirements for various types of mobile combustion engines, which included CAA Section 203 – "Prohibited acts," CAA Section 205 – "Civil penalties," and, among other mobile sources regulations, 40 C.F.R. Part 85 – "Control of Air Pollution from Mobile Sources," and 40 C.F.R. Part 1068 – "General Compliance Provisions for Highway, Stationary, and Nonroad Programs." Lastly, I have completed mandatory on-the-job trainings, which included reviewing CAA vehicle & engine inspection reports, accompanying other experienced credentialed inspectors on CAA vehicle & engine inspections, and leading my own CAA vehicle & engine inspections.

6. During my employment with the EPA, I have conducted over 25 investigations/inspections relating to compliance with, and violations of, the laws and regulations pertaining to motor vehicles and motor vehicle engines, including associated emission control systems and CAA emission standard certifications.

7. This declaration is based upon my familiarity with, and personal review of, the documents and other available information related to Spectrum Wholesale Inc.'s and Thomas J. Ciccarelli's (together "Defendants") sales, and offers for sale, of aftermarket motor vehicle defeat devices; my involvement with the EPA's enforcement program; and my familiarity with the attached exhibits, all of which are true and accurate copies of the originals.

8. The EPA, Region 2, supplied the majority of the records supporting this motion.

9. These records were provided to me in the course of my regular duties at the EPA. The records were made by persons with knowledge of the events at or near the time of the events and so are trustworthy.

10. I submit this declaration in support of the United States' motion for a default judgment, including civil penalties and a permanent injunction to halt and prevent Defendants from continuing to sell, and offering to sell, aftermarket motor vehicle defeat devices in violation of federal law and regulations.

**Background of the Clean Air Act
and the Public Health Effects of Regulated Vehicle Emissions**

11. Title II of the CAA establishes Emissions Standards for Moving Sources, including a prohibition on activities related to the sale, offer for sale, or installation (or causing any of the foregoing acts) of aftermarket defeat devices, 42 U.S.C. § 7522(a)(3)(B).

12. Title II of the CAA aims to reduce emissions from motor vehicles and engines, including but not limited to carbon monoxide ("CO"), nitrogen oxides ("NOx"), particulate matter ("PM"), and nonmethane hydrocarbons ("NMHCs").

13. CO is a poisonous gas that forms when the carbon in fuel does not burn off completely. CO is harmful because it reduces oxygen delivery to the body's organs and tissues. It is most harmful to those who suffer from heart and respiratory disease. High CO pollution levels also affect healthy people. Symptoms may include visual impairment, headache, and reduced work/productive capacity.

14. NOx consists of a group of highly reactive gases that form when fuel burns at high temperatures. NOx can travel long distances, causing a variety of health and environmental problems in locations far from their emission sources. These problems include the

formation of ground-level ozone, a separately regulated air pollutant and component of smog. NOx reacts with volatile organic compounds ("VOCs") in the presence of sunlight to produce ground-level ozone, particularly during the summer months.

15.    Breathing in ozone can trigger a variety of health problems, including chest pain, coughing, throat irritation, congestion, difficulty breathing, lung damage, and reduced cardiovascular functioning. Ozone can also worsen bronchitis, emphysema, and asthma. Children and the elderly are at the greatest risk of experiencing negative health impacts from exposure to ozone pollution.

16.    NOx also contributes to the formation of secondary PM through chemical reactions in the atmosphere, forming particles smaller than 10 micrometers in diameter. These smaller PM particles more easily penetrate the lungs and enter the blood stream, and can cause serious public health problems affecting the cardiovascular system.

17.    PM from diesel exhaust has also been linked to a range of serious health problems, like increased risk of lung cancer and respiratory disease.

18.    In 2001, the EPA's Clean Air Scientific Advisory Committee concluded that diesel exhaust is likely carcinogenic to humans.[1]

19.    PM from motor vehicle exhaust can trigger asthma, difficult or painful breathing, and chronic bronchitis (especially affecting children and the elderly), and cardiovascular episodes including higher risk of heart attack and stroke, and premature mortality.

20.    NMHC emissions result from incomplete fuel combustion and fuel evaporation. NMHCs are also a precursor to ground-level ozone formation, a harmful air pollutant particularly in populated areas across the United States. As with the interaction between NOx and

---

[1] *Control of Air Pollution from New Motor Vehicles: Heavy-Duty Engine and Vehicle Standards and Highway Diesel Fuel Sulfur Control Requirements*, 66 Fed. Reg. 5002, 5006 (Jan. 18, 2001).

VOCs, ground-level ozone is formed by reactions involving hydrocarbons and NOx in the presence of sunlight, causing the health problems described in Paragraph 15, above. Many NMHC compounds are also considered toxic, meaning they can cause cancer or other serious health problems.

**Clean Air Act Provisions Regarding Required Emission Control System**

21.     Under Section 202(m) of the Act, 42 U.S.C. § 7521(m), and its implementing regulations, an onboard diagnostic ("OBD") system must be installed on specified motor vehicles, with the capacity to accurately identify emission-related systems deterioration or malfunction, including, at a minimum, the catalytic converter and oxygen sensor, which could cause or result in failure of the vehicles to comply with emission standards established under this section, and to alert the vehicle's owner or operator to the likely need for emission-related components or systems maintenance or repair.

22.     Pursuant to Section 206(a) of the CAA, 42 U.S.C. § 7525(a), the EPA issues certificates of conformity ("COCs"), by which it approves the introduction of motor vehicles or motor vehicle engines into United States commerce.[2] The COC program ensures that vehicles are designed and built to meet applicable emissions standards for the duration of their useful life.

23.     To obtain a COC, a vehicle manufacturer must apply to the EPA for each engine family or test group of vehicles that it intends to put into United States commerce. The COC application must include, among other things, a list of all auxiliary emission control devices ("AECDs") installed on the vehicles.[3]

---

[2] 42 U.S.C. § 7525(a).
[3] 40 C.F.R. §§ 86.094-21(b)(1)(i)(A), 86.1844-01(d)(11).

24.     An AECD is "any element of design which senses temperature, vehicle speed, engine RPM [revolutions per minute], transmission gear, manifold vacuum, or any other parameter for the purpose of activating, modulating, delaying, or deactivating the operation of any part of the emission control system."[4]

25.     An "Element of design" means "any control system (*i.e.*, computer software, electronic control system, emission control system, computer logic), and/or control system calibrations, and/or the results of systems interaction, and/or hardware items on a motor vehicle or motor vehicle engine."[5]

26.     Manufacturers use specific hardware as emission controls to reduce the levels of regulated pollutants from being created or emitted into the ambient air. For gasoline-fueled motor vehicles, these devices include exhaust gas recirculation ("EGR") systems and catalytic converters. For diesel-fueled motor vehicles, these devices include, but are not limited to: EGR systems, diesel particulate filters ("DPF"), and diesel oxidation catalysts ("DOCs").

27.     These emission controls greatly reduce the regulated pollutants from being emitted into the air. For example, DPFs can reduce PM by up to 85 - 95% by collecting soot from exhaust. Additionally, an EGR system recirculates exhaust gas through an engine's combustion chamber, lowering the combustion temperature, and reducing the amount of NOx generated from fuel combustion by up to 80%.

28.     Aftermarket defeat device products ("Aftermarket Defeat Products") include both hardware and software products that are designed to remove, bypass, defeat, or render inoperative the elements of vehicle and engine design and emissions controls that manufacturers use to meet emission standards. EPA testing of Aftermarket Defeat Products

---

[4] 40 C.F.R. §§ 86.082-2, 86.1803-01.
[5] 40 C.F.R. §§ 86.094-2, 86.1803-01.

comparable to those sold by Defendants shows that a single defeat device or "delete" can increase emissions of the various pollutants from a certified vehicle by hundreds of times, and in some cases, by more than a thousand times.[6]

29.     Hardware products like "race-pipes" or "delete pipes" replace factory-equipped exhaust pipes that contain emission control devices, enabling the physical removal of a motor vehicle's OBD sensors, EGR systems, or DPFs.

30.     Other hardware products include "tuners," which are designed to alter the elements of design governing an engine's performance and emissions by overriding the vehicle's OBD system. Tuners do this by plugging into the OBD port and overriding, erasing, or reprogramming the emission-related electronic control modules ("ECMs") with software or electronic files known as "tunes."

31.     According to the January 19, 2001, Advisory Circular, No. 24-3: *Implementation of Requirements Prohibiting Defeat Devices for On-Highway Heavy-Duty Engines*, all modern motor vehicles are equipped with ECMs. ECMs continuously monitor engine and other operating parameters and control the emission control devices, such as the engine fueling strategy.

**Defendants**

32.     Defendant Spectrum Wholesale, Inc. ("Spectrum") is a New York domestic business corporation, located in Oakdale, New York,[7] that is currently doing business online as an unincorporated entity "Dieselology" to sell, and offer for sale, automotive parts, including

---

[6] *See* https://www.epa.gov/enforcement/national-enforcement-and-compliance-initiative-stopping-aftermarket-defeat-devices.

[7] According to the New York State Department of State, Division of Corporations' online portal, Spectrum is still an active corporation and Oakdale, NY is its city of incorporation. However, Defendants have also used an address in Bohemia, New York to conduct business.

prohibited defeat devices. An April 24, 2025 public inquiry to the New York State Department of State website, attached hereto as Exhibit A, lists 70 Cross Road, Oakdale, NY 11769 as the official corporate address for Defendant Spectrum.

33. Spectrum was incorporated in Suffolk County, New York, on November 13, 2014.

34. Spectrum remains an active domestic business corporation registered with the New York State Department of State ("DOS"). Spectrum's DOS ID# is 2398259.

35. Defendant Thomas J. Ciccarelli, ("Ciccarelli") is a New York resident, the principal of Spectrum, and, based on available documentation I reviewed (see, e.g., Paragraph 85 of this declaration), is its sole owner.

36. Information obtained by the EPA indicates that from approximately 2019 through 2021, Ciccarelli/Spectrum sold hundreds of defeat devices to consumers across the country through his Spectrum eBay account. Recent information reviewed by EPA indicates that Ciccarelli and Spectrum are currently offering for sale, and continue to sell, defeat devices through the website www.dieselology.com.[8]

**EPA's First Encounter with Defendants**

37. As a result of EPA's investigation of defeat device sales on the eBay platform, EPA Headquarters became aware of Spectrum's eBay account and Defendants' actual sales of known defeat devices. EPA began tracking Defendants' sales, using information obtained from eBay, and then logging it in the EPA's Aftermarket Database.

38. The information from eBay showed that between October 18, 2019, and September 2, 2020, Spectrum sold 672 known defeat devices as a third-party seller on eBay, including but not limited to: (1) DPF delete pipes for several models of Ford, Nissan, and Chevrolet

---

[8] *See* Paragraphs 60 – 74, below.

vehicles, (2) EGR delete cooler kits for a variety of Ford, Dodge, and Chevrolet model vehicles, and (3) tuners/tuning devices. Of these 672 defeat device products, 223 were aftertreatment defeat devices, 119 were EGR defeat devices, and 330 were tunes/tuners. Defendants' products contained information and descriptions that claimed that the products' primary effect was to disable, defeat, or render inoperative emission-related elements of design installed in motor vehicles. A true and correct copy of the eBay records for these Spectrum sales, which was obtained in the regular course of business and includes eBay's signed Statement of Certification with respect to these records, is attached hereto as Exhibit B.[9]

39.     On December 10, 2021, after consulting with the EPA Office of Enforcement and Compliance Assurance ("OECA"), EPA Region 2 sent Defendants an Information Request Letter ("IRL") pursuant to Sections 114(a) and 208(a) of the CAA. A true and correct copy of the IRL is attached hereto as Exhibit C. The IRL was sent to Spectrum's corporate address in Oakdale, New York, which was, and remains, the address on file with the New York Secretary of State.

40.     On January 26, 2022, I called Ciccarelli to confirm that he had received the IRL. During the January 26, 2022, phone conversation, Ciccarelli told me that he had not received the IRL.

41.     However, on December 15, 2021, the United States Postal Service ("USPS") Certified Mail Green Card return receipt was returned with an agent's signature, to the EPA Region 2

---

[9] This is a list of Aftermarket Defeat Product sales by Spectrum using the eBay website. The list was compiled by Eastern Research Group (ERG), EPA's contractor, using the data obtained by eBay through a CAA information request issued pursuant to CAA Section 208(a). The presented exhibit is a version of the data provided by eBay and sorted by ERG and has been truncated by hiding empty columns and columns with less relevant information so that the relevant information can fit on the page.

New York office located at 290 Broadway, New York, New York 10007 ("New York office"). A true and correct copy of the USPS Certified Mail green Card return receipt is attached hereto as Exhibit D.

42.  On January 31, 2022, the EPA re-issued the IRL to Defendants. Defendants were required to respond to the IRL by March 2, 2022. However, Defendants failed to respond.

43.  On June 21, 2022, the EPA sent Defendants a Notice of Violation Letter for Failure to Respond to the IRL ("Warning Letter"), pursuant to Section 208 of the CAA, 42 U.S.C. § 7542(a). A true and correct copy of the Warning Letter is attached hereto as Exhibit E.

44.  The Warning Letter informed Defendants that they were in violation of Section 203(a)(2) of the CAA, 42 U.S.C § 7522(a)(2), for failure to respond to the IRL. The Warning Letter also noted, pursuant to Section 208(a) of the CAA, that Defendants were required to:

   a.  maintain all records, or reports in their possession, custody, or control related to the manufacture, sale, offering for sale, or installation by them of any part or component, including any product, that changes, affects, bypasses, defeats, replaces, or renders inoperative any device or element of design related to vehicle or engine emissions.

45.  On July 25, 2022, the USPS tracking listed the June 21, 2022 Warning Letter as "Unclaimed" and that it was being "returned to sender." On August 1, 2022, the EPA received the returned Warning Letter.

46.  On June 28, 2023, the EPA sent another copy of the IRL to Defendants, which came back to the EPA's Region 2 office on July 14, 2023 as "refused; unable to forward." Exhibit F. As part of this June 28, 2023 mailing attempt, the EPA simultaneously mailed a second copy of the IRL and Warning Letter to Defendants' Oakdale, NY address, which did not request a signature. This second copy of the IRL and Warning Letter was not sent back to the EPA's New York office.

47.     On July 6, 2023, EPA staff made another attempt to call Ciccarelli on the phone, to no avail; the call was not answered and there was no option to leave a voice message.

48.     On November 16, 2023, the Department of Justice ("DOJ"), through the U.S. Attorney's Office, Eastern District of New York ("USAO-EDNY") attempted to serve the Warning Letter at Defendants' Oakdale, NY address via a process server. The process server left the Warning Letter with an individual at the address who claimed that Ciccarelli no longer lived there. The USAO-EDNY sent a duplicate copy of the Warning Letter via FedEx, which was delivered on November 17, 2023; this copy of the Warning Letter was later mailed back to the USAO-EDNY offices on November 22, 2023.

49.     On or around the week of December 4, 2023, an agent from the EPA's Office of the Inspector General ("OIG") visited the Oakdale, NY address and spoke with the two individuals present at the residence. These individuals claimed to be Ciccarelli's parents and further alleged that not only does their son no longer reside with them at that address but that they had a falling out, have not spoken to him in years, and do not know where he currently lives.

**Defendants Inadequate Response to the IRL**

50.     On December 6, 2023, the USAO-EDNY spoke on the phone with an attorney, Jason Russo, claiming to represent Ciccarelli in connection with this matter. During that call, Ciccarelli's attorney asked for copies of the IRL and Warning Letter, which the USAO-EDNY sent via email that same day.

51.     On January 3, 2024, the USAO-EDNY had another call with Ciccarelli's attorney to try to obtain a response to the IRL and Warning Letter.

52. The USAO-EDNY sent follow up emails to Ciccarelli's attorney on January 24, February 8, and February 28, 2024. Ciccarelli's attorney replied on February 28, 2024, requesting more time to respond as he was in the middle of a trial.

53. On March 22, 2024, the USAO-EDNY spoke with Ciccarelli's attorney and sent another a copy of the IRL, by email. The email from the USAO-EDNY instructed Ciccarelli's attorney to have his client respond to the IRL no later than March 29, 2024.

54. On April 1, 2024, the USAO-EDNY received a zip file from Ciccarelli's attorney as a partial response to the IRL. The email transmittal for this submittal is attached hereto as Exhibit G. On April 3, 2024, the USAO-EDNY shared these files with the EPA.

    a. These zip files contained approximately 59 images or screenshots of Ciccarelli's Gmail inbox. These images show approximately 2,600 emails filtered by the label "Charles and Jason." These emails consisted of eBay confirmation emails for various items sold through Defendants' online eBay seller profile. However, these emails were not limited to Defendants' sale of suspected Aftermarket Defeat Products, as required by the IRL.

    b. These emails also show eBay sales for 2021, which the EPA did not previously know about from its tracked information in the EPA Headquarters database. The EPA received no additional information about these 2021 sales from Defendants.

    c. Further, Defendants' partial IRL response did not include invoices, or purchaser information, as required by the IRL.

    d. Additionally, Defendants' partial IRL response did not include information concerning Defendants' business structure, including, but not limited to an

organizational chart showing affiliated individuals and entities, as required by the IRL.

e.  Notably, Defendants' partial IRL response failed to disclose the existence of the Dieselology website, and did not provide any data regarding the marketing, offering for sale, or sale of Aftermarket Defeat Products through Dieselology.

f.  Defendants' partial IRL response also failed to identify the locations at which Defendants were conducting business, including locations where products were shipped or received.

g.  Defendants also did not respond to the IRL's request that if Defendants indicate that an Aftermarket Defeat Product is for testing, maintenance, racing, off-road, or other restricted use, they must provide a detailed description of the mechanisms, if any, Defendants have implemented to ensure that the component is only used for such purposes, and produce supporting documentation.

h.  Defendants' partial IRL response did not contain a signed Statement of Certification (enclosed with the IRL) indicating that the response was true and complete.

55. Defendants did not provide EPA with the complete information required to be submitted pursuant to the IRL issued in accordance with CAA Sections 208 and 114, 42 U.S.C. §§ 7542 and 7414, including disclosure of the Dieselology website operated by Defendants.

56. However, Defendants' partial response indicates that they continued to sell Aftermarket Defeat Products in late 2020 and throughout 2021. For example, numerous product descriptions in Defendants' email subject lines include different

types of Aftermarket Defeat Products, including a "2011-2019 Ford 6.7 GDP EZ Lynk DPF DEF EGR Delete Race Kit Lifetime Link" that was dated February 28, 2020, and a "P1 Race Parts 4 Race Pipe DPF Race Pipe for 17-20 6.7L Ford CFAL461 Aluminum" that was dated March 22, 2021. Attached hereto as Exhibit H are representative pages of Defendants' email box, obtained in the regular course of EPA's enforcement activities, showing sales of Aftermarket Defeat Products, which I have highlighted in yellow.

**Records Obtained from eBay in 2024-2025**

57. On February 12, 2024, the EPA issued an IRL to eBay pursuant to Sections 208 and 114 of the Act, 42 U.S.C. §§ 7542, 7414, inquiring about, among other things, (1) the details of Defendants' sales on eBay's online platform and (2) any additional financial and/or contact information for Defendants.

58. On March 8, 2024, eBay responded to the IRL and provided documentation indicating that Defendants were still selling automotive and other products on eBay's platform. eBay also provided contact information for Defendants, which indicated that Defendants' eBay account was still using the Oakdale, New York address for their contact information, and using a Bohemia, New York address for their shipping address. A true and correct copy of the eBay record showing Defendants' seller profile, obtained in the ordinary course of EPA's enforcement activities, is attached hereto as Exhibit I.

59. On March 6, 2025, the United States served a subpoena on eBay to obtain additional information regarding Defendants' sales of Aftermarket Defeat Products, specifically seeking Defendants' full eBay sales data from 2020 (September through year-end) and all of 2021. On April 11, 2025, eBay provided a response including a table of sales data for

the aforementioned time period. A true and correct copy of these files is attached hereto as Exhibit J.[10] Notably, consistent with the Gmail inbox images that Defendants' produced in partial response to EPA's IRL, which showed Aftermarket Defeat Product sales during 2021, the subpoenaed eBay sales data shows hundreds of Aftermarket Defeat Product Sales between September 3, 2020 and June 29, 2021. Ex. J (see yellow-highlighted examples of Aftermarket Defeat Product sales).

**Defendants, Through Dieselology.com, Continue to Violate CAA Title II's Prohibition of the Sale of Defeat Devices**

60. Since my phone call with Ciccarelli on January 26, 2022, EPA became aware of the existence of the website Dieselology.com, through which Defendants are continuing to sell, offer for sale, or cause the sale of aftermarket defeat devices.

61. Dieselology, according to its "about us" page, is a "one-stop-shop for ...diesel performance parts." Moreover, Dieselology's ties to Spectrum and Ciccarelli are evident from the website's accessibility statement, which in relevant part states:

> Spectrum Wholesale offers a number of features and services to increase accessibility...[w]hilst Spectrum Wholesale strive [sic] to adhere to the accepted guidelines and standards for accessibility and usability, it is not always possible to do so in all areas of the website... [i]n the meantime should you experience any difficulty in accessing the Spectrum Wholesale website, please don't hesitate to contact us.[11]

62. Additionally, pleadings in a lawsuit captioned, *The LCF Group, Inc. v. Spectrum Wholesale, Inc. D/B/A Spectrum Wholesale AKA Dieselology and Thomas Ciccarelli*, Index No. 607262/2024 (Supreme Ct., Nassau County), and records obtained by the United States in the instant case through a subpoena issued to the LCF Group, Inc., demonstrate

---

[10] EPA has filtered and sorted the eBay data to include only the relevant information from the submitted files.
[11] Dieselology's full accessibility statement can be found at: https://www.dieselology.com/accessibility-statement/ (last accessed on May 7, 2025).

that Dieselology is a d/b/a for Spectrum Wholesale, Inc. and these entities are solely operated by Ciccarelli. A true and accurate copy of the relevant records obtained from the LCF Group are attached here as Exhibit K-1 through K-4.

63.    As of May 6, 2025, my personal review of the contents on the Dieselology website indicate that approximately seventeen (17) different types of "delete kit" products, five (5) different types of "tuning" products, and fifty-three (53) different types of "race" products are listed for sale. A true and accurate copy of these listings, as I viewed them on May 6, 2025, which EPA obtained in the regular course of its enforcement activities, is attached hereto as Exhibit L.

64.    All seventeen (17) of the "delete kit" products, all five (5) of the tuning products, and forty-five (45) of the "race" product listings mentioned in Paragraph 63, above, contain the following "consumer notification and disclaimer of liability":

> This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws[.]

65.     Under the CAA, there is no "race-only" or "competition only" exemption for motor vehicles or motor vehicle engines. If it is an EPA-certified motor vehicle, the CAA prohibits aftermarket parts or services that remove, bypass or override required controls.

66.     Additionally, two of the "Delete Kit" product listings offer to "bench flash" the purchaser's ECM. For example, the Dieselology website offers for sale a "2023-2024 FORD 6.7L POWERSTROKE DPF EGR Delete Kit" for $2,800, stating that "This is a send-in service, we will provide shipping labels so you can send your ECM over to get bench flashed." The service lists F250, F350, F450, F550, and F600 models. The purported disclaimer cited in Paragraph 64, above, is included under this product/service on the website (last accessed on May 7, 2025). The "Contents" of this product are listed as (1) "GDP Commander," (2) "GDP Support Pack," and (3) "Includes Express Shipping both ways for your ECM." *See* pages 68 through 72 (of 319) in the above-referenced Ex. L.

67.     Bench flashing is a process to transfer tune files to customers and update or modify a motor vehicle's ECM software and involves removing the ECM from a vehicle, mailing it to someone that can then physically connect to the ECM to install new electronic calibration files/software and return it to the customer for reinstallation on a vehicle. Based on my review of this information and knowledge of illicit defeat devices, the bench flash service offered by these postings most likely involves a modification or tampering with the motor vehicles' ECM. By tampering with the ECM, engine parameters (*e.g.*, fueling quantity/timing/pulse, boost, diagnostics, torque limits) that affect emission controls can be altered or even disabled (*e.g.*, electronically disabling EGR operation or allowing for straight pipe installation) and result in increased emissions.

68.     The Dieselology website offers for sale all three general categories of defeat devices: engine calibration tuners, EGR delete hardware, and aftertreatment delete hardware.

69.     An example of a tuner being offered for sale on the Dieselology website for vehicles with General Motors Duramax diesel engines is a "2017-2023 L5P Duramax DPF EGR Tuning Package" for $1,599.99. *See* pages 306 through 310 (of 319) in the above-referenced Ex. L. A tuner contains tune files (i.e., modified calibrations) and are devices that can be plugged into a vehicle where the tune files will be installed. These devices allow the vehicle operator to turn software modifications on and off. The devices play a critical role when deleting emission controls because tuning is almost always required to remove and/or disable emission control hardware.

70.     Another example of a tuner being offered for sale on the Dieselology website is a "Multi-Tune" "DPF EGR Delete Kit GDP Commander," for 2022 Ford Powerstroke 6.7L model trucks. This tuner kit is listed for $2,599.99. *See* pages 63 through 67 (of 319) of the above-referenced Ex. L. The listing states that "[y]ou will need an unlocked ECM" and offers "[s]hift on the fly tuning" for "power levels" of "0hp", "+35hp", "+70hp", "+110", and "+150." The listing offers additional components including a 2020 – 2022 Ford switch-on-the-fly ("SOTF") switch for $99.99, various exhaust hardware components, a "221014 20-21 PASS-THROUGH" EGR kit for $325.00, and an "Unlocked Motorcraft ECM" for $1,200.00.

71.     An example of EGR delete hardware being offered for sale on the Dieselology website for vehicles with General Motors Duramax diesel engines is a "2007-2010 LMM Duramax Cooler Upgrade Kit w/ Up Pipe EGR Delete GDP421021" for $341.55. *See* pages 9 through 11 (of 319) in the above-referenced Ex. L. Tampering with the EGR system by

disabling or removing it will directly increase the formation of NOx in the vehicle exhaust. The EGR system is often tampered with to decrease operating and maintenance costs associated with system failure, therefore making its removal an attractive tampering option.

72.     An example of aftertreatment delete hardware being offered for sale on the Dieselology website for vehicles with General Motors Duramax diesel engines is a "2020-2022 GM 6.6L L5P Duramax 4in or 5in Downpipe Back Race Exhaust" for $630.00. *See* pages 214 through 217 (of 319) of the above-referenced Ex. L. Race pipes such as the one being advertised are used to completely remove the portion of the exhaust system that contains the emission control devices such as DPFs and DOCs, and replace it with a section of exhaust tubing or aftermarket straight pipe that will result in uncontrolled exhaust emissions.

73.     Search results on Dieselology.com show Aftermarket Defeat Products with listing dates indicating that they were posted to the website between 2021 and 2024. *See* page 319 of 319 in the above-referenced Ex. L. As of May 7, 2025, I was able to add to the cart on the Dieselology.com website various "delete" and "race" Aftermarket Defeat Products that are offered for sale. I was also able to proceed to the online checkout page where payment via major credit cards can be made.

74.     Defendants continued sales and offerings for sale of Aftermarket Defeat Products through the Dieselology.com website shows that Defendants are in ongoing and continuing violation of CAA § 203(a)(3)(b), 42 U.S.C. § 7522(a)(3)(B).

**Defendants' Actions Cause Significant and Potentially Irreparable Harm to
the Public at Large**

75.     By repeatedly ignoring and continuing to ignore EPA's efforts at enforcement and continuing to disregard the laws and regulations pertaining to the regulation of motor

19

vehicle and engine emissions and the prohibition of the sale of aftermarket defeat devices,

Defendants are putting the health of the public at risk, particularly children, the elderly,

and individuals with asthma or respiratory disease. Defendants continue to illegally sell,

offer for sale, and/or cause the sale of aftermarket defeat devices, which are designed to

remove, bypass, defeat, or render inoperative the elements of design and emissions controls

that vehicle and engine manufactures use to meet motor vehicle emission standards.

76.     As described above, Defendants have taken steps to conceal their ongoing marketing and

sale of aftermarket defeat devices, such as by failing to provide EPA with information

concerning their website Dieselology.com.

77.     Judicial intervention is now necessary, given Defendants' longstanding disregard for CAA

requirements, regulations and EPA enforcement activities, in addition to the ongoing risk

of exposing the public across the country to excess of emissions of various harmful

pollutants, including but not limited to CO, NOx, PM, and NMHCs.

**Defendants' Actions Resulted in an Economic Benefit, But Defendants' Are Likely
Experiencing Financial Difficulty That Could Limit Its Ability to Pay a Substantial Civil
Penalty**

78.     As part of my duties as a CAA Enforcement Officer, I routinely calculate and assess civil

penalties for alleged violations of the Act. These civil penalty assessments account for the

statutory factors EPA is required to consider in assessing such penalties. The applicable

statutory factors for assessing a civil penalty for the illegal sale of defeat devices under

Title II of the Act are found in Section 205(b) of the Act: (1) "the gravity of the violation";

(2) "the economic benefit or savings (if any) resulting from the violation"; (3) "the

violator's history of compliance with this subchapter"; (4) "action taken to remedy the

violation"; (5) "the effect of the penalty on the violator's ability to continue in business"; and (6) "such other matters as justice may require." 42 U.S.C. § 7524(b).

79. Defendants' illicit sales of 672 known Aftermarket Defeat Products generated an economic benefit for Defendants. Based on EPA's enforcement practices, I estimated Defendants' economic benefit—or illicit profits—to be 4 percent of the violative part or component's sale price. I used the actual eBay sales data EPA received for each of the 672 individual defeat devices that were sold to calculate an economic benefit of $25,264. This economic benefit increases significantly based on the hundreds of additional defeat device products Defendants sold on eBay from September 3, 2020 through June 29, 2021, which EPA recently became aware of through eBay's April 11, 2025 response to the subpoena. Further, the $25,264 economic benefit does not account for sales through Dieselology.com, the extent of which are not known.

80. Pursuant to Section 205(a) of the Act, 42 U.S.C. § 7524(a), as adjusted for inflation under the Federal Civil Penalties Inflation Adjustment Act, EPA may assess a civil penalty of up to $5,911 per violation, i.e., per defeat device sold. 40 C.F.R. § 19.4. Therefore, based on Defendants' sale of 672 known defeat devices, I calculated a maximum statutory penalty of $3,972,192 ($5,911 x 672). This statutory maximum penalty increases significantly based on the hundreds of additional defeat device products Defendants sold on eBay from September 3, 2020 through June 29, 2021, which EPA recently became aware of through eBay's April 11, 2025 response to the subpoena, and does not account for an unknown volume of sales through Dieselology.com.

81. In light of Defendants' refusal to participate in this matter, through the subpoena issued to the LCF Group, Inc., referred to in Paragraph 62, above, EPA reviewed available

information related to Defendants' financial situation. The documents submitted by LCF Group, Inc. include information about a merchant cash advance or merchant loan that LCF Group, Inc. made to Defendants to procure auto parts inventory for sale. Defendants defaulted on the loan which resulted in the lawsuit *The LCF Group, Inc. v. Spectrum Wholesale, Inc. D/B/A Spectrum Wholesale AKA Dieselology and Thomas Ciccarelli.*

82. One document produced by LCF Group, Inc., shows the merchant payment history for Defendants' loan, see Exhibit K-1. It shows Defendants' opening balance of $145,000, with near-daily payments of $960.26 being made starting on November 27, 2023, and continuing until January 17, 2024, when Defendants stopped making payments. Defendants' total loan repayments totaled $33,609.10. This document also shows that between January 18 through April 11, 2024, LCF Group, Inc. assessed a $35 return fee, a $2,500 default fee, a second $2,500 return fee, a $37,446.64 legal fee, and another $500 legal fee in connection with Defendants' default. Defendants' resulting "current balance" was $154,372.54.

83. Another document produced by LCF Group, Inc., titled "Offer Summary – Sales-Based Financing," was signed by Defendant Ciccarelli on November 27, 2023. Exhibit K-2. This document shows that LCF Group, Inc. provided Defendants with a $100,000 loan (with $95,570 paid directly to Defendants after unspecified deductions were made). The loan was issued with an estimated annual percentage rate of 156.06%, a finance charge of $45,000, estimated total repayment of $145,000, estimated monthly payments of $20,165.46, and the daily payment amount of $960.26 due each business day. The daily payment amount was based on LCF Group, Inc.'s estimate of 14.00% of Defendants' total sales, "based upon average monthly sales of $142,138.00 for the last four months."

84. Another document produced by LCF Group, Inc. is the signed and initialed contract for the loan, dated November 27, 2023, which includes the specific legal terms of the loan described above. Exhibit K-3. The contract uses Defendants' 1395 Lakeland Avenue Unit 14, Bohemia, New York 11716 address.

85. Another document produced by LCF Group, Inc., dated November 27, 2023, is a record of the merchant interview with Defendant Ciccarelli. Exhibit K-4. This record indicates that Defendants' merchant name is "Spectrum Wholesale AKA Dieselology," that Defendants' business is to sell "auto parts," that Defendants' website is "Dieselology.com," that Mr. Ciccarelli owns "100%" of the business, that the business email address is "spectrumwholesaleinc@gmail.com," that the business address is 1395 Lakeland Ave, Bohemia, NY 11716, and that Mr. Ciccarelli's personal address is 70 Cross Road, Oakdale, NY 11769, among other information.

86. With respect to the financing that Defendants obtained through LCF Group, Inc., on March 18, 2025, LCF Group, Inc. prevailed in a lawsuit enforcing an arbitration award of $154,052.49, plus interest, based on Defendants' default on payments due under their financing agreement. A true and correct copy of the decision in the LFC Group, Inc. matter is attached hereto as Exhibit M.

87. In my experience assessing civil penalties, based on a review of the facts set forth above, it is likely that Defendants may have an inability to pay a large penalty in the range of the statutory maximum penalty calculated pursuant to the Act and 40 C.F.R. 19.4. EPA normally considers a violator's detailed financial information in evaluating their ability to pay a civil penalty. Although Defendants have failed to engage with EPA or the court in

this matter, in my professional opinion, Defendants likely have a limited ability to pay an exceedingly large penalty.

Dated: New York, New York
May 8, 2025

Kan, Richard
Digitally signed by Kan, Richard
Date: 2025.05.08 16:20:55 -04'00'

_____
RICHARD KAN
ENFORCEMENT OFFICER
AIR COMPLIANCE BRANCH
ENFORCEMENT COMPLIANCE AND ASSURANCE
  DIVISION
UNITED STATES ENVIRONMENTAL PROTECTION
  AGENCY, REGION 2

Ex. A

An official website of New York State.

<u>Here's how you know</u> ⌄



🔍

# Department of State
## Division of Corporations

## Entity Information

---

Return to Results    Return to Search

**Entity Details**                                          ⌃

**ENTITY NAME:** SPECTRUM WHOLESALE, INC.

**DOS ID:** 4665537

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 11/13/2014

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 11/13/2014

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** PAST DUE DATE

**COUNTY:** SUFFOLK

**NEXT STATEMENT DUE DATE:** 11/30/2016

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** THE CORPORATION

**Address:** 70 CROSS RD., OAKDALE, NY, UNITED STATES, 11769

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:**  THOMAS J. CICCARELLI

**Address:**  70 CROSS RD., OAKDALE, NY, 11769

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:**  NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| PAR VALUE | 1 | $0.01000 |

Ex. B

## STATEMENT OF CERTIFICATION

I certify that I am fully authorized by eBay.com, Inc., and its parent organizations, affiliates, predecessors, successors, and assignees, to provide the above information on its behalf to the EPA.

I certify under penalty of law that I have examined and am familiar with the information in the enclosed documents, including all attachments. Based on my inquiry of those individuals with primary responsibility for obtaining the information, I certify that the statements and information are, to the best of my knowledge and belief, true and complete. I am aware that there are significant penalties for knowingly submitting false statements and information, including the possibility of fines or imprisonment pursuant to Section 113(c)(2) of the Clean Air Act, 42 U.S.C. § 7413(c)(2), and 18 U.S.C. §§ 1001 and 1341.

Date: November 16, 2020

Name (Printed): Michael Carson

Signature: *Mike Carson*

Title: Director

| | Auto ID | Case | Seller Company Name | Order ID | Transaction Date | Consolidated Part Number | Part Number | Part Name | SumOf Quantity | Total Price ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 303472 | eBay | Spectrum Wholesale Inc | 2039217098006 | 02-Sep-20 | CFAL458 | CFAL458 | MBRP 4'' Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $234.99 |
| 2 | 304424 | eBay | Spectrum Wholesale Inc | 2038165578006 | 31-Aug-20 | -- | 620003 | 2013-2019 6.7L CUMMINS | COOLER UPGRADE KIT GDP620003 EGR DELETE | 1 | $232.61 |
| 3 | 304395 | eBay | Spectrum Wholesale Inc | 2038194311006 | 31-Aug-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 4 | 304528 | eBay | Spectrum Wholesale Inc | 2037824533006 | 30-Aug-20 | CFAL461 | CFAL461 | MBRP 4'' Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $234.99 |
| 5 | 304760 | eBay | Spectrum Wholesale Inc | 2037557536006 | 29-Aug-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 6 | 305090 | eBay | Spectrum Wholesale Inc | 2037190554006 | 28-Aug-20 | -- | 1 | 2011-2019 FORD 6.7 EZ LYNK DPF DELETE EGR DELETE DEF DELETE RACE | 1 | $1,375.00 |
| 7 | 305491 | eBay | Spectrum Wholesale Inc | 2036326663006 | 26-Aug-20 | CFAL461 | CFAL461 | MBRP 4'' Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 3 | $704.97 |
| 8 | 305603 | eBay | Spectrum Wholesale Inc | 2036372864006 | 26-Aug-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 9 | 305515 | eBay | Spectrum Wholesale Inc | 2036292663006 | 26-Aug-20 | -- | 620003 | 2013-2019 6.7L CUMMINS | COOLER UPGRADE KIT GDP620003 EGR DELETE | 1 | $232.61 |
| 10 | 305919 | eBay | Spectrum Wholesale Inc | 2035974849006 | 25-Aug-20 | CFAL458 | CFAL458 | MBRP 4'' Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $234.99 |
| 11 | 306114 | eBay | Spectrum Wholesale Inc | 2035884843006 | 25-Aug-20 | CFAL458 | CFAL458 | MBRP 4'' Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $234.99 |
| 12 | 306632 | eBay | Spectrum Wholesale Inc | 2035270730006 | 23-Aug-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 13 | 307296 | eBay | Spectrum Wholesale Inc | 2034382146006 | 21-Aug-20 | CFAL461 | CFAL461 | MBRP 4'' Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $234.99 |
| 14 | 307721 | eBay | Spectrum Wholesale Inc | 2034040204006 | 20-Aug-20 | -- | GDP420022 | 2011-2016 LML DURAMAX GDP EGR DELETE GDP420022 | 1 | $271.60 |
| 15 | 307872 | eBay | Spectrum Wholesale Inc | 2033809459006 | 19-Aug-20 | CFAL458 | CFAL458 | MBRP 4'' Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $234.99 |
| 16 | 308112 | eBay | Spectrum Wholesale Inc | 2033651164006 | 19-Aug-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 17 | 308394 | eBay | Spectrum Wholesale Inc | 2033430076006 | 18-Aug-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 18 | 308420 | eBay | Spectrum Wholesale Inc | 2033399535006 | 18-Aug-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 19 | 308459 | eBay | Spectrum Wholesale Inc | 2033429676006 | 18-Aug-20 | -- | GDP220012 | 2017+2019 6.7L GDP EGR DELETE POWER STROKE GDP220012 | 1 | $232.62 |
| 20 | 308522 | eBay | Spectrum Wholesale Inc | 2032911886006 | 17-Aug-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 21 | 308610 | eBay | Spectrum Wholesale Inc | 2033052641006 | 17-Aug-20 | EZ lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch  DPF EGR DeleteTuning | 1 | $1,349.99 |
| 22 | 308648 | eBay | Spectrum Wholesale Inc | 2033016324006 | 17-Aug-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 23 | 308736 | eBay | Spectrum Wholesale Inc | 2032926382006 | 17-Aug-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 24 | 308853 | eBay | Spectrum Wholesale Inc | 2032716238006 | 16-Aug-20 | GDP Ez Lynk | EZ LYNK | GDP EZ LYNK KIT SOTF 5IN EXHAUST 2010-2018 6.7 RAM CUMMINS DPF EGR RACE KIT | 3 | $1,999.99 |
| 25 | 309306 | eBay | Spectrum Wholesale Inc | 2031872521006 | 14-Aug-20 | -- | GDP420022 | 2011-2016 LML DURAMAX GDP EGR DELETE GDP420022 | 1 | $271.60 |
| 26 | 309321 | eBay | Spectrum Wholesale Inc | 2031795842006 | 14-Aug-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 27 | 309613 | eBay | Spectrum Wholesale Inc | 2031376703006 | 13-Aug-20 | -- | GDP420022 | 2011-2016 LML DURAMAX GDP EGR DELETE GDP420022 | 1 | $271.60 |
| 28 | 309618 | eBay | Spectrum Wholesale Inc | 2031333845006 | 13-Aug-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 29 | 309973 | eBay | Spectrum Wholesale Inc | 2031129361006 | 12-Aug-20 | -- | GDP220007 | 2003-2007 6.0L GDP EGR DELETE W/PIPE FOR FORD GDP220007 | 1 | $232.62 |
| 30 | 310067 | eBay | Spectrum Wholesale Inc | 2031040219006 | 12-Aug-20 | GDP Ez Lynk | EZ LYNK | GDP EZ LYNK KIT SOTF 5IN EXHAUST 2010-2018 6.7 RAM CUMMINS DPF EGR RACE KIT | 3 | $1,999.99 |
| 31 | 310973 | eBay | Spectrum Wholesale Inc | 2030435206006 | 10-Aug-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 32 | 310992 | eBay | Spectrum Wholesale Inc | 2030538212006 | 10-Aug-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 33 | 311397 | eBay | Spectrum Wholesale Inc | 2029620360006 | 08-Aug-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 34 | 312710 | eBay | Spectrum Wholesale Inc | 2028143869006 | 04-Aug-20 | -- | GDP220007 | 2003-2007 6.0L GDP EGR DELETE W/PIPE FOR FORD GDP220007 | 1 | $232.62 |
| 35 | 312780 | eBay | Spectrum Wholesale Inc | 2028037810006 | 04-Aug-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 36 | 313614 | eBay | Spectrum Wholesale Inc | 2026964340006 | 01-Aug-20 | -- | 1 | 2011-2019 FORD 6.7 EZ LYNK DPF DELETE EGR DELETE DEF DELETE RACE | 1 | $1,375.00 |
| 37 | 313624 | eBay | Spectrum Wholesale Inc | 2027009563006 | 01-Aug-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 38 | 313744 | eBay | Spectrum Wholesale Inc | 2026497695006 | 31-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 39 | 314307 | eBay | Spectrum Wholesale Inc | 2025854620006 | 29-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 40 | 314309 | eBay | Spectrum Wholesale Inc | 2025797462006 | 29-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 41 | 314376 | eBay | Spectrum Wholesale Inc | 2025744991006 | 29-Jul-20 | -- | GDP420022 | 2011-2016 LML DURAMAX GDP EGR DELETE GDP420022 | 1 | $271.60 |
| 42 | 314425 | eBay | Spectrum Wholesale Inc | 2025751010006 | 29-Jul-20 | -- | GDP221013 | 2017+2019 6.7L POWER STROKE W/PASS-THROUGH PLATE GDP EGR DELETE GDP221013 | 1 | $284.60 |
| 43 | 314427 | eBay | Spectrum Wholesale Inc | 2025849699006 | 29-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 44 | 314985 | eBay | Spectrum Wholesale Inc | 2025286649006 | 28-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 45 | 314612 | eBay | Spectrum Wholesale Inc | 2025906382006 | 29-Jul-20 | -- | GDP221013 | 2017+2019 6.7L POWER STROKE W/PASS-THROUGH PLATE GDP EGR DELETE GDP221013 | 1 | $284.60 |
| 46 | 314628 | eBay | Spectrum Wholesale Inc | 2025704192006 | 29-Jul-20 | -- | GDP420022 | 2011-2016 LML DURAMAX GDP EGR DELETE GDP420022 | 1 | $271.60 |
| 47 | 314876 | eBay | Spectrum Wholesale Inc | 2025395440006 | 28-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 48 | 314934 | eBay | Spectrum Wholesale Inc | 2025492086006 | 28-Jul-20 | -- | GDP420022 | 2011-2016 LML DURAMAX GDP EGR DELETE GDP420022 | 1 | $271.60 |
| 49 | 315076 | eBay | Spectrum Wholesale Inc | 2025076712006 | 27-Jul-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 50 | 315104 | eBay | Spectrum Wholesale Inc | 2025128833006 | 27-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 51 | 315096 | eBay | Spectrum Wholesale Inc | 2024942704006 | 27-Jul-20 | GDP Ez Lynk | EZ LYNK | GDP EZ LYNK KIT SOTF 5IN EXHAUST 2010-2018 6.7 RAM CUMMINS DPF EGR RACE KIT | 3 | $1,999.99 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 52 | 315369 | eBay | Spectrum Wholesale Inc | 2025127247006 | 27-Jul-20 | -- | GDP221013 | 2017+2019 6.7L POWER STROKE W/PASS-THROUGH PLATE GDP EGR DELETE GDP221013 | 1 | $284.60 |
| 53 | 316209 | eBay | Spectrum Wholesale Inc | 2023737121006 | 24-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 54 | 316128 | eBay | Spectrum Wholesale Inc | 2023736783006 | 24-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 55 | 316319 | eBay | Spectrum Wholesale Inc | 2023691936006 | 24-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 56 | 316557 | eBay | Spectrum Wholesale Inc | 2023359553006 | 23-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 57 | 316615 | eBay | Spectrum Wholesale Inc | 2023314690006 | 23-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 58 | 316843 | eBay | Spectrum Wholesale Inc | 2023502614006 | 23-Jul-20 | GDP Ez Lynk | EZ LYNK | GDP EZ LYNK KIT SOTF 5IN EXHAUST 2010-2018 6.7 RAM CUMMINS DPF EGR RACE KIT | 3 | $1,999.99 |
| 59 | 316672 | eBay | Spectrum Wholesale Inc | 2023396187006 | 23-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 60 | 316821 | eBay | Spectrum Wholesale Inc | 2023207878006 | 23-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 61 | 317054 | eBay | Spectrum Wholesale Inc | 2023009778006 | 22-Jul-20 | GDP Ez Lynk | EZ LYNK | GDP EZ LYNK KIT SOTF 5IN EXHAUST 2010-2018 6.7 RAM CUMMINS DPF EGR RACE KIT | 3 | $1,999.99 |
| 62 | 317086 | eBay | Spectrum Wholesale Inc | 2023002315006 | 22-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 63 | 317117 | eBay | Spectrum Wholesale Inc | 2023186206006 | 22-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 64 | 317126 | eBay | Spectrum Wholesale Inc | 2023134229006 | 22-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 65 | 317127 | eBay | Spectrum Wholesale Inc | 2023140184006 | 22-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 66 | 317291 | eBay | Spectrum Wholesale Inc | 2022953377006 | 22-Jul-20 | -- | 1 | 2011-2019 FORD 6.7 EZ LYNK DPF DELETE EGR DELETE DEF DELETE RACE | 1 | $1,375.00 |
| 67 | 317956 | eBay | Spectrum Wholesale Inc | 2022388718006 | 20-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 68 | 318125 | eBay | Spectrum Wholesale Inc | 2022142275006 | 20-Jul-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 69 | 318161 | eBay | Spectrum Wholesale Inc | 2022257014006 | 20-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 70 | 318441 | eBay | Spectrum Wholesale Inc | 2021938238006 | 19-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 71 | 318550 | eBay | Spectrum Wholesale Inc | 2021255042006 | 18-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 72 | 318778 | eBay | Spectrum Wholesale Inc | 2020905422006 | 17-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 73 | 318799 | eBay | Spectrum Wholesale Inc | 2020930495006 | 17-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 74 | 318958 | eBay | Spectrum Wholesale Inc | 2021034958006 | 17-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 75 | 319059 | eBay | Spectrum Wholesale Inc | 2020920569006 | 17-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 76 | 319111 | eBay | Spectrum Wholesale Inc | 2021018623006 | 17-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 77 | 319341 | eBay | Spectrum Wholesale Inc | 2020608955006 | 16-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 78 | 319518 | eBay | Spectrum Wholesale Inc | 2020608011006 | 16-Jul-20 | -- | GDP420022 | 2011-2016 LML DURAMAX GDP EGR DELETE GDP420022 | 1 | $271.60 |
| 79 | 319509 | eBay | Spectrum Wholesale Inc | 2020698335006 | 16-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 80 | 319802 | eBay | Spectrum Wholesale Inc | 2020395138006 | 15-Jul-20 | -- | GDP420022 | 2011-2016 LML DURAMAX GDP EGR DELETE GDP420022 | 1 | $271.60 |
| 81 | 319597 | eBay | Spectrum Wholesale Inc | 2020381960006 | 15-Jul-20 | -- | GDP220012 | 2017+2019 6.7L GDP EGR DELETE POWER STROKE GDP220012 | 1 | $232.62 |
| 82 | 319822 | eBay | Spectrum Wholesale Inc | 2020349062006 | 15-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 83 | 320077 | eBay | Spectrum Wholesale Inc | 2019729501006 | 14-Jul-20 | -- | GDP220012 | 2017+2019 6.7L GDP EGR DELETE POWER STROKE GDP220012 | 1 | $232.62 |
| 84 | 320233 | eBay | Spectrum Wholesale Inc | 2019951250006 | 14-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 85 | 320569 | eBay | Spectrum Wholesale Inc | 2019556615006 | 13-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 86 | 320465 | eBay | Spectrum Wholesale Inc | 2019376779006 | 13-Jul-20 | -- | 0 | JAMO 4" Race Pipe DPF Delete RACE Pipe for 11-19 6.7L Ford STAINLESS 409 | 1 | $309.99 |
| 87 | 320830 | eBay | Spectrum Wholesale Inc | 2019091133006 | 12-Jul-20 | -- | GDP221013 | 2017+2019 6.7L POWER STROKE W/PASS-THROUGH PLATE GDP EGR DELETE GDP221013 | 1 | $284.60 |
| 88 | 320879 | eBay | Spectrum Wholesale Inc | 2019026862006 | 12-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 89 | 321003 | eBay | Spectrum Wholesale Inc | 2018698249006 | 11-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 90 | 321116 | eBay | Spectrum Wholesale Inc | 2018723937006 | 11-Jul-20 | -- | 0 | JAMO 4" Race Pipe DPF Delete RACE Pipe for 11-19 6.7L Ford STAINLESS 409 | 1 | $309.99 |
| 91 | 321264 | eBay | Spectrum Wholesale Inc | 2018090325006 | 10-Jul-20 | -- | GDP420022 | 2011-2016 LML DURAMAX GDP EGR DELETE GDP420022 | 1 | $271.60 |
| 92 | 321293 | eBay | Spectrum Wholesale Inc | 2018169391006 | 10-Jul-20 | GDP Ez Lynk | EZ LYNK | GDP EZ LYNK KIT SOTF 5IN EXHAUST 2010-2018 6.7 RAM CUMMINS DPF EGR RACE KIT | 3 | $1,999.99 |
| 93 | 321427 | eBay | Spectrum Wholesale Inc | 2018197100006 | 10-Jul-20 | -- | 0 | JAMO 4" Race Pipe DPF Delete RACE Pipe for 11-19 6.7L Ford STAINLESS 409 | 1 | $309.99 |
| 94 | 321494 | eBay | Spectrum Wholesale Inc | 2018350788006 | 10-Jul-20 | -- | GDP220008 | 2008-2010 6.4L W/ INTAKE ELBOW GDP EGR DELETE FOR FORD GDP220008 | 1 | $232.62 |
| 95 | 321510 | eBay | Spectrum Wholesale Inc | 2018094826006 | 10-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 96 | 321696 | eBay | Spectrum Wholesale Inc | 2017889553006 | 09-Jul-20 | GDP Ez Lynk | EZ LYNK | GDP EZ LYNK KIT SOTF 5IN EXHAUST 2010-2018 6.7 RAM CUMMINS DPF EGR RACE KIT | 3 | $1,999.99 |
| 97 | 321588 | eBay | Spectrum Wholesale Inc | 2017813845006 | 09-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 98 | 321632 | eBay | Spectrum Wholesale Inc | 2017952859006 | 09-Jul-20 | -- | 0 | JAMO 4" Race Pipe DPF Delete RACE Pipe for 11-19 6.7L Ford STAINLESS 409 | 1 | $309.99 |
| 99 | 321720 | eBay | Spectrum Wholesale Inc | 2017783482006 | 09-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 100 | 321616 | eBay | Spectrum Wholesale Inc | 2017937691006 | 09-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 101 | 321868 | eBay | Spectrum Wholesale Inc | 2017771388006 | 09-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 102 | 322223 | eBay | Spectrum Wholesale Inc | 2017360594006 | 08-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 103 | 322558 | eBay | Spectrum Wholesale Inc | 2017165354006 | 07-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 104 | 322777 | eBay | Spectrum Wholesale Inc | 2016716873006 | 06-Jul-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 105 | 322797 | eBay | Spectrum Wholesale Inc | 2016780908006 | 06-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 106 | 322815 | eBay | Spectrum Wholesale Inc | 2016547522006 | 06-Jul-20 | -- | 1 | 2011-2019 FORD 6.7 EZ LYNK DPF DELETE EGR DELETE DEF DELETE RACE | 1 | $1,375.00 |
| 107 | 322854 | eBay | Spectrum Wholesale Inc | 2016772370006 | 06-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 108 | 322911 | eBay | Spectrum Wholesale Inc | 2016673643006 | 06-Jul-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 109 | 322977 | eBay | Spectrum Wholesale Inc | 2016613641006 | 06-Jul-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 110 | 323178 | eBay | Spectrum Wholesale Inc | 2016227697006 | 05-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 111 | 323112 | eBay | Spectrum Wholesale Inc | 2016472272006 | 06-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 112 | 323296 | eBay | Spectrum Wholesale Inc | 2016369287006 | 05-Jul-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 113 | 323418 | eBay | Spectrum Wholesale Inc | 2015854238006 | 04-Jul-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 114 | 323379 | eBay | Spectrum Wholesale Inc | 2015844821006 | 04-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 115 | 323592 | eBay | Spectrum Wholesale Inc | 2015412181006 | 03-Jul-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 116 | 323654 | eBay | Spectrum Wholesale Inc | 2015363942006 | 03-Jul-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 117 | 323680 | eBay | Spectrum Wholesale Inc | 2015232953006 | 03-Jul-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 118 | 323700 | eBay | Spectrum Wholesale Inc | 2015366209006 | 03-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 119 | 323760 | eBay | Spectrum Wholesale Inc | 2015278045006 | 03-Jul-20 | -- | GDP221013 | 2017+2019 6.7L POWER STROKE W/PASS-THROUGH PLATE GDP EGR DELETE GDP221013 | 1 | $284.60 |
| 120 | 324096 | eBay | Spectrum Wholesale Inc | 2014817170006 | 02-Jul-20 | -- | 1 | 2011-2019 FORD 6.7 EZ LYNK DPF DELETE EGR DELETE DEF DELETE RACE | 1 | $1,350.00 |
| 121 | 324320 | eBay | Spectrum Wholesale Inc | 2015120412006 | 02-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 122 | 324553 | eBay | Spectrum Wholesale Inc | 2014616890006 | 01-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 123 | 324485 | eBay | Spectrum Wholesale Inc | 2014600988006 | 01-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 124 | 324523 | eBay | Spectrum Wholesale Inc | 2014662730006 | 01-Jul-20 | -- | GDP420022 | 2011-2016 LML DURAMAX GDP EGR DELETE GDP420022 | 1 | $271.60 |
| 125 | 324687 | eBay | Spectrum Wholesale Inc | 2014543137006 | 01-Jul-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 126 | 324934 | eBay | Spectrum Wholesale Inc | 2014064892006 | 30-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 127 | 325099 | eBay | Spectrum Wholesale Inc | 2014248383006 | 30-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 128 | 325011 | eBay | Spectrum Wholesale Inc | 2014077613006 | 30-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 129 | 325042 | eBay | Spectrum Wholesale Inc | 2014127696006 | 30-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 130 | 325312 | eBay | Spectrum Wholesale Inc | 2013856609006 | 29-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 131 | 325368 | eBay | Spectrum Wholesale Inc | 2013655569006 | 29-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 132 | 325236 | eBay | Spectrum Wholesale Inc | 2013847178006 | 29-Jun-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 133 | 325248 | eBay | Spectrum Wholesale Inc | 2013637252006 | 29-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 134 | 325491 | eBay | Spectrum Wholesale Inc | 2013779671006 | 29-Jun-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 135 | 325743 | eBay | Spectrum Wholesale Inc | 2013394115006 | 28-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 136 | 326023 | eBay | Spectrum Wholesale Inc | 2012687396006 | 27-Jun-20 | -- | GDP420022 | 2011-2016 LML DURAMAX GDP EGR DELETE GDP420022 | 1 | $271.60 |
| 137 | 326088 | eBay | Spectrum Wholesale Inc | 2012833423006 | 27-Jun-20 | GDP Ez Lynk | EZ LYNK | GDP EZ LYNK KIT SOTF 5IN EXHAUST 2010-2018 6.7 RAM CUMMINS DPF EGR RACE KIT | 3 | $1,999.99 |
| 138 | 326156 | eBay | Spectrum Wholesale Inc | 2012319490006 | 26-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 139 | 326282 | eBay | Spectrum Wholesale Inc | 2012555077006 | 26-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 140 | 326287 | eBay | Spectrum Wholesale Inc | 2012496138006 | 26-Jun-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2016 6.6 6.6L DURAMAX DPF DELETE RACE LML | 3 | $1,999.99 |
| 141 | 326302 | eBay | Spectrum Wholesale Inc | 2012294376006 | 26-Jun-20 | -- | GDP220012 | 2017+2019 6.7L GDP EGR DELETE POWER STROKE GDP220012 | 1 | $232.62 |
| 142 | 326525 | eBay | Spectrum Wholesale Inc | 2012512234006 | 26-Jun-20 | -- | GDP220006 | 2003-2007 6.0L W/O PIPE for Ford Powerstroke GDP EGR DELETE GDP220006 | 1 | $102.66 |
| 143 | 326572 | eBay | Spectrum Wholesale Inc | 2012164252006 | 25-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 144 | 326610 | eBay | Spectrum Wholesale Inc | 2011917028006 | 25-Jun-20 | -- | GDP220012 | 2017+2019 6.7L GDP EGR DELETE POWER STROKE GDP220012 | 1 | $232.62 |
| 145 | 326637 | eBay | Spectrum Wholesale Inc | 2012029386006 | 25-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 146 | 326642 | eBay | Spectrum Wholesale Inc | 2012121630006 | 25-Jun-20 | -- | GDP420022 | 2011-2016 LML DURAMAX GDP EGR DELETE GDP420022 | 1 | $271.60 |
| 147 | 326686 | eBay | Spectrum Wholesale Inc | 2012167458006 | 25-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 148 | 326691 | eBay | Spectrum Wholesale Inc | 2012053452006 | 25-Jun-20 | -- | GDP420022 | 2011-2016 LML DURAMAX GDP EGR DELETE GDP420022 | 1 | $271.60 |
| 149 | 326797 | eBay | Spectrum Wholesale Inc | 2012048988006 | 25-Jun-20 | -- | GDP221013 | 2017+2019 6.7L POWER STROKE W/PASS-THROUGH PLATE GDP EGR DELETE GDP221013 | 1 | $284.60 |
| 150 | 326784 | eBay | Spectrum Wholesale Inc | 2011941937006 | 25-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 151 | 327231 | eBay | Spectrum Wholesale Inc | 2011598081006 | 24-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 152 | 327414 | eBay | Spectrum Wholesale Inc | 2011196565006 | 23-Jun-20 | -- | GDP420022 | 2011-2016 LML DURAMAX GDP EGR DELETE GDP420022 | 1 | $271.60 |
| 153 | 327845 | eBay | Spectrum Wholesale Inc | 2010884605006 | 22-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 154 | 328010 | eBay | Spectrum Wholesale Inc | 2011010877006 | 22-Jun-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 155 | 328167 | eBay | Spectrum Wholesale Inc | 2010265932006 | 21-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 156 | 328203 | eBay | Spectrum Wholesale Inc | 2010536583006 | 21-Jun-20 | -- | GDP421019 | 2006-2007 LBZ DURAMAX W/UP-PIPE GDP EGR DELETE GDP421019 | 1 | $385.95 |
| 157 | 328656 | eBay | Spectrum Wholesale Inc | 2009955214006 | 20-Jun-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 158 | 329060 | eBay | Spectrum Wholesale Inc | 2009562518006 | 19-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 159 | 329181 | eBay | Spectrum Wholesale Inc | 2009123514006 | 18-Jun-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 160 | 330053 | eBay | Spectrum Wholesale Inc | 2008526227006 | 16-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 161 | 330230 | eBay | Spectrum Wholesale Inc | 2008194340006 | 16-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 162 | 330263 | eBay | Spectrum Wholesale Inc | 2008314314006 | 16-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 163 | 330347 | eBay | Spectrum Wholesale Inc | 2008428987006 | 16-Jun-20 | -- | 0 | JAMO 4" Race Pipe DPF Delete RACE Pipe for 11-19 6.7L Ford STAINLESS 409 | 1 | $309.95 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 164 | 330383 | eBay | Spectrum Wholesale Inc | 2008283163006 | 16-Jun-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR DeleteTuning | 1 | $1,349.99 |
| 165 | 330514 | eBay | Spectrum Wholesale Inc | 2007865542006 | 15-Jun-20 | -- | 0 | JAMO 4" Race Pipe DPF Delete RACE Pipe for 11-19 6.7L Ford STAINLESS 409 | 1 | $309.99 |
| 166 | 330556 | eBay | Spectrum Wholesale Inc | 2008066973006 | 15-Jun-20 | GDP Ez Lynk | GDP11002 | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK | 1 | $1,650.00 |
| 167 | 330450 | eBay | Spectrum Wholesale Inc | 2007781990006 | 15-Jun-20 | -- | 1 | 2011-2019 FORD 6.7 EZ LYNK DPF DELETE EGR DELETE DEF DELETE RACE | 1 | $1,350.00 |
| 168 | 330673 | eBay | Spectrum Wholesale Inc | 2008097520006 | 15-Jun-20 | -- | 620003 | 2013-2019 6.7L CUMMINS | COOLER UPGRADE KIT GDP620003 EGR DELETE | 1 | $232.61 |
| 169 | 330911 | eBay | Spectrum Wholesale Inc | 2007537292006 | 14-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 170 | 330884 | eBay | Spectrum Wholesale Inc | 2007457831006 | 14-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 171 | 330914 | eBay | Spectrum Wholesale Inc | 2007453418006 | 14-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 172 | 331338 | eBay | Spectrum Wholesale Inc | 2006491271006 | 12-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 173 | 331340 | eBay | Spectrum Wholesale Inc | 2006665940006 | 12-Jun-20 | -- | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 174 | 331360 | eBay | Spectrum Wholesale Inc | 2006619915006 | 12-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 175 | 331493 | eBay | Spectrum Wholesale Inc | 2006436283006 | 12-Jun-20 | -- | GDP220012 | 2017+2019 6.7L GDP EGR DELETE POWER STROKE GDP220012 | 1 | $232.62 |
| 176 | 331508 | eBay | Spectrum Wholesale Inc | 2006696101006 | 12-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 177 | 331709 | eBay | Spectrum Wholesale Inc | 2006280762006 | 11-Jun-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 178 | 331453 | eBay | Spectrum Wholesale Inc | 2006505741006 | 12-Jun-20 | GDP Ez Lynk | Ez lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 179 | 331887 | eBay | Spectrum Wholesale Inc | 2006121799006 | 11-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 180 | 331996 | eBay | Spectrum Wholesale Inc | 2005688876006 | 10-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 181 | 331917 | eBay | Spectrum Wholesale Inc | 2006286798006 | 11-Jun-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 182 | 330968 | eBay | Spectrum Wholesale Inc | 2005817647006 | 10-Jun-20 | -- | GDP420022 | 2011-2016 LML DURAMAX GDP EGR DELETE GDP420022 | 1 | $271.60 |
| 183 | 332242 | eBay | Spectrum Wholesale Inc | 2005796902006 | 10-Jun-20 | -- | GDP421019 | 2006-2007 LBZ DURAMAX W/UP-PIPE GDP EGR DELETE GDP421019 | 1 | $385.95 |
| 184 | 332386 | eBay | Spectrum Wholesale Inc | 2005218371006 | 09-Jun-20 | -- | GDP30002 | GDP EFI Live AutoCal RACE Tuner 11-16 GM 6.6L LML Duramax Diesel DPF DELETE | 1 | $999.99 |
| 185 | 332881 | eBay | Spectrum Wholesale Inc | 2004712737006 | 08-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 186 | 333518 | eBay | Spectrum Wholesale Inc | 2004016096006 | 06-Jun-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 187 | 333684 | eBay | Spectrum Wholesale Inc | 2003512307006 | 05-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 188 | 333535 | eBay | Spectrum Wholesale Inc | 2003998141006 | 06-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 189 | 333989 | eBay | Spectrum Wholesale Inc | 2003152582006 | 04-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 190 | 334122 | eBay | Spectrum Wholesale Inc | 2003132173006 | 04-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 191 | 334138 | eBay | Spectrum Wholesale Inc | 2003126299006 | 04-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 192 | 334441 | eBay | Spectrum Wholesale Inc | 2002690252006 | 03-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 193 | 334493 | eBay | Spectrum Wholesale Inc | 2002527695006 | 03-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 194 | 334500 | eBay | Spectrum Wholesale Inc | 2002522841006 | 03-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 195 | 334525 | eBay | Spectrum Wholesale Inc | 2002454231006 | 03-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 196 | 334433 | eBay | Spectrum Wholesale Inc | 2002708287006 | 03-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 197 | 334715 | eBay | Spectrum Wholesale Inc | 2002117516006 | 02-Jun-20 | -- | 1 | 2011-2019 FORD 6.7 EZ LYNK DPF DELETE EGR DELETE DEF DELETE RACE | 1 | $1,350.00 |
| 198 | 334938 | eBay | Spectrum Wholesale Inc | 2002164110006 | 02-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 199 | 335096 | eBay | Spectrum Wholesale Inc | 2001781733006 | 01-Jun-20 | GDP Ez Lynk | EZ LYNK | GDP EZ LYNK KIT SOTF 5IN EXHAUST 2010-2018 6.7 RAM CUMMINS DPF EGR RACE KIT | 3 | $1,999.99 |
| 200 | 335112 | eBay | Spectrum Wholesale Inc | 2001833300006 | 01-Jun-20 | -- | GDP420022 | 2011-2015 LML DURAMAX EGR DELETE GDP420022 | 1 | $209.00 |
| 201 | 335227 | eBay | Spectrum Wholesale Inc | 2001755478006 | 01-Jun-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 202 | 335330 | eBay | Spectrum Wholesale Inc | 2001790964006 | 01-Jun-20 | -- | GDP421019 | 2006-2007 LBZ DURAMAX W/UP-PIPE EGR DELETE GDP421019 | 1 | $297.00 |
| 203 | 335547 | eBay | Spectrum Wholesale Inc | 2001383460006 | 31-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 204 | 335607 | eBay | Spectrum Wholesale Inc | 2000705356006 | 30-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 205 | 335885 | eBay | Spectrum Wholesale Inc | 2000334813006 | 29-May-20 | -- | GDP620004 | 2014-2019 EGR DELETE for Dodge Ram 1500 3.0L EcoDiesel GDP620004 | 1 | $159.00 |
| 206 | 335898 | eBay | Spectrum Wholesale Inc | 2000289494006 | 29-May-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 207 | 336000 | eBay | Spectrum Wholesale Inc | 2000182858006 | 29-May-20 | -- | GDP220012 | 2017-2019 6.7L EGR DELETE POWER STROKE GDP220012 | 1 | $179.00 |
| 208 | 336197 | eBay | Spectrum Wholesale Inc | 2000019114006 | 28-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 209 | 336193 | eBay | Spectrum Wholesale Inc | 1999742025006 | 28-May-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 210 | 336408 | eBay | Spectrum Wholesale Inc | 1999723599006 | 28-May-20 | -- | GDP421021 | 2007-2010 LMM DURAMAX W/UP-PIPE EGR DELETE GDP421021 | 1 | $297.00 |
| 211 | 336622 | eBay | Spectrum Wholesale Inc | 1999330733006 | 27-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 212 | 336624 | eBay | Spectrum Wholesale Inc | 1999365113006 | 27-May-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 213 | 336687 | eBay | Spectrum Wholesale Inc | 1999407111006 | 27-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 214 | 336761 | eBay | Spectrum Wholesale Inc | 1999599462006 | 27-May-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 215 | 336853 | eBay | Spectrum Wholesale Inc | 1999399955006 | 27-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 216 | 336869 | eBay | Spectrum Wholesale Inc | 1999370724006 | 27-May-20 | -- | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.6 6.6L DURAMAX DPF DELETE RACE LML | 3 | $1,999.99 |
| 217 | 337009 | eBay | Spectrum Wholesale Inc | 1999095502006 | 26-May-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 218 | 337081 | eBay | Spectrum Wholesale Inc | 1999181619006 | 26-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 219 | 336940 | eBay | Spectrum Wholesale Inc | 1999145563006 | 26-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 220 | 336948 | eBay | Spectrum Wholesale Inc | 1998947674006 | 26-May-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 221 | 337122 | eBay | Spectrum Wholesale Inc | 1999006140006 | 26-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 222 | 337155 | eBay | Spectrum Wholesale Inc | 1999023036006 | 26-May-20 | -- | GDP220012 | 2017-2019 6.7L EGR DELETE POWER STROKE GDP220012 | 1 | $179.00 |
| 223 | 337369 | eBay | Spectrum Wholesale Inc | 1998661782006 | 25-May-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 224 | 337406 | eBay | Spectrum Wholesale Inc | 1998759436006 | 25-May-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 225 | 337783 | eBay | Spectrum Wholesale Inc | 1997502068006 | 23-May-20 | -- | GDP220008 | 2008-2010 6.4L W/ INTAKE ELBOW EGR DELETE GDP220008 | 1 | $179.99 |
| 226 | 337948 | eBay | Spectrum Wholesale Inc | 1997325945006 | 22-May-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 227 | 338054 | eBay | Spectrum Wholesale Inc | 1997347417006 | 22-May-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 228 | 338069 | eBay | Spectrum Wholesale Inc | 1997329355006 | 22-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 229 | 337891 | eBay | Spectrum Wholesale Inc | 1997099649006 | 22-May-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 230 | 337898 | eBay | Spectrum Wholesale Inc | 1997106752006 | 22-May-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 231 | 338036 | eBay | Spectrum Wholesale Inc | 1997246304006 | 22-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 232 | 338268 | eBay | Spectrum Wholesale Inc | 1996648435006 | 21-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 233 | 338731 | eBay | Spectrum Wholesale Inc | 1996313764006 | 20-May-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 234 | 338657 | eBay | Spectrum Wholesale Inc | 1996491725006 | 20-May-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 235 | 338762 | eBay | Spectrum Wholesale Inc | 1996455295006 | 20-May-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 236 | 338780 | eBay | Spectrum Wholesale Inc | 1996317610006 | 20-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 237 | 339024 | eBay | Spectrum Wholesale Inc | 1996022175006 | 19-May-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 238 | 339074 | eBay | Spectrum Wholesale Inc | 1995825814006 | 19-May-20 | -- | 1 | 2011-2019 FORD 6.7 EZ LYNK DPF DELETE EGR DELETE DEF DELETE GDP421023 | 1 | $1,350.00 |
| 239 | 339462 | eBay | Spectrum Wholesale Inc | 1995467311006 | 18-May-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 240 | 339657 | eBay | Spectrum Wholesale Inc | 1995582993006 | 18-May-20 | -- | GDP221013 | 2017-2019 6.7L POWER STROKE W/PASS-THROUGH PLATE EGR DELETE GDP221013 | 1 | $219.00 |
| 241 | 339686 | eBay | Spectrum Wholesale Inc | 1994922292006 | 17-May-20 | -- | GDP421019 | 2006-2007 LBZ DURAMAX W/UP-PIPE EGR DELETE GDP421019 | 1 | $297.00 |
| 242 | 339809 | eBay | Spectrum Wholesale Inc | 1995080031006 | 17-May-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 243 | 339824 | eBay | Spectrum Wholesale Inc | 1994799835006 | 17-May-20 | -- | GDP421019 | 2006-2007 LBZ DURAMAX W/UP-PIPE EGR DELETE GDP421019 | 1 | $297.00 |
| 244 | 340010 | eBay | Spectrum Wholesale Inc | 1994638648006 | 16-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 245 | 340087 | eBay | Spectrum Wholesale Inc | 1994499321006 | 16-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 246 | 340294 | eBay | Spectrum Wholesale Inc | 1994064431006 | 15-May-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 247 | 340309 | eBay | Spectrum Wholesale Inc | 1993909466006 | 15-May-20 | -- | GDP221013 | 2017-2019 6.7L POWER STROKE W/PASS-THROUGH PLATE EGR DELETE GDP221013 | 1 | $219.00 |
| 248 | 340329 | eBay | Spectrum Wholesale Inc | 1994005343006 | 15-May-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 249 | 340351 | eBay | Spectrum Wholesale Inc | 1993894634006 | 15-May-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 250 | 340870 | eBay | Spectrum Wholesale Inc | 1993624976006 | 14-May-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 251 | 340788 | eBay | Spectrum Wholesale Inc | 1993570802006 | 14-May-20 | -- | GDP220006 | 2003-2007 6.0L W/O PIPE for Ford Powerstroke EGR DELETE GDP220006 | 1 | $79.00 |
| 252 | 340993 | eBay | Spectrum Wholesale Inc | 1993523350006 | 14-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 253 | 341161 | eBay | Spectrum Wholesale Inc | 1993616892006 | 14-May-20 | -- | GDP221013 | 2017-2019 6.7L POWER STROKE W/PASS-THROUGH PLATE EGR DELETE GDP221013 | 1 | $219.00 |
| 254 | 341374 | eBay | Spectrum Wholesale Inc | 1993002852006 | 13-May-20 | -- | GDP421019 | 2006-2007 LBZ DURAMAX W/UP-PIPE EGR DELETE GDP421019 | 1 | $297.00 |
| 255 | 341531 | eBay | Spectrum Wholesale Inc | 1993242936006 | 13-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 256 | 341556 | eBay | Spectrum Wholesale Inc | 1993072760006 | 13-May-20 | -- | GDP221013 | 2017-2019 6.7L POWER STROKE W/PASS-THROUGH PLATE EGR DELETE GDP221013 | 1 | $219.00 |
| 257 | 341571 | eBay | Spectrum Wholesale Inc | 1993090453006 | 13-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 258 | 341713 | eBay | Spectrum Wholesale Inc | 1993261091006 | 13-May-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 259 | 341908 | eBay | Spectrum Wholesale Inc | 1992582100006 | 12-May-20 | -- | GDP221013 | 2017-2019 6.7L POWER STROKE W/PASS-THROUGH PLATE EGR DELETE GDP221013 | 1 | $219.00 |
| 260 | 342016 | eBay | Spectrum Wholesale Inc | 1992603518006 | 12-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 261 | 342031 | eBay | Spectrum Wholesale Inc | 1992764799006 | 12-May-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 262 | 342077 | eBay | Spectrum Wholesale Inc | 1992676110006 | 12-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 263 | 342164 | eBay | Spectrum Wholesale Inc | 1992530927006 | 12-May-20 | -- | GDP221013 | 2017-2019 6.7L POWER STROKE W/PASS-THROUGH PLATE EGR DELETE GDP221013 | 1 | $219.00 |
| 264 | 342301 | eBay | Spectrum Wholesale Inc | 1992107261006 | 11-May-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 265 | 342414 | eBay | Spectrum Wholesale Inc | 1992061014006 | 11-May-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 266 | 342436 | eBay | Spectrum Wholesale Inc | 1992209500006 | 11-May-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 267 | 342464 | eBay | Spectrum Wholesale Inc | 1992290204006 | 11-May-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 268 | 342618 | eBay | Spectrum Wholesale Inc | 1992061014006 | 11-May-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 269 | 342656 | eBay | Spectrum Wholesale Inc | 1992096660006 | 11-May-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 270 | 342773 | eBay | Spectrum Wholesale Inc | 1991376312006 | 10-May-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 271 | 342792 | eBay | Spectrum Wholesale Inc | 1991795881006 | 10-May-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 272 | 342884 | eBay | Spectrum Wholesale Inc | 1991178462006 | 10-May-20 | -- | GDP220012 | 2017-2019 6.7L EGR DELETE POWER STROKE GDP220012 | 1 | $179.00 |
| 273 | 342890 | eBay | Spectrum Wholesale Inc | 1991830383006 | 10-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 274 | 343027 | eBay | Spectrum Wholesale Inc | 1991084694006 | 09-May-20 | -- | GDP421019 | 2006-2007 LBZ DURAMAX W/UP-PIPE EGR DELETE GDP421019 | 1 | $297.00 |
| 275 | 342983 | eBay | Spectrum Wholesale Inc | 1991169185006 | 09-May-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 276 | 343010 | eBay | Spectrum Wholesale Inc | 1991099244006 | 09-May-20 | -- | GDP421019 | 2006-2007 LBZ DURAMAX W/UP-PIPE EGR DELETE GDP421019 | 1 | $297.00 |
| 277 | 343147 | eBay | Spectrum Wholesale Inc | 1990830823006 | 08-May-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 3 | $689.97 |
| 278 | 343284 | eBay | Spectrum Wholesale Inc | 1990777755006 | 08-May-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 279 | 343358 | eBay | Spectrum Wholesale Inc | 1990630829006 | 08-May-20 | -- | GDP421017 | 2004.5-2005 LLY DURAMAX W/UP-PIPE EGR DELETE GDP421017 | 1 | $297.00 |
| 280 | 343388 | eBay | Spectrum Wholesale Inc | 1990777755006 | 08-May-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 281 | 343340 | eBay | Spectrum Wholesale Inc | 1990566094006 | 08-May-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 282 | 343394 | eBay | Spectrum Wholesale Inc | 1990592074006 | 08-May-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 283 | 343460 | eBay | Spectrum Wholesale Inc | 1990717063006 | 08-May-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 284 | 343523 | eBay | Spectrum Wholesale Inc | 1990237177006 | 07-May-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 2 | $470.00 |
| 285 | 343665 | eBay | Spectrum Wholesale Inc | 1990108292006 | 07-May-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 286 | 343610 | eBay | Spectrum Wholesale Inc | 1990427078006 | 07-May-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 287 | 343690 | eBay | Spectrum Wholesale Inc | 1990075014006 | 07-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 288 | 343543 | eBay | Spectrum Wholesale Inc | 1990294022006 | 07-May-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2016 6.6 6.6L DURAMAX DPF DELETE RACE LML | 3 | $1,999.99 |
| 289 | 343766 | eBay | Spectrum Wholesale Inc | 1990281067006 | 07-May-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 290 | 343949 | eBay | Spectrum Wholesale Inc | 1989848801006 | 06-May-20 | -- | GDP420022 | 2011-2015 LML DURAMAX EGR DELETE GDP420022 | 1 | $209.00 |
| 291 | 344008 | eBay | Spectrum Wholesale Inc | 1989688323006 | 06-May-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 292 | 344099 | eBay | Spectrum Wholesale Inc | 1989895688006 | 06-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 293 | 344163 | eBay | Spectrum Wholesale Inc | 1989844458006 | 06-May-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 294 | 344236 | eBay | Spectrum Wholesale Inc | 1989413993006 | 05-May-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 295 | 344485 | eBay | Spectrum Wholesale Inc | 1989300561006 | 05-May-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 296 | 344642 | eBay | Spectrum Wholesale Inc | 1988832681006 | 04-May-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 297 | 344554 | eBay | Spectrum Wholesale Inc | 1988824083006 | 04-May-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 298 | 344765 | eBay | Spectrum Wholesale Inc | 1988853950006 | 04-May-20 | -- | GDP421019 | 2006-2007 LBZ DURAMAX W/UP-PIPE EGR DELETE GDP421019 | 1 | $297.00 |
| 299 | 344901 | eBay | Spectrum Wholesale Inc | 1988464549006 | 03-May-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 300 | 344950 | eBay | Spectrum Wholesale Inc | 1988426160006 | 03-May-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 301 | 345031 | eBay | Spectrum Wholesale Inc | 1987833584006 | 02-May-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2016 6.6 6.6L DURAMAX DPF DELETE RACE LML | 3 | $1,999.99 |
| 302 | 345041 | eBay | Spectrum Wholesale Inc | 1987576291006 | 02-May-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 303 | 345153 | eBay | Spectrum Wholesale Inc | 1987933503006 | 02-May-20 | -- | GDP220012 | 2017-2019 6.7L EGR DELETE POWER STROKE GDP220012 | 1 | $179.00 |
| 304 | 345153 | eBay | Spectrum Wholesale Inc | 1987654575006 | 02-May-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 305 | 345229 | eBay | Spectrum Wholesale Inc | 1987237966006 | 01-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 306 | 345252 | eBay | Spectrum Wholesale Inc | 1987357444006 | 01-May-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 307 | 345264 | eBay | Spectrum Wholesale Inc | 1987351779006 | 01-May-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 308 | 345306 | eBay | Spectrum Wholesale Inc | 1987413773006 | 01-May-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 309 | 345318 | eBay | Spectrum Wholesale Inc | 1987296154006 | 01-May-20 | -- | GDP421019 | 2006-2007 LBZ DURAMAX W/UP-PIPE EGR DELETE GDP421019 | 1 | $297.00 |
| 310 | 345187 | eBay | Spectrum Wholesale Inc | 1987778630006 | 02-May-20 | -- | GDP421019 | 2006-2007 LBZ DURAMAX W/UP-PIPE EGR DELETE GDP421019 | 1 | $297.00 |
| 311 | 345378 | eBay | Spectrum Wholesale Inc | 1987435322006 | 01-May-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 312 | 345413 | eBay | Spectrum Wholesale Inc | 1987363643006 | 01-May-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 313 | 345513 | eBay | Spectrum Wholesale Inc | 1986712980006 | 30-Apr-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 3 | $689.97 |
| 314 | 345739 | eBay | Spectrum Wholesale Inc | 1986783127006 | 30-Apr-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 315 | 345814 | eBay | Spectrum Wholesale Inc | 1986767945006 | 30-Apr-20 | -- | GDP420022 | 2011-2015 LML DURAMAX EGR DELETE GDP420022 | 1 | $209.00 |
| 316 | 345790 | eBay | Spectrum Wholesale Inc | 1986783202006 | 30-Apr-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 317 | 345953 | eBay | Spectrum Wholesale Inc | 1986191170006 | 29-Apr-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 318 | 346144 | eBay | Spectrum Wholesale Inc | 1986134444006 | 29-Apr-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 319 | 346184 | eBay | Spectrum Wholesale Inc | 1986356687006 | 29-Apr-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 320 | 346353 | eBay | Spectrum Wholesale Inc | 1985795456006 | 28-Apr-20 | -- | GDP420022 | 2011-2015 LML DURAMAX EGR DELETE GDP420022 | 1 | $209.00 |
| 321 | 346458 | eBay | Spectrum Wholesale Inc | 1985644090006 | 28-Apr-20 | -- | GDP421019 | 2006-2007 LBZ DURAMAX W/UP-PIPE EGR DELETE GDP421019 | 1 | $297.00 |
| 322 | 346459 | eBay | Spectrum Wholesale Inc | 1985680178006 | 28-Apr-20 | -- | GDP421019 | 2006-2007 LBZ DURAMAX W/UP-PIPE EGR DELETE GDP421019 | 1 | $297.00 |
| 323 | 346731 | eBay | Spectrum Wholesale Inc | 1985447670006 | 27-Apr-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 324 | 346844 | eBay | Spectrum Wholesale Inc | 1985330776006 | 27-Apr-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 325 | 346956 | eBay | Spectrum Wholesale Inc | 1984775726006 | 26-Apr-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 326 | 347036 | eBay | Spectrum Wholesale Inc | 1984952126006 | 26-Apr-20 | -- | GDP220012 | 2017-2019 6.7L EGR DELETE POWER STROKE GDP220012 | 1 | $179.00 |
| 327 | 347063 | eBay | Spectrum Wholesale Inc | 1984950088006 | 26-Apr-20 | -- | GDP221013 | 2017-2019 6.7L POWER STROKE W/PASS-THROUGH PLATE EGR DELETE GDP221013 | 1 | $219.00 |
| 328 | 347223 | eBay | Spectrum Wholesale Inc | 1984318370006 | 25-Apr-20 | -- | GDP30002 | GDP EFI Live AutoCal RACE Tuner 11-16 GM 6.6L LML Duramax Diesel DPF DELETE | 1 | $999.99 |
| 329 | 347354 | eBay | Spectrum Wholesale Inc | 1983945954006 | 24-Apr-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 330 | 347260 | eBay | Spectrum Wholesale Inc | 1984288988006 | 25-Apr-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke Ez Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 331 | 347550 | eBay | Spectrum Wholesale Inc | 1983924826006 | 24-Apr-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 332 | 347517 | eBay | Spectrum Wholesale Inc | 1983766830006 | 24-Apr-20 | -- | GDP421019 | 2006-2007 LBZ DURAMAX W/UP-PIPE EGR DELETE GDP421019 | 1 | $297.00 |
| 333 | 347588 | eBay | Spectrum Wholesale Inc | 1983945149006 | 24-Apr-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch  DPF EGR DeleteTuning | 1 | $1,349.99 |
| 334 | 347728 | eBay | Spectrum Wholesale Inc | 1983501616006 | 23-Apr-20 | -- | GDP221013 | 2017-2019 6.7L POWER STROKE W/PASS-THROUGH PLATE EGR DELETE GDP221013 | 1 | $219.00 |
| 335 | 347895 | eBay | Spectrum Wholesale Inc | 1983437045006 | 23-Apr-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 336 | 348064 | eBay | Spectrum Wholesale Inc | 1982971010006 | 22-Apr-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 337 | 348208 | eBay | Spectrum Wholesale Inc | 1982753382006 | 22-Apr-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 338 | 348428 | eBay | Spectrum Wholesale Inc | 1982319917006 | 21-Apr-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 339 | 348560 | eBay | Spectrum Wholesale Inc | 1982237620006 | 21-Apr-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 340 | 348652 | eBay | Spectrum Wholesale Inc | 1982367797006 | 21-Apr-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 341 | 348790 | eBay | Spectrum Wholesale Inc | 1982091960006 | 20-Apr-20 | -- | GDP221013 | 2017-2019 6.7L POWER STROKE W/PASS-THROUGH PLATE EGR DELETE GDP221013 | 1 | $219.00 |
| 342 | 349293 | eBay | Spectrum Wholesale Inc | 1981614710006 | 19-Apr-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 343 | 349460 | eBay | Spectrum Wholesale Inc | 1980815325006 | 18-Apr-20 | -- | GDP220012 | 2017-2019 6.7L EGR DELETE POWER STROKE GDP220012 | 1 | $179.00 |
| 344 | 349455 | eBay | Spectrum Wholesale Inc | 1980828095006 | 18-Apr-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 345 | 349734 | eBay | Spectrum Wholesale Inc | 1981087253006 | 18-Apr-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 346 | 349806 | eBay | Spectrum Wholesale Inc | 1980531088006 | 17-Apr-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 347 | 349882 | eBay | Spectrum Wholesale Inc | 1980355883006 | 17-Apr-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 348 | 350164 | eBay | Spectrum Wholesale Inc | 1980136808006 | 16-Apr-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 349 | 350214 | eBay | Spectrum Wholesale Inc | 1979850715006 | 16-Apr-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 350 | 350259 | eBay | Spectrum Wholesale Inc | 1979821133006 | 16-Apr-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 351 | 350450 | eBay | Spectrum Wholesale Inc | 1980129990006 | 16-Apr-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 352 | 350396 | eBay | Spectrum Wholesale Inc | 1979850715006 | 16-Apr-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 353 | 350403 | eBay | Spectrum Wholesale Inc | 1980017544006 | 16-Apr-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 354 | 350736 | eBay | Spectrum Wholesale Inc | 1979299384006 | 15-Apr-20 | -- | GDP220012 | 2017-2019 6.7L EGR DELETE POWER STROKE GDP220012 | 1 | $179.00 |
| 355 | 350605 | eBay | Spectrum Wholesale Inc | 1979233573006 | 15-Apr-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 356 | 351005 | eBay | Spectrum Wholesale Inc | 1979174342006 | 14-Apr-20 | -- | GDP220012 | 2017-2019 6.7L EGR DELETE POWER STROKE GDP220012 | 1 | $179.00 |
| 357 | 351024 | eBay | Spectrum Wholesale Inc | 1979040011006 | 14-Apr-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 3 | $689.97 |
| 358 | 351205 | eBay | Spectrum Wholesale Inc | 1978863726006 | 14-Apr-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 359 | 351289 | eBay | Spectrum Wholesale Inc | 1978954938006 | 14-Apr-20 | -- | GDP221013 | 2017-2019 6.7L POWER STROKE W/PASS-THROUGH PLATE EGR DELETE GDP221013 | 1 | $219.00 |
| 360 | 351373 | eBay | Spectrum Wholesale Inc | 1978630887006 | 13-Apr-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 361 | 351482 | eBay | Spectrum Wholesale Inc | 1978658258006 | 13-Apr-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 362 | 351510 | eBay | Spectrum Wholesale Inc | 1978512672006 | 13-Apr-20 | -- | GDP420022 | 2011-2015 LML DURAMAX EGR DELETE GDP420022 | 1 | $209.00 |
| 363 | 351519 | eBay | Spectrum Wholesale Inc | 1978570938006 | 13-Apr-20 | C6260 | C6260PLM | MBRP 4" Downpipe Back Exhaust No muffler for 11-16 6.7L Ford | 1 | $339.99 |
| 364 | 351865 | eBay | Spectrum Wholesale Inc | 1977699827006 | 11-Apr-20 | -- | GDP220012 | 2017-2019 6.7L EGR DELETE POWER STROKE GDP220012 | 1 | $179.00 |
| 365 | 351801 | eBay | Spectrum Wholesale Inc | 1978272914006 | 12-Apr-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 366 | 351821 | eBay | Spectrum Wholesale Inc | 1978116515006 | 12-Apr-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 367 | 352029 | eBay | Spectrum Wholesale Inc | 1977598522006 | 11-Apr-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 368 | 352079 | eBay | Spectrum Wholesale Inc | 1977300757006 | 10-Apr-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 369 | 352224 | eBay | Spectrum Wholesale Inc | 1977217773006 | 10-Apr-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 370 | 352271 | eBay | Spectrum Wholesale Inc | 1977365880006 | 10-Apr-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT SIN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 371 | 352619 | eBay | Spectrum Wholesale Inc | 1976836801006 | 09-Apr-20 | -- | GDP421017 | 2004.5-2005 LLY DURAMAX W/UP-PIPE EGR DELETE GDP421017 | 1 | $297.00 |
| 372 | 352898 | eBay | Spectrum Wholesale Inc | 1976422871006 | 08-Apr-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT SIN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 373 | 353187 | eBay | Spectrum Wholesale Inc | 1975984666006 | 07-Apr-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 374 | 353853 | eBay | Spectrum Wholesale Inc | 1974705041006 | 04-Apr-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS DPF DEF CAT DELETE PIPE SOTF | 2 | $1,699.99 |
| 375 | 353893 | eBay | Spectrum Wholesale Inc | 1974705041006 | 04-Apr-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS DPF DEF CAT DELETE PIPE SOTF | 2 | $1,699.99 |
| 376 | 353948 | eBay | Spectrum Wholesale Inc | 1974591181006 | 04-Apr-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 377 | 354332 | eBay | Spectrum Wholesale Inc | 1973554797006 | 02-Apr-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 378 | 354461 | eBay | Spectrum Wholesale Inc | 1973580045006 | 02-Apr-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT SIN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 379 | 354473 | eBay | Spectrum Wholesale Inc | 1973668510006 | 02-Apr-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 380 | 354696 | eBay | Spectrum Wholesale Inc | 1973181309006 | 01-Apr-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 381 | 354866 | eBay | Spectrum Wholesale Inc | 1972895869006 | 31-Mar-20 | -- | GDP220012 | 2017-2019 6.7L EGR DELETE POWER STROKE GDP220012 | 1 | $179.00 |
| 382 | 354790 | eBay | Spectrum Wholesale Inc | 1973363575006 | 01-Apr-20 | -- | 1 | 2011-2019 FORD 6.7 EZ LYNK DPF DELETE EGR DELETE DEF DELETE RACE | 1 | $1,350.00 |
| 383 | 355264 | eBay | Spectrum Wholesale Inc | 1972277908006 | 30-Mar-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS DPF DEF CAT DELETE PIPE SOTF | 2 | $1,699.99 |
| 384 | 355272 | eBay | Spectrum Wholesale Inc | 1972277908006 | 30-Mar-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS DPF DEF CAT DELETE PIPE SOTF | 2 | $1,699.99 |
| 385 | 355360 | eBay | Spectrum Wholesale Inc | 1972382755006 | 30-Mar-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS DPF DEF CAT DELETE PIPE SOTF | 2 | $1,699.99 |
| 386 | 355422 | eBay | Spectrum Wholesale Inc | 1972315229006 | 30-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 387 | 355492 | eBay | Spectrum Wholesale Inc | 1972480349006 | 30-Mar-20 | -- | GDP221013 | 2017-2019 6.7L POWER STROKE W/PASS-THROUGH PLATE EGR DELETE GDP221013 | 1 | $219.00 |

| 388 | 355730 | eBay | Spectrum Wholesale Inc | 1971481760006 | 28-Mar-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS DPF DEF CAT DELETE PIPE SOTF | 2 | $1,699.99 |
|---|---|---|---|---|---|---|---|---|---|---|
| 389 | 355802 | eBay | Spectrum Wholesale Inc | 1971481760006 | 28-Mar-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS DPF DEF CAT DELETE PIPE SOTF | 2 | $1,699.99 |
| 390 | 355987 | eBay | Spectrum Wholesale Inc | 1971167390006 | 27-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 391 | 355980 | eBay | Spectrum Wholesale Inc | 1971222786006 | 27-Mar-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 392 | 355847 | eBay | Spectrum Wholesale Inc | 1971393498006 | 28-Mar-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 393 | 356233 | eBay | Spectrum Wholesale Inc | 1970776353006 | 26-Mar-20 | -- | GDP220012 | 2017-2019 6.7L EGR DELETE POWER STROKE GDP220012 | 1 | $179.00 |
| 394 | 356166 | eBay | Spectrum Wholesale Inc | 1970729048006 | 26-Mar-20 | -- | GDP421021 | 2007-2010 LMM DURAMAX W/UP-PIPE EGR Delete GDP421021 | 1 | $297.00 |
| 395 | 356467 | eBay | Spectrum Wholesale Inc | 1970272313006 | 25-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 396 | 356898 | eBay | Spectrum Wholesale Inc | 1970030927006 | 24-Mar-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 397 | 356923 | eBay | Spectrum Wholesale Inc | 1969971902006 | 24-Mar-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 398 | 356962 | eBay | Spectrum Wholesale Inc | 1969971902006 | 24-Mar-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 399 | 357217 | eBay | Spectrum Wholesale Inc | 1969636724006 | 23-Mar-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 400 | 357248 | eBay | Spectrum Wholesale Inc | 1969716392006 | 23-Mar-20 | -- | GDP220012 | 2017-2019 6.7L EGR DELETE POWER STROKE GDP220012 | 1 | $179.00 |
| 401 | 357388 | eBay | Spectrum Wholesale Inc | 1969727770006 | 23-Mar-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS DPF DEF CAT DELETE PIPE SOTF | 2 | $1,699.99 |
| 402 | 357403 | eBay | Spectrum Wholesale Inc | 1969820154006 | 23-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 403 | 357529 | eBay | Spectrum Wholesale Inc | 1969265719006 | 22-Mar-20 | -- | GDP220012 | 2017-2019 6.7L EGR DELETE POWER STROKE GDP220012 | 1 | $179.00 |
| 404 | 357933 | eBay | Spectrum Wholesale Inc | 1968589192006 | 20-Mar-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 405 | 358115 | eBay | Spectrum Wholesale Inc | 1968307796006 | 19-Mar-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $235.00 |
| 406 | 358146 | eBay | Spectrum Wholesale Inc | 1968170939006 | 19-Mar-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE & PIPE | 2 | $1,599.00 |
| 407 | 358337 | eBay | Spectrum Wholesale Inc | 1968036281006 | 18-Mar-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 408 | 358313 | eBay | Spectrum Wholesale Inc | 1967914567006 | 18-Mar-20 | CDAL441 | CDAL441 | "MBRP 4"" DPF Delete Competition Race Pipe For 13-17 Dodge Cummins AL" | 1 | $229.99 |
| 409 | 358399 | eBay | Spectrum Wholesale Inc | 1968046419006 | 18-Mar-20 | -- | GDP421019 | 2006-2007 LBZ DURAMAX W/UP-PIPE EGR DELETE GDP421019 | 1 | $297.00 |
| 410 | 358495 | eBay | Spectrum Wholesale Inc | 1967969769006 | 18-Mar-20 | -- | GDP421019 | 2006-2007 LBZ DURAMAX W/UP-PIPE EGR DELETE GDP421019 | 1 | $297.00 |
| 411 | 358585 | eBay | Spectrum Wholesale Inc | 1967713254006 | 17-Mar-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 412 | 358628 | eBay | Spectrum Wholesale Inc | 1967593859006 | 17-Mar-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS DPF DEF CAT DELETE PIPE SOTF | 2 | $1,699.99 |
| 413 | 358819 | eBay | Spectrum Wholesale Inc | 1967354852006 | 16-Mar-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 414 | 358923 | eBay | Spectrum Wholesale Inc | 1967394565006 | 16-Mar-20 | CDAL441 | CDAL441 | "MBRP 4"" DPF Delete Competition Race Pipe For 13-17 Dodge Cummins AL" | 1 | $229.99 |
| 415 | 359029 | eBay | Spectrum Wholesale Inc | 1967227772006 | 16-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 416 | 359101 | eBay | Spectrum Wholesale Inc | 1966994749006 | 15-Mar-20 | -- | GDP421023 | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 | 1 | $329.00 |
| 417 | 359146 | eBay | Spectrum Wholesale Inc | 1966922707006 | 15-Mar-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 418 | 359188 | eBay | Spectrum Wholesale Inc | 1966773916006 | 15-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 419 | 359507 | eBay | Spectrum Wholesale Inc | 1966252234006 | 13-Mar-20 | -- | GDP221013 | 2017-2019 6.7L POWER STROKE W/PASS-THROUGH PLATE EGR DELETE GDP221013 | 1 | $219.00 |
| 420 | 359555 | eBay | Spectrum Wholesale Inc | 1966136700006 | 13-Mar-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 421 | 359580 | eBay | Spectrum Wholesale Inc | 1966201539006 | 13-Mar-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE & PIPE | 2 | $1,599.00 |
| 422 | 359910 | eBay | Spectrum Wholesale Inc | 1965970809006 | 12-Mar-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE & PIPE | 2 | $1,599.00 |
| 423 | 360103 | eBay | Spectrum Wholesale Inc | 1965580339006 | 11-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 424 | 360140 | eBay | Spectrum Wholesale Inc | 1965480657006 | 11-Mar-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 425 | 360259 | eBay | Spectrum Wholesale Inc | 1965127528006 | 10-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 426 | 360263 | eBay | Spectrum Wholesale Inc | 1965249241006 | 10-Mar-20 | -- | GDP421017 | 2004.5-2005 LLY DURAMAX W/UP-PIPE EGR DELETE GDP421017 | 1 | $297.00 |
| 427 | 360345 | eBay | Spectrum Wholesale Inc | 1965272961006 | 10-Mar-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 428 | 360346 | eBay | Spectrum Wholesale Inc | 1965230632006 | 10-Mar-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS DPF DEF CAT DELETE PIPE SOTF | 2 | $1,675.00 |
| 429 | 360360 | eBay | Spectrum Wholesale Inc | 1965317015006 | 10-Mar-20 | -- | GDP420022 | 2011-2015 LML DURAMAX EGR DELETE GDP420022 | 1 | $309.00 |
| 430 | 360367 | eBay | Spectrum Wholesale Inc | 1965263085006 | 10-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 431 | 360423 | eBay | Spectrum Wholesale Inc | 1965200198006 | 10-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 432 | 360431 | eBay | Spectrum Wholesale Inc | 1965127528006 | 10-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 433 | 360461 | eBay | Spectrum Wholesale Inc | 1965330661006 | 10-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 434 | 360501 | eBay | Spectrum Wholesale Inc | 1965279427006 | 10-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 435 | 360507 | eBay | Spectrum Wholesale Inc | 1965330661006 | 10-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 436 | 360535 | eBay | Spectrum Wholesale Inc | 1965330661006 | 10-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 437 | 360631 | eBay | Spectrum Wholesale Inc | 1964902893006 | 09-Mar-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS DPF DEF CAT DELETE PIPE SOTF | 2 | $1,675.00 |
| 438 | 360666 | eBay | Spectrum Wholesale Inc | 1965011406006 | 09-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 439 | 360558 | eBay | Spectrum Wholesale Inc | 1965272961006 | 10-Mar-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 440 | 360562 | eBay | Spectrum Wholesale Inc | 1965345441006 | 10-Mar-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS DPF DEF CAT DELETE PIPE SOTF | 2 | $1,675.00 |
| 441 | 360835 | eBay | Spectrum Wholesale Inc | 1964863843006 | 09-Mar-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE & PIPE | 2 | $1,599.00 |
| 442 | 360960 | eBay | Spectrum Wholesale Inc | 1964572769006 | 08-Mar-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE & PIPE | 2 | $1,599.00 |
| 443 | 360988 | eBay | Spectrum Wholesale Inc | 1964445066006 | 08-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 444 | 361016 | eBay | Spectrum Wholesale Inc | 1964484252006 | 08-Mar-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 445 | 361330 | eBay | Spectrum Wholesale Inc | 1963782590006 | 06-Mar-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE & PIPE | 2 | $1,599.00 |
| 446 | 361371 | eBay | Spectrum Wholesale Inc | 1963846565006 | 06-Mar-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 447 | 361420 | eBay | Spectrum Wholesale Inc | 1963811676006 | 06-Mar-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 448 | 361500 | eBay | Spectrum Wholesale Inc | 1963807201006 | 06-Mar-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 449 | 361441 | eBay | Spectrum Wholesale Inc | 1963670734006 | 06-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 450 | 361456 | eBay | Spectrum Wholesale Inc | 1963833288006 | 06-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 451 | 361659 | eBay | Spectrum Wholesale Inc | 1963347139006 | 05-Mar-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Race Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 452 | 361863 | eBay | Spectrum Wholesale Inc | 1962989286006 | 04-Mar-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE & PIPE | 2 | $1,575.00 |
| 453 | 361776 | eBay | Spectrum Wholesale Inc | 1963114994006 | 05-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 454 | 361857 | eBay | Spectrum Wholesale Inc | 1963133089006 | 04-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 455 | 362168 | eBay | Spectrum Wholesale Inc | 1962824019006 | 03-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 456 | 362102 | eBay | Spectrum Wholesale Inc | 1963117427006 | 04-Mar-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE & PIPE | 2 | $1,575.00 |
| 457 | 362129 | eBay | Spectrum Wholesale Inc | 1962623478006 | 03-Mar-20 | C6260 | C6260PLM | MBRP 4" Downpipe Back Exhaust No muffler for 11-16 6.7L Ford | 1 | $339.99 |
| 458 | 362144 | eBay | Spectrum Wholesale Inc | 1962636271006 | 03-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 459 | 362231 | eBay | Spectrum Wholesale Inc | 1962636271006 | 03-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 460 | 362234 | eBay | Spectrum Wholesale Inc | 1962625419006 | 03-Mar-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 461 | 362298 | eBay | Spectrum Wholesale Inc | 1962636271006 | 03-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 462 | 362413 | eBay | Spectrum Wholesale Inc | 1962654003006 | 03-Mar-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 463 | 362552 | eBay | Spectrum Wholesale Inc | 1962236447006 | 02-Mar-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 464 | 362528 | eBay | Spectrum Wholesale Inc | 1962374977006 | 02-Mar-20 | C6260 | C6260PLM | MBRP 4" Downpipe Back Exhaust No muffler for 11-16 6.7L Ford | 1 | $339.99 |
| 465 | 362689 | eBay | Spectrum Wholesale Inc | 1962344354006 | 02-Mar-20 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN FOR CUMMINS 5.0 DPF DEF CAT EGR DELETE | 1 | $1,339.99 |
| 466 | 362832 | eBay | Spectrum Wholesale Inc | 1961992328006 | 01-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 467 | 362928 | eBay | Spectrum Wholesale Inc | 1961992328006 | 01-Mar-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 468 | 363425 | eBay | Spectrum Wholesale Inc | 1960843989006 | 27-Feb-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 469 | 363439 | eBay | Spectrum Wholesale Inc | 1960838274006 | 27-Feb-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE & PIPE | 2 | $1,575.00 |
| 470 | 363448 | eBay | Spectrum Wholesale Inc | 1960714834006 | 27-Feb-20 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN FOR CUMMINS 5.0 DPF DEF CAT EGR DELETE | 1 | $1,339.99 |
| 471 | 363572 | eBay | Spectrum Wholesale Inc | 1960969536006 | 27-Feb-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 472 | 363742 | eBay | Spectrum Wholesale Inc | 1960404026006 | 26-Feb-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 473 | 364311 | eBay | Spectrum Wholesale Inc | 1959875133006 | 24-Feb-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 474 | 364330 | eBay | Spectrum Wholesale Inc | 1959721511006 | 24-Feb-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 475 | 364453 | eBay | Spectrum Wholesale Inc | 1959635864006 | 24-Feb-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 476 | 365003 | eBay | Spectrum Wholesale Inc | 1958713513006 | 21-Feb-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 477 | 365046 | eBay | Spectrum Wholesale Inc | 1958568732006 | 21-Feb-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 1 | $1,650.00 |
| 478 | 365240 | eBay | Spectrum Wholesale Inc | 1958247987006 | 20-Feb-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Race Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 479 | 365131 | eBay | Spectrum Wholesale Inc | 1958713513006 | 21-Feb-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 480 | 365710 | eBay | Spectrum Wholesale Inc | 1958076397006 | 19-Feb-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 481 | 365797 | eBay | Spectrum Wholesale Inc | 1957685640006 | 18-Feb-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 482 | 366115 | eBay | Spectrum Wholesale Inc | 1957416708006 | 17-Feb-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 483 | 366189 | eBay | Spectrum Wholesale Inc | 1957312238006 | 17-Feb-20 | C6262 | C6262P | MBRP 4" Downpipe Back Exhaust with muffler for 11-16 6.7L Ford C6262P | 1 | $384.99 |
| 484 | 366300 | eBay | Spectrum Wholesale Inc | 1956833649006 | 16-Feb-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE & PIPE | 2 | $1,575.00 |
| 485 | 366585 | eBay | Spectrum Wholesale Inc | 1956693961006 | 15-Feb-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 486 | 366649 | eBay | Spectrum Wholesale Inc | 1956536498006 | 15-Feb-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE & PIPE | 2 | $1,575.00 |
| 487 | 366886 | eBay | Spectrum Wholesale Inc | 1956388718006 | 14-Feb-20 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN FOR CUMMINS 5.0 DPF DEF CAT EGR DELETE | 1 | $1,339.99 |
| 488 | 367137 | eBay | Spectrum Wholesale Inc | 1956022809006 | 13-Feb-20 | C6262 | C6262P | MBRP 4" Downpipe Back Exhaust with muffler for 11-16 6.7L Ford C6262P | 1 | $384.99 |
| 489 | 367507 | eBay | Spectrum Wholesale Inc | 1955439164006 | 12-Feb-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 490 | 367784 | eBay | Spectrum Wholesale Inc | 1955276156006 | 11-Feb-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE & PIPE | 2 | $1,575.00 |
| 491 | 367791 | eBay | Spectrum Wholesale Inc | 1955423373006 | 11-Feb-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 492 | 368059 | eBay | Spectrum Wholesale Inc | 1954885266006 | 10-Feb-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 493 | 368084 | eBay | Spectrum Wholesale Inc | 1954881370006 | 10-Feb-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 494 | 367967 | eBay | Spectrum Wholesale Inc | 1954991120006 | 10-Feb-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 495 | 368381 | eBay | Spectrum Wholesale Inc | 1954681174006 | 09-Feb-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 496 | 368906 | eBay | Spectrum Wholesale Inc | 1953611031006 | 06-Feb-20 | C6262 | C6262P | MBRP 4" Downpipe Back Exhaust with muffler for 11-16 6.7L Ford C6262P | 1 | $384.99 |
| 497 | 369014 | eBay | Spectrum Wholesale Inc | 1953407402006 | 06-Feb-20 | C6260 | C6260PLM | MBRP 4" Downpipe Back Exhaust No muffler for 11-16 6.7L Ford | 1 | $339.99 |
| 498 | 369071 | eBay | Spectrum Wholesale Inc | 1953592938006 | 06-Feb-20 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning | 1 | $1,349.99 |
| 499 | 369183 | eBay | Spectrum Wholesale Inc | 1953184453006 | 05-Feb-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE & PIPE | 2 | $1,575.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 500 | 369184 | eBay | Spectrum Wholesale Inc | 1953139983006 | 05-Feb-20 | CDAL441 | CDAL441 | "MBRP 4"" DPF Delete Competition Race Pipe For 13-17 Dodge Cummins AL" | 1 | $229.99 |
| 501 | 369530 | eBay | Spectrum Wholesale Inc | 1952916636006 | 04-Feb-20 | C6260 | C6260PLM | MBRP 4" Downpipe Back Exhaust No muffler for 11-16 6.7L Ford | 1 | $339.99 |
| 502 | 369892 | eBay | Spectrum Wholesale Inc | 1952037685006 | 02-Feb-20 | C6260 | C6260PLM | MBRP 4" Downpipe Back Exhaust No muffler for 11-16 6.7L Ford | 1 | $339.99 |
| 503 | 370389 | eBay | Spectrum Wholesale Inc | 1951348407006 | 31-Jan-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE & PIPE | 2 | $1,575.00 |
| 504 | 370479 | eBay | Spectrum Wholesale Inc | 1951124914006 | 30-Jan-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 505 | 370730 | eBay | Spectrum Wholesale Inc | 1950681268006 | 29-Jan-20 | C6262 | C6262P | MBRP 4" Downpipe Back Exhaust with muffler for 11-16 6.7L Ford C6262P | 1 | $384.99 |
| 506 | 371132 | eBay | Spectrum Wholesale Inc | 1950437292006 | 28-Jan-20 | -- | 1 | 2011-2019 FORD 6.7 EZ LYNK DPF DELETE EGR DELETE DEF DELETE RACE | 1 | $1,350.00 |
| 507 | 371185 | eBay | Spectrum Wholesale Inc | 1950417504006 | 28-Jan-20 | C6260 | C6260PLM | MBRP 4" Downpipe Back Exhaust No muffler for 11-16 6.7L Ford | 1 | $339.99 |
| 508 | 371322 | eBay | Spectrum Wholesale Inc | 1950053810006 | 27-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 509 | 371696 | eBay | Spectrum Wholesale Inc | 1949315752006 | 25-Jan-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 510 | 372237 | eBay | Spectrum Wholesale Inc | 1948467206006 | 23-Jan-20 | C6260 | C6260PLM | MBRP 4" Downpipe Back Exhaust No muffler for 11-16 6.7L Ford | 1 | $339.99 |
| 511 | 372332 | eBay | Spectrum Wholesale Inc | 1948288588006 | 22-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 512 | 372451 | eBay | Spectrum Wholesale Inc | 1948100011006 | 22-Jan-20 | C6260 | C6260PLM | MBRP 4" Downpipe Back Exhaust No muffler for 11-16 6.7L Ford | 1 | $339.99 |
| 513 | 372579 | eBay | Spectrum Wholesale Inc | 1947766444006 | 21-Jan-20 | C6260 | C6260PLM | MBRP 4" Downpipe Back Exhaust No muffler for 11-16 6.7L Ford | 1 | $339.99 |
| 514 | 372526 | eBay | Spectrum Wholesale Inc | 1947964441006 | 21-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 2 | $459.98 |
| 515 | 373148 | eBay | Spectrum Wholesale Inc | 1946961692006 | 19-Jan-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 516 | 372984 | eBay | Spectrum Wholesale Inc | 1947450894006 | 20-Jan-20 | GDP Ez Lynk | GDP11002 | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE & PIPE | 2 | $1,575.00 |
| 517 | 372992 | eBay | Spectrum Wholesale Inc | 1947677021006 | 20-Jan-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $229.99 |
| 518 | 373058 | eBay | Spectrum Wholesale Inc | 1946961692006 | 19-Jan-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 519 | 373155 | eBay | Spectrum Wholesale Inc | 1946961692006 | 19-Jan-20 | GDP Ez Lynk | 67BNDL1119 | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK | 2 | $1,650.00 |
| 520 | 373247 | eBay | Spectrum Wholesale Inc | 1946850551006 | 18-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 521 | 373584 | eBay | Spectrum Wholesale Inc | 1946178324006 | 16-Jan-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $230.00 |
| 522 | 373425 | eBay | Spectrum Wholesale Inc | 1946435064006 | 17-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 523 | 373675 | eBay | Spectrum Wholesale Inc | 1946225576006 | 16-Jan-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 524 | 373490 | eBay | Spectrum Wholesale Inc | 1946394575006 | 17-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 525 | 373655 | eBay | Spectrum Wholesale Inc | 1946086163006 | 16-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 526 | 374012 | eBay | Spectrum Wholesale Inc | 1945716727006 | 15-Jan-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $230.00 |
| 527 | 374196 | eBay | Spectrum Wholesale Inc | 1945592576006 | 14-Jan-20 | C6260 | C6260PLM | MBRP 4" Downpipe Back Exhaust No muffler for 11-16 6.7L Ford | 1 | $339.99 |
| 528 | 374633 | eBay | Spectrum Wholesale Inc | 1944605678006 | 12-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 529 | 374775 | eBay | Spectrum Wholesale Inc | 1944432358006 | 11-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 530 | 374766 | eBay | Spectrum Wholesale Inc | 1944406798006 | 11-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 531 | 374883 | eBay | Spectrum Wholesale Inc | 1944079410006 | 10-Jan-20 | C6260 | C6260PLM | MBRP 4" Downpipe Back Exhaust No muffler for 11-16 6.7L Ford | 1 | $339.99 |
| 532 | 374932 | eBay | Spectrum Wholesale Inc | 1944088018006 | 10-Jan-20 | C6260 | C6260PLM | MBRP 4" Downpipe Back Exhaust No muffler for 11-16 6.7L Ford | 1 | $339.99 |
| 533 | 375010 | eBay | Spectrum Wholesale Inc | 1944066240006 | 10-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 534 | 375595 | eBay | Spectrum Wholesale Inc | 1943050468006 | 07-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 535 | 375605 | eBay | Spectrum Wholesale Inc | 1943031185006 | 07-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 536 | 375579 | eBay | Spectrum Wholesale Inc | 1942926876006 | 07-Jan-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $230.00 |
| 537 | 375622 | eBay | Spectrum Wholesale Inc | 1943006654006 | 07-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 538 | 376115 | eBay | Spectrum Wholesale Inc | 1942441568006 | 05-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 539 | 375917 | eBay | Spectrum Wholesale Inc | 1942747006006 | 06-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 540 | 376052 | eBay | Spectrum Wholesale Inc | 1942289215006 | 05-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 541 | 375831 | eBay | Spectrum Wholesale Inc | 1942529062006 | 06-Jan-20 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE and PIPE | 2 | $1,575.00 |
| 542 | 375888 | eBay | Spectrum Wholesale Inc | 1942619491006 | 06-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 543 | 376225 | eBay | Spectrum Wholesale Inc | 1941946753006 | 04-Jan-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2016 6.6 6.6L DURAMAX DPF DELETE RACE LML | 3 | $1,999.99 |
| 544 | 376216 | eBay | Spectrum Wholesale Inc | 1941883540006 | 04-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 545 | 376215 | eBay | Spectrum Wholesale Inc | 1941921590006 | 04-Jan-20 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE and PIPE | 2 | $1,575.00 |
| 546 | 376404 | eBay | Spectrum Wholesale Inc | 1941426458006 | 03-Jan-20 | CDAL441 | CDAL441 | "MBRP 4"" DPF Delete Competition Race Pipe For 13-17 Dodge Cummins AL" | 1 | $229.99 |
| 547 | 376491 | eBay | Spectrum Wholesale Inc | 1941502858006 | 03-Jan-20 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete RACE Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $229.99 |
| 548 | 376355 | eBay | Spectrum Wholesale Inc | 1941584879006 | 03-Jan-20 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $230.00 |
| 549 | 376780 | eBay | Spectrum Wholesale Inc | 1941410735006 | 02-Jan-20 | GDP Ez Lynk | GDP11006 | EZ LYNK GDP FULL COMPETITION SUPPORT PACKAGE RACE DPF EGR RACE TUNING | 1 | $875.00 |
| 550 | 376834 | eBay | Spectrum Wholesale Inc | 1941025829006 | 01-Jan-20 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 551 | 376899 | eBay | Spectrum Wholesale Inc | 1940973639006 | 01-Jan-20 | C6260 | C6260PLM | MBRP 4" Downpipe Back Exhaust No muffler for 11-16 6.7L Ford | 1 | $339.99 |
| 552 | 377002 | eBay | Spectrum Wholesale Inc | 1940729576006 | 31-Dec-19 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 553 | 377021 | eBay | Spectrum Wholesale Inc | 1940612667006 | 31-Dec-19 | GDP Ez Lynk | EZ LYNK | GDP EZ LYNK 2016 - 2018 NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE and PIPE | 2 | $1,575.00 |
| 554 | 377651 | eBay | Spectrum Wholesale Inc | 1939400478006 | 27-Dec-19 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $215.00 |
| 555 | 377893 | eBay | Spectrum Wholesale Inc | 1939247583006 | 26-Dec-19 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN FOR CUMMINS 5.0 DPF DEF CAT EGR DELETE | 1 | $1,339.99 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 556 | 378009 eBay | Spectrum Wholesale Inc | 1939029225006 | 26-Dec-19 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $215.00 |
| 557 | 378098 eBay | Spectrum Wholesale Inc | 1938925962006 | 25-Dec-19 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR DeleteTuning | 1 | $1,349.99 |
| 558 | 378389 eBay | Spectrum Wholesale Inc | 1938400530006 | 23-Dec-19 | CDAL441 | CDAL441 | "MBRP 4'" DPF Delete Competition Race Pipe For 13-17 Dodge Cummins AL" | 1 | $229.99 |
| 559 | 378447 eBay | Spectrum Wholesale Inc | 1938430402006 | 23-Dec-19 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR DeleteTuning | 1 | $1,349.99 |
| 560 | 378450 eBay | Spectrum Wholesale Inc | 1938473247006 | 23-Dec-19 | -- | 1 | 2011-2019 FORD 6.7 EZ LYNK DPF DELETE EGR DELETE DEF DELETE RACE | 1 | $1,350.00 |
| 561 | 378675 eBay | Spectrum Wholesale Inc | 1937923526006 | 21-Dec-19 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE and PIPE | 2 | $1,575.00 |
| 562 | 378942 eBay | Spectrum Wholesale Inc | 1937514756006 | 19-Dec-19 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $215.00 |
| 563 | 378949 eBay | Spectrum Wholesale Inc | 1937496133006 | 19-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 1 | $215.00 |
| 564 | 379095 eBay | Spectrum Wholesale Inc | 1937485704006 | 19-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 1 | $215.00 |
| 565 | 379171 eBay | Spectrum Wholesale Inc | 1937194969006 | 18-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 1 | $215.00 |
| 566 | 379393 eBay | Spectrum Wholesale Inc | 1936815113006 | 17-Dec-19 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $215.00 |
| 567 | 379280 eBay | Spectrum Wholesale Inc | 1937067943006 | 18-Dec-19 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $215.00 |
| 568 | 379302 eBay | Spectrum Wholesale Inc | 1937130195006 | 18-Dec-19 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $215.00 |
| 569 | 379423 eBay | Spectrum Wholesale Inc | 1936702748006 | 17-Dec-19 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $215.00 |
| 570 | 379429 eBay | Spectrum Wholesale Inc | 1936713738006 | 17-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 1 | $215.00 |
| 571 | 379496 eBay | Spectrum Wholesale Inc | 1936749543006 | 17-Dec-19 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $215.00 |
| 572 | 379516 eBay | Spectrum Wholesale Inc | 1936723551006 | 17-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 1 | $215.00 |
| 573 | 379530 eBay | Spectrum Wholesale Inc | 1936844054006 | 17-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 1 | $215.00 |
| 574 | 379630 eBay | Spectrum Wholesale Inc | 1936369458006 | 16-Dec-19 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $215.00 |
| 575 | 379699 eBay | Spectrum Wholesale Inc | 1936369223006 | 16-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 1 | $215.00 |
| 576 | 379658 eBay | Spectrum Wholesale Inc | 1936513297006 | 16-Dec-19 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $215.00 |
| 577 | 379805 eBay | Spectrum Wholesale Inc | 1936099910006 | 15-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 2 | $430.00 |
| 578 | 380005 eBay | Spectrum Wholesale Inc | 1935486195006 | 14-Dec-19 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $215.00 |
| 579 | 380024 eBay | Spectrum Wholesale Inc | 1935511670006 | 14-Dec-19 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT SIN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 580 | 380162 eBay | Spectrum Wholesale Inc | 1935077712006 | 13-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 1 | $215.00 |
| 581 | 380397 eBay | Spectrum Wholesale Inc | 1934638820006 | 12-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 1 | $215.00 |
| 582 | 380452 eBay | Spectrum Wholesale Inc | 1934651431006 | 12-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 1 | $215.00 |
| 583 | 380354 eBay | Spectrum Wholesale Inc | 1934690219006 | 12-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 2 | $430.00 |
| 584 | 380470 eBay | Spectrum Wholesale Inc | 1934695031006 | 12-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $215.00 |
| 585 | 380485 eBay | Spectrum Wholesale Inc | 1934693929006 | 12-Dec-19 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE and PIPE | 2 | $1,575.00 |
| 586 | 380568 eBay | Spectrum Wholesale Inc | 1934428385006 | 11-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 5 | $1,075.00 |
| 587 | 380702 eBay | Spectrum Wholesale Inc | 1934464930006 | 11-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 1 | $215.00 |
| 588 | 380928 eBay | Spectrum Wholesale Inc | 1933919509006 | 10-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 1 | $215.00 |
| 589 | 380937 eBay | Spectrum Wholesale Inc | 1933810159006 | 10-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 1 | $215.00 |
| 590 | 380846 eBay | Spectrum Wholesale Inc | 1933994334006 | 10-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 1 | $215.00 |
| 591 | 380800 eBay | Spectrum Wholesale Inc | 1934488716006 | 11-Dec-19 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE and PIPE | 2 | $1,575.00 |
| 592 | 380746 eBay | Spectrum Wholesale Inc | 1934328613006 | 11-Dec-19 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $215.00 |
| 593 | 380897 eBay | Spectrum Wholesale Inc | 1934010582006 | 10-Dec-19 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $215.00 |
| 594 | 381083 eBay | Spectrum Wholesale Inc | 1933536387006 | 09-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 1 | $215.00 |
| 595 | 381014 eBay | Spectrum Wholesale Inc | 1933921188006 | 10-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 1 | $215.00 |
| 596 | 381061 eBay | Spectrum Wholesale Inc | 1933484769006 | 09-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 3 | $645.00 |
| 597 | 381134 eBay | Spectrum Wholesale Inc | 1933489858006 | 09-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 1 | $215.00 |
| 598 | 381297 eBay | Spectrum Wholesale Inc | 1933598339006 | 09-Dec-19 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $215.00 |
| 599 | 381378 eBay | Spectrum Wholesale Inc | 1932938267006 | 08-Dec-19 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE and PIPE | 2 | $1,575.00 |
| 600 | 381383 eBay | Spectrum Wholesale Inc | 1933230964006 | 08-Dec-19 | C6260 | C6260PLM | MBRP 4" Downpipe Back Exhaust No muffler for 11-16 6.7L Ford | 1 | $339.99 |
| 601 | 382007 eBay | Spectrum Wholesale Inc | 1931959041006 | 05-Dec-19 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR DeleteTuning | 1 | $1,349.99 |
| 602 | 381698 eBay | Spectrum Wholesale Inc | 1932186376006 | 06-Dec-19 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $215.00 |
| 603 | 381845 eBay | Spectrum Wholesale Inc | 1931822574006 | 05-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 1 | $215.00 |
| 604 | 381869 eBay | Spectrum Wholesale Inc | 1931712386006 | 05-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum READ AD! | 1 | $215.00 |
| 605 | 382094 eBay | Spectrum Wholesale Inc | 1931545332006 | 04-Dec-19 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $215.00 |
| 606 | 382290 eBay | Spectrum Wholesale Inc | 1931054744006 | 03-Dec-19 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL461 Aluminum | 4 | $860.00 |
| 607 | 382564 eBay | Spectrum Wholesale Inc | 1931124783006 | 03-Dec-19 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $215.00 |
| 608 | 382799 eBay | Spectrum Wholesale Inc | 1930693576006 | 02-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $215.00 |
| 609 | 382904 eBay | Spectrum Wholesale Inc | 1930586541006 | 02-Dec-19 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE and PIPE | 2 | $1,575.00 |
| 610 | 383166 eBay | Spectrum Wholesale Inc | 1930168691006 | 01-Dec-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $215.00 |
| 611 | 383226 eBay | Spectrum Wholesale Inc | 1929592561006 | 30-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $215.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 612 | 383465 | eBay | Spectrum Wholesale Inc | 1929240000006 | 29-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $215.00 |
| 613 | 383601 | eBay | Spectrum Wholesale Inc | 1928805675006 | 28-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $215.00 |
| 614 | 383844 | eBay | Spectrum Wholesale Inc | 1929293678006 | 29-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $215.00 |
| 615 | 383550 | eBay | Spectrum Wholesale Inc | 1928909335006 | 28-Nov-19 | CFAL461 | CFAL461 | MBRP 4" Race Pipe DPF Delete Pipe for 17-20 6.7L Ford CFAL461 Aluminum | 1 | $215.00 |
| 616 | 383699 | eBay | Spectrum Wholesale Inc | 1928550809006 | 27-Nov-19 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE and PIPE | 2 | $1,575.00 |
| 617 | 383809 | eBay | Spectrum Wholesale Inc | 1928148439006 | 26-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 3 | $645.00 |
| 618 | 383816 | eBay | Spectrum Wholesale Inc | 1928055519006 | 26-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 2 | $430.00 |
| 619 | 383849 | eBay | Spectrum Wholesale Inc | 1927883194006 | 26-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $215.00 |
| 620 | 384031 | eBay | Spectrum Wholesale Inc | 1927512435006 | 25-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 2 | $430.00 |
| 621 | 384127 | eBay | Spectrum Wholesale Inc | 1927558139006 | 25-Nov-19 | C6262 | C6262P | MBRP 4" Downpipe Back Exhaust with muffler for 11-16 6.7L Ford C6262P | 1 | $364.99 |
| 622 | 384325 | eBay | Spectrum Wholesale Inc | 1927334790006 | 24-Nov-19 | -- | 1 | 2011-2019 FORD 6.7 EZ LYNK DPF DELETE EGR DELETE DEF DELETE RACE | 1 | $1,350.00 |
| 623 | 384614 | eBay | Spectrum Wholesale Inc | 1926470267006 | 22-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $199.98 |
| 624 | 384520 | eBay | Spectrum Wholesale Inc | 1926371076006 | 22-Nov-19 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE and PIPE | 2 | $1,575.00 |
| 625 | 384808 | eBay | Spectrum Wholesale Inc | 1925947710006 | 21-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $199.98 |
| 626 | 384769 | eBay | Spectrum Wholesale Inc | 1925927042006 | 21-Nov-19 | -- | 1 | 2011-2019 FORD 6.7 EZ LYNK DPF DELETE EGR DELETE DEF DELETE RACE | 1 | $1,450.00 |
| 627 | 384715 | eBay | Spectrum Wholesale Inc | 1926330538006 | 22-Nov-19 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 1 | $1,999.99 |
| 628 | 384727 | eBay | Spectrum Wholesale Inc | 1925947323006 | 21-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 2 | $399.96 |
| 629 | 384739 | eBay | Spectrum Wholesale Inc | 1925907089006 | 21-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $199.98 |
| 630 | 384988 | eBay | Spectrum Wholesale Inc | 1925699384006 | 20-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 2 | $399.96 |
| 631 | 384788 | eBay | Spectrum Wholesale Inc | 1926104818006 | 21-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $199.98 |
| 632 | 385011 | eBay | Spectrum Wholesale Inc | 1925533923006 | 20-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $199.98 |
| 633 | 385043 | eBay | Spectrum Wholesale Inc | 1925534159006 | 20-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $199.98 |
| 634 | 385275 | eBay | Spectrum Wholesale Inc | 1925188436006 | 19-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $199.98 |
| 635 | 385314 | eBay | Spectrum Wholesale Inc | 1925186864006 | 19-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $199.98 |
| 636 | 385359 | eBay | Spectrum Wholesale Inc | 1925081709006 | 19-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $199.98 |
| 637 | 385405 | eBay | Spectrum Wholesale Inc | 1925098623006 | 19-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $199.98 |
| 638 | 385679 | eBay | Spectrum Wholesale Inc | 1924904851006 | 18-Nov-19 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE and PIPE | 2 | $1,575.00 |
| 639 | 385564 | eBay | Spectrum Wholesale Inc | 1924958337006 | 18-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 2 | $399.96 |
| 640 | 385778 | eBay | Spectrum Wholesale Inc | 1924824716006 | 18-Nov-19 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR DeleteTuning | 1 | $1,349.99 |
| 641 | 385814 | eBay | Spectrum Wholesale Inc | 1924972807006 | 18-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $199.98 |
| 642 | 385793 | eBay | Spectrum Wholesale Inc | 1924779552006 | 18-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $199.98 |
| 643 | 385827 | eBay | Spectrum Wholesale Inc | 1924600081006 | 17-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 5 | $999.90 |
| 644 | 385834 | eBay | Spectrum Wholesale Inc | 1924305618006 | 17-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 2 | $399.96 |
| 645 | 385837 | eBay | Spectrum Wholesale Inc | 1924304312006 | 17-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 2 | $399.96 |
| 646 | 385847 | eBay | Spectrum Wholesale Inc | 1924306074006 | 17-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $199.98 |
| 647 | 386131 | eBay | Spectrum Wholesale Inc | 1923866959006 | 16-Nov-19 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR DeleteTuning | 1 | $1,349.99 |
| 648 | 386288 | eBay | Spectrum Wholesale Inc | 1923486938006 | 15-Nov-19 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE and PIPE | 2 | $1,575.00 |
| 649 | 386356 | eBay | Spectrum Wholesale Inc | 1923504086006 | 15-Nov-19 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE and PIPE | 2 | $1,575.00 |
| 650 | 386810 | eBay | Spectrum Wholesale Inc | 1922932190006 | 13-Nov-19 | GMAL426 | CGMAL426 | MBRP 4" Installer Race Pipe for 11-15 Chevy GMC LML 6.6 Duramax CGMAL426 | 1 | $239.99 |
| 651 | 386685 | eBay | Spectrum Wholesale Inc | 1922927737006 | 13-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $199.98 |
| 652 | 386855 | eBay | Spectrum Wholesale Inc | 1922752844006 | 13-Nov-19 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR DeleteTuning | 1 | $1,349.99 |
| 653 | 386726 | eBay | Spectrum Wholesale Inc | 1922974128006 | 13-Nov-19 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE and PIPE | 2 | $1,575.00 |
| 654 | 386773 | eBay | Spectrum Wholesale Inc | 1922922656006 | 13-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $199.98 |
| 655 | 386989 | eBay | Spectrum Wholesale Inc | 1922591622006 | 12-Nov-19 | C6260 | C6260PLM | MBRP 4" Downpipe Back Exhaust No muffler for 11-16 6.7L Ford | 1 | $319.99 |
| 656 | 386893 | eBay | Spectrum Wholesale Inc | 1922862894006 | 13-Nov-19 | GMAL426 | CGMAL426 | MBRP 4" Installer Race Pipe for 11-15 Chevy GMC LML 6.6 Duramax CGMAL426 | 1 | $239.99 |
| 657 | 387379 | eBay | Spectrum Wholesale Inc | 1922225444006 | 11-Nov-19 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE and PIPE | 2 | $1,575.00 |
| 658 | 387483 | eBay | Spectrum Wholesale Inc | 1921712324006 | 10-Nov-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $199.98 |
| 659 | 387649 | eBay | Spectrum Wholesale Inc | 1921181130006 | 09-Nov-19 | C6260 | C6260PLM | MBRP 4" Downpipe Back Exhaust No muffler for 11-16 6.7L Ford | 1 | $319.99 |
| 660 | 388059 | eBay | Spectrum Wholesale Inc | 1920433513006 | 07-Nov-19 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE and PIPE | 2 | $1,575.00 |
| 661 | 388377 | eBay | Spectrum Wholesale Inc | 1920104555006 | 06-Nov-19 | CDAL441 | CDAL441 | "MBRP 4""" DPF Delete Competition Race Pipe For 13-17 Dodge Cummins AL" | 1 | $229.99 |
| 662 | 388895 | eBay | Spectrum Wholesale Inc | 1919318546006 | 04-Nov-19 | GDP Ez Lynk | GDP11006 | EZ LYNK GDP FULL COMPETITION SUPPORT PACKAGE RACE DPF EGR RACE TUNING | 1 | $875.00 |
| 663 | 389364 | eBay | Spectrum Wholesale Inc | 1918705654006 | 02-Nov-19 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 664 | 390234 | eBay | Spectrum Wholesale Inc | 1917030804006 | 29-Oct-19 | GDP Ez Lynk | EZ lynk | GDP EZ LYNK 2016 - 2018 NISSAN TITAN FOR CUMMINS 5.0 DPF DEF CAT EGR DELETE | 1 | $1,349.99 |
| 665 | 390416 | eBay | Spectrum Wholesale Inc | 1916711534006 | 28-Oct-19 | -- | GDP30002 | GDP EFI Live AutoCal RACE Tuner 11-16 GM 6.6L LML Duramax Diesel DPF DELETE | 1 | $999.99 |
| 666 | 391024 | eBay | Spectrum Wholesale Inc | 1915766799006 | 25-Oct-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $199.98 |
| 667 | 391035 | eBay | Spectrum Wholesale Inc | 1915538026006 | 25-Oct-19 | C6260 | C6260PLM | MBRP 4" Downpipe Back Exhaust No muffler for 11-16 6.7L Ford | 1 | $319.99 |

| 668 | 391441 | eBay | Spectrum Wholesale Inc | 1915042081006 | 23-Oct-19 | C6260 | C6260PLM | MBRP 4" Downpipe Back Exhaust No muffler for 11-16 6.7L Ford | 1 | $319.99 |
| 669 | 391820 | eBay | Spectrum Wholesale Inc | 1914686278006 | 22-Oct-19 | GDP Ez Lynk | EZ LYNK | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DELETE | 2 | $1,999.99 |
| 670 | 392420 | eBay | Spectrum Wholesale Inc | 1913327117006 | 19-Oct-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $199.98 |
| 671 | 392599 | eBay | Spectrum Wholesale Inc | 1913122067006 | 18-Oct-19 | GDP Ez Lynk | EZ lynk | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch  DPF EGR DeleteTuning | 1 | $1,349.99 |
| 672 | 392785 | eBay | Spectrum Wholesale Inc | 1913195805006 | 18-Oct-19 | CFAL458 | CFAL458 | MBRP 4" Race Pipe DPF Delete Pipe for 11-16 6.7L Ford CFAL458 Aluminum | 1 | $199.98 |

Ex. C



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 2
290 BROADWAY
NEW YORK, NY 10007-1866

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

Mr. Thomas J. Ciccarelli
Spectrum Wholesale, Inc.
70 Cross Road
Oakdale, NY 11769

**Re: Request for Information Under Sections 114(a) and 208(a) of the Clean Air Act CAA-02-2022-1851**

Dear Mr. Ciccarelli:

The United States Environmental Protection Agency ("EPA") hereby requires Spectrum Wholesale, Inc. ("Spectrum") and any of its parent organizations, affiliated organizations, predecessors, successors, and assignees (collectively "You"),[1] to provide the information requested below.

EPA issues this Information Request under Sections 114(a) and 208(a) of the Clean Air Act ("CAA"), 42 U.S.C. §§ 7414(a) and 7542(a). Under Sections 114(a) and 208(a), the Administrator of the EPA may require any person who is subject to the CAA to provide information necessary to determine whether the person has acted in compliance with these requirements and the regulations promulgated thereunder. The Administrator has delegated this authority through the Regional Administrator to the undersigned Director of the Enforcement and Compliance Assurance Division.

Enclosed is Appendix A which provides definitions. Appendix B provides instructions for Your responses to this Information Request. Appendix C specifies the information that You must provide. Appendix D contains the form with which You are required to certify the truth and completeness of Your response.

You must submit this information to the EPA representative listed below within thirty (30) calendar days from the date of this Information Request. Please carefully review the instructions, definitions, and specific Requests as You prepare Your response. If You anticipate being unable to fully respond to this Information Request by this deadline, You must contact Richard Kan at (212) 637-4017, or **Kan.Richard@epa.gov**, within fifteen (15) days of the date of this Information Request and, with an appropriate justification, request an extension of time to answer some or all of the Requests below. If timely submitted, the EPA will review Your request and may extend the time in which Your response must be provided.

---

[1] *See* definition 5 in Appendix A.

Failure to provide the requested information may result in a civil action pursuant to Sections 113 and 205(b) of the CAA, 42 U.S.C. §§ 7413 and 7524(b). Failure to provide all requested information in its entirety, and in the format requested, may result in additional inquiries and penalties. Pursuant to Sections 208 and 307 of the CAA, 42 U.S.C. §§ 7542(a)–(b), 7607(a), EPA may request additional information, inspections, or depositions. It is important that Your responses be clear, accurate, organized, and complete. EPA will regard any information that is misleading, false, incomplete, or provided without regard to its accuracy as a violation of the CAA and/or criminal statutes.

Under Sections 114(a) and 208(a) of the Clean Air Act ("CAA"), 42 U.S.C. §§ 7414(a) and 7542(a), and by this letter, once delivered, You are required to maintain all information, records, or reports in Your possession, custody, or control related to the manufacture, sale, offering for sale, or installation by You of any part or component, including any product, that changes, affects, bypasses, defeats, replaces, or renders inoperative any device or element of design related to vehicle or engine emissions, including but not limited to any electronic control module, onboard diagnostic system, exhaust gas recirculation system, diesel particulate filter, selective catalytic reduction system, and sensors, signals, or records related to these devices or elements of design. element of design. Such information, records, or reports include but are not limited to paper or electronic files related to advertisements, webpages, invoices, or correspondence.

You may assert a business confidentiality claim covering all or part of the information requested in the manner described by 40 C.F.R. § 2.203(b). Information covered by such a claim will be disclosed by EPA only to the extent, and by means of the procedures, set forth in 40 C.F.R. Part 2, Subpart B. Note that certain categories of information, such as emission data, are not properly the subject of such a claim. If no such claim accompanies the information when EPA receives it, EPA may make the information available to the public without further notice to you.

EPA may use any information provided in response to this Information Request in an administrative, civil, or criminal action.

Please provide all requested information, via United States mail, courier service, or overnight delivery, and electronic mail to:

Richard Kan
U.S. Environmental Protection Agency – Region 2
290 Broadway, 21st Floor
New York, NY 10007
**Kan.Richard@epa.gov**

Questions concerning this Information Request should be directed to Richard Kan at (212) 637-4017 or by email at **Kan.Richard@epa.gov**.

Sincerely,

GAETANO
LAVIGNA

Digitally signed by
GAETANO LAVIGNA
Date: 2021.12.10
12:30:48 -05'00'

*for*

Dore F. LaPosta, Director
Enforcement and Compliance Assurance Division

Enclosures

## Appendix A
## Definitions

All terms used in this Information Request will have their ordinary meaning unless such terms are defined below or in the CAA, 42 U.S.C. §§ 7401–7671q, or the regulations found at 40 C.F.R. Parts 85, 86, 89, 90, 1036, 1037, 1039, 1048, 1051, and 1068, in which case they shall have their meanings as defined therein.

1. The term "information" includes any written, recorded, or graphic matter of any nature whatsoever, regardless of how recorded, and whether original or copy, including but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, interoffice and intraoffice communications, electronic mail ("email"), instant messages, calendars, contracts, cables, notations of any type of conversation, telephone call, meeting, or other communication, bulletins, printed matter, computer printouts, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, presentations, spreadsheets, and worksheets. The term "information" includes all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments to the foregoing, as well as any attachments or appendices thereto. The term "information" also includes any graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, voicemails, microfiche, microfilm, videotapes, recordings, and motion pictures), electronic and mechanical records or representations of any kind (including, without limitation, tapes, cassettes, disks, computer server files, computer hard drive files, CDs, DVDs, back-up tape, memory sticks, recordings, and removable computer media such as thumb drives, flash drives, memory cards, and external hard drives), and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, electronic format, disk, videotape or otherwise. Information bearing any notation not part of the original text is considered to be separate information. A draft or non-identical copy is separate information within the meaning of this term.

2. The term "entity" means any natural person, corporation, partnership, limited liability company, sole proprietorship, joint venture, or any formal or informal group, organization, or association.

3. The term "person" includes an individual, corporation, partnership, or association. *See* Section 302(e) of the CAA, 42 U.S.C. § 7602(e).

4. A reference to any entity by name includes the entity and any of the entity's affiliated organizations,[2] predecessors, successors, and assignees.

---

[2] *See* definition 6, below.

5. The terms "You," "Your," or "Spectrum" refer, collectively, to Spectrum Wholesale, Inc. and any of its parent organizations, affiliated organizations, predecessors, successors, and assignees.

6. The term "affiliated organization" means any organization or entity associated with another entity as an agent, parent organization, predecessor corporation, subsidiary organization, or any organization or entity acting in lieu of another entity.

7. The words "and" and "or" shall be construed either conjunctively or disjunctively, as required by the context, to bring within the scope of these requests any information that might be deemed outside their scope by any other construction.

8. The word "all" shall be construed to mean all or any, and the word "any" shall be construed to mean all or any.

9. The term "manufacturer" shall include any person engaged in the manufacturing or assembling of products identified in response to this Request for Information.

10. The term "vehicle" refers to both a vehicle and a vehicle engine.

11. The term "applications" means all vehicle or engine configurations with which a product is compatible or may be used.

12. The term "emission related parts" means those parts installed for the specific purpose of controlling emissions, or those components, systems, or elements of design which must function properly to assure continued vehicle emission compliance, as defined in 40 C.F.R. § 85.2102.

13. The term "element of design" means any control system (e.g., computer software, electronic control system, emission control system, computer logic), and/or control system calibrations, and/or the results of systems interaction, and/or hardware items on a motor vehicle or motor vehicle engine, as defined in 40 C.F.R. §§ 86.094-2 and 86.1803-01.

14. The terms "electronic control unit," "electronic control module," or "ECM" mean a device that receives inputs from various sensors and puts out signals to control engine, vehicle, or equipment functions. The ECM uses software programming including calculations and tables of information to provide the appropriate outputs. Multiple electronic control modules may be incorporated in a single unit to control various engine, vehicle, or equipment functions. ECM is used in this Information Request as a generic term but may refer specifically to the engine control module when discussing emission controls on vehicles and engines. Examples of ECMs include, but are not limited to, the Engine Control Module, OBD Control Modules, Powertrain Control Module ("PCM"), Transmission Control Module ("TCM"), Body Control Module ("BCM") and aftertreatment control module.

15. The term "engine tuner" or "tuner" means any device or product capable of accessing, altering, or replacing the software programming, calculations, computer logic, tables of information (e.g., fuel timing maps), coding, or other content or information stored within or used by an ECM.

16. The term "engine tune" or "tune" means any combination of software programming, calculations, computer logic, tables of information (e.g., fuel timing maps), coding, or other content or information, stored in any form, capable of affecting or controlling an ECM.

17. The term "product" includes any software code, software, hardware, program, element of design, calibration, tune, tuner, device, part, or component.

18. The terms "selective catalytic reduction" or "SCR" includes systems that reduce Nitrogen Oxides ("$NO_x$") emissions by chemically converting exhaust gas that contains $NO_x$ to Nitrogen Gas ("$N_2$") and water through the injection of diesel exhaust fluid.

19. The terms "onboard diagnostics" or "OBD" includes systems that monitor, detect, and report malfunctions of all monitored emission-related parts and elements of design through a network of sensors installed throughout a motor vehicle or motor vehicle engine. If an OBD detects a problem it responds by, among other things, recording a Diagnostic Trouble Code ("DTC"), illuminating a Malfunction Indicator Light ("MIL") or other warning lamp on the vehicle instrument panel, and/or providing information to the ECM which induces engine derate due to malfunctioning or missing emission-related systems.

20. The terms "exhaust gas recirculation" or "EGR" includes systems that reduce $NO_x$ emissions by recirculating exhaust gas through the engine, thereby reducing engine temperature and $NO_x$ emissions.

21. The term "diesel particulate filter" or "DPF" refers to a part or element of design that reduces the level of particulate matter ("PM") contained in engine exhaust gas.

22. The term "manufacture" includes the creation, design, development, alteration, fabrication, production, or programming of a software code, software, hardware, program, element of design, calibration, engine tune, engine tuner, device, part, or component.

23. The term "engine derate" or "limp-home mode" means an ECM mode that reduces the engine power after the OBD system identifies a problem with an emission-related system.

24. The term "catalysts" means systems or devices which increase the rate of a chemical reaction but are not one of the original reactants or final products, *i.e.*, the catalyst is not consumed or altered in the reaction. The term "catalysts" includes emission control catalysts that are exhaust aftertreatment devices such as diesel oxidation catalysts ("DOCs") and NOx adsorption catalysts ("NACs").

25. The term "aftertreatment" refers collectively to emission related parts or elements of design "mounted downstream of the exhaust valve . . . whose design function is to reduce emissions in the engine exhaust before it is exhausted to the environment." *See* 40 C.F.R. § 1068.30.

## Appendix B
## Instructions for Responses

1. Provide a complete, detailed response, in English, to each Request in Appendix C below.

2. If, in responding to these Requests, You encounter any ambiguities when construing a Request or definition, in Your response describe the matter believed to be ambiguous and the construction used in responding. Words used in the plural shall also be taken to mean and include the singular. Words used in the singular shall also be taken to mean and include the plural. All verbs shall be construed to include all tenses.

3. Provide Your responses to Requests 1 through 7 in electronic form in an unlocked spreadsheet (e.g., an Excel document).

4. Provide Your responses to Requests 8 through 14 in electronic form (e.g., a Word document).

5. Where a Request allows or requires documents to be provided in response, provide all documents electronically in a folder specific to that question or subpart and labeled accordingly. Provide copies of documents, not original documents.

6. For each response, please provide the number of the Request to which it responds and identify each person who provided information that was used to prepare that answer. For each document produced, please provide the number of the Request to which it responds.

7. When a response is provided in the form of a number, specify the units of measure.

8. Where documents or information necessary for a response is not in Your possession, custody, or control, indicate in Your response why such documents or information are not available or in Your possession, custody, or control, and identify any source that either possesses or is likely to possess such information.

9. Where You have previously submitted information to the EPA that is responsive to any of the Requests set forth in Appendix C, re-submit that information in accordance with these instructions (Appendix B). Identify the material that was previously provided, the date on which it was provided, how the information was provided (e.g., electronically, fax, mail), and the individual at the EPA to whom it was provided.

10. Please provide Your response to this Information Request in electronic form on a disk (CD or DVD media, or a USB flash memory drive). All responsive documents and materials (e.g., copies of print media, audio, and visual material) must be provided as an accurate and legible copy in searchable format, number stamped in sequential order (e.g., BATES stamped). Where spreadsheets are responsive to a Request, produce them in unlocked electronic spreadsheet format, such as .xlsx or .csv (locked files or PDF versions of a spreadsheet are unacceptable). Please contact Richard Kan if You have any questions about this instruction.

11. You must promptly supplement Your response to any Request in Appendix C in the event You learn that You possess responsive information not yet produced or if You gain possession, custody, or control of responsive information after responding to this Information Request.

## Appendix C
## Information Request

Provide the following information to EPA, pursuant to Sections 114 and 208 of the CAA, 42 U.S.C. §§ 7414 and 7542.

**Provide the following information in an unlocked spreadsheet.**

1. Identify each product that Spectrum manufactured, sold, installed, or offered for sale during the period January 1, 2020 through the date of this Information Request, that, individually or in conjunction with other products, permanently or temporarily:
   a. bypasses, defeats, renders inoperative, removes, deletes, replaces, or interferes with a motor vehicle's emission related parts, including but not limited to the EGR, DPF, DOC, OBD system, SCR system, or any sensors, signals, or records related to those systems; or
   b. bypasses, defeats, renders inoperative, removes, deletes, replaces, reprograms, overwrites, or interferes with a motor vehicle's ECM, software programming, or calibrations.

   Examples of such products include, but are not limited to, tuners, tunes, block off plates, re-route plates, re-route pipes, performance exhaust systems, delete pipes, race pipes, straight pipes, upgrade pipes, delete kits, or upgrade kits.

2. For each product identified in response to Request 1, provide the product's vehicle applications by make, model, engine type (gasoline or diesel), and year.

3. For each product identified in response to Request 1, provide the product's California Air Resources Board Executive Order number, if any.

4. For each product identified in response to Request 1 that does not have a California Air Resources Board ("CARB") Executive Order ("E.O.") Number, provide the:
   a. Part Number, Item Code or another unique identifier used by You;
   b. product manufacturer;
   c. name of the supplier to You if different from the product manufacturer;
   d. supplier or manufacturer price to You;
   e. Your average sale price;
   f. quantity You manufactured or sold during the period January 1, 2020, through the date of this Information Request;
   g. name of each unique sales platform where the product was sold (for example, Amazon.com, eBay.com);
   h. unique product identifier assigned by each sales platform (for example, Amazon's "ASIN" or eBay's "eBay item number"); and
   i. quantity You installed during the period January 1, 2020, through the date of this Information Request.

5. For each product identified in response to Request 1 that does not have a CARB E.O. Number, indicate whether:
   a. it physically affects the EGR System;
   b. it physically affects the exhaust and exhaust aftertreatment system;
   c. it physically affects the ECM, OBD system, or related sensors;
   d. it is or includes a tuner sold without tunes;
   e. it is or includes a tuner sold with tunes
   f. it is or includes a tune sold without a tuner; or
   g. if the answer to all the previous six questions is no, describe the product in detail.

6. For each product identified in response to Request 1 that does not have a CARB E.O. Number and is a tune sold without a tuner, identify all compatible tuners.

7. For each product identified in response to Request 1 that does not have a CARB E.O. Number that You sold, provide the name, address, and phone number of the purchaser, any invoice data, and all other commercial information for each sale to a purchaser. You may provide the requested information in a spreadsheet exported from an invoice or sales management program.

**Provide the following information.**

8. Provide a detailed, written description of the current business structure of Spectrum and its affiliated organizations, including an organizational chart depicting the parent and subsidiary companies affiliated with Spectrum, entities under common ownership with Spectrum, and relative ownership interests in each entity.

9. Provide a copy of Spectrum's corporate documents, including but not limited to articles of incorporation, by-laws, certificates of good standing, and partnership or membership agreements.

10. Provide the location of any and all warehouses or storage facilities where Spectrum stores products or inventory. If Spectrum dropships products, identify the wholesalers, manufactures, or other entities Spectrum has drop shipping arrangements within relation to the products identified in response to Request 1, describe those arrangements, and provide any and all supporting documentation (including but not limited to contracts).

11. For each product identified in response to Request 1 that does not have a CARB E.O. Number, provide:
    a. a detailed written description of all methods by which the product has been promoted or publicized by Spectrum, including but not limited to, print media, commercial websites, point-of-sale webpages, event promotion or sponsorship, trade show promotion, social media promotion, or through cooperative advertising;
    b. provide copies of all advertisements for the product published in print or electronic media, including commercial websites, point-of-sale webpages, or social media; and

c.   provide all manuals available (e.g., owner's and installation).

12. For products identified in response to Request 1 that do not have CARB E.O. numbers, state whether Spectrum or any other entity conducted tests measuring emissions of hydrocarbons, carbon monoxide, nitrogen oxides, or particulate matter, including tests that measure the impact of the product on vehicle emissions or that measure the impact of the product on a vehicle's emission control devices or elements of design. For each such test, provide the following information:
    a.   a description of the test, including identification of the product and vehicle, the EPA engine family, name of the vehicle, test equipment, test protocols, and calibration procedures;
    b.   a sample test report and any training or instructional materials used for educating employees and affiliates about how to perform the test; and
    c.   the date and location of the test, the name and position of the person that conducted the test, and the test results.

13. For each product identified in response to Request 1, if Spectrum has indicated that a product is only for testing, maintenance, racing, off-road, or other restricted use, provide a detailed description of the mechanisms, if any, that Spectrum has implemented to ensure that the component is only used for such purposes, with any and all supporting documentation.

14. Identify each person responsible for responding to this Information Request, including his or her title, and the Request numbers to which he or she responded.

**Appendix D**
**Statement of Certification**

You are submitting the enclosed documents in response to the U.S. Environmental Protection Agency's ("EPA") Information Request, issued pursuant to Sections 114 and 208 of the Clean Air Act, to determine compliance with the Clean Air Act and its affiliated regulations.

I certify that I am fully authorized by Spectrum Wholesale, Inc., and its parent organizations, affiliates, predecessors, successors, and assignees, to provide the above information on its behalf to EPA.

I certify under penalty of law that I have examined and am familiar with the information in the enclosed documents, including all attachments. Based on my inquiry of those individuals with primary responsibility for obtaining the information, I certify that the statements and information are, to the best of my knowledge and belief, true and complete. I am aware that there are significant penalties for knowingly submitting false statements and information, including the possibility of fines or imprisonment pursuant to Section 113(c)(2) of the Clean Air Act, 42 U.S.C. § 7413(c)(2), and 18 U.S.C. §§ 1001 and 1341.

Date: _____

Name (Printed): _____

Signature: _____

Title: _____

## <u>CERTIFICATE OF MAILING</u>

I, _____, certify that on this day I sent this Request for Information under Sections 114(a) and 208(a) of the Clean Air Act ("CAA"), 42 U.S.C. §§ 7414(a) and 7542(a), CAA-02-2022-1851, by Certified Mail, return receipt requested, to:

>Spectrum Wholesale, Inc.
>70 Cross Road
>Oakdale, NY 11769

Date:_____          _____
                                 Environmental Protection Agency – Region 2
                                 290 Broadway
                                 New York, New York 10007

Ex. D



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 2
290 BROADWAY
NEW YORK, NY 10007-1866

7015 0640 0001 0675 4091

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

Mr. Thomas J. Ciccarelli
Spectrum Wholesale, Inc.
70 Cross Road
Oakdale, NY 11769

<u>Re: **Request for Information Under Sections 114(a) and 208(a) of the Clean Air Act**
**CAA-02-2022-1851**</u>

Dear Mr. Ciccarelli:

The United States Environmental Protection Agency ("EPA") hereby requires Spectrum Wholesale, Inc. ("Spectrum") and any of its parent organizations, affiliated organizations, predecessors, successors, and assignees (collectively "You"),[1] to provide the information requested below.

EPA issues this Information Request under Sections 114(a) and 208(a) of the Clean Air Act ("CAA"), 42 U.S.C. §§ 7414(a) and 7542(a). Under Sections 114(a) and 208(a), the Administrator of the EPA may require any person who is subject to the CAA to provide information necessary to determine whether the person has acted in compliance with these requirements and the regulations promulgated thereunder. The Administrator has delegated this authority through the Regional Administrator to the undersigned Director of the Enforcement and Compliance Assurance Division.

Enclosed is Appendix A which provides definitions. Appendix B provides instructions for Your responses to this Information Request. Appendix C specifies the information that You must provide. Appendix D contains the form with which You are required to certify the truth and completeness of Your response.

You must submit this information to the EPA representative listed below within thirty (30) calendar days from the date of this Information Request. Please carefully review the instructions, definitions, and specific Requests as You prepare Your response. If You anticipate being unable to fully respond to this Information Request by this deadline, You must contact Richard Kan at (212) 637-4017, or **Kan.Richard@epa.gov**, within fifteen (15) days of the date of this Information Request and, with an appropriate justification, request an extension of time to answer some or all of the Requests below. If timely submitted, the EPA will review Your request and may extend the time in which Your response must be provided.

---

[1] *See* definition 5 in Appendix A.

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. THOMAS J. CICCARELLI
SPECTRUM WHOLESALE, INC.
70 CROSS ROAD
H-DALE, NEW YORK 11769

9590 9402 1790 6074 3301 36

2. Article Number (Transfer from service label)

7015-0640-0001-0675-4091

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☑ Agent
                    ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

Ciccarelli                         12/15/21

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 2
290 BROADWAY
NEW YORK, NY 10007-1866

CERTIFIED MAIL- RETURN RECEIPT REQUESTED

7015 0640 0005 7601 5746

Thomas J. Ciccarelli
Spectrum Wholesale, Inc.
70 Cross Rd
Oakdale, NY 11769

Re: **Request for Information Under Section 208(a) of the Clean Air Act, 42 U.S.C. § 7542(a)**

Dear Mr. Ciccarelli:

Under Section 208(a) of the Clean Air Act (CAA), 42 U.S.C. § 7542(a), the Administrator of the U.S. Environmental Protection Agency (EPA) may require any person who is subject to the CAA to provide information necessary to determine whether the person has acted in compliance with the requirements and the regulations promulgated thereunder. The Administrator has delegated this authority through the Regional Administrator for EPA Region 2 to the undersigned Director of the Enforcement and Compliance Assurance Division.

On December 10, 2021, EPA issued a Section 208 Information Request Letter (IRL) to Spectrum Wholesale, Inc. (CAA-02-2022-1851), pursuant to Section 208(a) of the CAA. On January 26, 2022, my staff had a phone conversation with you to confirm whether you had received the IRL. You stated that you had not received the IRL. Following this phone conversation, EPA re-issued the IRL to you. A Return-Receipt green card from the United States Postal Service indicated that the IRL was delivered to the above address on January 31, 2022, however, it did not contain a signature. As of today, EPA has not received a response to the IRL, which was due no later than March 2, 2022. EPA has made numerous further attempts to contact you by phone, to no avail.

This letter is to notify you that you are currently in violation of Section 202(a)(2) of the CAA for your failure to make reports or provide information as required by the IRL and Section 208(a) of the CAA. Failure to provide the requested information may result in a civil action pursuant to Section 205(b) of the CAA, 42 U.S.C. § 7524(b). Failure to provide all requested information in its entirety, and in the format requested, may result in additional inquiries and penalties. Pursuant to Sections 208 and 307 of the CAA, 42 U.S.C. §§ 7542(a)–(b) and 7607(a), EPA may request additional information, inspections, or depositions. It is important that your responses be clear, accurate, organized, and complete. EPA will regard any information that is misleading, false, incomplete, or provided without regard to its accuracy as a violation of the CAA and/or criminal statutes.

Under Section 208(a) of the CAA, you are required to maintain all information, records, or reports in your possession, custody, or control related to the manufacture, sale, offering for sale, or installation by you of any part or component, including any product, that changes, affects, bypasses, defeats, replaces, or renders inoperative any device or element of design related to vehicle or engine emissions, including but not limited to any electronic control module,

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

1. Article Addressed to:

*Thomas J. Ciccarelli*
*Spectrum Wholesale, Inc.*
*70 Cross Road*
*Oakdale, N.Y. 11769*

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 5144 9122 3083 80

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

*7015-0640-0005-7601-5746*

PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt

Ex. E



CERTIFIED MAIL- RETURN RECEIPT REQUESTED

Thomas J. Ciccarelli
Spectrum Wholesale, Inc.
70 Cross Rd
Oakdale, NY 11769

**Re: Request for Information Under Section 208(a) of the Clean Air Act, 42 U.S.C. § 7542(a)**

Dear Mr. Ciccarelli:

Under Section 208(a) of the Clean Air Act (CAA), 42 U.S.C. § 7542(a), the Administrator of the U.S. Environmental Protection Agency (EPA) may require any person who is subject to the CAA to provide information necessary to determine whether the person has acted in compliance with the requirements and the regulations promulgated thereunder. The Administrator has delegated this authority through the Regional Administrator for EPA Region 2 to the undersigned Director of the Enforcement and Compliance Assurance Division.

On December 10, 2021, EPA issued a Section 208 Information Request Letter (IRL) to Spectrum Wholesale, Inc. (CAA-02-2022-1851), pursuant to Section 208(a) of the CAA. On January 26, 2022, my staff had a phone conversation with you to confirm whether you had received the IRL. You stated that you had not received the IRL. Following this phone conversation, EPA re-issued the IRL to you. A Return-Receipt green card from the United States Postal Service indicated that the IRL was delivered to the above address on January 31, 2022, however, it did not contain a signature. As of today, EPA has not received a response to the IRL, which was due no later than March 2, 2022. EPA has made numerous further attempts to contact you by phone, to no avail.

This letter is to notify you that you are currently in violation of Section 202(a)(2) of the CAA for your failure to make reports or provide information as required by the IRL and Section 208(a) of the CAA. Failure to provide the requested information may result in a civil action pursuant to Section 205(b) of the CAA, 42 U.S.C. § 7524(b). Failure to provide all requested information in its entirety, and in the format requested, may result in additional inquiries and penalties. Pursuant to Sections 208 and 307 of the CAA, 42 U.S.C. §§ 7542(a)–(b) and 7607(a), EPA may request additional information, inspections, or depositions. It is important that your responses be clear, accurate, organized, and complete. EPA will regard any information that is misleading, false, incomplete, or provided without regard to its accuracy as a violation of the CAA and/or criminal statutes.

Under Section 208(a) of the CAA, you are required to maintain all information, records, or reports in your possession, custody, or control related to the manufacture, sale, offering for sale, or installation by you of any part or component, including any product, that changes, affects, bypasses, defeats, replaces, or renders inoperative any device or element of design related to vehicle or engine emissions, including but not limited to any electronic control module,

onboard diagnostic system, exhaust gas recirculation system, diesel particulate filter, selective catalytic reduction system, and sensors, signals, or records related to these devices or elements of design. Such information, records, or reports include but are not limited to paper or electronic files related to advertisements, webpages, invoices, or correspondence.

You may be entitled to assert a business confidentiality claim covering all or part of the information provided in response to the IRL as specified in the Confidentiality of Business Information ("CBI") regulations, 40 C.F.R. Part 2, Subpart B. You must specify the page, paragraph, and sentence when identifying the information subject to your CBI claim. Appendix D of the IRL provides process and substantiation requirements for asserting business confidentiality claims. EPA may, without further notice, provide the public with any information not subject to a CBI claim.

EPA may use any information provided in response to the IRL in an administrative, civil, or criminal action.

Please provide all requested information, via United States mail, courier service, or overnight delivery, and electronic mail to:

Richard Kan
U.S. Environmental Protection Agency – Region 2
290 Broadway, 21st Floor
New York, NY 10007
Kan.Richard@epa.gov

Questions concerning the IRL should be directed to Richard Kan at (212) 637-4017 or Kan.Richard@epa.gov, or Julian Velez at (212) 637-3464 or Velez.Julian@epa.gov.

Sincerely,

Anderson,Kate
Digitally signed by Anderson,Kate
Date: 2022.06.21 10:08:06 -04'00'

*for*

Dore F. LaPosta, Director
Enforcement and Compliance Assurance Divisio

Ex. F




...VIRONMENTAL PROTECTION AGENCY
... II
...ADWAY
...ORK, NEW YORK 10007-1866

...AL BUSINESS
...TY FOR PRIVATE USE, $300

7015 0640 0005 7601 5746

ZIP 10007 $ 009.24
02 4W
0000354211 JUN 28 2023

REF

Thomas J. Ciccarelli
Spectrum Wholesale, Inc.
70 Cross Road
Oakdale, New York 11769

RETURN RECEIPT
REQUESTED

NIXIE          061   D2 1          0207/09/23
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 10007186699    0060N190114-01018

Ex. G

The only material available to my client that is responsive to your request are emails he was able obtain. I will send forward them in several messages to you.

Ex. H





Ex. I

 Criminal & Regulatory Investigations

| | |
|---|---|
| Requestor: | Robert Buettner Manager |
| Agency: | US Environmental Protection Agency |
| Requested On: | 15 Feb 2024 23:24:54 |
| Evidence Gathered On: | 16 Feb 2024 05:01:33 |

Law Enforcement Reference: 01978114 Reference No. CAA-02-2024-1405

All times indicated in this document refer to time zone GMT

| Registration Information | |
|---|---|
| Last Name | ciccarelli |
| First Name | thomas |
| Full Name | thomas j ciccarelli |
| Contact Info | thomas j ciccarelli, 70 Cross rd, oakdale, NY, 11769, US, ▮▮▮▮▮▮▮▮ |
| Street Address | 70 Cross rd |
| City | oakdale |
| State Province | NY |
| Postal Code | 11769 |
| Date of Birth | |
| Company Name | Spectrum Wholesale Inc |
| Day Phone | ▮▮▮▮▮▮ |
| Evening Phone | ▮▮▮▮▮▮ |
| Registration Date | 20 Jan 2015 21:55:39 |
| Registration IP Address | 24.46.214.217 |
| eBay Status | CONFIRMED |
| Feedback Score | 1742 |
| First Active Suspension Date | |
| Registration Country | United States |
| Country Code | US |
| Closed Deleted Date | |
| Email Address | spectrumwholesaleinc@gmail.com |
| Shipping Address | Spectrum Wholesale Inc, 1395 Lakeland Ave, Ste 14, Bohemia, NY, 11716-3319, United States, 6317506086 |
| eBay User ID | sspofny |
| eBay User Email Address | spectrumwholesaleinc@gmail.com |
| eBay Oracle ID | 1334559248 |
| Managed Payments On-boarding Date | 08 Jul 2019 |
| Managed Payments Seller | true |
| VAT # | |
| Seller Since Date | 27 Feb 2015 22:20:23 |
| Seller Designation | BUSINESS |

## Contact Info History

| Contact Info | Effective Date | End Date | IP Address |
|---|---|---|---|
| thomas j ciccarelli, 70 Cross rd, oakdale, NY, 11769, US, | 06 Dec 2018 23:11:18 | \<Present\> | |
| ** ███████████ | 04 Sep 2015 03:36:25 | 04 Sep 2015 03:36:25 | 74.90.99.32 |
| 6313191491 | 04 Sep 2015 03:36:25 | 06 Dec 2018 23:11:18 | |
| thomas j ciccarelli, 1395 lakeland ave , Ste 27, Spectrum Wholesale Inc, bohemia, NY, 11716, United States, (%s) 631\|319\|1491 | 02 Sep 2015 23:24:04 | 04 Sep 2015 03:36:25 | 74.90.99.32 |
| thomas j ciccarelli, 1395-27 lakeland ave , Spectrum Wholesale Inc, bohemia, NY, 11716, United States, (%s) 631\|319\|1491 | 02 Sep 2015 23:19:33 | 02 Sep 2015 23:24:04 | 74.90.99.32 |
| thomas j ciccarelli, 20-4 jules ct , Spectrum Wholesale Inc, bohemia, NY, 11716, United States, (%s) 631\|256\|6731 | 02 Sep 2015 23:19:32 | 02 Sep 2015 23:19:33 | 74.90.99.32 |
| 631\|256\|6731 | 16 Mar 2015 22:16:16 | 02 Sep 2015 23:19:32 | 74.90.99.32 |
| Spectrum Wholesale, 20-4 jules ct , Spectrum Wholesale Inc, bohemia, NY, 11716, United States, (%s) 631\|256\|6731 | 27 Feb 2015 22:05:36 | 16 Mar 2015 22:16:16 | 24.46.213.208 |
| Spectrum Wholesale, 20-4 jules ct , Spectrum Wholesale Inc, bohemia, NY, 11716, United States, (%s) 631\|256\|6731 | 27 Feb 2015 22:05:09 | 27 Feb 2015 22:05:36 | 10.91.8.146 |
| Spectrum Wholesale, 20-4 jules ct , Spectrum Wholesale Inc, bohemia, NY, 11716, United States, (%s) 631\|256\|6731 | 20 Jan 2015 21:55:39 | 27 Feb 2015 22:05:09 | Unknown |

## Shipping Address History

| Address Type | Effective Date | IP Address | Shipping Address |
|---|---|---|---|
| SHIPPING | 28 Jul 2023 19:50:43 | | Caleb McClure, ███████, Trinity, NC, 27370-7354, US, |
| SHIPPING | 21 Feb 2023 18:20:52 | | Andy Roth, ████████████ Apopka, FL, 32703-7797, US, |
| SHIPPING | 18 Feb 2023 04:41:54 | | United Distributing LLC, ██████████████, Holbrook, NY, 11741-6040, US, |
| SHIPPING | 10 Feb 2023 16:30:58 | | Trace Edgar, ████████ Beaumont, TX, 77705-7359, US, |
| SHIPPING | 30 Jan 2023 18:18:36 | | Andrew Swank, █████████, Eureka, MT, 59917, US, |
| SHIPPING | 26 Jan 2023 16:10:17 | | Kyle Zinda, ████████, NV, 89423-9063, US, |
| SHIPPING | 25 Jan 2023 17:40:48 | | Bryan Adams, ████████ Humphreys, MO, 64646-8147, US, |
| SHIPPING | 25 Jan 2023 13:49:00 | | Leonard Stinnett, █████████, Selma, TX, 78154-3311, US, |
| SHIPPING | 25 Jan 2023 13:36:41 | | Greg Adamek, █████████, Brooks, GA, 30205-1814, US, |
| SHIPPING | 24 Jan 2023 21:02:53 | | Leonardo Amador, ██████████ Lake City, FL, 32055-5573, US, |
| SHIPPING | 24 Jan 2023 20:58:45 | | Lori Lewis, ███████████ Lakeland, FL, 33809-1696, US, |

| | | | |
|---|---|---|---|
| SHIPPING | 18 Jan 2023 19:26:36 | | Bryan Shinn, ████ Willow Spring, NC, 27592-8877, US, |
| SHIPPING | 06 Dec 2022 15:49:47 | | BRANT MEAD, ████ WALCOTT, ND, 58077-4030, US, |
| SHIPPING | 28 Nov 2022 13:41:10 | | DANIEL OSHEA, ████ , CHARLESTOWN, IN, 47111-1109, US, |
| SHIPPING | 28 Nov 2022 13:40:17 | | RICHIE BEEBE, ████ Leroy, MI, 49655-8219, US, |
| SHIPPING | 28 Nov 2022 13:39:01 | | CHRIS RETZOS, ████ Laytonsville, MD, 20882-1937, US, |
| SHIPPING | 28 Nov 2022 13:36:58 | | JAMES SHOCKEY, ████ MOUNTAIN HOME, ID, 83647-2363, US, |
| SHIPPING | 11 Nov 2022 13:19:06 | | JAMES GEORGE, ████ , KENNEWICK, WA, 99338-1996, US, |
| SHIPPING | 31 Oct 2022 16:31:35 | | WADE JACOBSON, ████ , HAMPTON, MN, 55031-9719, US, |
| SHIPPING | 25 Oct 2022 16:52:32 | | ROSE LADNER, ████ , Kiln, MS, 39556-8392, US, |
| SHIPPING | 21 Oct 2022 16:59:49 | | LOY STEWART, ████ MT PLEASANT, SC, 29466-8709, US, |
| SHIPPING | 21 Oct 2022 16:58:08 | | CHASE ROLAND ████ , Talking Rock, GA, 30175-7007, US, |
| SHIPPING | 14 Oct 2022 10:56:18 | | KYLE WOODS, ████ CLIO, MI, 48420-8523, US, |
| SHIPPING | 14 Oct 2022 10:55:08 | | BODIE TAYLOR, ████ , SONORA, CA, 95370-8412, US, |
| SHIPPING | 12 Oct 2022 13:46:02 | | SEAN HERLIHY, ████ Crestview, FL, 32536-9365, US, |
| SHIPPING | 03 Oct 2022 12:05:50 | | Zachary Seelye, ████ Kuna, ID, 83634-2124, US, |
| SHIPPING | 03 Oct 2022 12:04:04 | | Tristan Rector, ████ Thorp, WA, 98946-9546, US, |
| SHIPPING | 03 Oct 2022 12:01:16 | | ICT BILLET LLC, ████ Wichita, KS, 67213-1629, US, |
| SHIPPING | 03 Oct 2022 12:01:04 | | ICT BILLET LLC, ████ , KS, 67213-1629, US, |
| SHIPPING | 09 Sep 2022 13:41:16 | | john david mccracken, ████ Hamilton, AL, 35570-5044, US, |
| SHIPPING | 06 Sep 2022 23:32:55 | | Landen Sherwood, ████ Queen creek, AZ, 85142-9732, US, |
| SHIPPING | 30 Aug 2022 13:18:47 | | daniel martinez, ████ , weatherford, TX, 76087-0402, US, |
| SHIPPING | 05 Aug 2022 16:20:59 | | STEVE CARLSON, ████ , ROBERTS, WI, 54023-9737, US, |
| SHIPPING | 05 Aug 2022 13:20:21 | | JOSH ISAKSON, ████ , GREAT FALLS, MT, 59404-1123, US, |

| | | | |
|---|---|---|---|
| SHIPPING | 05 Aug 2022 13:19:08 | | JOSHUA ALLEN GREINER, ███████, FINDLAY, OH, 45840-9034, US, |
| SHIPPING | 05 Aug 2022 13:17:52 | | LUKE LUCAS, ███████, SALIX, PA, 15952-4414, US, |
| SHIPPING | 05 Aug 2022 13:16:41 | | DAVID PAREDES, ███████, Bedford, MA, 01730-2015, US, |
| SHIPPING | 29 Jul 2022 17:29:03 | | RICHARD STANFORD, ███████, COLBERT, WA, 99005-9637, US, |
| SHIPPING | 29 Jul 2022 14:40:40 | | ISLAM AGAYEV, ███████ Springfield, MA, 01089-4590, US, |
| SHIPPING | 25 Jul 2022 16:09:44 | | CODY EAGER, ███████, MADELIA, MN, 56062-6109, US, |
| SHIPPING | 25 Jul 2022 16:05:29 | | JONAH SANCHEZ, ███████, GRAND JUNCTION, CO, 81503-2464, US, |
| SHIPPING | 20 Jul 2022 18:03:05 | | BOBBY ELY, ███████, Lawsonville, NC, 27022-7632, US, ███████8 |
| SHIPPING | 20 Jul 2022 14:25:23 | | JOSHUA STOECHERT, ███████, Hampton Bays, NY, 11946-2267, US |
| SHIPPING | 19 Jul 2022 12:53:48 | | WILLIAM HANK, ███████ Anchorage, AK, 99502-1861, US, |
| SHIPPING | 18 Jul 2022 16:01:55 | | Ethan Butler, ███████, Pinnacle, NC, 27043-8503, US, |
| SHIPPING | 07 Jul 2022 12:40:00 | | DUSTIN JENSEN, ███████, WEBB CITY, MO, 64870-7149, US, |
| SHIPPING | 07 Jul 2022 12:35:04 | | SALLIE BOLDUC, ███████ MT WASHINGTON VALLEY TOWING LLC, Center Conway, NH, 03813-4032, US, ███████ |
| SHIPPING | 07 Jul 2022 12:34:33 | | SALLIE BOLDUC, ███████, Center Conway, NH, 03813-4032, US, |
| SHIPPING | 11 Sep 2021 23:31:04 | | Julia Capainolo, ███████, Bohemia, NY, 11716-3516, US, |
| SHIPPING | 02 Jul 2020 17:59:05 | | BRANDON ASBY ███████ BROOKVILLE, IN, 47012-8810, US, |
| SHIPMENT_FROM | 11 Oct 2019 15:22:39 | | Rashad Ali, ███████ NEW YORK, NY, 10065-7751, US, |
| SHIPMENT_FROM | 06 Sep 2019 15:04:03 | | James, ███████, rio rancho, NM, 87124, US, |
| SHIPPING | 02 Jul 2019 21:12:41 | | Spectrum Wholesale Inc, 1395 Lakeland Ave, Ste 14, Bohemia, NY, ███████ US, 6317506086 |
| SHIPMENT_FROM | 31 May 2019 14:18:51 | | PEPE HERNANDEZ, ███████, Midland, TX, 79705-2381, US, |
| SHIPMENT_FROM | 26 Mar 2019 13:15:29 | | Spectrum Wholesale Inc , 1395 Lakeland Ave, Bohemia, NY, ███████ US, 6317506086 |
| SHIPPING | 23 Mar 2019 16:27:41 | | Spectrum Wholesale Inc, 1395 Lakeland Ave, Bohemia, NY, ███████ US, 6317506086 |
| RETURN | 27 Feb 2019 21:02:34 | | Spectrum Wholesale Inc, 1395 Lakeland Ave, Ste 14, Bohemia, NY, ███████ US, 6317506086 |

| | | | |
|---|---|---|---|
| SHIPPING | 27 Feb 2019 21:01:37 | | Spectrum Wholesale Inc, 1395 Lakeland Ave, Ste 14, Bohemia, NY, █████, US, 6317506086 |
| SHIPMENT_FROM | 27 Feb 2019 18:51:20 | | Spectrum Wholesale Inc, 1395 Lakeland Ave, Ste 14, Bohemia, NY, █████, US, 6317506086 |
| SHIPPING | 10 Nov 2018 16:02:30 | | Spectrum Wholesale Inc, 1395 Lakeland Ave, Ste 14, Bohemia, NY, █████, US, 6313191491 |
| SHIPPING | 28 Sep 2018 12:58:17 | 24.186.201.236 | Spectrum Wholesale, 1395 Lakeland Ave, Ste 14, Bohemia, NY, █████, US, 63131914191 |
| SHIPPING | 28 Sep 2018 12:58:06 | 24.186.201.236 | Spectrum Wholesale, 1395 Lakeland Ave, Ste 14, Bohemia, NY, █████, US, 63131914191 |
| SHIPPING | 17 Jul 2018 12:35:07 | 10.193.53.189 | Spectrum Wholesale, 1395 Lakeland Ave Ste 14, Bohemia, NY, █████████ US██████ |
| SHIPPING | 19 Dec 2017 16:29:32 | 10.193.53.189 | thomas j ciccarelli, 70 cross rd, oakdale, NY, 11769-2107, US, 6313191491 |
| SHIPMENT_FROM | 04 Oct 2017 19:31:23 | 74.89.24.233 | Spectrum Wholesale Inc, 1395 Lakeland Ave Ste 14, Bohemia, NY, US, 6313191491 |
| RETURN | 04 Oct 2017 19:29:57 | 74.89.24.233 | Spectrum Wholesale Inc, 1395 Lakeland Ave Ste 14, bohemia, NY, █████, US, 6313191491 |
| RETURN | 02 Oct 2017 18:22:39 | 74.89.24.233 | thomas j ciccarelli, 1395 Lakeland Ave Ste 14, bohemia, NY, █████, 6313191491 |
| SHIPPING | 19 Sep 2017 16:48:02 | 10.193.53.189 | Thomas Ciccarelli, 1395 Lakeland Ave Ste 14, Bohemia, NY, █████████ |
| SHIPPING | 23 Aug 2017 12:13:54 | 10.193.53.189 | Thomas j ciccarelli, 70 cross rd, oakdale, NY, 11769-2107, US, █████ |
| SHIPPING | 27 Feb 2017 02:55:49 | 10.91.124.206 | Spectrum Wholesale Inc, 1395 Lakeland Ave Ste 27, bohemia, NY, █████, US, 6313191491 |
| SHIPMENT_FROM | 06 Oct 2015 17:20:14 | 74.89.24.233 | thomas j ciccarelli, 70 cross rd, oakdale, NY, 11769-2107, US, 6313191491 |
| SHIPMENT_FROM | 06 Oct 2015 17:19:16 | 74.89.24.233 | thomas j ciccarelli, 70 cross rd, oakdale, NY, 11769-2107, US, 6313191491 |
| RETURN | 02 Sep 2015 23:23:02 | 74.89.24.233 | thomas j ciccarelli, 1395 Lakeland Ave, Ste 27, bohemia, NY, █████, US, 6313191491 |
| SHIPMENT_FROM | 02 Sep 2015 23:22:16 | 74.89.24.233 | Spectrum Wholesale Inc , 1395 Lakeland Ave Ste 27, Bohemia, NY, █████, US, 6313191491 |

| Email Address History | | | |
|---|---|---|---|
| Effective Date | Email Address | End Date | IP Address |
| 20 Jan 2015 21:55:39 | spectrumwholesaleinc@gmail.com | <Present> | |

| User ID History | | | |
|---|---|---|---|
| End Date | Effective Date | IP Address | User ID |
| <Present> | 29 Mar 2021 14:36:02 | | sspofny |
| 29 Mar 2021 14:36:02 | 27 Dec 2018 17:11:20 | | sspinc |
| 27 Dec 2018 17:11:20 | 20 Jan 2015 21:55:39 | | spectrumwholesalersinc |

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Ex. J



### *United States v. Spectrum Wholesale, Inc.*, et al., 25-cv- 00127 (EDNY)

BUSINESS RECORDS DELCARATION OF EBAY INC.

I, KATHERINE BYLAND, hereby declare as follows:

   1.  I am over the age of 18 and am employed as a Paralegal in eBay Inc's ("eBay") Global Litigation & Data Governance team.

   2.  The records produced in response to the subpoena in the above referenced case, dated March 6, 2025, were prepared and collected by eBay personnel in the ordinary course of business.

   3.  As to these records, I certify that: (a) they were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; (b) they were kept in the course of the regularly conducted activity of eBay.; and (c) they were made as part of the regularly conducted activity of eBay in its regular practice.

   4.  I am a qualified witness, and I make this declaration in accordance with Federal Rules of Evidence 803(6) and 902(11).

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 9th day of April, 2025 in Austin, Texas

By: ___*Katherine Byland*___

Katherine Byland, Paralegal

eBay Inc.

| item_number | Listing_Site | seller_id | seller_login_id | auct_start_dt | auct_end_dt | qty_avail | qty_sold | Start_Price | Current_Price | Currency | auct_titl |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 164034784584 | Ebaymotors | 1334559248 | spectrumwholesale | 1/16/2020 | 3/19/2020 | 15 | 15 | 1599 | 1599 | USD | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS 5.0 DPF DEF DEF CAT DELETE & PIPE |
| 164034797660 | Ebaymotors | 1334559248 | spectrumwholesale | 1/16/2020 | 2/10/2020 | 2 | 0 | 1575 | 1575 | USD | GDP EZ LYNK 2016-2018 NISSAN TITAN XD CUMMINS 5.0 DPF DEF CAT DELETE &RACE PIPE |
| 164036665524 | Ebaymotors | 1334559248 | spectrumwholesale | 1/17/2020 | 6/14/2020 | 91 | 91 | 1650 | 1650 | USD | 2011-2019 FORD 6.7 GDP EZ Lynk DPF DEF EGR Delete Race KIT LIFETIME LINK |
| 164037403864 | Ebaymotors | 1334559248 | spectrumwholesale | 1/18/2020 | 10/9/2020 | 19 | 12 | 1699.99 | 1699.99 | USD | GDP EZ LYNK SOTF RACE KIT 2011-2016 6.6L DURAMAX DPF EGR DEF RACE KIT LML |
| 164037410928 | Ebaymotors | 1334559248 | spectrumwholesale | 1/18/2020 | 10/9/2020 | 30 | 27 | 1674.99 | 1674.99 | USD | GDP EZ LYNK FOR 2010 - 2018 6.7 RAM 6.7L CUMMINS DPF EGR DEF PIPE RACE KIT |
| 164037394669 | Ebaymotors | 1334559248 | spectrumwholesale | 1/18/2020 | 10/9/2020 | 2 | 0 | 2750 | 2750 | USD | GDP EZ LYNK SOTF 5IN EXHAUST 2011-2016 6.6L DURAMAX DPF EGR DEF LML FASS RACE KI |
| 164052018533 | Ebaymotors | 1334559248 | spectrumwholesale | 1/27/2020 | 5/12/2020 | 12 | 12 | 1349.99 | 1349.99 | USD | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning |
| 164052018182 | Ebaymotors | 1334559248 | spectrumwholesale | 1/27/2020 | 10/9/2020 | 12 | 2 | 1349.99 | 1349.99 | USD | GDP 2018-2019 Ford F150 3.0 Powerstroke EZ Lynk Tuner DPF EGR Delete |
| 164052010463 | Ebaymotors | 1334559248 | spectrumwholesale | 1/27/2020 | 10/9/2020 | 7 | 2 | 1650 | 1650 | USD | GDP EZ LYNK 2018-2019 FORD F150 3.0L POWERSTROKE DPF DEF CAT RACE PIPE RACE KIT |
| 164079602903 | Ebaymotors | 1334559248 | spectrumwholesale | 2/12/2020 | 3/12/2020 | 2 | 0 | 297 | 297 | USD | 2007.5-2010 LMM DURAMAX W/UP-PIPE EGR DELETE GDP421021 |
| 164079609906 | Ebaymotors | 1334559248 | spectrumwholesale | 2/12/2020 | 4/13/2020 | 2 | 2 | 209 | 209 | USD | 2011-2015 LML DURAMAX EGR DELETE GDP420022 |
| 164079659264 | Ebaymotors | 1334559248 | spectrumwholesale | 2/12/2020 | 4/17/2020 | 2 | 2 | 179 | 179 | USD | 2011-2014 6.7L EGR DELETE FACTORY PYRO GDP220009 |
| 164079627958 | Ebaymotors | 1334559248 | spectrumwholesale | 2/12/2020 | 6/2/2020 | 5 | 0 | 179 | 179 | USD | 2003-2007 6.0L EGR DELETE W/PIPE GDP220007 |
| 164079606886 | Ebaymotors | 1334559248 | spectrumwholesale | 2/12/2020 | 6/2/2020 | 6 | 2 | 297 | 297 | USD | 2007-2010 LMM DURAMAX W/UP-PIPE EGR DELETE GDP421021 |
| 164079656811 | Ebaymotors | 1334559248 | spectrumwholesale | 2/12/2020 | 6/2/2020 | 5 | 1 | 179.99 | 179.99 | USD | 2008-2010 6.4L W/ INTAKE ELBOW EGR DELETE GDP220008 |
| 164079600063 | Ebaymotors | 1334559248 | spectrumwholesale | 2/12/2020 | 6/2/2020 | 7 | 3 | 297 | 297 | USD | 2004.5-2005 LLY DURAMAX W/UP-PIPE EGR DELETE GDP421017 |
| 164079624557 | Ebaymotors | 1334559248 | spectrumwholesale | 2/12/2020 | 6/2/2020 | 5 | 1 | 79 | 79 | USD | 2003-2007 6.0L W/O PIPE for Ford Powerstroke EGR DELETE GDP220006 |
| 164080840089 | Ebaymotors | 1334559248 | spectrumwholesale | 2/13/2020 | 3/23/2020 | 2 | 2 | 179 | 179 | USD | 2017-2019 6.7L EGR DELETE POWER STROKE GDP220012 |
| 164080846624 | Ebaymotors | 1334559248 | spectrumwholesale | 2/13/2020 | 3/30/2020 | 2 | 2 | 219 | 219 | USD | 2017-2019 6.7L POWER STROKE W/PASS-THROUGH PLATE EGR DELETE GDP221013 |
| 164080880296 | Ebaymotors | 1334559248 | spectrumwholesale | 2/13/2020 | 4/1/2020 | 2 | 2 | 179 | 179 | USD | 2013-2019 CUMMINS EGR DELETE GDP620003 |
| 164080876919 | Ebaymotors | 1334559248 | spectrumwholesale | 2/13/2020 | 4/11/2020 | 2 | 2 | 139 | 139 | USD | 2013-2019 CUMMINS CAB & CHASSIS EGR DELETE GDP620005 |
| 164080836100 | Ebaymotors | 1334559248 | spectrumwholesale | 2/13/2020 | 4/20/2020 | 3 | 3 | 295 | 295 | USD | 2015-2016 6.7L W/RE-ROUTE HOSE & PASS-THROUGH PLATE EGR DELETE GDP221011 |
| 164080896792 | Ebaymotors | 1334559248 | spectrumwholesale | 2/13/2020 | 6/2/2020 | 2 | 1 | 159 | 159 | USD | 2014-2019 EGR DELETE for Dodge Ram 1500 3.0L EcoDiesel GDP620004 |
| 164080833190 | Ebaymotors | 1334559248 | spectrumwholesale | 2/13/2020 | 6/2/2020 | 5 | 0 | 275 | 275 | USD | 2015-2016 6.7L W/RE-ROUTE HOSE EGR DELETE GDP220010 |
| 164080826783 | Ebaymotors | 1334559248 | spectrumwholesale | 2/13/2020 | 6/2/2020 | 6 | 4 | 219 | 219 | USD | 2011-2014 6.7L FACTORY PYRO W/PASS-THROUGH PLATE EGR DELETE GDP221010 |
| 164080849067 | Ebaymotors | 1334559248 | spectrumwholesale | 2/13/2020 | 6/2/2020 | 5 | 5 | 179 | 179 | USD | 2018-2019 3.0L FORD ECODIESEL EGR DELETE GDP220014 |
| 164080853861 | Ebaymotors | 1334559248 | spectrumwholesale | 2/13/2020 | 6/2/2020 | 5 | 0 | 179 | 179 | USD | 2007.5-2009 CUMMINS EGR DELETE GDP620001 |
| 164080872502 | Ebaymotors | 1334559248 | spectrumwholesale | 2/13/2020 | 6/2/2020 | 5 | 0 | 179 | 179 | USD | 2009-2012 CUMMINS EGR DELETE GDP620002 |
| 164110520543 | Ebaymotors | 1334559248 | spectrumwholesale | 3/4/2020 | 4/4/2020 | 8 | 8 | 1699.99 | 1699.99 | USD | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS DPF DEF CAT DELETE PIPE SOTF |
| 164113808228 | Ebaymotors | 1334559248 | spectrumwholesale | 3/6/2020 | 5/6/2020 | 1 | 0 | 3777 | 3777 | USD | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2016 6.6L DURAMAX DPF DELETE RACE LML FASS |
| 164122055090 | Ebaymotors | 1334559248 | spectrumwholesale | 3/12/2020 | 3/18/2020 | 2 | 2 | 297 | 297 | USD | 2006-2007 LBZ DURAMAX W/UP-PIPE EGR DELETE GDP421019 |
| 164122059094 | Ebaymotors | 1334559248 | spectrumwholesale | 3/12/2020 | 3/18/2020 | 2 | 2 | 329 | 329 | USD | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 |
| 164121968894 | Ebaymotors | 1334559248 | spectrumwholesale | 3/12/2020 | 6/2/2020 | 5 | 0 | 119 | 119 | USD | 2004.5-2005 LLY DURAMAX EGR DELETE GDP420016 |
| 164130701462 | Ebaymotors | 1334559248 | spectrumwholesale | 3/18/2020 | 4/18/2020 | 5 | 5 | 329 | 329 | USD | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 |
| 164130748822 | Ebaymotors | 1334559248 | spectrumwholesale | 3/18/2020 | 6/2/2020 | 14 | 12 | 297 | 297 | USD | 2006-2007 LBZ DURAMAX W/UP-PIPE EGR DELETE GDP421019 |
| 164131487231 | Ebaymotors | 1334559248 | spectrumwholesale | 3/19/2020 | 10/9/2020 | 45 | 41 | 1649.99 | 1649.99 | USD | GDP EZ LYNK FOR 2016-2019 NISSAN TITAN XD CUMMINS 5.0L DPF DEF CAT EGR RACE KIT |
| 164138555683 | Ebaymotors | 1334559248 | spectrumwholesale | 3/23/2020 | 4/18/2020 | 6 | 6 | 179 | 179 | USD | 2017-2019 6.7L EGR DELETE POWER STROKE GDP220012 |
| 164144911020 | Ebaymotors | 1334559248 | spectrumwholesale | 3/31/2020 | 4/26/2020 | 4 | 4 | 219 | 219 | USD | 2017-2019 6.7L POWER STROKE W/PASS-THROUGH PLATE EGR DELETE GDP221013 |
| 164147499699 | Ebaymotors | 1334559248 | spectrumwholesale | 4/2/2020 | 5/4/2020 | 7 | 7 | 179 | 179 | USD | 2013-2019 CUMMINS EGR DELETE GDP620003 |
| 164152005518 | Ebaymotors | 1334559248 | spectrumwholesale | 4/6/2020 | 4/23/2020 | 3 | 3 | 1699.99 | 1699.99 | USD | GDP EZ LYNK 2016-2019 FOR NISSAN TITAN XD CUMMINS DPF DEF CAT DELETE PIPE SOTF |
| 164159936274 | Ebaymotors | 1334559248 | spectrumwholesale | 4/13/2020 | 4/30/2020 | 2 | 2 | 209 | 209 | USD | 2011-2015 LML DURAMAX EGR DELETE GDP420022 |
| 164167856336 | Ebaymotors | 1334559248 | spectrumwholesale | 4/20/2020 | 6/2/2020 | 6 | 5 | 179 | 179 | USD | 2017-2019 6.7L EGR DELETE POWER STROKE GDP220012 |
| 164167856203 | Ebaymotors | 1334559248 | spectrumwholesale | 4/20/2020 | 6/2/2020 | 5 | 1 | 179 | 179 | USD | 2011-2014 6.7L EGR DELETE FACTORY PYRO GDP220009 |
| 164167856458 | Ebaymotors | 1334559248 | spectrumwholesale | 4/20/2020 | 6/2/2020 | 25 | 20 | 329 | 329 | USD | 2011-2016 LML DURAMAX W/UP-PIPE EGR DELETE GDP421023 |
| 164172194363 | Ebaymotors | 1334559248 | spectrumwholesale | 4/23/2020 | 2/23/2021 | 158 | 150 | 1749.99 | 1749.99 | USD | GDP EZ LYNK FOR 2016-2019 NISSAN TITAN XD CUMMINS DP DEF EGR PIPE SOTF COMP KIT |
| 164172925926 | Ebaymotors | 1334559248 | spectrumwholesale | 4/24/2020 | 6/2/2020 | 3 | 1 | 295 | 295 | USD | 2015-2016 6.7L W/RE-ROUTE HOSE & PASS-THROUGH PLATE EGR DELETE GDP221011 |
| 164176558279 | Ebaymotors | 1334559248 | spectrumwholesale | 4/27/2020 | 5/15/2020 | 5 | 5 | 219 | 219 | USD | 2017-2019 6.7L POWER STROKE W/PASS-THROUGH PLATE EGR DELETE GDP221013 |
| 164186631664 | Ebaymotors | 1334559248 | spectrumwholesale | 4/30/2020 | 6/2/2020 | 5 | 2 | 209 | 209 | USD | 2011-2015 LML DURAMAX EGR DELETE GDP420022 |
| 164192305108 | Ebaymotors | 1334559248 | spectrumwholesale | 5/9/2020 | 10/9/2020 | 1 | 0 | 3777 | 3777 | USD | GDP SOTF EZ LYNK KIT 5IN EXHAUST 2011-2016 6.6L DURAMAX DPF RACE KIT LML FASS |
| 164194536400 | Ebaymotors | 1334559248 | spectrumwholesale | 5/11/2020 | 10/9/2020 | 5 | 3 | 1725 | 1725 | USD | GDP EZ LYNK DPF EGR DEF RACE KIT 2019 - 2020 6.7 RAM 6.7L CUMMINS COMPETITION |
| 164194541964 | Ebaymotors | 1334559248 | spectrumwholesale | 5/11/2020 | 10/9/2020 | 7 | 5 | 2249.99 | 2249.99 | USD | GDP EZ LYNK SOTF KIT 5IN EXHAUST 2019-2020 6.7 RAM CUMMINS DPF EGR DEF RACE KIT |
| 164197983220 | Ebaymotors | 1334559248 | spectrumwholesale | 5/13/2020 | 10/9/2020 | 12 | 8 | 1349.99 | 1349.99 | USD | GDP 2011-2019 Ford Powerstroke EZ Lynk Tuner & SOTF Switch DPF EGR Delete Tuning |
| 164202863325 | Ebaymotors | 1334559248 | spectrumwholesale | 5/16/2020 | 6/2/2020 | 10 | 1 | 219 | 219 | USD | 2017-2019 6.7L POWER STROKE W/PASS-THROUGH PLATE EGR DELETE GDP221013 |
| 164229245968 | Ebaymotors | 1334559248 | spectrumwholesale | 6/2/2020 | 6/21/2020 | 2 | 2 | 385.95 | 385.95 | USD | 2006-2007 LBZ DURAMAX W/UP-PIPE GDP EGR DELETE GDP421019 |
| 164229245957 | Ebaymotors | 1334559248 | spectrumwholesale | 6/2/2020 | 10/5/2020 | 4 | 1 | 102.66 | 102.66 | USD | 2003-2007 6.0L W/O PIPE for Ford Powerstroke GDP EGR DELETE GDP220006 |
| 164229245954 | Ebaymotors | 1334559248 | spectrumwholesale | 6/2/2020 | 10/5/2020 | 5 | 1 | 232.62 | 232.62 | USD | 2010-2012 CUMMINS GDP EGR DELETE FOR DODGE GDP620002 |
| 164229245961 | Ebaymotors | 1334559248 | spectrumwholesale | 6/2/2020 | 3/25/2021 | 5 | 1 | 279.13 | 279.13 | USD | 2007-2009 CUMMINS GDP EGR DELETE FOR DODGE GDP620001 |
| 164229245947 | Ebaymotors | 1334559248 | spectrumwholesale | 6/2/2020 | 3/25/2021 | 7 | 6 | 341.51 | 341.51 | USD | 2011-2014 6.7L FACTORY PYRO W/PASS-THROUGH PLATE GDP EGR DELETE GDP221010 |
| 164229245969 | Ebaymotors | 1334559248 | spectrumwholesale | 6/2/2020 | 4/14/2021 | 4 | 2 | 463.15 | 463.15 | USD | 2004.5-2005 LLY DURAMAX W/UP-PIPE GDP EGR DELETE GDP421017 |
| 164229245960 | Ebaymotors | 1334559248 | spectrumwholesale | 6/2/2020 | 4/14/2021 | 5 | 2 | 279.13 | 279.13 | USD | 2018-2020 3.0L FORD POWERSTROKE GDP EGR DELETE FOR FORD GDP220014 |
| 164229245964 | Ebaymotors | 1334559248 | spectrumwholesale | 6/2/2020 | 6/2/2021 | 4 | 1 | 463.15 | 463.15 | USD | 2007-2010 LMM DURAMAX W/UP-PIPE GDP EGR DELETE GDP421021 |
| 164229245963 | Ebaymotors | 1334559248 | spectrumwholesale | 6/2/2020 | 6/29/2021 | 4 | 4 | 279.13 | 279.13 | USD | 2008-2010 6.4L W/ INTAKE ELBOW GDP EGR DELETE FOR FORD GDP220008 |
| 164229245967 | Ebaymotors | 1334559248 | spectrumwholesale | 6/2/2020 | 6/29/2021 | 5 | 5 | 185.57 | 185.57 | USD | 2004-2005 LLY DURAMAX GDP EGR DELETE GDP420016 |
| 164230519011 | Ebaymotors | 1334559248 | spectrumwholesale | 6/3/2020 | 6/15/2020 | 1 | 1 | 232.61 | 232.61 | USD | 2013-2019 6.7L CUMMINS | COOLER UPGRADE KIT GDP620003 EGR DELETE |
| 164230534561 | Ebaymotors | 1334559248 | spectrumwholesale | 6/3/2020 | 6/29/2021 | 1 | 1 | 463.15 | 463.15 | USD | 2004-2005 LLY DURAMAX | COOLER UPGRADE KIT W/UP-PIPE GDP421017 EGR DELETE |
| 164230526042 | Ebaymotors | 1334559248 | spectrumwholesale | 6/3/2020 | 6/29/2021 | 1 | 0 | 380.5 | 380.5 | USD | 2001-2004 DURAMAX UP-PIPE PASSENGER SIDE W/GASKETS GDP421015 EGR DELETE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 164245626589 | Ebaymotors | 1334559248 | spectrumwholesale | 6/15/2020 | 10/9/2020 | 124 | 116 | 1675 | 1675 USD | 2011-2019 FORD 6.7L GDP TUNING EZ Lynk DPF DEF EGR RACE KIT LIFETIME LINK |
| 164269801358 | Ebaymotors | 1334559248 | spectrumwholesale | 6/30/2020 | 10/9/2020 | 8 | 4 | 1999.99 | 1999.99 USD | GDP EZ LYNK SOTF 5IN EXHAUST 2011-2016 6.6L DURAMAX LML DPF DEF EGR RACE KIT |
| 164279278824 | Ebaymotors | 1334559248 | spectrumwholesale | 7/6/2020 | 10/9/2020 | 31 | 27 | 1999.99 | 1999.99 USD | GDP EZ LYNK SOTF KIT 5IN EXHAUST 2011-2019 6.7 POWERSTROKE DPF DEF RACE KIT |
| 164434636551 | Ebaymotors | 1334559248 | spectrumwholesale | 10/9/2020 | 1/25/2021 | 21 | 17 | 2024.99 | 2024.99 USD | GDP EZ LYNK 2010-2018 RAM CUMMINS 6.7L DPF DEF EGR 5" EXHAUST SOTF RACE KIT |
| 164434595561 | Ebaymotors | 1334559248 | spectrumwholesale | 10/9/2020 | 1/25/2021 | 18 | 8 | 2024.99 | 2024.99 USD | GDP EZ LYNK 2011-2016 GMC CHEVY DURAMAX 6.6L LML DPF DEF EGR SOTF 5" RACE KIT |
| 164434624335 | Ebaymotors | 1334559248 | spectrumwholesale | 10/9/2020 | 4/26/2021 | 32 | 20 | 1799.99 | 1799.99 USD | GDP EZ LYNK 2010-2018 RAM CUMMINS 6.7L DEF EGR PIPE SOTF RACE KIT |
| 164434027912 | Ebaymotors | 1334559248 | spectrumwholesale | 10/9/2020 | 1/25/2021 | 33 | 29 | 1699.99 | 1699.99 USD | GDP EZ LYNK 2011-2019 FORD POWER STROKE 6.7L DPF DEF EGR PIPE SOTF RACE KIT |
| 164434069021 | Ebaymotors | 1334559248 | spectrumwholesale | 10/9/2020 | 4/19/2021 | 8 | 2 | 1849.99 | 1849.99 USD | GDP EZ LYNK 2013-2018 RAM CUMMINS CAB AND CHASSIS D PF DEF EGR SOTF RACE KIT |
| 164434614597 | Ebaymotors | 1334559248 | spectrumwholesale | 10/9/2020 | 1/25/2021 | 33 | 27 | 1999.99 | 1999.99 USD | GDP EZ LYNK 2011-2019 FORD POWER STROKE 6.7L DEF EGR PIPE SOTF 5" RACE KIT |
| 164433973769 | Ebaymotors | 1334559248 | spectrumwholesale | 10/9/2020 | 4/26/2021 | 44 | 42 | 1799.99 | 1799.99 USD | GDP EZ LYNK FOR 2016-2019 NISSAN TITAN XD CUMMINS DP F DEF EGR PIPE RACE KIT |
| 164433593235 | Ebaymotors | 1334559248 | spectrumwholesale | 10/9/2020 | 6/29/2021 | 23 | 23 | 1824.99 | 1824.99 USD | GDP EZ LYNK 2011-2016 GMC CHEVY DURAMAX 6.6L LML D EF EGR PIPE SOTF RACE KIT |
| 164436419936 | Ebaymotors | 1334559248 | spectrumwholesale | 10/10/2020 | 1/25/2021 | 8 | 4 | 2249.99 | 2249.99 USD | GDP EZ LYNK SOTF 5" EXHAUST RACE KIT 2019-2020 RAM CUMMINS 6.7L DPF DEF EGR KIT |
| 164627597709 | Ebaymotors | 1334559248 | spectrumwholesale | 1/5/2021 | 4/19/2021 | 10 | 2 | 1799.99 | 1799.99 USD | GDP EZ LYNK 2018-2019 FORD POWERSTROKE 3.0L D PF DEF EGR PIPE SOTF UPGRADE KIT |
| 164640795799 | Ebaymotors | 1334559248 | spectrumwholesale | 1/12/2021 | 4/19/2021 | 10 | 2 | 1689.99 | 1689.99 USD | GDP EZ LYNK 2008-2010 FORD POWERSTROKE 6.4L D PF DEF EGR PIPE SOTF UPGRADE KIT |
| 164675652334 | Ebaymotors | 1334559248 | spectrumwholesale | 1/29/2021 | 6/29/2021 | 37 | 37 | 1799.99 | 1799.99 USD | GDP EZ LYNK 2011-2019 FORD POWERSTROKE 6.7L DP DEF EGR PIPE SOTF COMP KIT |
| 164677202243 | Ebaymotors | 1334559248 | spectrumwholesale | 1/30/2021 | 4/26/2021 | 12 | 8 | 2149.99 | 2149.99 USD | GDP EZ LYNK 2011-2016 GMC CHEVY DURAMAX 6.6L LML D PF DEF EGR 5" SOTF COMP KIT |
| 164677212201 | Ebaymotors | 1334559248 | spectrumwholesale | 1/30/2021 | 4/26/2021 | 6 | 4 | 2174.99 | 2174.99 USD | GDP EZ LYNK 2019-2020 RAM CUMMINS 6.7L D PF DEF EGR 5" EXHUST SOTF COMP KIT |
| 164677200780 | Ebaymotors | 1334559248 | spectrumwholesale | 1/30/2021 | 6/29/2021 | 29 | 29 | 2099.99 | 2099.99 USD | GDP EZ LYNK 2011-2019 FORD POWERSTROKE 6.7L DP DEF EGR 6" EXHAUST SOTF COMP KIT |
| 164677197704 | Ebaymotors | 1334559248 | spectrumwholesale | 1/30/2021 | 6/29/2021 | 11 | 11 | 2124.99 | 2124.99 USD | GDP EZ LYNK 2010-2018 RAM CUMMINS 6.7L PF DEF EGR 5" EXHUST SOTF COMP KIT |
| 164694733541 | Ebaymotors | 1334559248 | spectrumwholesale | 2/9/2021 | 6/29/2021 | 2 | 2 | 2154.99 | 2154.99 USD | GDP EZ LYNK FOR 2016-2019 NISSAN TITAN XD CUMMINS FILTER DEF EGR FIX SOTF 5" KIT |

Quantity Sold | 731

Ex. K-1

# CERTIFICATION

I hereby certify that the enclosed documents are accurate and complete copies of all documents, including electronically stored information, within my possession, custody or control at the offices of THE LCF GROUP, INC. referring or relating to copies of records, including the complete application for any type of loan, funding, or other financing from The LCF Group, Inc. made by Spectrum Wholesale, Inc. (d/b/a Dieselology) or Thomas J. Ciccarelli ("Defendants"), any correspondence between The LCF Group, Inc. and Defendants, all agreements between The LCF Group, Inc. and Defendants, documents sufficient to show all payments made by The LCF Group, Inc. to Defendants, documents sufficient to show all payments made by Defendants to The LCF Group, Inc, and documents sufficient to show all bank accounts used by Defendants ("the Records").

Pursuant to Federal Rules of Evidence 803(6) and 902(11), I further certify that the Records were made at or near the time of the occurrence of the matters set forth in the Records, by (or from information transmitted by) a person with knowledge of those matters; that the Records were records of a regularly conducted activity within the United States; that the Records were kept in the course of that regularly conducted activity; and that the Records were made by that regularly conducted activity as a regular practice.

Pursuant to 28 U.S.C. ' 1746, I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE: _*Brian Walowitz*_ Brian Walowitz 2025.05.08 09:27:07-07'00' 2025.1.0

Custodian of Records

TYPE/PRINT NAME SIGNATORY: __Brian Walowitz__

EXECUTED: This __8__ day of _____, 2025



**Spectrum Wholesale, Inc. DBA Spectrum Wholesale AKA Dieselology**

**Application ID: LCF795598**

| Merchant Payment History | | Opening Balance | $ | 145,000.00 |
|---|---|---|---|---|
| | | Payments collected | $ | (33,609.10) |
| | | Legal Fees | $ | 37,946.64 |
| | | Misc. Fees | $ | 5,035.00 |
| | | Other Adjustments | $ | 0.00 |
| | | Current Balance | $ | 154,372.54 |

| Origination Date | Amount | | Payment Type | Return Reason |
|---|---|---|---|---|
| 2023-11-27 | $ | (960.26) | Advance Payment | |
| 2023-11-28 | $ | (960.26) | Advance Payment | |
| 2023-11-29 | $ | (960.26) | Advance Payment | |
| 2023-11-30 | $ | (960.26) | Advance Payment | |
| 2023-12-01 | $ | (960.26) | Advance Payment | |
| 2023-12-04 | $ | (960.26) | Advance Payment | |
| 2023-12-05 | $ | (960.26) | Advance Payment | |
| 2023-12-06 | $ | (960.26) | Advance Payment | |
| 2023-12-07 | $ | (960.26) | Advance Payment | |
| 2023-12-08 | $ | (960.26) | Advance Payment | |
| 2023-12-11 | $ | (960.26) | Advance Payment | |
| 2023-12-12 | $ | (960.26) | Advance Payment | |
| 2023-12-13 | $ | (960.26) | Advance Payment | |
| 2023-12-14 | $ | (960.26) | Advance Payment | |
| 2023-12-15 | $ | (960.26) | Advance Payment | |
| 2023-12-18 | $ | (960.26) | Advance Payment | |
| 2023-12-19 | $ | (960.26) | Advance Payment | |
| 2023-12-20 | $ | (960.26) | Advance Payment | |
| 2023-12-21 | $ | (960.26) | Advance Payment | |
| 2023-12-22 | $ | (960.26) | Advance Payment | |
| 2023-12-26 | $ | (960.26) | Advance Payment | |
| 2023-12-27 | $ | (960.26) | Advance Payment | |
| 2023-12-28 | $ | (960.26) | Advance Payment | |
| 2023-12-29 | $ | (960.26) | Advance Payment | |
| 2024-01-02 | $ | (960.26) | Advance Payment | |
| 2024-01-03 | $ | (960.26) | Advance Payment | |
| 2024-01-04 | $ | (960.26) | Advance Payment | |
| 2024-01-05 | $ | (960.26) | Advance Payment | |
| 2024-01-08 | $ | (960.26) | Advance Payment | |
| 2024-01-09 | $ | (960.26) | Advance Payment | |
| 2024-01-10 | $ | (960.26) | Advance Payment | |
| 2024-01-11 | $ | (960.26) | Advance Payment | |

  

| Origination Date | Amount | Payment Type | Return Reason |
|---|---|---|---|
| 2024-01-12 | $ (960.26) | Advance Payment | |
| 2024-01-16 | $ (960.26) | Advance Payment | |
| 2024-01-17 | $ (960.26) | Advance Payment | |
| 2024-01-18 | $ 35.00 | Return Fee | R08 - Payment Stopped |
| 2024-01-19 | $ 2,500.00 | Default Fee | R05 - Unauthorized Corporate Transaction |
| 2024-01-19 | $ 2,500.00 | Return Fee | R05 - Unauthorized Corporate Transaction |
| 2024-01-22 | $ 37,446.64 | Legal Fee | |
| 2024-04-11 | $ 500.00 | Legal Fee | |





Ex. K-2

## <u>CERTIFICATION</u>

I hereby certify that the enclosed documents are accurate and complete copies of all documents, including electronically stored information, within my possession, custody or control at the offices of THE LCF GROUP, INC. referring or relating to copies of records, including the complete application for any type of loan, funding, or other financing from The LCF Group, Inc. made by Spectrum Wholesale, Inc. (d/b/a Dieselology) or Thomas J. Ciccarelli ("Defendants"), any correspondence between The LCF Group, Inc. and Defendants, all agreements between The LCF Group, Inc. and Defendants, documents sufficient to show all payments made by The LCF Group, Inc. to Defendants, documents sufficient to show all payments made by Defendants to The LCF Group, Inc, and documents sufficient to show all bank accounts used by Defendants ("the Records").

Pursuant to Federal Rules of Evidence 803(6) and 902(11), I further certify that the Records were made at or near the time of the occurrence of the matters set forth in the Records, by (or from information transmitted by) a person with knowledge of those matters; that the Records were records of a regularly conducted activity within the United States; that the Records were kept in the course of that regularly conducted activity; and that the Records were made by that regularly conducted activity as a regular practice.

Pursuant to 28 U.S.C. ' 1746, I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE: *Brian Walowitz*  Brian Walowitz 2025.05.08 09:27:07-07'00' 2025.1.0

Custodian of Records

TYPE/PRINT NAME SIGNATORY: Brian Walowitz

EXECUTED: This ___8___ day of _____, 2025

# OFFER SUMMARY – Sales-Based Financing

| | | |
|---|---|---|
| **Funding Provided** | $100,000.00 | This is how much funding The LCF Group, Inc. will provide. Due to deductions or payments to others, the total funds that will be provided to you directly is $95,570.00. For more information on the amounts that will be deducted, please review the attached document "Itemization of Amount Financed." |
| **Estimated Annual Percentage Rate (APR)** | 156.06% | APR is the estimated cost of your financing expressed as a yearly rate. APR incorporates the amount and timing of the funding you receive, finance charges you pay, and the periodic payments you make. This calculation assumes your estimated average monthly income through your deposit account(s) will be $142,138.00. Since your actual income may vary from our estimate, your effective APR may also vary. APR is not an interest rate. The cost of this financing is based upon fees charged by LCF rather than interest that accrues over time. |
| **Finance Charge** | $45,000.00 | This is the dollar cost of your financing. Your finance charge will not increase if you take longer to pay off what you owe. |
| **Estimated Total Payment Amount** | $145,000.00 | This is the total dollar amount of payments we estimate you will make under the contract. |
| **Estimated Monthly Cost** | $20,165.46 | Although you do not make payments on a monthly basis, this is our calculation of your average monthly cost based upon the payment amounts disclosed below. |
| **Estimated Payment** | $960.26/ Daily | |
| **Payment Terms** | You are scheduled to make payments every business day. We based your preset daily payment of $960.26 upon our estimate of 14.00% of your total sales, based upon average monthly sales of $142,138.00 for the last four months. You have the right to receive refunds of all or part of your payments if you demonstrate that your payments have exceeded 14.00% of your total sales during any given month. For more details on your rights, see paragraph 1.4 of your contract. | |
| **Estimated Term** | 151.00 business days | This is our estimate of how long it will take to collect amounts due to us under the contract based upon the assumption that you will receive $142,138.00 in monthly sales through your deposit account(s). |
| **Prepayment** | If you pay off the financing faster than required, you still must pay all or a portion of the finance charge, up to $45,000.00 based upon our estimates. | |
| | If you pay off the financing faster than required, you will not be required to pay additional fees. | |
| **Collateral Requirements** | All Assets now owned or hereafter acquired and wherever located, including, but not limited to, the following subcategories of assets: a) Accounts, including, but not limited to, credit card receivables; b) Chattel Paper; c) inventory; d) Equipment; e) Instruments, including, but not limited to, Promissory Notes; f) Investment Property; g) Documents; h) Deposit Accounts; i) Letter of Credit Rights; j) General Intangibles; k) Supporting Obligations; and proceeds and products of the foregoing | |

Applicable law requires this information to be provided to you to help you make an informed decision. By signing below, you are confirming that you received this information.

11 / 27 / 2023

_____          _____
Recipient Signature                                Date

Doc ID: cd0175cc386e4169d9f33774757b65dd16d21142

## ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| 1. | Amount Given Directly to You | $95,570.00 |
| 2. | Property Valuation Fee | N/A |
| 3. | Brokerage Fee Paid by You | $0 |
| 4. | Amount Paid on your Account with Us | $0.00 |
| 5. | Amount provided to You or on Your Behalf (1+2+3+4) | $95,570.00 |
| 6. | Prepaid Finance Charges: ACH Fee, Wire Fee, Origination Fee | $4,430.00 |
| 7. | Amount Financed (5 + 6) | $100,000.00 |

Your broker's compensation in this transaction is based upon the amount of financing you receive and is being paid entirely by LCF. For the avoidance of doubt, you are not responsible for *any* broker compensation.

11 / 27 / 2023

_____          _____

Recipient Signature                          Date


| | |
|---|---|
| **Title** | Contracts for 006EY0000032Lt8YAE: Spectrum Wholesale, Inc.... |
| **File name** | Disclosure - Spec...3-11-27_10-31.PDF |
| **Document ID** | cd0175cc386e4169d9f33774757b65dd16d21142 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

This document was signed on **merchant.lcfportal.com**

## Document History

|  |  |  |
|---|---|---|
| **SENT** | **11 / 27 / 2023**<br>15:31:22 UTC | Sent for signature to Thomas Ciccarelli (Owner 1 ) (█████████) from ███████████ |
| **VIEWED** | **11 / 27 / 2023**<br>15:31:40 UTC | Viewed by Thomas Ciccarelli (Owner 1 ) |
| **SIGNED** | **11 / 27 / 2023**<br>15:32:02 UTC | Signed by Thomas Ciccarelli (Owner 1 ) |
| **COMPLETED** | **11 / 27 / 2023**<br>15:32:02 UTC | The document has been completed. |

Ex. K-3

# CERTIFICATION

I hereby certify that the enclosed documents are accurate and complete copies of all documents, including electronically stored information, within my possession, custody or control at the offices of THE LCF GROUP, INC. referring or relating to copies of records, including the complete application for any type of loan, funding, or other financing from The LCF Group, Inc. made by Spectrum Wholesale, Inc. (d/b/a Dieselology) or Thomas J. Ciccarelli ("Defendants"), any correspondence between The LCF Group, Inc. and Defendants, all agreements between The LCF Group, Inc. and Defendants, documents sufficient to show all payments made by The LCF Group, Inc. to Defendants, documents sufficient to show all payments made by Defendants to The LCF Group, Inc, and documents sufficient to show all bank accounts used by Defendants ("the Records").

Pursuant to Federal Rules of Evidence 803(6) and 902(11), I further certify that the Records were made at or near the time of the occurrence of the matters set forth in the Records, by (or from information transmitted by) a person with knowledge of those matters; that the Records were records of a regularly conducted activity within the United States; that the Records were kept in the course of that regularly conducted activity; and that the Records were made by that regularly conducted activity as a regular practice.

Pursuant to 28 U.S.C. ' 1746, I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE: _Brian Walowitz_ Brian Walowitz 2025.05.08 09:27:07-07'00' 2025.1.0

Custodian of Records

TYPE/PRINT NAME SIGNATORY: __Brian Walowitz__

EXECUTED: This __8__ day of _____, 2025



**AGREEMENT FOR PURCHASE AND SALE OF FUTURE RECEIVABLES (hereinafter "PSFRA", which together with the SELLER AGREEMENT TERMS AND CONDITIONS, the SECURITY AGREEMENT, the PERSONAL GUARANTY(S) OF PERFORMANCE, the POWER OF ATTORNEY and any appendices and addenda hereto and executed in conjunction herewith, shall be collectively referred to as the "Agreement"),** made at the specific insistence and request of  **Spectrum Wholesale, Inc. DBA Spectrum Wholesale AKA Dieselology**   ("Seller") on this **27** day of **November**, 20**23**  and made within the State of New York, County of Nassau, by and between The LCF Group, Inc., having an office at 3000 Marcus Avenue, Suite 2W15, Lake Success, New York 11042 (the "Company"), and Seller, having an office at **1395 Lakeland Avenue Unit 14, Bohemia**, **New York 11716**.

| PURCHASE PRICE | PURCHASED AMOUNT / RTR | PURCHASED PERCENTAGE | TOTAL AMOUNT SELLER WILL RECEIVE++ |
|---|---|---|---|
| $100,000.00 | $145,000.00 | 14.00% | **$95,570.00** |
| RENEWAL/PAYOFF + $0.00 | FACTOR RATE 1.45 | ORIGINATION FEES* $4,430.00 | |
| COST OF CAPITAL $45,000.00 | MONTHLY FEE $195 | DAILY REMITTANCE** $960.26 | |

*Origination Fee Schedule:
A. Underwriting Fee:          $ 4,000.00      to cover Underwriting and related expenses.
B. Account Activation Fee:   $ 395.00     to cover ACH set up costs, UCC filing fee and various related administrative expenses.
C. Delivery Fee                  $ 35          to cover the cost of delivering the Purchase Price, less fees, to Seller via Fedwire.

Additional Fee Schedule:
A. Monthly Fee:              $195.00         This fee is charged to cover ongoing maintenance and servicing of Seller's account.
B. Default Fee:              $2,500.00       This fee is charged in the event of Seller's default under the Agreement.
C. Stop Payment Fee          $2,500.00       This fee is charged in the event Seller removes Company's ACH debit access.
D. Closed Account Fee        $2,500.00       This fee is charged if Seller closes its designated account without Company's permission.
E. NSF Fee:                  $35.00          This fee is charged each time an ACH transaction is declined for insufficient funds.
F. Bank Change fee           $50.00          This fee is charged each time Seller changes its designated Bank Account.
G. Subordination Fee:        $500.00         This fee is charged to cover administrative costs upon request that we subordinate
                                             our UCC-1.[See Section 1.22(b)]

** Daily Remittance represents a good faith estimate of the monetary value of the purchased percentage of daily receipts based upon historical information provided by Seller and is subject to adjustment to more precisely reflect the actual purchased percentage of daily receipts pursuant to paragraph 1.4 of this Agreement.

+ Renewal/Payoff Amount represents funds paid to satisfy a designated third party.

++ This amount is calculated as the Purchase Price less any Fees set forth in the above Fee Schedule.

**WHEREAS**, Seller intends to assign, and Company intends to purchase, a portion of Seller's future receivables; and

**Initials:**

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

**WHEREAS**, Seller hereby, for the purchase price set forth above (the "Purchase Price") less any Origination Fees set forth above, does sell, demise and assign the Purchased Percentage of Seller's future receivables, future accounts, future contract rights and other future obligations arising from or relating to the future payment of monies received by Seller (collectively "Future Receipts"), as set forth below (the "Purchased Percentage"), to Company, whether the proceeds are paid by Cash, ACH, Check, Credit Card, Debit Card, Bank Card, Charge Card, PayPal, Venmo, Zelle, electronic transfer or any other form of payment in the ordinary course of the Seller's business, for the payment of Seller's sale of goods or services (collectively, the "Purchased Amount" or "RTR") until the Company has received the specified Purchased Amount above; and

**WHEREAS**, Company acknowledges that its recovery of the Purchased Amount is dependent upon Seller's success and that so long as Company receives its Purchased Percentage of Future Sale Proceeds as required hereunder, the amount of time necessary for Company to recover the Purchased Amount is indefinite;

**NOW, THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller hereby declares, covenants, and agrees as follows:

**THE TERMS, DEFINITIONS, CONDITIONS AND INFORMATION SET FORTH WITHIN THIS PSFRA, the SELLER AGREEMENT TERMS AND CONDITIONS, the SECURITY AGREEMENT, the PERSONAL GUARANTY(S) OF PERFORMANCE, the POWER OF ATTORNEY and any appendices and addenda thereto (COLLECTIVELY, THE "Agreement") ARE HEREBY INCORPORATED IN AND MADE A PART OF THIS instrument and it is intended that references to the "Agreement" within this PSFRA, the SELLER AGREEMENT TERMS AND CONDITIONS, the SECURITY AGREEMENT, the PERSONAL GUARANTY(S) OF PERFORMANCE, the POWER OF ATTORNEY and any appendices and addenda thereto are intended to incorporate all terms contained within the aforesaid documents.**

**PURCHASE AND SALE OF FUTURE RECEIVABLES:** Seller hereby sells, assigns and transfers to Company (making Company the absolute owner) in consideration of the Purchase Price specified herein, the Purchased Percentage received by Seller from all of Seller's Future Sale Proceeds until the Purchased Amount has been delivered by Seller to Company.

Seller represents that it is engaged in a commercial enterprise and that this transaction shall only be used for commercial or business purposes, in the ordinary course of business, and not for personal, family, or household purposes. Accordingly, Seller acknowledges that important duties imposed upon Company, and important rights conferred upon a consumer, pursuant to certain federal or state laws, do not apply to this Agreement.

Seller, being duly authorized to do so, hereby agrees to deposit all Future Sale Proceeds into the following Bank Account (or such other Bank Account as may be designated by Seller and approved by the Company prior to the use of such other Bank Account pursuant to the provisions hereof) (the "Designated Bank Account"):



**Chase**

Seller hereby irrevocably authorizes the Purchased Amount to be delivered to Company by Seller's Bank and Seller's Bank is, accordingly, authorized to permit Automated Clearing House ("ACH") debits initiated by Company for the Daily Remittance as specified above, or, in the event of reconciliation relating to such Daily Remittance, such other amounts as may be appropriate, the source of which shall be Seller's deposits, revenues and other receipts and that this authorization shall continue until such time as Company receives the Purchased Amount. Seller hereby authorizes Company to Institute ACH Debit transaction(s) and/or "Reverse Wire" transactions for the Daily Remittance or, in the event of reconciliation relating to such Daily Remittance, such other amounts as may be appropriate from the Seller's Bank Account on a daily basis and will provide Seller with any and all required authorizations and/or access codes to effectuate such ACH Debit. Seller further agrees, as more particularly set forth within the TERMS AND CONDITIONS, to provide to Company any and all monthly bank and Merchant Processing statements upon Company's request. Company is not responsible for any overdrafts or rejected transactions that may result from Company ACH debiting the specified amounts due under the terms of this Agreement. Notwithstanding anything to the contrary in this Agreement or any other agreement between Company and Seller, upon the violation of any provision contained within Section 1.12 of the SELLER AGREEMENT TERMS AND CONDITIONS, or the occurrence of an Event of Default under any other provision of the SELLER AGREEMENT TERMS AND CONDITIONS, the specified Purchased Percentage shall be increased to 100% and any undelivered Purchased Amount shall become immediately due in its entirety together with any additional liquidated default and collection fees provided for herein or within the SELLER AGREEMENT TERMS AND CONDITIONS, the SECURITY AGREEMENT, the PERSONAL GUARANTY(S) OF

Initials:

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

PERFORMANCE, the POWER OF ATTORNEY and any appendices and addenda thereto, and Company shall be entitled to such amounts together with any other legally permissible remedies and relief from the date of such Event of Default.

To the extent set forth herein, each of the parties is obligated upon their execution of the Agreement to all terms of the Agreement, including the Additional Terms set forth within the **SELLER AGREEMENT TERMS AND CONDITIONS, THE SECURITY AGREEMENT, THE PERFORMANCE GUARANTY, THE POWER OF ATTORNEY AND ANY OTHER EXHIBITS AND/OR APPENDICES HERETO.** Each of the undersigned Seller and Owner/Guarantor represents that they are authorized to sign this Agreement for Seller, legally binding said Seller to honor this obligation and that the information provided herein and in all Company documents, forms and interviews is true, accurate and complete in all respects. If any such information is deemed to be materially false or misleading, Seller shall be considered to have material breached all agreements between Seller and Company, and Company shall be entitled to all remedies available under this Agreement and/or applicable law. An investigative or credit report may be obtained in connection with the Agreement. Seller and each of the performance guarantors signing this Agreement authorize Company, its agents and representatives and any credit reporting agency engaged by Company, at any time now or for so long as Seller and/or Performance Guarantor continue to have any obligations to Company as a consequence of this Agreement or for Company's ability to determine Seller's eligibility to enter into any future agreement with Company to: (i) investigate any references given or any other statements or data obtained from or about Seller or any of its Owners for the purpose of this Agreement;

[Remainder of Page Intentionally Left Blank]

Initials: _____

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

(ii) obtain consumer and business credit reports on the Seller and any of its Owners; and (iii) to contact personal and business references provided by the Seller in the application.

**ANY MISREPRESENTATION MADE BY SELLER OR ANY AGENT OF SELLER IN CONNECTION WITH OR IN THE PROCUREMENT OF THIS AGREEMENT SHALL CONSTITUTE AN IMMEDIATE DEFAULT HEREUNDER.**

**SELLER #1**

By: _____
Signature
Thomas Ciccarelli / Owner
Print Name and Title

Phone Number ██████████

_____
SS#

**OWNER/GUARANTOR #1**

By: _____
Signature
Thomas Ciccarelli / Owner
Print Name and Title

Initials: _____

# SELLER AGREEMENT TERMS AND CONDITIONS

**These SELLER AGREEMENT TERMS AND CONDITIONS ("Terms"), which incorporate additional terms to the AGREEMENT FOR PURCHASE AND SALE OF FUTURE RECEIVABLES, the SECURITY AGREEMENT, the PERSONAL GUARANTY(S) OF PERFORMANCE, the POWER OF ATTORNEY and any appendices and addenda hereto and executed in conjunction herewith, (which shall be collectively referred to as the "Agreement") apply to the Agreement and you agree and understand that these SELLER AGREEMENT TERMS AND CONDITIONS apply, regardless of their means of delivery to you. By entering into the Agreement, you indicate that you have read and accept these SELLER AGREEMENT TERMS AND CONDITIONS, including these applicable Additional Terms and agree to abide by and be bound by all such Terms (as modified from time to time). Please note that we may change these Terms from time to time by delivering such updated Terms via the notice provisions contained within these Terms. We draw your attention to the JURY TRIAL WAIVER; COUNTERCLAIM WAIVER; CLASS ACTION WAIVER; CONSENT TO SERVICE and ARBITRATION PROVISION contained in Section IV below.**

## 1. TERMS OF ENROLLMENT IN PROGRAM

**1.1. Seller Deposit Agreement.** Seller shall take all necessary measures acceptable to Company, with a bank acceptable to Company, to ensure that Company is able to withdraw the Purchased Percentage through Automated Clearing House ("ACH") debits. Seller shall also, prior to funding and as reasonably requested from time-to-time, provide Company and/or its authorized agent with all of the information, documents, authorizations and passwords necessary for verifying Seller's receivables, receipts and deposits into the account. Seller authorizes Company and/or its agent(s) to deduct the amounts purchased by Company as specified herein from settlement amounts which would otherwise be due to Seller from its revenues and to pay such amounts to Company by permitting Company to withdraw the Purchased Percentage(s) by ACH debiting of the Designated Bank Account. The authorization shall be irrevocable without the written consent of Company.

**1.2. Term of Agreement.** This Agreement shall remain in full force and effect until the earlier of: (i) the entire Purchased Amount and any other amounts due to Company are received by Company as per the terms of this Agreement; or (ii) the Seller shall, **not having had a prior event of default hereunder**, cease business operations in good faith; or (iii) Seller shall, **not having had a prior event of default hereunder**, be adjudicated insolvent pursuant to Title 11 of the United States Code or a State Insolvency Law.

**1.3. Future Purchases.** Company reserves the right to rescind the offer to make any purchase payments hereunder in its sole discretion after which time this Agreement will be cancelled without further cost to either Company or Seller.

**1.4. Reconciliation of Specific Daily Remittance.** The Daily Remittance is intended to represent the Purchased Percentage of Seller's daily Receipts. Once every fifteen (15) calendar days, in good faith, Seller or Company may request a reconciliation of the Daily Remittance to more closely reflect the Seller's actual Receipts multiplied by the Purchased Percentage. Any reconciliation request by Seller must be: (i) in writing; (ii) include a complete copy of all documents required at the time of underwriting in the normal course of business including, but not limited to, a copy of Seller's bank statements and any documents evidencing Seller's revenue for the calendar month at issue; and (iii) be sent to Company via electronic mail at

TrueUp@thelcfgroup.com (each a "Reconciliation Request"). Any reconciliation request by Company must be (i) in writing (ii) request a complete copy of all documents required at the time of underwriting in the normal course of business including, but not limited to, a copy of Seller's bank statements and any documents evidencing Seller's revenue for the calendar month at issue and (iii) be sent to Seller via electronic mail at the email address provided by Seller in section 3.3 *infra.* Seller acknowledges and agrees that the documents referenced in clause (ii) above shall be provided to Company within five (5) days of a Reconciliation Request. It is solely the Seller's responsibility to send complete bank statements. Seller agrees to provide Company any reasonable information requested by Company to assist in a Reconciliation Request. Company shall provide a reconciliation within three (3) business days after receiving a Reconciliation Request and all reasonable information requested. The adjusted Daily Remittance will be based on Seller's actual receipts from the 60-day period immediately prior to the date of the Reconciliation Request multiplied by the Purchased Percentage ("Adjusted Daily Remittance"). Following the adjustment of the Daily Remittance, Seller shall remit the Adjusted Daily Remittance until such time as a subsequent reconciliation is requested. It is expressly agreed and understood that a Reconciliation Request will not constitute a basis for suspension of Company's right to deduct the amounts purchased by Company during its pendency and, subject to the Reconciliation Request, any amounts deducted in excess of the Adjusted Daily Remittance shall be credited to Seller's account upon completion of the reconciliation. It is further understood that the mere presentment of a bank statement by Seller, unaccompanied by a written request for reconciliation, shall not give rise to Buyer's obligations under this section 1.4.

Seller and Company acknowledge that the Company has purchased the RTR on a "non-recourse" basis, such that there is no set term wherein Company expects to receive the RTR. The Company recognizes that the time within which the RTR will be recovered may be indefinite or, in the event of a good faith cessation of Seller's business operations, *see* section 1.2 *supra*, not at all.

**CALCULATION OF DAILY REMITTANCE.** Company calculates a dollar amount to be remitted daily by Seller, which amount shall be a good-faith estimate of the Purchased Percentage of Seller's Future Receipts based upon the financial information supplied to Company by Seller (the "Daily Remittance"). Unless modified pursuant to this section 1.4 (the "Initial Daily Remittance").

Initials:

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

**1.5.** Intentionally omitted.

**1.6. Financial Condition.** Seller and Guarantor authorize Company and its agents to investigate their financial history and will provide Company with all financial records as reasonably requested, including, but not limited to, any bank or financial statements, tax returns, merchant processing statements and access to online financial records as Company deems necessary prior to or at any time after execution of this Agreement. A photocopy of this authorization will be deemed acceptable for release of financial information. Company is authorized to update such information and financial profiles from time to time as it deems appropriate.

**1.7. Transactional History.** Seller authorizes their bank(s), financial institution(s), broker(s) and merchant processor(s) to provide Company with Seller's banking or processing history to determine qualification or continuation in this program.

**1.8. Indemnification**. Seller and Guarantor jointly and severally indemnify and hold harmless any ACH processor utilized by Company, its officers, directors and shareholders against all losses, damages, claims, liabilities and expenses (including reasonable attorney's fees) incurred by ACH Processor resulting from: (a) claims asserted by Company for monies owed to Company from Seller; and (b) actions taken by ACH Processor in reliance upon information or instructions provided by Company.

**1.9. No Liability.** In no event will Company be liable for any claims asserted by Seller under any legal theory for lost profits, lost revenues, lost business opportunities, exemplary, punitive, special, incidental, indirect or consequential damages, each of which is waived by Seller and Guarantor.

**1.10. Sale of Receipts. SELLER IS SELLING A PORTION OF ITS FUTURE RECEIPTS TO COMPANY AT A DISCOUNT, NOT BORROWING MONEY FROM COMPANY. THERE IS NO INTEREST RATE OR PAYMENT SCHEDULE AND NO TIME PERIOD DURING WHICH THE PURCHASE AMOUNT MUST BE COLLECTED BY COMPANY. THE GOOD-FAITH CESSATION OF BUSINESS OPERATIONS, AN EVENT OF INSOLVENCY (INCLUDING, BUT NOT LIMITED TO, FILING FOR PROTECTION UNDER THE UNITED STATES BANKRUPTCY CODE OR A STATE ASSIGNMENT FOR THE BENEFIT OF CREDITORS ACTION) SHALL NOT – IN AND OF ITSELF - BE DEEMED AN EVENT OF DEFAULT HEREUNDER.** Company is entering into this Agreement knowing the risks that Seller's business may experience a decrease in revenue or cease operations in good faith and Company assumes these risks based on Seller's representations, warranties and covenants in this Agreement, which are designed to give Company a reasonable and fair opportunity to receive the benefit of its bargain. Seller and Company agree that the Purchase Price under this Agreement is in exchange for the Purchased Amount and that such Purchase Price is not intended to be, nor shall it be, construed as a loan from Company to Seller. Seller agrees that the Purchase Price is in exchange for a percentage of Seller's Future Receipts pursuant to this Agreement and equals the fair market and present value of such Receipts. Company has purchased and shall own all the Receipts described in this Agreement up to the full Purchased Amount as the Receipts are created. Payments made to Company

in respect to the full amount of the Receipts shall be conditioned upon Seller's sale of products and/or services and the payment therefore by Seller's customers in the manner provided in Section 1.1. It is acknowledged that the Seller shall have a fiduciary responsibility for the safekeeping of the Purchased Percentage, whether or not in Seller's immediate possession or control. Seller shall not employ or permit another to employ such Purchased Percentage in any manner except as provided for herein. Provided Seller shall comply with each of its performance obligations hereunder, Seller shall remain in good standing hereunder.

Notwithstanding any recitation set forth herein, including, but not limited to, a recitation of "Annual Percentage Rate" ("APR") mandated by applicable law or regulation, it is expressly agreed and understood by the Company and Seller that in no event shall the aggregate of all amounts be deemed as interest hereunder. The parties acknowledge that it is intended that Seller does not pay or contract to pay, and that Company does not receive or contract to receive, directly or indirectly, in any manner whatsoever, interest. Nevertheless, In the event a court of competent jurisdiction determines, notwithstanding the intent of the parties to the contrary, that Company has charged or received interest hereunder in excess of the highest rate allowed by applicable law, then the Purchased Amount shall be adjusted automatically by operation of this clause, so that the difference between the Purchased Amount and the Purchase Price shall, if expressed as an interest rate over such term of this Agreement as the ruling court has determined to apply, yield a rate equivalent to the maximum rate permitted by applicable law. Company shall, in such case, promptly refund to Seller any amount received by Company in excess of the maximum lawful rate of interest, it being intended that Seller not pay or contract to pay, and that Company not receive or contract to receive, directly or indirectly, in any manner whatsoever, interest in excess of that which may be paid by Seller under applicable law. For the avoidance of doubt, Seller again acknowledges that Seller is selling a portion of Future Receipts to Company at a discount and not borrowing money from Company. As such, there is no interest rate or payment schedule and no time period during which the Purchased Amount must be collected by Company**.**

**By executing this Agreement, Seller hereby represents and acknowledges that the Initial Daily Remittance, set forth above, accurately represents the Purchased Percentage of Seller's Future Receipts.**

**1.11. Reliance on Terms.** Sections 1.1, 1.8, 1.9 and 2.5 of this Agreement are agreed to for the benefit of Seller, Company and any ACH processor. ACH processors are an intended third-party beneficiary of said provisions and may rely upon their terms for any purpose whatsoever, including, but not limited to, interposing this indemnification as a defense in any legal action.

**1.12. Power of Attorney.** Seller irrevocably appoints Company as its agent and attorney-in-fact with full authority to take any action or execute any instrument or document to settle all obligations due to Company under this Agreement, including, without limitation, (i) to obtain and adjust insurance at Company's expense; (ii) to collect monies due or to become due under or in respect of any of the Collateral; (ii) to receive, endorse and collect any checks, notes, drafts, instruments, documents or chattel paper in connection with clause (i) above; (iii) to cancel, modify,

Initials: _____

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

repudiate or terminate any contractor agreement; (iv) to sign Seller's name on any invoice, bill of lading, or assignment directing customers or account debtors to make payment directly to Company; (v) to file any claims or take any action or institute any proceeding which Company may deem necessary for the collection of any of the undelivered Purchased Amount from the Collateral, or otherwise to enforce its rights with respect to payment of the Purchased Amount; (vi) to obtain information concerning any deposit account(s) maintained by Seller directly from the financial institution(s) maintaining such account(s) including, but not limited to, balances and account numbers; (viii) to direct the payment of the proceeds of any such deposit account(s) to Company or Company's designee or Company's nominee.

Seller, likewise, irrevocably appoints Company as its agent and attorney-in-fact with full authority to take any action or execute any instrument or document to settle all obligations due to Company in the event of a violation by Seller of section 1.13 or the occurrence of an Event of Default under any provision hereof by Seller.

**1.13. EVENTS OF DEFAULT.** The following events shall constitute an event of default and the Company may utilize any and all remedies listed or any other remedy available to it under applicable law or equity, with or without notice, to address such default(s):

(a) Seller takes any action, fails to prevent any action or permits any action which frustrates the Company's use of electronic check, ACH processing or Seller Account "Split" to settle any obligations due pursuant to this Agreement;

(b) Seller takes any action, fails to prevent any action or permits any action which frustrates Company's ability to retrieve its designated percentage of receivables from Seller including, but not limited to, directing its financial institution to dishonor ACH debits originated by Seller. It is expressly agreed and understood that should Company receive an ACH return code of R02, R05, R07, R08, R10, R11, or R29, or such other return code that shall replace any of the foregoing as defined at the time of this Agreement, as a result of any ACH debit initiated pursuant to the Agreement, that such return code shall, in and of itself, constitute an event of deliberate default hereunder;

(c) Seller fails to rectify or provide a replacement Designated Bank Account within three (3) business days of Company receiving an R16 ACH return code;

(d) Seller changes the merchant processor through which its sales are settled to another merchant processor, or permits any event to occur that could cause diversion of any of Seller's sales to another Merchant Processor without seven (7) days advance notice to Company;

(e) Seller voluntarily interrupts the operation of its business in bad faith (e.g., other than good-faith business failure, casualty, state of emergency, natural disasters, acts of God or other good-faith basis which Seller has communicated, within forty-eight (48) hours of its occurrence and in writing, to Company), transfers, moves, sells, disposes, transfers or otherwise conveys its business or assets without: (i) the express prior written consent of Company;

and (ii) the written agreement of any purchaser or transferee to the assumption of all of Seller's obligations under this Agreement pursuant to documentation satisfactory to Company unless any such transfer occurs in conjunction with a good-faith filing pursuant to Title 11 of the United States Code;

(f) Seller takes any action, fails to take any action, or offers any incentive - economic or otherwise – the result of which will be to induce any customer(s) to pay for Seller's products and/or services with any means other than payments, checks, or deposits that are settled through the Designated Bank Account(s);

(g) Seller fails to respond to any communications, including electronic mail communications, initiated by Company concerning any dishonor of any ACH debit initiated by Company for a period exceeding 72 hours or 2 business days, whichever is longer;

(h) Seller shall violate any term or covenant in this Agreement;

(i) Any representation or warranty by Seller in this Agreement or in the underwriting of this Agreement shall prove to have been false or misleading in any material respect when made;

(j) Seller shall have a fiduciary obligation to safeguard Company's Purchased Percentage and insure Company's receipt of same in accordance with the terms of this Agreement;

(k) Seller shall, without notice to Company, transport, move, interrupt, suspend, dissolve, or terminate its business without a good-faith basis;

(l) Seller shall use multiple depository accounts without the Company's prior written consent;

(m) Seller shall change the Designated Bank Account without the Company's prior written consent;

(n) Seller shall default under any of the terms, covenants, and conditions of any other agreement with Company;

(o) Seller or Guarantor shall attempt to repudiate any of its obligations hereunder;

(p) Seller shall utilize its business bank or financial account(s) for non-business-related expenses;

(q) Failure of Seller to comply with its obligations pursuant to paragraph 1.20, *infra*; or

(r) Seller shall fail to provide Company with any requested bank or financial statements within three (3) business days of such request by Company.

**1.14. Remedies.**
**(I)** If any Event of Default occurs, Company may utilize, but is not limited to, all remedies set forth within this section 1.14. All rights, powers and remedies of Company in connection with this Agreement may be exercised at any time by Company after the occurrence of an Event of Default, are cumulative and not exclusive, and shall be in addition to any other rights, powers or remedies provided by law or equity, to wit:

Initials:

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

(a) proceed to protect and enforce its rights or remedies by Confession of Judgment, Confession of Award or similar process (as permitted by law), or by suit in equity and/or by action at law or by arbitration proceeding, whether for the specific performance of any covenant, agreement or other provision contained herein, injunction, or to enforce the discharge of Seller's obligations hereunder (including the Personal Guarantee) or any other legal or equitable right or remedy in the amount of the Purchase Amount stated in the Agreement together with all fees due under this Agreement and the attached Security Agreement, including, but not limited to, any collection fees, default fees, and costs, and deem such amounts due and payable in full immediately;

(b) immediately liquidate and deem due the full uncollected Purchase Amount plus all fees due under this Agreement, and the attached Security Agreement including, but not limited to, any collection or default fees, and deem such amounts due and payable in full immediately;

(c) enforce the provisions of the Personal Guarantee of Performance against the Guarantor(s). It is expressly agreed and understood that in conjunction with this provision, Company may disclose personal identifying information including, but not limited to, the social security number of any guarantor(s) to third parties with which Company communicates in its exercising of any remedies available to Company;

(d) enforce its security interest in the collateral. It is expressly agreed and understood that in conjunction with this provision, Company may disclose identifying information, including, but not limited to, the FEIN Number or Social Security Number of Seller or any guarantor(s) to third parties with which Company communicates in its exercising of any remedies available to Company;

(e) proceed to protect and enforce its rights and remedies by lawsuit. In any such lawsuit, if Company prevails against Seller, Seller shall be liable for all of Company's associated legal fees, costs, and expenses, including, but not limited to, all reasonable attorney's fees and court costs;

(f) exercise its rights under any assignment of lease without prior notice to Seller. This Agreement shall be deemed Seller's assignment of Seller's lease of Seller's business premises and operations to Company;

(g) debit Seller's depository accounts, wherever situated, by means of ACH debit or facsimile signature on a computer-generated check drawn on Seller's bank account(s) or otherwise for all sums due to Company;

(h) utilize the Power of Attorney accompanying this Agreement to direct the payment of any amounts due to the Company directly from any receivable or deposit account due to the Company;

(i) Seller acknowledges and admits that it has a fiduciary obligation to safeguard and segregate the Future Sales purchased in conjunction with this Agreement. Company shall, therefore, be entitled (in addition to any other remedy to which it may be entitled in law or in equity) to injunctive relief and/or specific performance to enforce such obligations, and if any action should be brought in equity to enforce any of the provisions of this Agreement, none of the parties hereto shall raise the defense that there is an adequate remedy at law.

**(II)** In addition to any of the aforementioned remedies, Seller shall pay to Company all reasonable costs, including, but not limited to, all reasonable attorney's fees and court costs, associated with: (i) a breach by Seller of the covenants in this Agreement and the enforcement thereof; (ii) the enforcement of Company's remedies set forth within this section 1.14 and with respect to Company's enforcement of those remedies, it is expressly agreed and understood that the Company's collection fees shall be liquidated at the sum of 33.33% of any amounts due to Company and that such liquidated amount shall not be construed as a penalty; and (iii) the defense of any action or proceeding commenced against Company with respect to this Agreement by Seller or any third party. Each of the above additional remedies are intended to be cumulative. In addition to the foregoing, Company shall also be entitled to the following fees, as applicable:

(a) Each time a payment is rejected for insufficient funds an NSF Fee of $35.00 is charged;

(b) On the first instance of any ACH Debit being rejected with a National Automated Clearing House Association ("NACHA") return code of R05, R07, R08, R10, R11, or R29, or such other return code that shall replace any of the foregoing as defined at the time of this Agreement, a "Stop Payment" fee of $2,500.00 is charged ("Stop Payment Fee"). As applicable, a Stop Payment Fee shall be assessed for each Designated Bank Account provided by Seller for which an R05, R07, R08, R10, R11, or R29 code is returned;

(c) On the first occurrence of any event of default, for any reason, a default fee of 10% of any outstanding RTR balance or $2,500.00, whichever is greater, is charged. This is in addition to any other fees set forth within this Agreement.

(d) the foregoing additional remedies contemplated in this subsection (II) are in addition to any other remedies provided for herein and the court costs and collection fees liquidated at the sum of 33.33% set forth within this section 1.14 are in addition to any rights of indemnification that Company may be entitled to within this Agreement.

(e) The parties acknowledge and agree that a breach of this Agreement will damage Company and that by their nature such damage(s) are difficult to ascertain. Accordingly, the parties acknowledge and agree that the various liquidated damages provisions in this section 1.14 are reasonable, not a penalty and solely intended to compensate Company for damages incurred.

**1.15. Required Notifications.** Seller shall give Company written notice within 24 hours of any filing under Title 11 of the United States Code. Seller is required to give Company seven (7) days' written notice prior to the closing of any sale of all or substantially all of the Seller's assets or stock.

**1.16. Publicity.** Seller and each of Seller's owners and all guarantors hereby authorize Company to use its, his or her name in listings of clients and in advertising and marketing materials.

**1.17. D/B/As.** Seller hereby acknowledges and agrees that Company may be using "doing business as" or d/b/a names in

8

Initials: ___

connection with various matters relating to the transaction between Company and Seller including but not limited to the filing of UCC-1 financing statements.

**1.18. Application of Payments.** Subject to applicable law and generally accepted accounting principles, Company reserves the right to apply payments in any manner Company chooses.

**1.19. Inspection of Collateral and Place of Business; Accounting.** Company or its designated representatives and agents shall have the right, during Seller's normal business hours, and at any other reasonable times and without notice to Seller, to examine Company's bank and merchant processing statements and/or the collateral where located and the interior and exterior of any of Seller's places of business. Any such examination of any of Seller's business may include, among other things, whether Seller: (a) has a place of business that is separate from any personal residence; (b) is open for business; (c) has sufficient inventory to conduct its business; and (d) has one or more point-of-sale terminals to process credit, debit, and/or bank card transactions. When performing an examination, Company or its designated representatives and agents may photograph the interior and exterior of any of Seller's places of business, including any signage and point-of-sale terminals, and may photograph any principal of the Seller. Company or any of its agents shall have the right to inspect, audit, check, and make extracts from any copies of the books, records, journals, orders, receipts, and/or correspondence that relate to Seller's accounts or other transactions between the parties thereto and the general financial condition of Seller, and Company may remove any of such records temporarily for the purpose of having copies made thereof. Company shall have the right to hire a Certified Public Accountant, licensed in the state where the business is located, to perform analysis of the accounting records for the purpose of determining if the Purchased Percentage of receipts has been made available for remittance to Company. Seller hereby agrees to fully cooperate with such analysis upon the Company's request. In furtherance of the above, Seller agrees to provide current Bank and Merchant Processing account statement(s) upon Company's Request together with real-time access to any and all of Seller's bank, deposit, merchant or other financial account(s) via an online banking aggregation service, including, but not limited to, upSWOT, Decision Logic and Plaid, provided by Company to Seller at the time of underwriting or via the on-line portal of Seller's financial institution(s) (collectively, the "Online Bank Access"). It is agreed and understood that Company shall be entitled, and may at its sole discretion, periodically monitor Seller's financial account(s) whether or not such account(s) were disclosed prior to entering into the Agreement, via Online Bank Access, that the ability to access such information is a material term of consideration under this Agreement and that the withholding or removal of such access shall, upon five (5) days' written notice, constitute a material breach of this Agreement.

**1.20. Overages.** Seller hereby acknowledges and agrees that, in the event of any renewal of the Program, any payment overages shall be applied to its renewal balance unless otherwise requested prior to such renewal. In the event Seller does not opt to renew its participation in the Program, overages (if any) shall be returned within a reasonable time after completion of the Program and after satisfaction of any and all fees and costs provided herein.

**1.21. Third Party Agents.** Seller hereby acknowledges and agrees that it shall not utilize, retain or otherwise engage any unlicensed agent ("Agent") to communicate with reference to Seller's obligations under this Agreement without the express written consent of Company, and that in no event shall Company communicate with any such Agent irrespective of any authorizations that may be provided to Company absent such required written consent. Seller further agrees and understands that it shall be required to disclose any and all fees and contracts, proposed or otherwise, relative to any such Agent, and hereby directs such Agent to disclose any and all fees, contracts and communications between Agent and Seller to Company.

1.22. **Additional Costs.**
(a) Monthly Program Fee. In addition to the other fees provided for herein, Company shall be entitled, without notice or invoice, to a nonrefundable monthly fee of $195.00 to be collected via ACH Debit and which shall be due for each month, or portion thereof, during the term of this Agreement. Said fee shall be due and owing upon the first mensiversary of the date of this Agreement and on every mensiversary of the date of this Agreement while Seller maintains a balance due to Company. Each monthly fee shall be earned upon Company's receipt thereof in consideration of Company's accepting this engagement and servicing the instant transaction as described herein and shall in no way be deemed to represent a diminution of the purchase price set forth herein. It is hereby agreed and acknowledged that this monthly program fee represents the fair and reasonable cost incurred by the Company in its ongoing servicing.

(b) UCC subordination fee. In addition to the other fees provided for herein, Company shall be entitled, without notice or invoice, and at Company's sole discretion, to a nonrefundable fee of $500 each time Company subordinates Company's security interest to another party.

(c) Bank Change Fee- $50.00 --- This fee is charged each time when Seller requires a change of bank account to be debited, requiring Company to adjust its system.

**II. REPRESENTATIONS, WARRANTIES AND COVENANTS.** Seller represents warrants and covenants that, as of this date, and, unless expressly stated otherwise during the term of this Agreement:

**2.1. Financial Condition and Financial Information.** Seller's and Guarantor's bank and financial statements, copies of which have been furnished to Company, and future statements which will be furnished to Company hereafter UPON REASONABLE REQUEST of Company are genuine and fairly represent the Average Daily Receipts of Seller at such dates and since those dates there have been no material adverse changes, financial or otherwise, in such condition, operation or ownership of Seller. Seller further represents that it has disclosed any and all Bank and Merchant Processing Accounts maintained by Seller and/or its affiliates to Company. Seller and Guarantor affirmatively represent that they are in compliance and shall remain in compliance and not in default of any contractual obligations. Seller and Guarantor have a continuing affirmative obligation to inform Company of any material adverse change in their Average Daily Receipts, operation or ownership. Company may request statements at any time during the performance of this Agreement and the Seller and

Initials: _____

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

Guarantor shall provide them to Company within three (3) business days of such a request. Failure to do so is a material breach of this Agreement.

**2.2. Governmental Approvals.** Seller is in compliance and shall remain in compliance with all laws. Seller represents that it holds all necessary permits, licenses, and authorizations to operate, own and lease its properties and to conduct the business in which it is presently engaged and/or will engage in hereafter.

**2.3. Authorization.** Seller and the person(s) signing this Agreement on behalf of Seller have full power and authority to incur and perform the obligations under this Agreement, all of which have been duly authorized.

**2.4. Insurance.** Company reserves the right to take insurance at Company's expense.

**2.5. Processing and Banking Agreement.** Seller will not change its Merchant Processor, financial institution or bank account(s) or take any other action ("Changes") that could have an adverse effect upon Seller's obligations under this Agreement, including but not limited to, restricting Company's ability to withdraw ACH payments from Seller's account(s), without Company's prior written consent, and shall provide Company with written authorization(s) as necessary, from time to time, to permit Company to ACH debit Seller's account. Notwithstanding any of the foregoing, it is expressly agreed and understood that any such Changes effectuated without Company's prior written consent shall be a material breach of this Agreement.

**2.6. Change of Name or Location.** Seller will not conduct Seller's businesses under any name other than as disclosed to the Processor and Company, nor shall Seller change any of its places of business without Company's prior written consent.

**2.7. No Insolvency.** As of the date of this Agreement, Seller represents that it is operational, operating in the normal course of business, is not insolvent and does not contemplate filing for bankruptcy or foresee any significant change in circumstances that would negatively impact its projected revenues within the foreseeable future. Seller further represents that it has not consulted with a bankruptcy attorney or debt consolidation company within the past six (6) months. Seller also represents that: (a) it has not filed or contemplated filing any petition for bankruptcy protection under Title 11 of the United States Code; (b) it has not filed or contemplated filing an insolvency proceeding (sometimes referred to as an "Assignment of the Benefit of Creditors") pursuant to federal or any state law; and that (c) there is no involuntary petition for bankruptcy protection under Title 11 of the United States Code brought or pending against Seller, nor does Seller anticipate that an involuntary petition will be filed against it.

**NOTWITHSTANDING ANY OF THE FOREGOING WHICH MAY SUGGEST THE CONTRARY, IT IS EXPRESSLY AGREED AND UNDERSTOOD THAT A BANKRUPTCY OR INSOLVENCY FILING BY SELLER SHALL NOT, IN AND OF ITSELF, CONSTITUTE A DEFAULT HEREUNDER.**

**2.8. Working Capital Funding.** Seller shall not enter into any arrangement, agreement or commitment that relates to or involves the Future Receipts or invoices, whether in the form of a purchase of, a loan against, collateral against or the sale or purchase of credits against, Future Receipts or future check sales with any party other than Company without Company's prior written approval.

**2.9. Unencumbered Receipts.** Seller has good, complete and marketable title to all Future Receipts, free and clear of any and all liabilities, liens, claims, changes, restrictions, conditions, options, rights, mortgages, security interests, equities, pledges and encumbrances of any kind or nature whatsoever or any other rights or interests that may be inconsistent with the transactions contemplated with, or adverse to, the Company's interests. Seller shall disclose to Company any additional funding pursuant to any similar agreement presently in effect.

**2.10. Business Purpose.** Seller represents that it is a valid business presently operating and in good standing under all of its contractual obligations and under the laws of the jurisdictions in which it is organized and/or operates, and Seller is entering into this Agreement for commercial / business purposes and not as a consumer for personal, family or household purposes. Seller further represents that no aspect(s) of its business are presently impaired.

**2.11. Leases.** Seller represents that it is in good standing under any premises lease(s) wherein Seller conducts business ("Leased Premises") and that Seller is entitled to remain in possession of such Leased Premises for a period of at least 360 days from the date of this Agreement.

**2.12. Default Under Other Contracts.** Seller explicitly represents that its execution of and/or performance under this Agreement will not cause or create an event of default by Seller under any contract with another person or entity.

**2.13. Simultaneous Funding.** Seller hereby represents that it has not and shall not receive or request any additional funding pursuant to any similar Agreement with any other entity within 30 days hereof and shall not request or receive any additional funding or enter into any factoring arrangement within 30 days hereof without Company's prior written consent.

**2.14. Good Faith.** Seller and Guarantor(s) hereby affirm that Seller is receiving the Purchase Price and selling Company the Purchased Amount in good faith and will use the Purchase Price funds to maintain and grow Seller's business. Based upon Seller's and Guarantor's calculations and experience in operating Seller's business, Seller and Guarantor(s) are confident that the Purchase Price paid by Company in exchange for the Purchased Amount of Future Receipts constitutes fair consideration for the present value of such Future Receipts and will be used in a manner that will benefit Seller's current and future business operations.

### III. MISCELLANEOUS

**3.1. Modifications; Agreements.** No modification, amendment, waiver, or consent of any provision of this Agreement shall be effective unless the same shall be in writing and signed by Company.

Initials: _____

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

**3.2. Assignment.** Company may assign, transfer, or sell its rights to receive the Purchased Amount or delegate its duties hereunder, either in whole or in part.

**3.3. Notices.** Except as otherwise provided in this Agreement, all notices and other communications hereunder shall be deemed to have been sufficiently given when sent via electronic mail to spectrumwholesaleinc@gmail.com and legal@thelcfgroup.com and/or when mailed, postage prepaid, via 2-3 day shipping through a nationally recognized courier, including, but not limited to, the USPS, FedEx or UPS, such notices or communications to be addressed as follows:

If to LCF:

THE LCF GROUP, INC.
Attn: Legal Department
3000 Marcus Avenue, Suite 2W15
Lake Success, NY 11042
legal@thelcfgroup.com

If to Obligor(s):

1395 Lakeland Avenue Unit 14,
Bohemia, New York 11716
spectrumwholesaleinc@gmail.com

or at such other address as the party to whom such notice or demand Is directed may have designated in writing to the other party hereto by notice as provided in this Section 3.3. Each of the parties hereto shall have the right to rely on written notice sent by electronic mail as an original notice given hereunder. Each of the signatories to this Agreement irrevocably consents to service of process by Certified Mail at the address listed with the Notices provision of this Agreement contained within this paragraph. Each of the signatories to this Agreement agrees that its submission to jurisdiction and consent to service of process by mail is made for the express benefit of each of the other signatories to this Agreement.

**3.4. Waiver of Remedies.** No failure on the part of Company to exercise, and no delay in exercising, any right under this Agreement shall operate as a waiver thereof, nor shall any single or partial exercise of any right under this Agreement preclude any other or further exercise thereof or the exercise of any other right. The remedies provided hereunder are cumulative and not exclusive of any remedies provided by law or equity.

**3.5. Binding Effect; Governing Law, Venue and Jurisdiction.** This Agreement shall be binding upon and inure to the benefit of Seller, Company and their respective successors and assigns, except that Seller shall not have the right to assign its rights hereunder or any interest herein without the Company's prior written consent which consent may be withheld in Company's sole discretion. Company reserves the rights to assign this Agreement with or without prior written notice to Seller. This Agreement shall be governed by and construed in accordance with the procedural and substantive laws of the State of New York, without regard to any applicable principles of conflicts of law. Any suit, action or proceeding arising hereunder, or the interpretation, performance or breach hereof, shall, if Company so elects, be instituted in the state courts located within the State of New York, County of Nassau and/or those federal courts having jurisdiction over the State of New York, County of Nassau (the "Acceptable Forums"). Seller agrees that the Acceptable Forums are convenient to it and submits to the jurisdiction of the Acceptable Forums and waives any and all objections to jurisdiction or venue. Seller further submits to the jurisdiction of the Acceptable Forums over all depository accounts irrespective of their location or whether the subject banking institution deems themselves a separate entity. Should such proceeding be initiated in any other forum, Seller waives any right to oppose any motion or application made by Company to transfer such proceeding to an Acceptable Forum.

**3.6. Survival of Representation, etc.** All representations, warranties and covenants herein shall survive the execution and delivery of this Agreement and shall continue in full force until all obligations under this Agreement shall have been satisfied in full and this Agreement shall have terminated.

**3.7. Severability.** If any of the provisions in this Agreement are found to be invalid, illegal, or unenforceable in any respect, the validity, legality, and enforceability of any other provision contained herein shall not in any way be affected or impaired.

**3.8. Interpretation.** All parties acknowledge that: (i) they understand the seriousness of the provisions of this Agreement, including, but not limited to, that this Agreement constitutes a non-recourse purchase and sale of future receivables, and that this Agreement includes a Jury Trial Waiver, a provision providing for the arbitration of disputes, a waiver on class, collective and/or representative actions, a Security Agreement and Guaranty(s) of performance of Seller's obligations under the Agreement hereon; and (ii) all parties and signatories have had a full opportunity to consult with counsel of their choice in their preferred language or have decided not to avail themselves of that opportunity. The parties to this Agreement acknowledge that this Agreement is a result of extensive negotiations between the parties and that this Agreement shall be construed without regard to any presumption or rule requiring construction or interpretation against the party drafting or causing any instrument to be drafted.

**3.9. Monitoring, Recording and Solicitations.** Seller and Guarantor authorize Company, its affiliates, agents, marketing partners and independent contractors to contact Seller and Guarantor at any telephone number Seller or Guarantor provides to Company or from which Seller or Guarantor places a call to Company or any telephone number where Company believes it may reach Seller or Guarantor, using any means of communication including, but not limited to, calls or text messages to mobile, cellular, wireless or similar devices or calls or text messages using an automated telephone dialing system and/or artificial voices or prerecorded messages, even if Seller or Guarantor incurs charges for receiving such communications. Seller and Guarantor also agree that Company, its affiliates, agents, and independent contractors may use any other medium not prohibited by law including, but not limited to, mail, email, and facsimile to contact Seller or Guarantor. Seller or Guarantor expressly consent to conduct business by electronic means. Seller acknowledges and agrees that Company may monitor and/or record any communications and Seller consents to such monitoring and/or recording by Company. Seller or Guarantor are not required to agree to this section 3.9 in order to enter into this

Initials: _____

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

Agreement. If Seller or Guarantor wish to opt out of this section 3.9 or wish to change how Company contacts them for marketing purposes, such request shall be made in writing in accordance with the notice provisions of this Agreement.

## IV. JURY TRIAL WAIVER; COUNTERCLAIM WAIVER; CLASS ACTION WAIVER; CONSENT TO SERVICE; ARBITRATION.

**4.1 JURY TRIAL WAIVER.** The parties hereto waive trial by jury in any court in any suit, action or proceeding on any matter arising in connection with or in any way related to the transactions of which this Agreement is a part or the enforcement hereof. The parties hereto acknowledge that each makes this waiver knowingly, willingly, and voluntarily and without duress, and only after extensive consideration of the ramifications of this waiver with their attorneys.

**4.2 CLASS ACTION WAIVER.** The parties hereto waive any right to assert any claims against the other party as a representative or member in any class, representative or collective action, except where such waiver is prohibited by law as against public policy. To the extent either party is permitted by law or court of law to proceed with a class representative or collective action against the other, the parties hereby agree that: (1) the prevailing party shall not be entitled to recover attorneys' fees or costs associated with pursuing the class or representative action (notwithstanding any other provision in this Agreement); and (2) the party who initiates or participates as a member of the class will not submit a claim or otherwise participate in any recovery secured through the class, collective or representative action.

**4.3. WAIVER OF COUNTERCLAIMS.** Seller waives the right to interpose any counterclaim in any court in any suit, action or proceeding on any matter arising in connection with or in any way related to the transactions of which this agreement is a part or the enforcement hereof. Seller acknowledges that it makes this waiver knowingly, willingly, and voluntarily and without duress, and only after extensive consideration of the ramifications of this waiver with their attorneys.

**4.4. ARBITRATION.** Notwithstanding the foregoing, any dispute, claim or controversy arising out of or relating to this Agreement, the Security Agreement or the guaranty(s) herein, or the breach of any of the said Agreement, Security Agreement or the guaranty(s), shall be, at the election of either party, settled by arbitration administered by Mediation and Civil Arbitration, Inc. d/b/a RapidRuling (www.rapidruling.com) in accordance with its Arbitration Rules & Procedures effective at the time a claim is made, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. An election to arbitration by either party shall be deemed effective by the commencement of an arbitration proceeding with Mediation and Civil Arbitration, Inc. The parties consent to electronic service of process, with service to be made to the following email addresses spectrumwholesaleinc@gmail.com and legal@thelcfgroup.com and/or when mailed, postage prepaid, via 2-3-day shipping through a nationally recognized courier, including, but not limited to, the USPS, FedEx or UPS, such notices or communications to be sent to the addresses provided in section 3.3 hereof. For the avoidance of doubt, lack of actual receipt or refusal to accept delivery shall not affect the effectiveness of any such notice or communication provided that

such notice is properly directed to the above-mentioned email address(es). The parties agree that, in the event of confirmation and enforcement, the delinquent party will be responsible for any attorney, court or other fees associated with such action. The parties agree to split all Mediation and Civil Arbitration, Inc. d/b/a RapidRuling fees evenly and the commencing party shall be entitled to any unreimbursed monies paid on behalf of the non-commencing party within any award.

[Remainder of Page Intentionally Left Blank]

Initials: ___

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

**Entire Agreement.** Any provision of this Agreement prohibited by law shall be ineffective only to the extent of such prohibition without invalidating the remaining provisions hereof. This Agreement together with the Security Agreement, Personal Guaranty of Performance, Power of Attorney and any schedules or addenda hereto, unless specifically enumerated within a writing subscribed to by all parties hereto, embody the entire agreement between Seller and Company and supersede all prior agreements and understandings, including any representations by Seller's broker to Seller, relating to the subject matter hereof but shall not vitiate, supersede or cancel any concurrent agreement or guaranty presently in effect involving any of the parties hereto unless such concurrent agreement or guaranty presently in effect is specifically referenced in an addendum, appendix or exhibit executed in conjunction with this Agreement. It is further agreed and understood that Seller is not required to utilize a broker to consummate this transaction, that any broker involved in the procurement of this Agreement is an agent of the Seller and that any fees paid by Seller to its broker is separate and apart from this Agreement. Any words used in this Agreement in the singular, where the context so permits, shall be deemed to include the plural and vice versa. The definitions of words in the singular in this Agreement shall apply to such words when used in the plural where the context so permits and vice versa.

**SELLER #1**

By:_____
  Signature
  Thomas Ciccarelli / Owner
  Print Name and Title

  ■■■■■■
  SS#

**OWNER/GUARANTOR #1**

By:_____
  Signature
  Thomas Ciccarelli / Owner
  Print Name and Title

Initials: _____

# GUARANTY - PERSONAL GUARANTY(S) OF PERFORMANCE

This **PERSONAL GUARANTY OF PERFORMANCE** is entered into in conjunction with that certain **AGREEMENT FOR PURCHASE AND SALE OF FUTURE RECEIVABLES** (hereinafter **"PSFRA",** which together with the **SELLER AGREEMENT TERMS AND CONDITIONS, the SECURITY AGREEMENT, the PERSONAL GUARANTY(S) OF PERFORMANCE, the POWER OF ATTORNEY** and any appendices and addenda hereto and executed in conjunction herewith, shall be collectively referred to as the **"Agreement"),** made at the specific insistence and request of __Spectrum Wholesale, Inc. DBA Spectrum Wholesale AKA Dieselology__ ("Seller") on this 27 day of November, 2023 and made within the State of New York, County of Nassau, by and between The LCF Group, Inc., having an office at 3000 Marcus Avenue, Suite 2W15, Lake Success NY 11042 (the "Company"), and Seller, having an office at 1395 Lakeland Avenue Unit 14, Bohemia, New York 11716.

Company is buying the Purchased Amount of Future Receipts knowing the risks that Seller's business may slow down or fail, and Company assumes these risks based on Seller's representations, warranties and covenants in the Agreement which are designed to give Company a reasonable and fair opportunity to receive the benefit of its bargain.

Guarantor(s) represent that they (i) will derive a direct or indirect economic benefit from the Agreement; and (ii) are directly or indirectly involved in the business operations of Seller.

Accordingly, as further consideration under the Agreement, the undersigned Guarantor hereby: (i) reaffirms that this Agreement evidences the purchase and sale of Receivables and does not constitute a loan; and (ii) unconditionally guarantees to Company, Seller's good faith, truthfulness and performance of all of the representations, warranties, covenants made by Seller in the Agreement and as each agreement may be renewed, amended, extended, or otherwise modified (the "Guaranteed Obligations").

Seller and Guarantor acknowledge that this Guaranty is not a personal guaranty of payment, but of performance.

**Scope of Guaranty.** Guarantor's obligations are due at the time of any breach by Seller of any representation, warranty, or covenant made by Seller in the Agreement. In the event Seller fails to perform any of the Guaranteed Obligations, Company may recover from Guarantor(s) for all of Company's losses, damages, and remedies specified in section 1.14 of the Agreement by enforcing its rights under this Guaranty without first seeking to obtain payment from Seller, any other guarantor, or any Collateral, Additional Collateral or Cross- Collateral Company may hold pursuant to the Agreement or any other agreement or guaranty.

In the event that Company must return any amount paid by Seller or any other guarantor of the Guaranteed Obligations because that person has become subject to a proceeding, including, but not limited to, proceedings under the United States Bankruptcy Code or any state counterpart, Guarantor(s)' obligations under the Agreement and this Guaranty shall include that amount. For the avoidance of doubt, an event of

insolvency (including, but not limited to, filing for protection under the United States Bankruptcy Code or a state assignment for the benefit of creditors action) shall not – in and of itself - be deemed an event of default under the Agreement and/or this Guaranty.

**Guarantor Waivers.** Guarantor hereby expressly waives any requirement that Company notify Guarantor of any of the following events and, as such, Guarantor will not be released from their obligations under the Agreement and this Guaranty if it is not notified of:

   i. Seller's breach of its performance obligations under the Agreement;
   ii. any adverse change in Seller's financial condition or business;
   iii. any sale or other disposition of any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations;
   iv. Company's acceptance of the Agreement; or
   v. any renewal, extension or other modification of the Seller Agreement or Seller's other obligations to Company.

In addition, Company may take any of the following actions without releasing Guarantor from any of its obligations under the Agreement:

   i. renew, extend, or otherwise modify the Agreement or Seller's other obligations to Company;
   ii. release Seller from its obligations to Company;
   iii. sell, release, impair, waive, or otherwise fail to realize upon any collateral securing the Guaranteed Obligations or any other guaranty of the Guaranteed Obligations; and
   iv. foreclose on any collateral securing the Guaranteed Obligations or any other guaranty of the Guaranteed Obligations in a manner that impairs or precludes the right of Guarantor(s) to obtain reimbursement for payment under the Agreement or this Guaranty. Until the Purchased Amount plus any of Seller's other obligations to Company under the Agreement are satisfied, Guarantor(s) shall not seek reimbursement from Seller or any other guarantor for any amounts paid by it under this Agreement or Guaranty. Guarantor(s) permanently waive and shall not seek to exercise any of the following rights that they may have against Seller, any other guarantor, or any collateral provided by Seller or any other guarantor,

Initials: _____

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

for any amounts paid by it, or acts performed by it, under the Agreement or this Guaranty: a) subrogation; b) reimbursement; c) performance; d) indemnification; or e) contribution.

**Guarantor Acknowledgement.** Guarantor(s) acknowledge that they understand the seriousness of the provisions of this Guaranty, including, but not limited to, that the Agreement constitutes a non-recourse purchase and sale of future receivables, and that the Agreement includes a Jury Trial Waiver, a provision providing for the arbitration of disputes, a waiver on class actions, collective and/or representative actions, a Security Agreement and Guaranty(s) of performance of Seller's obligations under the Agreement; and that, prior to entering into the Agreement and this Guaranty, all parties and signatories have had a full opportunity to consult with counsel of their choice in their preferred language or have decided not to avail themselves of that opportunity. The parties to this agreement acknowledge that the Agreement is a result of extensive negotiations between the parties and that the Agreement shall be construed without regard to any presumption or rule requiring construction or interpretation against the party drafting or causing any instrument to be drafted.

**Joint and Several Liability.** The obligations hereunder of the persons or entities constituting Guarantors under this Guaranty are joint and several.

**Jurisdiction and Choice of Law.** This Guaranty and the rights and obligations of the parties hereunder shall be construed in accordance with and governed by the laws of the State of New York. The state courts located In Nassau County, State of New York, and the federal courts within the Eastern District of New York (as applicable) shall have exclusive jurisdiction over all legal proceedings relating to this Guaranty.

**JURY TRIAL WAIVER.** The parties hereto waive trial by jury in any court in any suit, action, or proceeding on any matter arising in connection with or in any way related to the transactions of which the Agreement and/or this Guaranty is a part or the enforcement hereof. The parties hereto acknowledge that each makes this waiver knowingly, willingly, voluntarily, and without duress, and only after extensive consideration of the ramifications of this waiver with their attorneys.

**WAIVER OF COUNTERCLAIMS.** Seller waives the right to interpose any counterclaim in any court in any suit, action, or proceeding on any matter arising in connection with or in any way related to the transactions of which the Agreement and/or this Guaranty is a part or the enforcement hereof. Seller acknowledges that it makes this waiver knowingly, willingly, voluntarily, and without duress, and only after extensive consideration of the ramifications of this waiver with their attorneys.

**CLASS ACTION WAIVER.** The parties hereto waive any right to assert any claims against the other party as a representative or

member in any class, representative, or collective action, except where such waiver is prohibited by law as against public policy. To the extent either party is permitted by law or court of law to proceed with a class, representative, or collective action against the other, the parties hereby agree that: (1) the prevailing party shall not be entitled to recover attorneys' fees or costs associated with pursuing the class or representative action (notwithstanding any other provision in the Agreement); and (2) the party who initiates or participates as a member of the class will not submit a claim or otherwise participate in any recovery secured through the class or representative action. Seller and Guarantor(s) acknowledge that it makes this waiver knowingly, willingly, voluntarily, and without duress, and only after extensive consideration of the ramifications of this waiver with their attorneys.

**ARBITRATION.** Notwithstanding the foregoing, any dispute, claim, or controversy arising out of or relating to the Agreement, the Security Agreement, the Power of Attorney(s) or any Guaranty(s) related to the foregoing, or the breach of any of the said Agreement, the Security Agreement, the Power of Attorney(s) or any Guaranty(s) shall be, at the election of either party, settled by arbitration administered by Mediation and Civil Arbitration, Inc. d/b/a RapidRuling (www.rapidruling.com) in accordance with its Arbitration Rules & Procedures effective at the time a claim is made, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. An election to arbitrate by either party shall be deemed effective by the commencement of an arbitration proceeding with Mediation and Civil Arbitration, Inc. d/b/a RapidRuling. The parties' consent to electronic service of process, with service to be made to the following email addresses spectrumwholesaleinc@gmail.com and legal@thelcfgroup.com and/or when mailed, postage prepaid, via 2–3-day shipping through a nationally recognized courier, including, but not limited to, the USPS, FedEx or UPS, such notices or communications to be sent to the addresses provided in section 3.3 of the Agreement ("Notices"). The parties agree that, in the event of confirmation and enforcement, the delinquent party will be responsible for any attorney, court, or other fees associated with such action. The parties agree to split all Mediation and Civil Arbitration, Inc. fees evenly and the commencing party shall be entitled to any unreimbursed monies paid on behalf of the non-commencing party within any award.

**Notices.** Except as otherwise provided in the Agreement and/or this Guaranty, all notices and other communications hereunder shall be deemed to have been sufficiently given when sent via electronic mail to spectrumwholesaleinc@gmail.com and legal@thelcfgroup.com and/or when mailed, postage prepaid, via 2-3-day shipping through a nationally recognized courier, including, but not limited to, the USPS, FedEx or UPS, such notices or communications to be addressed as follows:

Initials:

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

- If to LCF:

  THE LCF GROUP, INC.
  Attn: Legal Department
  3000 Marcus Avenue, Suite 2W15
  Lake Success, NY 11042
  legal@thelcfgroup.com

- If to Guarantor(s):

  1395 Lakeland Avenue Unit 14,
  Bohemia, New York 11716
  spectrumwholesaleinc@gmail.com

or at such other address as the party to whom such notice or demand Is directed may have designated in writing to the other party hereto by notice as provided in this section. Each of the parties hereto shall have the right to rely on written notice sent by electronic mail as an original notice given hereunder. Each of the signatories to this Guaranty irrevocably consents to service of process by Certified Mail at the addresses listed within this section. Each of the signatories to this Guaranty agrees that its submission to jurisdiction and consent to service of process by mail is made for the express benefit of each of the other signatories to this Guaranty of process by Certified Mail at the addresses listed within this section. Each of the signatories to this Guaranty agrees that its submission to jurisdiction and consent to service of process by mail is made for the express benefit of each of the other signatories to this Guaranty.

[Remainder of Page Intentionally Left Blank]

Initials: ___

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

THE SELLER AGREEMENT TERMS AND CONDITIONS, ALONG WITH ALL DEFINITIONS AND INFORMATION SET FORTH THEREIN ARE HEREBY INCORPORATED IN AND MADE A PART OF THIS GUARANTY. CAPITALIZED TERMS NOT DEFINED IN THE SECURITY AGREEMENT AND GUARANTY, SHALL HAVE THE MEANING SET FORTH IN THE SELLER AGREEMENT, INCLUDING THE TERMS AND CONDITIONS.

OWNER/GUARANTOR #1

By:_____
   Signature
   Thomas Ciccarelli / Owner
   _____
   Print Name and Title
   ██████████
   _____
   SS#

# The LCF Group, Inc. - SECURITY AGREEMENT

Seller's Legal Name ("Seller"): **Spectrum Wholesale, Inc.**

D/B/A: **Spectrum Wholesale AKA Dieselology**

Federal TAX ID# ▮▮▮▮▮▮▮

Guarantor(s)' Legal Name(s) ("Guarantor(s)"):

Federal TAX ID#

Personal Guarantor(s)' Name(s) ("Personal Guarantor(s)") **Thomas Ciccarelli**

Social Security# ▮▮▮▮▮▮▮▮

Physical Address: 1395 Lakeland Avenue Unit 14 City: Bohemia, State: New York Zip: 11716

**THIS SECURITY AGREEMENT** is entered into by and between THE LCF GROUP, INC. ("LCF" or "Company"), having an office at 3000 Marcus Avenue, Suite 2W15, Lake Success NY 11042, and the above-listed Seller(s), having a place of business as listed above, any Guarantor(s) listed above ("Guarantor(s)"), having a place of business as listed above, and any Personal Guarantor(s) ("Personal Guarantor(s)"), having a place of business as listed above listed above (the Seller, any Guarantor(s), and any Personal Guarantor(s) shall be collectively referred to as, "Obligor(s)", and Obligors together with LCF shall collectively be referred to as, the "Parties"), as security for, and to guarantee the performance and observance of, all obligations and agreements of any kind of Obligor(s) to LCF, however evidenced, whether now existing or hereafter arising, whether direct or indirect, joint or several, primary or secondary, liquidated or unliquidated, secured or unsecured, original or renewed or extended, including, without limitation, those which arise under or in connection with any of the agreements now or hereafter in existence (the "Obligations"), the Parties hereto agree that:

1. LCF and Seller have entered into one or more agreements wherein LCF has purchased a certain sum of Future Receipts from Obligor(s). Said agreement(s) may hereafter be supplemented, renewed, modified, and/or augmented by way of further agreements for same, in the event of which the instant agreement shall still be considered in full force and effect (the "Agreement").

2. The Future Receipts sold by Seller to Company pursuant to this Agreement are "accounts" or "payment intangibles" as those terms are defined in the Uniform Commercial Code as in effect in the state in which the Seller is located (the "UCC") and such sale shall constitute and shall be construed and treated for all purposes as a true and complete sale, conveying good title to the Future Receipts free and clear of any liens and encumbrances, from Seller to Company. To the extent the Future Receipts are "accounts" or "payment intangibles" then: (i) the sale of the Future Receipts creates a security interest as defined in the UCC; (ii) this Agreement constitutes a "security agreement" under the UCC; and (iii) Company has all the rights of a secured party under the UCC with respect to such Future Receipts. Seller further agrees that, with or without an Event of Default, Company may notify account debtors, or other persons obligated on the Future Receipts, or holding the Future Receipts, of Seller's sale of the Future Receipts, and may instruct them to make payment or otherwise render performance to or for the

benefit of Company.

3. Obligor hereby further grants to LCF a security interest (the "Security Interest") in all of Obligor's shares in the Seller or Guarantor entities, all of Obligor LLC interests in any of the Seller or Guarantor(s) entities, Obligor(s) personal property, tangible and intangible, wherever located, whether now owned or hereafter acquired, including, without limitation, all equipment, Inventory, contract rights, franchise agreements, copyrights, patents, trade names, trademarks, fixtures, permits, licenses, accounts receivable, deposit accounts, lease rights, and payments due from credit card and bank card companies or processors, and to the extent not otherwise included, all proceeds and products of the foregoing, in whatever form including, without limitation, all payments under insurance, whether or not LCF is the loss payee thereof, all proceeds of any governmental taking, and any indemnity, warranty, letter of credit (including the right to draw on such letter of credit), or guaranty payable by reason of any default under, loss of, damage to, or otherwise with respect to, any of the foregoing (collectively, the "Collateral").

4. Obligor(s) will perform all lawful acts which LCF deems necessary or desirable to protect the Security Interest or otherwise to carry out the provisions of this Agreement, including, but not limited to, the execution of Uniform

Initials: _T.C._

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

Commercial Code financing, continuation, amendment and termination statements, and similar instruments and the procurement of waivers and disclaimers of interest in the Collateral by the owners of any real estate on which the Collateral is located. Obligor(s) shall furnish LCF, from time to time, upon reasonable request, with financial statements as well as written statements and schedules identifying and describing the Collateral in such detail as LCF may require.

5. Obligor hereby authorizes LCF to file, without the signature of Obligor, one or more UCC-1 Financing and/or Continuation Statements, and amendments thereto, relating to the Collateral. Obligor irrevocably appoints LCF as its authorized representative (coupled with an interest), with full authority in the place and stead of Obligor and in its name or otherwise, from time to time, in LCF's discretion, to take any action or execute any instrument which LCF may deem necessary and advisable to accomplish the purposes of this Agreement, including, without limitation:

(i) to obtain and adjust insurance, at LCF's expense, required to be paid to LCF hereunder;

(ii) to collect moneys due and to become due under or in respect of any of the Collateral;

(iii) to receive, endorse, and collect any checks, drafts, or other instruments, document, or chattel paper in connection with clause (i) or clause (ii) above;

(iv) to sign Obligor's name on any invoice or bill of lading relating to any account, on drafts against customers, on schedules and assignment of accounts, on notices of assignments, financing statements, and other public records, on verification of accounts and on notices to customers and account debtors (including notices directing customers and account debtors to make payment directly to LCF); and

(v) to file any claims or take any action or institute any proceeding on behalf of Obligor which LCF may deem necessary or desirable for the collection of any of the Collateral or otherwise to enforce the rights of LCF with respect to any of the Collateral.

If Obligor fails to perform under any agreement contained herein, LCF may itself perform, or cause performance of, such agreement, and the costs and expenses incurred by LCF in connection therewith shall be payable by Obligor and shall be fully secured hereby.

The powers conferred upon LCF hereunder are solely to protect its interest in the Collateral and shall not impose any duty upon LCF to exercise any such powers. LCF shall have no duty to Obligor with respect to the Collateral other than the duty to use reasonable care in the safe custody of any of the Collateral in its possession. Without limiting the generality of the foregoing, LCF, although it may do so at its option, shall be under no obligation to Obligor or any other party to take any steps necessary to preserve rights in the Collateral against other parties or any other rights pertaining to the Collateral, including, without limitation, the performance of Obligor's obligations under any agreement.

Anything herein to the contrary notwithstanding, (i) Obligor shall remain liable under any contracts and agreements relating to the Collateral, to the extent set forth therein, to perform all of Its Obligations thereunder to the same extent as if this Security Agreement had not been executed; and (ii) the exercise by LCF of any of its rights pursuant to the Purchase and Sale of Future Receivables Agreement, this Security Agreement, any Guaranty(s) of performance, any Power of Attorney or LCF's obtaining a judgment shall not release any Obligations under this Security Agreement, any other contracts, or agreements relating to the Collateral.

6. The Obligor may not sell, assign, or otherwise transfer any interest in all or a portion of the Collateral, outside of the ordinary course of business, without first obtaining LCF's written consent. Should such consent be given, Obligor agrees to account to LCF for the proceeds of any such sale, to hold such proceeds in trust for LCF, and to pay same to LCF to be applied against the Obligations of Obligor to LCF. Obligor authorizes LCF to track the whereabouts of any Collateral. Obligor represents and warrants that:

(i) all of the Collateral is and shall continue to be located at the address set forth above. In the event Obligor utilizes multiple locations in the ordinary course of business, Collateral shall continue to be located at said locations;

(ii) none of the Collateral shall be removed from such location, outside of the ordinary course of business, unless LCF receives written notice of such removal, stating the address to which such Collateral will be removed, at least thirty (30) days prior to such removal;

(iii) Obligor is the lawful owner of the Collateral free from any adverse lien, security Interest, encumbrance, or any other interest whatsoever, and has the sole right to grant a security interest therein and will defend the Collateral against dilution and all claims and demands of all persons;

(iv) Obligor will keep the Collateral free and clear of all attachments, levies, taxes, liens, security Interests, and encumbrances of every kind and nature;

(v) Obligor will not, outside of the ordinary course of business, sell, exchange, or otherwise dispose of the Collateral or any of LCF's rights therein or permit any lien or security interest to attach to same (except the lien created by this Agreement), without LCF's prior written consent;

(vi) Obligor shall execute any written Instruments and do any other acts necessary to effectuate more fully the purposes and provisions of this Agreement, including such instruments as LCF may require to perfect LCF's interest therein in any filing office;

(vii) Obligor will not permit anything to be done that may impair or lessen the value of any of the Collateral or the security interest granted by this Agreement;

(viii) Obligor will indemnify and hold LCF harmless from all loss, costs, damage, liability or expense, including reasonable attorney's fees, that LCF may sustain or incur to enforce payment, performance or fulfillment of any of the

Initials: _TN_

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

Obligations secured hereby or In the enforcement of this Agreement and the priority thereof or in the prosecution or defense of any action or proceeding either against LCF or Obligor concerning any matter growing out of or in connection with this Agreement and/or any of the Obligations secured hereby and/or any of the Collateral; and

(ix) the execution of this Agreement has been duly approved by the undersigned in any manner required by law.

7. Obligor shall maintain insurance covering the Collateral with financially sound and reputable insurers, satisfactory to LCF against such risks as are customarily insured by a business in the same or similar industry and similarly situated for an amount not less than the full replacement value of such Collateral. All such insurance policies covering property on and after the date the Collateral becomes subject to the Security Interest shall be written so as to be payable in the event of loss to LCF and shall provide for at least 30 days prior written notice to LCF prior to cancellation or modification of each such policy. LCF is hereby appointed as Obligor's irrevocable authorized representative during the term of this Agreement to settle any claims with insurers in the event of loss or damage, and, upon an Event of Default under this Agreement, to cancel, assign, or surrender any insurance policies.

8. The following shall constitute events of default ("Default") under this Agreement and shall be hereinafter referred to as "Default" or "Defaults":

(i) Default or breach by Obligor of any Obligation under any agreement between Obligor and LCF;

(ii) Obligor's failure to comply with any of the terms of this Security Agreement;

(iii) any material representation, warranty, or other statement of fact given herein or in any writing at any time furnished by or on behalf of Obligor to LCF in connection with this Agreement or otherwise shall be false or misleading in any material respect when given;

(iv) Any event of default pursuant to the PSFRA entered into in conjunction with the instant Security Agreement;

(v) Judgment or decree is entered appointing a receiver, trustee, liquidator, or conservator of Obligor or any substantial part of its assets by virtue of an allegation of fraud or dishonesty engaged in by Obligor;

(vi) a petition under the federal bankruptcy laws or any state insolvency law is filed against Obligor or any guarantor of the Obligations by virtue of an allegation of fraud or dishonesty engaged in by Obligor;

(vii) judgments aggregating in excess of $25,000 are rendered against Obligor or any attachments, injunctions, or executions are issued against any Collateral having an aggregate value in excess of $25,000; and

(viii) Obligor sells or transfers its business, in whole or in part without prior written consent of LCF.

9. Upon any Event of Default, Company may pursue any remedy available at law (including those available under the provisions of the UCC) or in equity to collect, enforce, or satisfy any obligations then owing, whether by acceleration or otherwise, to wit:

(i) In the event of a Default, LCF may, in its discretion, deem all of the Obligations of Obligor immediately due and owing without further notice and without legal process, and immediately take possession of the Collateral in furtherance thereof, sell or otherwise dispose of such Collateral or any part thereof, and pursue any and all further rights and remedies it may have under the law including, without limitation, the rights of a secured party under New York law and/or the Uniform Commercial Code. Obligor shall pay all expenses and reimburse LCF for all expenditures, including reasonable attorneys' fees, collection fees, and legal expenses, in connection with LCF's exercise of any of its rights and remedies under this Agreement;

(ii) In the event any consent, approval, or authorization of any governmental agency shall be necessary to effectuate any such sale or sales of the Collateral by LCF, Obligor shall execute such instruments as may be required to obtain such consent, approval, or authorization. After deduction of all reasonable costs and expenses of collection, custody, sale, other disposition, delivery, and all other charges (including reasonable attorneys' fees) due against the Collateral, any residue of the proceeds of any such sale or other disposition shall be applied to payment of the Obligations, except as otherwise provided by law or directed by any court of competent jurisdiction thereof. Obligor shall be liable for any deficiency in payment of the Obligations, including all reasonable costs and expenses of collection, custody, sale, other disposition, delivery, and all other charges (including reasonable attorney's fees) secured by the Collateral;

(iii) Upon the occurrence of a Default and at any time or times thereafter, subject to the provisions of applicable law, LCF may institute proceedings in any court of competent jurisdiction for the appointment of a receiver of the Collateral or of any part thereof or may by instrument in writing appoint any person to be receiver of the Collateral or any part thereof; and any such receiver appointed by instrument in writing shall have the power to:

a. take possession of the Collateral or any part thereof;

b. carry on the business of Obligor;

c. borrow money on the security of the Collateral required for the maintenance, preservation, or protection of the Collateral or any part thereof or for the carrying on of the business of Obligor; and

d. sell, lease, or otherwise dispose of the whole or any part of the Collateral at public auction, by public tender, or by private sale, either for cash or upon credit, at such time and upon such terms and conditions as the receiver may determine; provided that any such receiver shall be deemed the agent of Obligor and LCF shall not be in any way responsible for any misconduct or negligence of any such receiver.

Initials: _TW_

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

10. Obligor shall be liable for, and Company may charge and collect all costs and expenses, including, but not limited to, attorney's fees provided for within this Agreement, which may be incurred by Company in protecting, preserving, and enforcing Company's security interest and rights.

11. Obligor(s) each agree not to create, incur, assume, or permit to exist, directly or indirectly, any lien on or with respect to any of the Collateral, the Additional Collateral, or the Cross-Collateral, as applicable without prior written consent of LCF and further represent that their execution of and/or performance contemplated under this Agreement will not cause or create an event of default by Obligor(s) under any contract with another person or entity.

12. Company shall have the right to cure Obligor's default in the payment of rent on the following terms. In the event Obligor is served with papers in an action against Obligor for nonpayment of rent or for summary eviction, Company may execute its rights and remedies hereunder and, to the extent permissible by law, deem this document to act as an Assignment of Lease from Obligor to LCF. Obligor also agrees that Company may enter into an agreement with Obligor's landlord giving Company the right: (a) to enter Obligor's premises and take possession of the furnishings, fixtures, and equipment therein for the purpose of protecting and preserving same; and (b) to assign Obligor's lease to another qualified operator capable of operating a business comparable to Obligor's at such premises.

13. In the event Obligor shall have defaulted upon its obligations under the Agreement prior to a bankruptcy filing under Chapters 7, 11, or 13 of the Federal Bankruptcy Code, in consideration of the advances made by LCF to Obligor under the Purchase and Sale of Future Receivables Agreement and other good and valuable consideration, Obligor hereby consents to modification of the automatic stay set forth in 11 U.S.C. §362 to allow LCF to immediately take possession of the Collateral, sell same, and apply the sale proceeds to the payment of the Obligations. Obligor understands that LCF is making such advances in reliance upon Obligor's agreement to such modification of the automatic stay.

14. In the event Obligor shall have defaulted upon its obligations under the Agreement prior to a bankruptcy filing under Chapters 7, 11, or 13 of the Federal Bankruptcy Code, in consideration of the advances made by LCF to Obligor under the Purchase and Sale of Future Receivables Agreement and other good and valuable consideration, Obligor shall reimburse LCF for all of LCF's reasonable cost and expenses (including, without limitation, reasonable legal fees and expenses including, but not limited to, any liquidated legal fees provided for within the Agreement) in connection with or arising out of this Agreement or any Default, enforcement or collection proceeding resulting therefrom, including, without limitation, all manner of participation in: (a) bankruptcy, insolvency, receivership, foreclosure, winding up, or liquidation proceedings of the Obligor, (b) judicial or regulatory proceedings in connection with the collection of the Obligations, and (c) workout, restructuring, and other negotiations or proceedings (whether or not any transaction contemplated thereby is consummated) in connection with

the collection of the Obligations.

15. To the extent permitted by law, Obligor hereby waives demand for payment, notice of dishonor or protest, and all other notices of any kind in connection with the Obligations except notices required hereby, by law or by any other agreement between Obligor and LCF. LCF may release, exchange, or modify any Collateral or security which It may from time to time hold and may release, surrender, or modify the liability of any third party without giving notice hereunder to Obligor. Such modifications, changes, renewals, releases, or other actions shall in no way affect any of the Obligations or Obligor's other obligations hereunder.

16. Obligor will pay, indemnify, and hold harmless LCF from and against all costs and expenses (including taxes, if any) arising out of or incurred in connection with any transfer of Collateral into or out of the name of LCF.

17. Obligor(s) each agree to execute any documents or take any action in connection with this Agreement as LCF deems necessary to perfect or maintain LCF's priority security interest in the Collateral, together with any Additional Collateral and Cross-Collateral as the case may be, including the execution of any account control agreements. Seller and Guarantor each hereby authorize Company to file any financing statements deemed necessary by Company to perfect or maintain Company's security interest, which financing statement may contain notification that Seller and Guarantor have granted a negative pledge to Company with respect to the Collateral, the Additional Collateral and the Cross-Collateral, and that any subsequent lien or may be tortiously interfering with Company's rights.

18. Except as otherwise provided in this Agreement, all notices and other communications hereunder shall be deemed to have been sufficiently given when sent via electronic mail to spectrumwholesaleinc@gmail.com and legal@thelcfgroup.com and/or when mailed, postage prepaid, by certified or registered mail, return receipt requested, and the sender shall have received such return receipt, or sent by trackable courier service, such notices or communications to be addressed as follows:

• If to LCF:

THE LCF GROUP, INC.
Attn: Legal Department
3000 Marcus Avenue, Suite 2W15
Lake Success, NY 11042
legal@thelcfgroup.com

• If to Obligor(s):

1395 Lakeland Avenue Unit 14,
Bohemia, New York 11716
spectrumwholesaleinc@gmail.com

or at such other address as the party to whom such notice or demand Is directed may have designated in writing to the other party hereto by notice as provided in this section 18. Each of the parties hereto shall have the right to rely on written notice sent by electronic mail as an original notice

Initials:

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

given hereunder. Each of the signatories to this Agreement irrevocably consents to service of process by Certified Mail at the address listed within this section. Each of the signatories to this Agreement agrees that its submission to jurisdiction and consent to service of process by mail is made for the express benefit of each of the other signatories to this Agreement.

19. No course of dealing between Obligor(s) and LCF, nor any delay in exercising, on the part of LCF, any right, power, or privilege hereunder shall preclude any other or further exercise thereof or the exercise of any other right, power, or privilege. The rights and remedies hereunder are cumulative and are in addition to, and not exclusive of, any rights or remedies provided by law or in equity, including, without limitation, the rights and remedies of a secured party under the Uniform Commercial Code. It is understood and agreed that all understandings and agreements heretofore had between the parties, if any, with respect to the subject matter hereof, are merged into this Security Agreement, which alone fully and completely expresses their agreement with respect thereto.

20. This Agreement and the rights and obligations of the parties hereunder shall be construed in accordance with and governed by the laws of the State of New York. The state courts located In Nassau County, State of New York, and the federal courts of the Eastern District of New York, shall have exclusive jurisdiction over all legal proceedings relating to this Agreement.

21. This Agreement shall be binding upon, and inure to, the benefit of the parties hereto and their respective successors and assigns, including any other holder(s) of any obligations, provided, however, that Obligor(s) shall have no rights of assignment without the prior written consent of LCF. This Agreement may be executed in one or more counterparts, each of which shall together constitute the same agreement. The invalidity or unenforceability of any provision hereof shall in no way affect the validly or enforceability of any other provision hereof. No modification, recission, waiver, release, or amendment of this Security Agreement shall be made except by a written agreement executed by Obliger and LCF. A copy of this Agreement may be accepted as an original.

22. USE OF IDENTIFYING INFORMATION. It is expressly agreed and understood that in conjunction with this provision, Company may disclose identifying information including, but not limited to, the FEIN Number or Social Security Number of Seller or any Guarantor(s) to third parties with which Company communicates in its exercising of any remedies available to Company.

23. JURY TRIAL WAIVER. The parties hereto waive trial by jury in any court in any suit, action, or proceeding on any matter arising in connection with or in any way related to the transactions of which this Agreement is a part or the enforcement hereof. The parties hereto acknowledge that each makes this waiver knowingly, willingly, voluntarily, and without duress, and only after extensive consideration of the ramifications of this waiver with their attorneys.

24. CLASS ACTION WAIVER. The parties hereto waive any right to assert any claims against the other party as a representative or member in any class, representative, or collective action, except where such waiver is prohibited by law as against public policy. To the extent either party is permitted by law or court of law to proceed with a class, representative, or collective action against the other, the parties hereby agree that: (1) the prevailing party shall not be entitled to recover attorneys' fees or costs associated with pursuing the class or representative action (notwithstanding any other provision in this Agreement); and (2) the party who initiates or participates as a member of the class will not submit a claim or otherwise participate in any recovery secured through the class or representative action. The parties hereto acknowledge that each makes this waiver knowingly, willingly, voluntarily, and without duress, and only after extensive consideration of the ramifications of this waiver with their attorneys.

25. WAIVER OF COUNTERCLAIMS. Seller waives the right to interpose any counterclaim in any court in any suit, action, or proceeding on any matter arising in connection with or in any way related to the transactions of which this Agreement is a part or the enforcement hereof. Seller acknowledges that it makes this waiver knowingly, willingly, voluntarily, and without duress, and only after extensive consideration of the ramifications of this waiver with their attorneys.

26. ARBITRATION. Notwithstanding the foregoing, any dispute, claim, or controversy arising out of or relating to this Agreement, the Security Agreement or the guaranty(s) herein, or the breach of any of the said Agreement, Security Agreement or the guaranty(s), shall be, at the election of either party, settled by arbitration administered by Mediation and Civil Arbitration, Inc. d/b/a RapidRuling (www.rapidruling.com) in accordance with its Arbitration Rules & Procedures effective at the time a claim is made, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. An election to arbitrate by either party shall be deemed effective by the commencement of an arbitration proceeding with Mediation and Civil Arbitration, Inc. d/b/a RapidRuling. The parties' consent to electronic service of process, with service to be made to the following email addresses spectrumwholesaleinc@gmail.com and legal@thelcfgroup.com and/or when mailed, postage prepaid, via 2-3-day shipping through a nationally recognized courier, including, but not limited to, the USPS, FedEx or UPS, such notices or communications to be sent to the addresses provided in section 18 hereof. The parties agree that, in the event of confirmation and enforcement,

[Remainder of Page Intentionally Left Blank]

**Initials:**

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

the delinquent party will be responsible for any attorney, court, or other fees associated with such action. The parties agree to split all Mediation and Civil Arbitration, Inc. d/b/a RapidRuling fees evenly and the commencing party shall be entitled to any unreimbursed monies paid on behalf of the non-commencing party within any award.

SELLER #1



By:_____
  Signature
  Thomas Ciccarelli / Owner
  Print Name and Title

  ████████████
  SS#

OWNER/GUARANTOR #1

By:_____
  Signature
  Thomas Ciccarelli / Owner
  Print Name and Title

**Initials:** _____

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

# P O W E R   O F   A T T O R N E Y

***KNOWN ALL BY THESE PRESENTS*** *that I, Thomas Ciccarelli, principal and/or sole proprietor of Spectrum Wholesale, Inc., doing business as Spectrum Wholesale AKA Dieselology, at 1395 Lakeland Avenue Unit 14, Bohemia, New York 11716 (hereinafter 'Spectrum Wholesale AKA Dieselology'), does hereby appoint THE LCF GROUP, INC., (hereinafter, '"LCF") as my true and lawful attorney in fact:*

1. To have full power and authority to direct any Merchant Processor being used by Spectrum Wholesale AKA Dieselology to make payments to LCF as contemplated under the Agreement dated November 27, 2023 (the "Agreement") between Spectrum Wholesale AKA Dieselology and LCF;

2. To have full power and authority to direct any Merchant Processor being used by Spectrum Wholesale AKA Dieselology to direct the entirety of Spectrum Wholesale AKA Dieselology's credit card receivables to LCF in order to satisfy amounts due to LCF under the Agreement;

3. To have full power and authority to direct Chase and any and all other Banks in which Spectrum Wholesale AKA Dieselology or Thomas Ciccarelli holds an account to direct payment(s) to LCF as contemplated under the ACH/ADF Authorization Agreement between Spectrum Wholesale AKA Dieselology and LCF;

4. To communicate with Chase and any and all other Banks to obtain information regarding the business accounts of Spectrum Wholesale AKA Dieselology, including without limitation, obtaining balances, account numbers, and copies of all statements and/or banking transactions;

5. To enter into, make, sign, execute, endorse, accept, and deliver any and all documents, agreements, contracts, or other writings, or to perform any other act, deed, matter, or thing to effectuate the intent of the Agreement dated November 27, 2023 between Spectrum Wholesale AKA Dieselology and LCF;

6. To obtain and adjust insurance at LCF's expense;

7. To withdraw any monies held on account with any debt settlement companies;

8. To receive, endorse, negotiate, and collect any checks, notes, drafts, instruments, documents, or chattel paper in connection any amounts due to LCF as contemplated under the Agreement dated November 27, 2023 (the "Agreement") between Spectrum Wholesale AKA Dieselology and LCF;

9. To cancel, modify, repudiate, or terminate any agreement(s) with any vendor, consultant, or service provider of Spectrum Wholesale AKA Dieselology;

10. To sign Spectrum Wholesale AKA Dieselology 's name on any invoice, bill of lading, or assignment directing customers or account debtors to make payment directly to LCF;

11. To file any claims or take any action or institute any proceeding which Company may deem necessary for the collection of any of the undelivered Purchased Amount from the Collateral, or otherwise to enforce its rights with respect to payment of the Purchased Amount;

12. To create and negotiate a check or draft in Seller's name utilizing any account information on file in satisfaction of Seller's obligations to Company, Company's designee, or Company's nominee; and

13. To institute a wire transfer of funds from Seller's deposit account(s) to Company, Company's designee, or Company's nominee.

**Initials:**

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d

I HAVE RECEIVED A COPY OF THIS POWER OF ATTORNEY AND I DO HEREBY STATE AND DECLARE THAT THIS POWER OF ATTORNEY SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY OR INCOMPETENCE; AND FURTHER, I DO HEREBY RATIFY AND CONFIRM ALL WHATSOEVER MY SAID ATTORNEY SHALL DO OR CAUSE TO BE DONE BY VIRTUE OF THIS POWER OF ATTORNEY.

**This Power of Attorney shall be used only upon Seller's violation of any of the terms of the Agreement dated November 27, 2023 between Spectrum Wholesale AKA Dieselology and LCF.**

**IN WITNESS WHEREOF,** the said Spectrum Wholesale, Inc. has caused this instrument to be signed, sealed and acknowledged by its duly authorized qualified officer, Thomas Ciccarelli this 27 day of November, 2023.

**KNOW ALL BY THESE PRESENTS:**

SELLER #1

By:_____
    Signature
    Thomas Ciccarelli / Owner
    Print Name and Title
    ███████████
    SS#
    Spectrum Wholesale, Inc.
    Company

Initials: _____

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d



**AUTHORIZATION AGREEMENT FOR DIRECT DEPOSITS (ACH CREDITS) AND DIRECT PAYMENTS (ACH DEBITS)**
This Authorization Agreement for Direct Deposits (ACH Credits) and Direct Payments ("Daily ACH Authorization") is part of (and incorporated by reference into) the Merchant Agreement (the "Agreement").
**DEFINITIONS:**

**Company: THE LCF GROUP, INC.**
**Merchant:** Spectrum Wholesale, inc.
(Merchant's Legal Name)

**Merchant Agreement:** Merchant Agreement Between Company and Merchant Dated November 27 ,2023

**DESIGNATED CHECKING ACCOUNT INFORMATION**
Bank Name: **Chase**  Bank Telephone Number:
Merchant Tax ID:
Routing Number: █████████  Account Number: ██████████

Capitalized terms used in this Authorization Agreement without definition shall have the meanings set forth in the Merchant Agreement. Merchant should keep a copy of this important legal document for Merchant's records.  By signing below Merchant attests that the Designated Checking Account was established for business purposes and not for personal, family or household purposes.

**DISBURSEMENT OF PURCHASE PRICE.** By signing below, Merchant authorizes Company to disburse the Purchase Price less any applicable fees set forth in the Agreement upon Advance approval by initiating an ACH credit to the bank account described below (or a substitute bank account Merchant later identifies and is acceptable to Company) (the "Account").
**COLLECTION OF FUNDS ARISING FROM FUTURE RECEIPTS.** By signing below, Merchant authorizes Company to collect the funds that Company is entitled to receive under the Agreement by initiating ACH debits to the Account as follows:
For an amount up to **$960.26**  (or) Percentage of each banking deposit **14.00%** together with a nonrefundable monthly fee of $195.00 pursuant to section 1.22 of the terms and conditions of this PSFRA
**On the following days:**  Each business day.  On the business day immediately following any business day(s) on which Merchant's bank was not open or was not able to process ACH transactions, the Company will debit the Designated Bank Account for an amount equal to the sum of (i) the Daily Payment amount due on that business day plus (ii) the Daily Payment amount(s) due on the proceeding business day(s) when the Bank was not open or could not process ACH transactions.
**MISCELLANEOUS.** Merchant understands that Merchant is responsible for ensuring that funds arising from Future Receipts remain in the Account each day until Company debits the amount that the Agreement authorizes Company to debit from the Account for that day. Company is not responsible for any overdrafts or rejected transactions that may result from the Company debiting any of Merchant's accounts. The ACH authorizations provided for in this agreement will remain in effect until Company has received written notification from Merchant of its termination in such time and in such manner as to afford Company and Merchant's depository bank a reasonable opportunity to act on it. Company is not responsible for any fees charged by Merchant's bank as the result of credits or debits initiated under this Agreement. The origination of ACH transactions to Merchant's accounts, including, but not limited to, the Account, must comply with the provisions of U.S. law and NACHA Rules.

**MERCHANT SIGNATURE**

Merchants Legal Name: Spectru      holesale, inc.

Signature: _____      Title: President

Date: 11 / 27 / 2023

**Initials:**

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d



## NO STACKING ADDENDUM

No Stacking or Piggybacks Addendum to Agreement **November 27 ,2023** Between THE LCF GROUP, INC. and **Spectrum Wholesale, Inc. DBA Spectrum Wholesale AKA Dieselology**

Reference is made to the **November 27 ,2023** Agreement(s) between THE LCF GROUP, INC. ("Buyer") and **Spectrum Wholesale, Inc. DBA Spectrum Wholesale AKA Dieselology** ("Seller") located at **1395 Lakeland Avenue Unit 14, Bohemia, New York 11716**. Notwithstanding anything contained in the above referenced Agreements to the contrary, the parties agree as follows:

This is to certify that **Thomas Ciccarelli** ('Indemnitor[s]') and Seller understand and agree that as long as a balance remains outstanding on the above referenced account, Seller is prohibited from initiating a cash advance based on credit card receivables, receivable factoring, a cash advance or loan product based on total sales or deposits with any company other than THE LCF GROUP, INC. and that doing so shall constitute a material breach of the referenced Agreements and, in the event of any such breach, Buyer shall be entitled to any and all remedies provided for within the above referenced agreement together with additional liquidated damages for breach of this addendum equal to $2,500.00 or twenty percent(20%) of the outstanding balance whichever is greater.

In furtherance of the above, Seller agrees to provide real-time access to any and all of Seller's Bank, Merchant, Deposit or other financial Account(s)via Decision LOGIC or similar service (as Buyer shall from time-to-time utilize) or via the on- line portal of Sellers financial institution(s)(collectively the "Online Bank Access"). It is agreed and understood that Buyer shall be entitled, and may at its sole discretion, periodically monitor said financial account(s) via Online Bank Access and that the ability to access such information is a material term of consideration under the aforesaid **November 27, 2023** agreement and that the withholding or removal of such access shall constitute a material breach of the referenced Agreements and, in the event of any such breach, Buyer shall be entitled to any and all remedies provided for within the above referenced agreement together with additional liquidated damages for breach of this addendum equal to$2,500.00 or twenty percent(20%) of the outstanding balance whichever is greater.

Seller shall be permitted to change its bank login credentials provided Seller shall provide such credentials to Buyer simultaneously with such change and take whatever measures are necessary to ensure Buyer's continued access to any and all of Seller's financial accounts including, but not limited to, Seller's Bank, Merchant and Deposit Account(s). In the event Buyers access to such information is restricted, for any reason whatsoever, Seller shall take any and all measures necessary to restore such access to buyer within one business day of such request. It is expressly agreed and understood that inability of Buyer to access such information after request, for any reason whatsoever, shall constitute a material breach of the referenced Agreements and, in the event of any such breach, Buyer shall be entitled to any and all remedies provided for within the above referenced agreement together with additional liquidated damages for breach of this addendum equal to $2,500.00 or twenty percent(20%) of the outstanding balance whichever is greater.

All other terms of the referenced Agreements remain unchanged.

By their signatures below the parties agreed to be bound by this addendum.
ACCEPTED AND AGREED:

**Seller:** Spectrum Wholesale, Inc. DBA Spectrum Wholesale AKA Dieselology

By: _____      Name: Thomas J Ciccarelli

      Title: **President**

By: _____      Indemnitor: **Thimas Ciccarelli**

_____      _____

**Buyer:** THE LCF GROUP, INC.

By:_____      Name:_____

      Title:_____

**Initials:** _____

Doc ID: bcd5179e7e815ffa2a1c53ac81131357e9eef36d



**Advance Repurchase Addendum**

Re: The Purchase and Sale of Future Receivables Agreement ("PSFRA") between The LCF Group, Inc. ("company") and Spectrum Wholesale, Inc. (seller) dated November 27, 2023 wherein Company purchased $145,000.00 of Seller's future receivables for $100,000.00.

Company agrees to accept an Accelerated Repurchase Amount pursuant to the below schedule provided that Seller remains in full compliance with all obligations pursuant to the PSFRA and provided that there has been no event of default by Seller up to and including the date of the Accelerated Repurchase:

| Pay within X Calendar Days | Discounted Repurchase Amount |
|---|---|
| 30.00 | $130,000.00 |
| 60.00 | $137,000.00 |

Seller shall not be entitled to any Accelerated Repurchase if same is paid to Company by any third-party on behalf of Seller.

Executed and agreed on this **27** day of **November, 2023,**

**Seller**                    **Guarantor**                    **The LCF Group, Inc.**

X_____    X_____    X_____

Print Name: Thomas Ciccarelli                         Print Name:


| | |
|---|---|
| **Title** | Contracts for 006EY0000032Lt8YAE: Spectrum Wholesale, Inc.... |
| **File name** | Contract - Spectr...3-11-27_10-31.PDF |
| **Document ID** | bcd5179e7e815ffa2a1c53ac81131357e9eef36d |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was signed on merchant.lcfportal.com**

## Document History

| | | |
|---|---|---|
| ⟲ **SENT** | **11 / 27 / 2023** 15:31:34 UTC | Sent for signature to Thomas Ciccarelli (Owner 1 ) (spectrumwholesaleinc@gmail.com) from underwriting@thelcfgroup.com IP: 52.247.85.252 |
| ◎ **VIEWED** | **11 / 27 / 2023** 15:32:05 UTC | Viewed by Thomas Ciccarelli (Owner 1 ) (spectrumwholesaleinc@gmail.com) IP: 69.123.72.254 |
| ↙ **SIGNED** | **11 / 27 / 2023** 15:34:38 UTC | Signed by Thomas Ciccarelli (Owner 1 ) (spectrumwholesaleinc@gmail.com) IP: 69.123.72.254 |
| ⊘ **COMPLETED** | **11 / 27 / 2023** 15:34:38 UTC | The document has been completed. |

Ex. K-4

## <u>CERTIFICATION</u>

I hereby certify that the enclosed documents are accurate and complete copies of all documents, including electronically stored information, within my possession, custody or control at the offices of THE LCF GROUP, INC. referring or relating to copies of records, including the complete application for any type of loan, funding, or other financing from The LCF Group, Inc. made by Spectrum Wholesale, Inc. (d/b/a Dieselology) or Thomas J. Ciccarelli ("Defendants"), any correspondence between The LCF Group, Inc. and Defendants, all agreements between The LCF Group, Inc. and Defendants, documents sufficient to show all payments made by The LCF Group, Inc. to Defendants, documents sufficient to show all payments made by Defendants to The LCF Group, Inc, and documents sufficient to show all bank accounts used by Defendants ("the Records").

Pursuant to Federal Rules of Evidence 803(6) and 902(11), I further certify that the Records were made at or near the time of the occurrence of the matters set forth in the Records, by (or from information transmitted by) a person with knowledge of those matters; that the Records were records of a regularly conducted activity within the United States; that the Records were kept in the course of that regularly conducted activity; and that the Records were made by that regularly conducted activity as a regular practice.

Pursuant to 28 U.S.C. ' 1746, I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE: _Brian Walowitz_
<span>Brian Walowitz 2025.05.08 09:27:07-07'00' 2025 1.0</span>
Custodian of Records

TYPE/PRINT NAME SIGNATORY: Brian Walowitz

EXECUTED: This __8__ day of _____, 2025

| | |
|---|---|
| What product or service do you sell? What does your business do? | Sells auto parts |
| Do you have a Website? What does your online presence consist of? | Dieselology.com |
| What percentage of the business do you own? ex: 100% | 100.00 |
| Please provide the business phone number(s) # | 6317506086 |
| Please provide your business email(s). | spectrumwholesaleinc@gmail.com |
| Please provide your personal email(s). | spectrumwholesaleinc@gmail.com |
| Please provide the names of any additional and/or associated business you have an ownership interest in. | 0 |
| Are you currently serving on active duty in the U.S. Armed Forces for purposes other than training? | No |
| Please provide the full business address. | 1395 Lakeland ave , , Bohemia , NY, 11716 |
| Please provide the full personal address | 70 cross rd , , Oakdale, NY, 11769 |
| What do you plan to do with the funds? | Inventory loan |
| How is the financial health of your business? How is your current revenue in comparison to the last two months (is it increasing, decreasing, stable)? | Relatively flat 150k |
| Have you signed contracts with any other MCA funders in the past week? This includes all contracts that may have been sent to you for signature by your Sales Rep and/or Broker. | 0 |
| In your own words, please explain how your Sales Rep and/or Broker described this transaction to you. Has it been explained as a MCA ? | Percentage of my sales |
| Have you, or are you currently contemplating bankruptcy? | No |
| Has your Sales Rep and/or Broker told you that this Agreement is a condition for a future term loan or line of credit? | No |
| Do you have any criminal charges pending against you? If so, please tell us what happened. | 0 |
| Please provide the bank(s) at which you currently have business accounts. Please provide the number of business accounts you currently have. | 1, Chase |
| Please name all the debt settlement companies you have worked with in the past. | 0 |
| Please provide the bank(s) at which you currently have personal accounts. Please provide the number of personal accounts you currently have. | 1, Chase |
| Do you accept credit cards as a form of payment? If so, who is your current processor? | Paypal |
| Does the business accept credit cards? | Yes |
| Lastly, please confirm the terms of our agreement. (repeat the terms) | Yes |

Ex. L

You searched for delete kit | Diesel Performance Parts

LOGIN

# DIESELOLOGY

HOME        ABOUT        FAQ        SHOP        CONTACT

delete kit

info@dieselology.com

## Search results for "delete kit"

HOME  /  SEARCH RESULTS FOR "DELETE KIT"

Home  /  Search results for "delete kit"

### FILTERS
## SELECT YOUR VEHICLE

Brand

Name        Sort...

**APPLY FILTERS**

Privacy · Terms



2014-2019 Ram 1500 3.0L
CUMMINS GDP EZ LYNK AUTO
AGENT 3 DPF EGR Delete Kit

**$1,749.99**



2022 FORD 6.7L Powerstroke
DPF EGR Delete Kit GDP
Commander

**$2,599.99**



2023-2024 FORD 6.7L
POWERSTROKE DPF EGR
Delete Kit

~~$3,000.00~~ **$2,800.00**



2020-2021 FORD 6.7L
POWERSTROKE DPF EGR
Delete Kit

**$1,599.99**



2016-2019 Nissan Titan XD
CUMMINS GDP EZ LYNK AUTO
AGENT 3 DPF EGR Delete Kit

**$1,599.99**





2010-2021 Ram CUMMINS GDP EZ LYNK AUTO AGENT 3 DPF EGR Delete Kit

**$1,599.99**





2020+ Powerstroke 6.7L Cooler Upgrade kit EGR Delete Kit EGR Delete Kit GDP220013

**$299.99**

2017 FORD POWERSTROKE GDP EZ LYNK AUTO AGENT 3 DPF EGR Delete Kit

**$1,599.99**

2017-2019 Powerstroke 6.7L Cooler upgrade kit GDP Egr Delete Kit GDP220012

**$299.99**



2020+ Powerstroke 6.7L Cooler

2017-2019 Powerstroke 6.7L Cooler upgrade kit w/Pass Through plate EGR Delete Kit GDP221013

**$325.00**





2011-2016 LML Duramax Cooler Upgrade Kit w/ Up Pipe EGR Delete Kit GDP421023

**$499.99**



04-05 LLY Duramax Cooler Upgrade Kit EGR Delete GDP420016

**$199.99**



2007-2010 LMM Duramax Cooler Upgrade Kit w/ Up Pipe EGR Delete GDP421021

**$341.55**



2010-2020 Dodge Ram Cummins Pickup Only Cooler Upgrade Kit EGR Delete GDP620003

**$299.99**



2008-2021 5.9L/6.7L Cummins CDR MM3 DPF EGR Delete

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



MY ACCOUNT     CHECKOUT     CART     LOGIN

# 04-05 LLY Duramax Cooler Upgrade Kit EGR Delete GDP420016

HOME / SHOP / UNCATEGORIZED / 04-05 LLY DURAMAX COOLER UPGRADE KIT EGR DELETE GDP420016

Home / Shop / 04-05 LLY Duramax Cooler Upgrade Kit EGR Delete GDP420016

Privacy · Terms





# 04-05 LLY Duramax Cooler Upgrade Kit EGR Delete GDP420016

$199.99

| 1 |
|---|

🛒 ADD TO CART

---

**UPC:** 681565322419
**SKU:** GDP420016
**Categories:** COOLER UPGRADE KIT, Uncategorized
**Tag:** 2004.5-2005 6.6L LLY Duramax

---

## Description | Product Specifications | Reviews (0)

## Description

04-05 LLY Duramax Cooler Upgrade Kit

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-orga-nized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capa-ble of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



**DIESELOLOGY**

HOME     ABOUT     FAQ     SHOP     CONTACT

info@dieselology.com

# 2007-2010 LMM Duramax Cooler Upgrade Kit w/ Up Pipe EGR Delete GDP421021

HOME / SHOP / COOLER UPGRADE KIT / 2007-2010 LMM DURAMAX COOLER UPGRADE KIT W/ UP PIPE EGR DELETE GDP421021

Home / Shop / 2007-2010 LMM Duramax Cooler Upgrade Kit w/ Up Pipe EGR Delete GDP421021



# 2007-2010 LMM Duramax Cooler Upgrade Kit w/ Up Pipe EGR Delete GDP421021

$341.55

| 1 |
|---|

🛒 ADD TO CART

UPC: 681565322464

SKU: GDP421021

Category: COOLER UPGRADE KIT

Tag: 2007.5-2010 Duramax 6.6L LMM

  

| Description | Product Specifications | Reviews (0) |
|---|---|---|

## Description

07-10 LMM Duramax Cooler Upgrade Kit w/ Up Pipe

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by**

law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



## 2008-2019 FORD POWERSTROKE GDP EZ LYNK AUTO AGENT 3 DPF EGR Delete Kit

HOME / SHOP / PROGRAMMERS / EZ LYNK / 2008-2019 FORD POWERSTROKE GDP EZ LYNK AUTO AGENT 3 DPF EGR DELETE KIT

Home / Shop / 2008-2019 FORD POWERSTROKE GDP EZ LYNK AUTO AGENT 3 DPF EGR Delete Kit



### 2008-2019 FORD POWERSTROKE GDP EZ LYNK AUTO AGENT 3 DPF EGR Delete Kit

**$1,599.99**

★★★★★ (2 customer reviews)

Please enter the year make and model of truck:

[                                      ]

**Switch** *
Please Select SOTF Switch

Select an option...

**Exhaust** *
Please Choose Exhaust Setup

Select an option...

**Exhaust Options** *
Please Select Exhaust Upgrades

Select an option...

**EGR** *
Please Select EGR KIT

Select an option...

**Fass Pump**
Recommended





None

**Air Intake**

None

| 1 |

🛒 ADD TO CART

---

**UPC:** 681565321160

**SKU:** 2008-2019 FORD POWERSTROKE GDP EZ LYNK AUTO AGENT 3 DPF EGR Delete Kit

**Categories:** EZ LYNK, Programmers

**Tags:** 2008-2010 6.4L Powerstroke, 2011-2016 6.7L Powerstroke, 2017-2019 6.7L Powerstroke, 2017-2021 6.7L Powerstroke, DPF DELETE, EGR DELETE, EZ LYNK



---

| Description | Product Specifications | Reviews (2) |

## Description

**Free Ground Shipping**

(EZFCDRAA2) EZ LYNK AUTO AGENT 3 (INCLUDES LIFETIME SUPPORT PACKAGE)

Please select options below base price is 1 Ez Lynk with a GDP Unlimited Support Pack

**2008-2019 FORD 6.4L/6.7L POWERSTROKE**

**Unlimited Support Pack**

- Includes Shift on the fly tuning (power levels shown below)
- Single tunes
- TCM tuning (where Applicable)
- Race tuning & Emission present tuning

The new and updated EZ Lynk AutoAgent™ 3.0 with custom tuning from GDP Tuning will maximize your truck with cloud based tuning and provide complete control at your fingertips through the AutoAgent™ mobile app available for Android and iOS. Use your own phone or tablet to communicate with the mobile app or add an optional Monitor.

Eliminate the following components (if equipped) without setting any diagnostic trouble codes or check engine light:

- **Diesel Particulate Filter (DPF)**
- **Catalytic Converter (CAT)**

- **Diesel Oxidation Catalyst (DOC)**
- **Selective Catalytic Reduction (SCR)**
- **Diesel Exhaust Fluid (DEF)**
- **Exhaust Gas Recirculation (EGR)**

With the EZ Lynk the EGR system is deactivated. You can leave the EGR in place and just unplug the wiring or you can completely remove it. The DEF tank can also be removed or remain installed.

**2008-2010 6.4L Powerstroke**

Level 1 +0HP

Level 2 +100HP

Level 3 +175HP

Level 4 +250HP

Level 5 +300HP

**2011-2014 6.7L Powerstroke**

Level 1 +30HP

Level 2 +50HP

Level 3 +100HP

Level 4 +125HP

Level 5 +180HP

**2015-2016 6.7L Powerstroke**

Level 1 +30HP

Level 2 +75HP

Level 3 +120HP

Level 4 +175HP

Level 5 +230HP

**2017-2019 6.7L Powerstroke**

Level 1 +30HP

Level 2 +75HP

Level 3 +120HP

Level 4 +150HP

Level 5 +200HP

Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course,

off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws

# Dieselology

HOME      ABOUT      FAQ      SHOP      CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



MY ACCOUNT    CHECKOUT    CART    LOGIN

# 2008-2021 5.9L/6.7L Cummins GDP MM3 DPF EGR Delete Race Kit

HOME / SHOP / PROGRAMMERS / MM3 / 2008-2021 5.9L/6.7L CUMMINS GDP MM3 DPF EGR DELETE RACE KIT

Home / Shop / 2008-2021 5.9L/6.7L Cummins GDP MM3 DPF EGR Delete Race Kit








**SALE!**

# 2008-2021 5.9L/6.7L Cummins GDP MM3 DPF EGR Delete Race Kit

~~$1,599.99~~ $1,550.00

★★★★★ (1 customer review)

Please enter the year make and model of truck:

[                                                    ]

**EXHAUST ***

*Please Choose Exhaust Setup*

- ☐ Race Pipe (Pick Up Only) (+$325.00)
- ☐ 4" Turbo Back Exhaust (Pick Up Only) (+$549.99)
- ☐ 5" Turbo Back Exhaust (Pick Up Only) (+$699.99)
- ☐ CDAL444 Cab And Chassis Exhaust 4" (+$499.99)
- ☐ No Exhaust I'm Good

**Exhaust Options ***

*Please Select Exhaust Upgrades*

- ☐ Stainless 409 (Not Available on C&C Kits) (+$175.00)
- ☐ Add Muffler (Only Available On Full Pick Up Kits) (+$85.00)
- ☐ Nothing

**EGR ***

*Please Select EGR Upgrade*

- ☐ GDP630001 07.5-09 CUMMINS PICK UP (+$325.00)
- ☐ GDP630003 10-21 CUMMINS PICK UP (+$325.00)
- ☐ GDP620005 13-18 CUMMINS CAB AND CHASSIS ONLY (+$325.00)
- ☐ NO EGR IM GOOD

[                        1                        ]



**ADD TO CART**

---

UPC: 681565321535

**SKU:** 2008-2021 Ram Cummins MM3 RACE ME Delete Race Kit

**Categories:** MM3, Programmers

**Tags:** 2003-2004 5.9L Cummins, 2004.5-2007 5.9L CUMMINS, 2007.5-2018 6.7L Cummins, 2019-2021 6.7L Cummins

| Description | Product Specifications | Reviews (1) |

## Description

**Free Ground Shipping**

(MM3) MM3 TOUCH DISPLAY AND MM3CONTROLLER, WITH SUPPORT PACK

Eliminate/delete the following components (if equipped) without setting any diagnostic trouble codes or check engine light:

- **Diesel Particulate Filter (DPF)**
- **Catalytic Converter (CAT)**
- **Diesel Oxidation Catalyst (DOC)**
- **Selective Catalytic Reduction (SCR)**
- **Diesel Exhaust Fluid (DEF)**

- **Exhaust Gas Recirculation (EGR)**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



# 2010-2021 Ram CUMMINS GDP EZ LYNK AUTO AGENT 3 DPF EGR Delete Kit

HOME  /  SHOP  /  PROGRAMMERS  /  EZ LYNK  /  2010-2021 RAM CUMMINS GDP EZ LYNK AUTO AGENT 3 DPF EGR DELETE KIT

Home  /  Shop  /  2010-2021 Ram CUMMINS GDP EZ LYNK AUTO AGENT 3 DPF EGR Delete Kit



# 2010-2021 Ram CUMMINS GDP EZ LYNK AUTO AGENT 3 DPF EGR Delete Kit

## $1,599.99

⭐⭐⭐⭐⭐　(2 customer reviews)

*Please enter the year make and model of truck:*

**Switch ***

*Please Select SOTF Switch*

Select an option...

**Exhaust ***

*Please Choose Exhaust Setup (19+ is Flex Flange back)*

Select an option...

**Exhaust Options ***

*Please Select Exhaust Upgrades*

Select an option...

**EGR ***

*Please Select EGR KIT*

Select an option...

1







🛒 **ADD TO CART**

**UPC:** 681565321160

**SKU:** 2010-2021 Ram Cummins Dpf Egr Delete Race Kit

**Categories:** EZ LYNK, Programmers

**Tags:** 2007.5-2018 6.7L Cummins, 2019-2021 6.7L Cummins, DPF DELETE, EGR DELETE

Description | Product Specifications | Reviews (2)

## Description

**Free Ground Shipping**

**(EZFCDRAA2) EZ LYNK AUTO AGENT 3 (INCLUDES LIFETIME SUPPORT PACKAGE)**

Please select options below base price is 1 Ez Lynk with a GDP Unlimited Support Pack

## 2010-2021 DODGE 6.7L CUMMINS

## Unlimited Support Pack

- Includes Shift on the fly tuning (power levels shown below)
- Single tunes
- TCM tuning
- Race tuning & Emission present tuning

The new and updated EZ Lynk AutoAgent™ 3.0 with custom tuning from GDP Tuning will maximize your truck with cloud based tuning and provide complete control at your fingertips through the AutoAgent™ mobile app available for Android and iOS. Use your own phone or tablet to communicate with the mobile app or add an optional Monitor.

### 2010-2021 6.7L Cummins

Level 1 +30HP

Level 2 +60HP

Level 3 +90HP

Level 4 +120HP

Level 5 +150HP

Eliminate the following components (if equipped) without setting any diagnostic trouble codes or check engine light:

- **Diesel Particulate Filter (DPF)**
- **Catalytic Converter (CAT)**
- **Diesel Oxidation Catalyst (DOC)**
- **Selective Catalytic Reduction (SCR)**
- **Diesel Exhaust Fluid (DEF)**
- **Exhaust Gas Recirculation (EGR)**

With the EZ Lynk the EGR system is deactivated. You can leave the EGR in place and just unplug the wiring or you can completely remove it. The DEF tank can also be removed or remain installed.

Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement

MY ACCOUNT    CHECKOUT    CART                                                                    LOGIN

**DIESELOLOGY**

HOME    ABOUT    FAQ    SHOP    CONTACT

info@dieselology.com

# 2010-2020 Dodge Ram Cummins Pickup Only Cooler Upgrade Kit EGR Delete GDP620003

HOME / SHOP / COOLER UPGRADE KIT /

2010-2020 DODGE RAM CUMMINS PICKUP ONLY COOLER UPGRADE KIT EGR DELETE GDP620003

Home / Shop / 2010-2020 Dodge Ram Cummins Pickup Only Cooler Upgrade Kit EGR Delete GDP620003

Privacy • Terms



# 2010-2020 Dodge Ram Cummins Pickup Only Cooler Upgrade Kit EGR Delete GDP620003

## $299.99

| 1 |
|---|

🛒 ADD TO CART

---

UPC: 681565322273
SKU: GDP620003
Category: COOLER UPGRADE KIT
Tags: 2007.5-2018 6.7L Cummins, 2010-2020 6.7L Cummins, 2019-2021 6.7L Cummins, EGR DELETE

[Facebook] [Twitter] [Pinterest] [Tumblr] [LinkedIn] [StumbleUpon]

| Description | Product Specifications | Reviews (0) |
|---|---|---|

## Description

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to**

know what those laws are and how they apply to Buyer or Buyer's customer. **This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



MY ACCOUNT    CHECKOUT    CART

LOGIN

## DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

Search ...

info@dieselology.com

# 2011-2016 DURAMAX LML GDP EZ LYNK AUTO AGENT 3 DPF EGR Delete KIT

HOME / SHOP / PROGRAMMERS / EZ LYNK / 2011-2016 DURAMAX LML GDP EZ LYNK AUTO AGENT 3 DPF EGR DELETE KIT

Home / Shop / 2011-2016 DURAMAX LML GDP EZ LYNK AUTO AGENT 3 DPF EGR Delete KIT



## 2011-2016 DURAMAX LML GDP EZ LYNK AUTO AGENT 3 DPF EGR Delete KIT

**$1,599.99**

★★★★★ (1 customer review)

*Please enter the year make and model of truck along with downpipe flange*

**Switch** *

*Please Select SOTF Switch*

Select an option...

**Exhaust** *

*Please Choose Exhaust Setup*

Select an option...

**Exhaust Options** *

*Please Select Exhaust Upgrades*

Select an option...

**EGR** *





*Please Select EGR KIT*

| Select an option... | ▾ |

**Lift Pump**
*Recommended to save CP4*

| None | ▾ |

**Air Intake**

| None | ▾ |

**Allison Transmission Tuning**
*Recommended for towing*

| None | ▾ |

| 1 |

🛒 ADD TO CART

---

**UPC:** 681565321160
**SKU:** 2011-2016 GM DURAMAX LML Delete Race Kit
**Categories:** EZ LYNK, Programmers
**Tags:** 2011-2016 6.6L LML Duramax, DPF DELETE, EGR DELETE

🌐 🐦 📌 t in 𝕊

Description | Product Specifications | Reviews (1)

## Description

**Free Ground Shipping**

(EZFCDRAA3) EZ LYNK AUTO AGENT 3 (INCLUDES LIFETIME SUPPORT PACKAGE)

Select options below base price is 1 Ez Lynk with a GDP Unlimited Support Pack

**GDP Unlimited Support Pack**
Includes shift on the fly switch
Includes Shift on the fly tuning (power levels shown below)

Single tunes

TCM tuning (Duramax extra)

Race tuning & Emission present tuning

Eliminate the following components (if equipped) without setting any diagnostic trouble codes or check engine light:

- **Diesel Particulate Filter (DPF)**
- **Catalytic Converter (CAT)**
- **Diesel Oxidation Catalyst (DOC)**
- **Selective Catalytic Reduction (SCR)**
- **Diesel Exhaust Fluid (DEF)**
- **Exhaust Gas Recirculation (EGR)**

With the EZ Lynk the EGR system is deactivated. You can leave the EGR in place and just unplug the wiring or you can completely remove it. The DEF tank can also be removed or remain installed.

The new and updated EZ Lynk AutoAgent™ 3.0 with custom tuning from GDP Tuning will maximize your truck with cloud based tuning and provide complete control at your fingertips through the AutoAgent™ mobile app available for Android and iOS. Use your own phone or tablet to communicate with the mobile app or add an optional Monitor.

2011-2016 6.6L Duramax

Level 1 +20HP

Level 2 +50HP

Level 3 +75HP

Level 4 +130HP

Level 5 +230HP (Lift Pump Recommended)

**Transmission Tuning** – Available on: 2011-2014 A50 & 2015-2016 T87 (TCM) Transmission Control Module for the GM Duramax LML.

Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



# 2011-2016 LML Duramax Cooler Upgrade Kit w/ Up Pipe EGR Delete Kit GDP421023

HOME / SHOP / COOLER UPGRADE KIT / 2011-2016 LML DURAMAX COOLER UPGRADE KIT W/ UP PIPE EGR DELETE KIT GDP421023

Home / Shop / 2011-2016 LML Duramax Cooler Upgrade Kit w/ Up Pipe EGR Delete Kit GDP421023



Privacy • Terms

info@dieselology.com



$499.99

| 1 |
|---|

🛒 **ADD TO CART**

UPC: 681565322488
SKU: GDP421023
Category: COOLER UPGRADE KIT
Tags: 2011-2016 6.6L LML Duramax, EGR DELETE KIT



✉ info@dieselology.com

## Description

11-16 LML Duramax Cooler Upgrade Kit w/ Up Pipe

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology



info@dieselology.com



DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

info@dieselology.com

# 2014-2019 Ram 1500 3.0L CUMMINS GDP EZ LYNK AUTO AGENT 3 DPF EGR Delete Kit

HOME / SHOP / PROGRAMMERS / EZ LYNK /

2014-2019 RAM 1500 3.0L CUMMINS GDP EZ LYNK AUTO AGENT 3 DPF EGR DELETE KIT

Home / Shop / 2014-2019 Ram 1500 3.0L CUMMINS GDP EZ LYNK AUTO AGENT 3 DPF EGR Delete Kit



 

info@dieselology.com



$1,749.99

**2014-2019 Ram 1500 3.0L Cummins Eco Diesel**

**Unlimited Support Pack**

- Includes Shift on the fly tuning (power levels shown below)
- Single tunes
- Race tuning & Emission present tuning

The new and updated EZ Lynk AutoAgent™ 3.0 with custom tuning from GDP Tuning will maximize your truck with cloud based tuning and provide complete control at your fingertips through the AutoAgent™ mobile app available for Android and iOS. Use your own phone or tablet to communicate with the mobile app or add an optional EZ Lynk Monitor from GDP designed to work exclusively with the AutoAgent™ mobile app.

**2046-2019 Ram 1500 3.0L Cummins Eco Diesel (SOTF JUST HAD MORE INCREMENTS SAME MAX HP)**
Level 1 +20HP
Level 2 +60HP
Level 3 +120HP

 

Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws



**Switch** *

*Please Select Switch*

| Select an option... ▾ |

**Exhaust** *

*Please Choose Exhaust Setup*

| Select an option... ▾ |

**Cooler upgrade kit** *

*Please select cooler upgrade kit*

| Select an option... ▾ |

| 1 |

| 🛒 ADD TO CART |

---

**UPC:** 681565321160

**SKU:** EZFCDRAA2-1

**Categories:** EZ LYNK, Programmers

**Tags:** 2014-2019 Ram 1500 3.0L Cummins, DPF DELETE, EGR DELETE

🔗 🐦 📌 📋 in ☄

| Description | Product Specifications | Reviews (0) |

## Description

**Free Ground Shipping**

(EZFCDRAA2) EZ LYNK AUTO AGENT 3 (INCLUDES LIFETIME SUPPORT PACKAGE)

Please select options below base price is 1 Ez Lynk with a GDP Unlimited Support Pack

THIS PACKAGE DOES NOT ALL SHIP TOGETHER. PLEASE EXPECT SEPERATE SHIPMENTS.

✉ info@dieselology.com

**2014-2019 Ram 1500 3.0L Pickup**

**Level 1 +20HP**
**Level 2 +60HP**
**Level 3 +120HP or Level 5 SOTF**

Eliminate the following components (if equipped) without setting any diagnostic trouble codes or check engine light:

- **Diesel Particulate Filter (DPF)**
- **Catalytic Converter (CAT)**
- **Diesel Oxidation Catalyst (DOC)**
- **Selective Catalytic Reduction (SCR)**
- **Diesel Exhaust Fluid (DEF)**
- **Exhaust Gas Recirculation (EGR)**

With the EZ Lynk the EGR system is deactivated. You can leave the EGR in place and just unplug the wiring or you can completely remove it. The DEF tank can also be removed or remain installed.

Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

info@dieselology.com



MY ACCOUNT   CHECKOUT   CART

LOGIN

# DIESELOLOGY

HOME   ABOUT   FAQ   SHOP   CONTACT

Search ...   info@dieselology.com

## 2016-2019 Nissan Titan XD CUMMINS GDP EZ LYNK AUTO AGENT 3 DPF EGR Delete Kit

HOME / SHOP / PROGRAMMERS / EZ LYNK /

2016-2019 NISSAN TITAN XD CUMMINS GDP EZ LYNK AUTO AGENT 3 DPF EGR DELETE KIT

Home / Shop / 2016-2019 Nissan Titan XD CUMMINS GDP EZ LYNK AUTO AGENT 3 DPF EGR Delete Kit



# 2016-2019 Nissan Titan XD CUMMINS GDP EZ LYNK AUTO AGENT 3 DPF EGR Delete Kit

**$1,599.99**

**2016-2018 NISSAN TITAN XD 5.0L CUMMINS**

**Unlimited Support Pack**

- Includes Shift on the fly tuning (power levels shown below)
- Single tunes
- Race tuning & Emission present tuning

The new and updated EZ Lynk AutoAgent™ 3.0 with custom tuning from GDP Tuning will maximize your truck with cloud based tuning and provide complete control at your fingertips through the AutoAgent™ mobile app available for Android and iOS. Use your own phone or tablet to communicate with the mobile app or add an optional EZ Lynk Monitor from GDP designed to work exclusively with the AutoAgent™ mobile app.

**2016-2018 Titan 5.0L Cummins (SOTF JUST HAD MORE INCREMENTS SAME MAX HP)**

Level 1 +20HP
Level 2 +60HP
Level 3 +120HP





Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws



*Please enter the year make and model of truck:*

**Unlock Cable and Switch** *

*Please Select Unlock Cable and Switch*

Select an option...

**Exhaust** *

*Please Choose Exhaust Setup*

Select an option...

1

🛒 ADD TO CART

---

UPC: 681565321160
SKU: EZFCDRAA2
Categories: EZ LYNK, Programmers
Tags: 2016-2019 Nissan Titan XD 5.0L Cummins, DPF DELETE, EGR DELETE

---

## Description | Product Specifications | Reviews (0)

## Description

**Free Ground Shipping**

(EZFCDRAA2) EZ LYNK AUTO AGENT 3 (INCLUDES LIFETIME SUPPORT PACKAGE)

Please select options below base price is 1 Ez Lynk with a GDP Unlimited Support Pack

THIS PACKAGE DOES NOT ALL SHIP TOGETHER. PLEASE EXPECT SEPERATE SHIPMENTS.

GDP EZ LYNK Support Pack
**NISSAN TITAN XD 2016-2019 5.0L Pickup**

**2016-2019 Titan 5.0L Cummins**

**Level 1 +20HP**

**Level 2 +60HP**

**Level 3 +120HP or Level 5 SOTF**

Eliminate the following components (if equipped) without setting any diagnostic trouble codes or check engine light:

- **Diesel Particulate Filter (DPF)**
- **Catalytic Converter (CAT)**
- **Diesel Oxidation Catalyst (DOC)**
- **Selective Catalytic Reduction (SCR)**
- **Diesel Exhaust Fluid (DEF)**
- **Exhaust Gas Recirculation (EGR)**

With the EZ Lynk the EGR system is deactivated. You can leave the EGR in place and just unplug the wiring or you can completely remove it. The DEF tank can also be removed or remain installed.

Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws

# Dieselology

MY ACCOUNT    CHECKOUT    CART

LOGIN



**DIESELOLOGY**

HOME    ABOUT    FAQ    SHOP    CONTACT

Search ...

info@dieselology.com

# 2017-2019 Powerstroke 6.7L Cooler upgrade kit GDP Egr Delete Kit GDP220012

HOME / SHOP / COOLER UPGRADE KIT / 2017-2019 POWERSTROKE 6.7L COOLER UPGRADE KIT GDP EGR DELETE KIT GDP220012

Home / Shop / 2017-2019 Powerstroke 6.7L Cooler upgrade kit GDP Egr Delete Kit GDP220012





# 2017-2019 Powerstroke 6.7L Cooler upgrade kit GDP Egr Delete Kit GDP220012

**$299.99**

**Out of stock**

---

UPC: 681565322372
SKU: GDP220012
Categories: 2017-2021 6.7L Powerstroke, COOLER UPGRADE KIT
Tags: 2017-2019 6.7L Powerstroke, 2017-2021 6.7L Powerstroke

Description | Product Specifications | Reviews (0)

## Description

17-19 Powerstroke 6.7L Cooler upgrade kit

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to**

know what those laws are and how they apply to Buyer or Buyer's customer. **This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

Search ...

info@dieselology.com

# 2017-2019 Powerstroke 6.7L Cooler upgrade kit w/Pass Through plate EGR Delete Kit GDP221013

HOME / SHOP / COOLER UPGRADE KIT /

2017-2019 POWERSTROKE 6.7L COOLER UPGRADE KIT W/PASS THROUGH PLATE EGR DELETE KIT GDP221013

Home / Shop / 2017-2019 Powerstroke 6.7L Cooler upgrade kit w/Pass Through plate EGR Delete Kit GDP221013

Privacy • Terms



# 2017-2019 Powerstroke 6.7L Cooler upgrade kit w/Pass Through plate EGR Delete Kit GDP221013

$325.00

| 1 |
| --- |

🛒 ADD TO CART

UPC: 681565322389
SKU: GDP221013
Categories: 2017-2021 6.7L Powerstroke, COOLER UPGRADE KIT
Tags: 2011-2019 6.7L Powerstroke, 2017-2019 6.7L Powerstroke, 2017-2021 6.7L Powerstroke

Description | Product Specifications | Reviews (0)

## Description

17-19 Powerstroke 6.7L Cooler upgrade kit w/Pass Through plate

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



**DIESELOLOGY**

HOME          ABOUT          FAQ          SHOP          CONTACT

# 2020+ Powerstroke 6.7L Cooler Upgrade kit w/Pass Through plate EGR Delete Kit GDP221014

HOME  /  SHOP  /  COOLER UPGRADE KIT  /

2020+ POWERSTROKE 6.7L COOLER UPGRADE KIT W/PASS THROUGH PLATE EGR DELETE KIT GDP221014

Home  /  Shop  /  2020+ Powerstroke 6.7L Cooler Upgrade kit w/Pass Through plate EGR Delete Kit GDP221014



Privacy · Terms

✉  info@dieselology.com



$325.00

| 1 |
|---|

🛒 ADD TO CART

UPC: 681565330643
SKU: GDP221014
Categories: 2017-2021 6.7L Powerstroke, COOLER UPGRADE KIT
Tags: 2017-2019 6.7L Powerstroke, 2017-2021 6.7L Powerstroke, 2020+ 6.7L Powerstroke, EGR DELETE

🟦 🐦 📌 t in 🟦

| Description | Product Specifications | Reviews (0) |
|---|---|---|

## Description

2020+ Powerstroke 6.7L Cooler Upgrade kit w/Pass Through plate

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes**

know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-orga-nized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



MY ACCOUNT     CHECKOUT     CART

LOGIN

# DIESELOLOGY

HOME     ABOUT     FAQ     SHOP     CONTACT

Search ...

info@dieselology.com

## 2020+ Powerstroke 6.7L Cooler Upgrade kit EGR Delete Kit EGR Delete Kit GDP220013

HOME / SHOP / 2017-2021 6.7L POWERSTROKE

2020+ POWERSTROKE 6.7L COOLER UPGRADE KIT EGR DELETE KIT EGR DELETE KIT GDP220013

Home / Shop / 2020+ Powerstroke 6.7L Cooler Upgrade kit EGR Delete Kit EGR Delete Kit GDP220013

Privacy · Terms



# 2020+ Powerstroke 6.7L Cooler Upgrade kit EGR Delete Kit EGR Delete Kit GDP220013

$299.99

| 1 |
|---|

🛒 **ADD TO CART**

---

**UPC:** 681565330636
**SKU:** GDP220013
**Categories:** 2017-2021 6.7L Powerstroke, COOLER UPGRADE KIT
**Tags:** 2017-2019 6.7L Powerstroke, 2017-2021 6.7L Powerstroke, 2020+ 6.7L Powerstroke, EGR DELETE KIT



| Description | Additional information | Reviews (0) |
|---|---|---|

## Description

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to**

know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed-course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement

MY ACCOUNT      CHECKOUT      CART                                                                    LOGIN

# DIESELOLOGY

HOME      ABOUT      FAQ      SHOP      CONTACT



Search ...                                                                    info@dieselology.com

## 2020-2021 FORD 6.7L POWERSTROKE DPF EGR Delete Kit

HOME / SHOP / PROGRAMMERS / 2020-2021 FORD 6.7L POWERSTROKE DPF EGR DELETE KIT

Home / Shop / 2020-2021 FORD 6.7L POWERSTROKE DPF EGR Delete Kit



# 2020-2021 FORD 6.7L POWERSTROKE DPF EGR Delete Kit

$1,599.99

**Free Ground Shipping**

**Multi-Tune**

**2020-2021 Ford Powerstroke**

**Race Tuning (must send us your ECM to bench flash) Also available GDP Commander (Tune Yourself)**

- Includes Shift on the fly tuning (power levels shown below)
- 0hp
- +35hp
- +70hp
- +110
- +150

Please select options below as needed base price is **SOTF TUNE ONLY,**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any**

and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws

*Please enter the year make model of truck and VIN:*

| |
|---|

**Switch** *

*Please Select SOTF Switch*

| Select an option... |
|---|

**Exhaust** *

*Please Choose Exhaust Setup*

| Select an option... |
|---|

**Exhaust Options** *

*Please Select Exhaust Upgrades*

| Select an option... |
|---|

**EGR** *

*Please Select EGR KIT*

| Select an option... |
|---|

**TCM Tuning Must Have Ez Lynk**

*Recommended Good for Towing*

☐ 20-21 TCM Tuning Only (Have Ez Lynk) (+$499.99)
☐ TCM Tuning and Ez Lynk 3.0 (+$1,000.00)

**Upgrade to GDP Commander (Tune at home)** *

*Upgrade to GDP Commander instead of sending in ECM. No downtime.*

Select an option... ▾

1

🛒 ADD TO CART

---

**UPC:** N/A
**SKU:** GDPCOMM1001
**Category:** Programmers
**Tags:** 2017-2021 6.7L Powerstroke, DPF DELETE, EGR DELETE



| Description | Product Specifications | Reviews (0) |

# Description

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement

MY ACCOUNT    CHECKOUT    CART

LOGIN

# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT



Search ...

info@dieselology.com

# 2022 FORD 6.7L Powerstroke DPF EGR Delete Kit GDP Commander

HOME / SHOP / PROGRAMMERS / 2022 FORD 6.7L POWERSTROKE DPF EGR DELETE KIT GDP COMMANDER

Home / Shop / 2022 FORD 6.7L Powerstroke DPF EGR Delete Kit GDP Commander



# 2022 FORD 6.7L Powerstroke DPF EGR Delete Kit GDP Commander

$2,599.99

**Multi-Tune**

**2022 Ford Powerstroke 6.7L**

**Race Tuning with GDP Commander**

2022 You will need an unlocked ECM

- Includes Shift on the fly tuning (power levels shown below)
- 0hp
- +35hp
- +70hp
- +110
- +150

Please select options below as needed base price is **SOTF TUNE ONLY,**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of**

this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws

*Please enter the year make model of truck and VIN:*

**Switch** *

*Please Select SOTF Switch*

Select an option...

**Exhaust** *

*Please Choose Exhaust Setup*

Select an option...

**Exhaust Options** *

*Please Select Exhaust Upgrades*

Select an option...

**EGR** *

*Please Select EGR KIT*

Select an option...

**Unlocked Motorcraft ECM** *



Select an option...

1

🛒 ADD TO CART

---

**UPC:** N/A

**SKU:** 2020-2021 FORD 6.7L POWERSTROKE DPF EGR Delete Kit-1

**Category:** Programmers

**Tags:** 2017-2021 6.7L Powerstroke, DPF DELETE, EGR DELETE



| Description | Product Specifications | Reviews (0) |

## Description

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to**

know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement

MY ACCOUNT     CHECKOUT     CART

LOGIN

# DIESELOLOGY

HOME          ABOUT          FAQ          SHOP          CONTACT

Search ...

info@dieselology.com

# 2023-2024 FORD 6.7L POWERSTROKE DPF EGR Delete Kit

HOME  /  SHOP  /  PROGRAMMERS  /  2023-2024 FORD 6.7L POWERSTROKE DPF EGR DELETE KIT

Home  /  Shop  /  2023-2024 FORD 6.7L POWERSTROKE DPF EGR Delete Kit

Privacy - Terms



**SALE!**

# 2023-2024 FORD 6.7L POWERSTROKE DPF EGR Delete Kit

~~$3,000.00~~ $2,800.00

**Free Ground Shipping**

**2023-2024 Ford Powerstroke**

This is a send-in service, we will provide shipping labels so you can send your ECM over to get bench flashed.

- F250
- F350
- F450
- F550
- F600

Contents:

1. **GDP Commander**
2. **GDP Support Pack**
3. **Includes Express Shipping both ways for your ECM**

Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's

customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws

**Please enter the year make model of truck and VIN:**

_____

**Exhaust**
*Please Choose Exhaust Setup*

| None | ∨ |
|---|---|

**Exhaust Options**
*Please Select Exhaust Upgrades*

| None | ∨ |
|---|---|

**EGR**
*Please Select EGR KIT*

| None | ∨ |
|---|---|

| 1 |
|---|

🛒 ADD TO CART

**UPC:** N/A
**SKU:** 2023-2024 FORD 6.7L POWERSTROKE DPF EGR Delete Kit
**Category:** Programmers
**Tags:** 2023-2024 6.7L Powerstroke, DPF DELETE, EGR DELETE

Description   Reviews (0)

## Description

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets,**

roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement

# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

race

info@dieselology.com

## Search results for "race"

HOME / SEARCH RESULTS FOR "RACE"

Home / Search results for "race"

### FILTERS
## SELECT YOUR VEHICLE

Brand

Name    Sort...

APPLY FILTERS

Privacy • Terms









2016-2019 Nissan Titan XD 5.0L Cummins 4in or 5in Race Exhaust

1994-1997 Ford 7.3L Powerstroke 4in or 5in Turbo Back Race Exhaust

1999-2003 Ford 7.3L Powerstroke 4in or 5in Turbo Back Race Exhaust

2003.5-2007 Ford 6.0L Powerstroke 4in or 5in Turbo Back Race Exhaust









2008-2010 Ford 6.4L Powerstroke 4in or 5in Downpipe Back Race Exhaust

1994-2002 5.9L Dodge Ram CUMMINS 4in or 5in Turbo Back Race Exhaust

2003-2004 5.9L Dodge Ram CUMMINS 2500 3500 4in or 5in Turbo Back Race Exhaust

2004.5-2007 5.9L Dodge Ram CUMMINS 2500 3500 4in or 5in Turbo Back Race Exhaust

~~$599.99~~ **$549.99**

~~$599.99~~ **$549.99**

$599.99

$599.99



2007.5-2009 6.7L Dodge Ram
CUMMINS 2500 3500 4in or 5in
Turbo Back Race Exhaust

**$599.99**



2010-2012 6.7L Ram CUMMINS
2500 3500 4in or 5in Turbo Back
Race Exhaust

**$599.99**



2019-2022 6.7L Ram CUMMINS
2500 3500 4in or 5in Flex Flange
Pipe Back Race Exhaust

**$599.99**



2013-2018 6.7L Ram CUMMINS
2500 3500 4in or 5in Turbo Back
Race Exhaust

**$599.99**









2017-2022 Ford 6.7L Powerstroke 4in or 5in Downpipe Back Race Exhaust

**$599.99**

2011-2016 Ford 6.7L Powerstroke 4in or 5in Downpipe Back Race Exhaust

**$599.99**

2011-2015 GM 6.6L LML Duramax 4in or 5in Downpipe Back Race Exhaust (V BAND Flange)

**$630.00**

2015.5-2016 GM 6.6L LML Duramax 4in or 5in Downpipe Back Race Exhaust (3 Bolt Flange)

**$630.00**



2020-2022 GM 6.6L L5P Duramax 4in or 5in Downpipe Back Race Exhaust

**$630.00**



2008-2010 Ford 4″ Aluminized Race Pipe

**$399.99**



2011-2019 Ford 4″ Aluminized Race Pipe

**$399.99**



2007.5-2010 Duramax (Long Bed) 4″ Stainless Steel Race Pipe

**$499.99**









2007.5-2010 Duramax (Short Bed) 4″ Stainless Steel Race Pipe

2011-2015 Duramax (V-Band Style) 4″ Stainless Steel Race Pipe

2015.5-2016 Duramax (3-bolt Style) 4″ Stainless Steel Race Pipe

2017-2019 Duramax (4-bolt Style) 4″ Stainless Steel Race Pipe

**$499.99**               **$499.99**               **$499.99**               **$499.99**















2007.5-2018 Dodge Ram CUMMINS 4″ Stainless Steel Race Pipe

2008-2010 Ford 4″ Stainless Steel Race Pipe

2011-2022 Ford 4″ Stainless Steel Race Pipe

2016-2019 Nissan Titan XD 5.0L Cummins Stainless Steel Race Pipe

**$499.99**               **$499.99**               **$499.99**               **$499.99**

1 2 Next ➜

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement

# DIESELOLOGY

HOME      ABOUT      FAQ      SHOP      CONTACT



race

info@dieselology.com

## Page 2

HOME  /  SEARCH RESULTS FOR "RACE"  /  PAGE 2

Home  /  Search results for "race"  /  Page 2

## FILTERS
## SELECT YOUR VEHICLE

Brand

Name      Sort...

APPLY FILTERS

Privacy • Terms






2007.5-2010 Duramax (Long Bed) 4″ Aluminized Race Pipe

2007.5-2010 Duramax (Short Bed) 4″ Aluminized Race Pipe

2011-2015 Duramax (V-Band Style) 4″ Aluminized Race Pipe

2015.5-2016 Duramax (3-bolt Style) 4″ Aluminized Race Pipe






2007.5-2018 Dodge Ram CUMMINS 4″ Aluminized Race Pipe

$399.99

2017-2019 Duramax (4-bolt Style) 4″ Aluminized Race Pipe

$399.99

2017-2019 GM 6.6L L5P Duramax 4in or 5in Downpipe Back Race Exhaust

$630.00

2015.5-2016 GMC/Chevy 6.6L LML Duramax 3 BOLT P1 Race Parts-CGMAL429 COMPONENT KIT-DEALER

$374.99



2011-2016 Ford 6.7L Powerstroke P1 Race Parts-CFS9458 4″ COMPONENT KIT DEALER

**$450.00**



2017-2019 Ford F250/350/450 6.7L P1 Race Parts CFS9461 4″ Race Pipe-DEALER

**$399.99**



2017-2019 GMC/Chevy 6.6L L5P Duramax P1 Race Parts-CGMAL430 COMPONENT KIT-DEALER

**$474.99**



2011-2015 Chevy/GMC 2500/3500 HD P1 Race Parts CGMS9426 4″ race pipe-DEALER

**$389.99**





2013-2018 Ram Cab And
Chassis Race Pipe CDAL444 4″

**$499.99**



2015.5-2016 Chevy/GMC
2500/3500 HD P1 Race Parts-
CGMS9429 COMPONENT KIT-
DEALER

**$389.99**



2008-2010 Ford 6.4L
Powerstroke P1 Race Parts-
CFS9457 COMPONENT KIT-
DEALER

**$247.49**



2019-2022 Ram Cummins 4″
Race Pipe CDAL447

**$399.99**

P1 Race Parts CDS9439 4″ XP
Series Race Component Kit

**$318.74**

P1 Race Parts CFAL457 4″
Installer Series Race
Component Kit

**$194.99**

2011-2016 PowerStroke P1
Race Parts CFAL458 4″ Race
Pipe

**$399.99**



2017-2022 Ford Race Pipe
CFAL461 4″

**$399.99**



P1 Race Parts CFAL465 3.5″
Installer Series Race
Component Kit

**$399.99**



2013-2018 Ram Race Pipe
CDAL441 4″ Installer Series
Race Component Kit

**$399.99**



2011-2015 GMC/Chevy 6.6L
LML Duramax P1 Race Parts
CGMAL426 DPF DELETE Race
Pipe

**$399.99**



2008-2021 5.9L/6.7L Cummins
GDP MM3 DPF EGR Delete
Race Kit



~~$1,599.99~~ **$1,550.00**

 Prev | 1 | 2

# Dieselology

HOME   ABOUT   FAQ   SHOP   CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



# 2017-2019 Ford F250/350/450 6.7L P1 Race Parts CFS9461 4" Race Pipe-DEALER

HOME / SHOP / EXHAUST / EXHAUST SYSTEMS & KITS / EXHAUST SYSTEMS /
2017-2019 FORD F250/350/450 6.7L P1 RACE PARTS CFS9461 4" RACE PIPE-DEALER

Home / Shop / 2017-2019 Ford F250/350/450 6.7L P1 Race Parts CFS9461 4" Race Pipe-DEALER



Privacy · Terms

✉  info@dieselology.com



$399.99

**This kit is currently backordered, there is a waiting list.**

**Please email us at info@dieselolgy.com for current stock information**

**4" Race Pipe without bungs, 409**

| 1 |
| --- |

🛒 ADD TO CART

UPC: 882963125941
SKU: CFS9461
Category: Exhaust Systems

🅕  🆇  📌  t  in  ᔕ

| Description | Additional information | Reviews (0) |

## Description

Stay at the top on race day in your 2017-2019 Ford F250/350/450 6.7L with the P1 Race Parts CFS9461 4" Race Pipe.





✉  info@dieselology.com

- 4" Stainless Steel
- OE Style Hangers For Easy Installation
- Maximum Flow For Competition Applications

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**



info@dieselology.com

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement

MY ACCOUNT    CHECKOUT    CART

LOGIN

# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT



Search ...

info@dieselology.com

# 2011-2015 Chevy/GMC 2500/3500 HD P1 Race Parts CGMS9426 4" race pipe-DEALER

HOME / SHOP / EXHAUST / EXHAUST SYSTEMS & KITS / EXHAUST SYSTEMS /

2011-2015 CHEVY/GMC 2500/3500 HD P1 RACE PARTS CGMS9426 4" RACE PIPE-DEALER

Home / Shop / 2011-2015 Chevy/GMC 2500/3500 HD P1 Race Parts CGMS9426 4" race pipe-DEALER



## 2011-2015 Chevy/GMC 2500/3500 HD P1 Race Parts CGMS9426 4" race pipe-DEALER

**$389.99**

4" Race Pipe without bungs, 409

| 1 |
|---|

🛒 ADD TO CART

---

UPC: 882963118134

SKU: CGMS9426

Categories: Diesel, Exhaust Components, Exhaust Systems, Race Component

  

| Description | Additional information | Reviews (0) |
|---|---|---|

## Description

## Can Not Ship To California

# P1 Race Parts CGMS9426 4" Race Pipe, without bungs

Stay at the top on race day in your 2011-2015 Chevy/GMC 2500/3500 HD with the P1 Race Parts CGMS9426 4" race pipe. P1 Race Parts Race Pipe is built from Stainless Steel and comes complete with OE style hangers and clamps for an easy installation.

Features:

- No Bungs
- 4" Stainless Steel
- OE Style Hangers For Easy Installation
- Maximum Flow For Competition Applications

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement

# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT



Search ...

info@dieselology.com

## 2017-2022 Ford Race Pipe CFAL461 4"

HOME / SHOP / 2017-2021 6.7L POWERSTROKE / 2017-2022 FORD RACE PIPE CFAL461 4"

Home / Shop / 2017-2022 Ford Race Pipe CFAL461 4"



# 2017-2022 Ford Race Pipe CFAL461 4"

**$399.99**

**This kit is currently backordered, please email us at info@dieselology.com for current stock**

**4" Race Pipe without bungs, AL**

### 3 in stock



| 1 |
|---|

🛒 **ADD TO CART**

---

**UPC:** 882963125545
**SKU:** CFAL461
**Categories:** 2017-2021 6.7L Powerstroke, Race Component Kit
**Tags:** 2017-2019 Ford 6.7L Powerstroke, 2017-2021 6.7L Powerstroke

 

| Description | Additional information | Reviews (0) |
|---|---|---|

## Description

Stay at the top on race day in your 2017-2019 Ford 6.7L Powerstroke with the P1 Race Parts CFAL461 4" Installer Series Race Component Kit. P1 Race Parts Installer Series Race Component Kit is built from Aluminized Steel and comes complete with OE style hangers and clamps for an easy installation.

**Features:**

- No Bungs
- 4" Aluminized Steel
- OE Style Hangers For Easy Installation
- Maximum Flow For Competition Applications

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME ABOUT FAQ SHOP CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement

MY ACCOUNT     CHECKOUT     CART

LOGIN

## DIESELOLOGY

HOME     ABOUT     FAQ     SHOP     CONTACT

Search ...     info@dieselology.com

# 2007.5-2018 Dodge Ram CUMMINS 4" Aluminized Race Pipe

HOME / SHOP / RACEPIPE / 2007.5-2018 DODGE RAM CUMMINS 4" ALUMINIZED RACE PIPE

Home / Shop / 2007.5-2018 Dodge Ram CUMMINS 4" Aluminized Race Pipe



## 2007.5-2018 Dodge Ram CUMMINS 4" Aluminized Race Pipe

$399.99

**Material**

None

1

🛒 ADD TO CART

UPC: N/A
SKU: 28605
Category: RACEPIPE
Tags: 2007.5-2018 6.7L Cummins, Race pipes



| Description | Reviews (0) |
| --- | --- |

## Description

**4" Aluminized Race Pipe**

**Vehicle Fitment:** 2007.5-2018 RAM 2500 & 3500 **Will not fit Cab & Chassis models**

**Muffler/No Muffler**

N/A

**Tip**

N/A

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



# DIESELOLOGY

HOME     ABOUT     FAQ     SHOP     CONTACT

info@dieselology.com

# 2007.5-2010 Duramax (Long Bed) 4" Aluminized Race Pipe

HOME / SHOP / RACEPIPE / 2007.5-2010 DURAMAX (LONG BED) 4" ALUMINIZED RACE PIPE

Home / Shop / 2007.5-2010 Duramax (Long Bed) 4" Aluminized Race Pipe

Privacy • Terms





# 2007.5-2010 Duramax (Long Bed) 4″ Aluminized Race Pipe

$399.99

| 1 |

🛒 ADD TO CART

**UPC:** N/A
**SKU:** 18600
**Category:** RACEPIPE
**Tags:** 2007.5-2010 Duramax (Long Bed) 4" Aluminized Race Pipe, Duramax racepipe, Racepipe

 

| Description | Reviews (0) |

## Description

4" Aluminized Race Pipe

**Vehicle Fitment:** 2007.5, 2008, 2009, 2010 Chevrolet Silverado & GMC Sierra 2500 & 3500HD 6.6L Duramax pickup trucks. **Will not fit Cab & Chassis trucks.**

## Muffler/No Muffler

N/A

## Tip

N/A

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



# DIESELOLOGY

HOME          ABOUT          FAQ          SHOP          CONTACT

info@dieselology.com

# 1994-1997 Ford 7.3L Powerstroke 4in or 5in Turbo Back Race Exhaust

HOME  /  SHOP  /  EXHAUST  /  1994-1997 FORD 7.3L POWERSTROKE 4IN OR 5IN TURBO BACK RACE EXHAUST

Home  /  Shop  /  1994-1997 Ford 7.3L Powerstroke 4in or 5in Turbo Back Race Exhaust





## 1994-1997 Ford 7.3L Powerstroke 4in or 5in Turbo Back Race Exhaust

### $599.99

⭐⭐⭐⭐⭐ (1 customer review)

**Please email us for current inventory stock at info@dieselology.com**

**5" and 4" Stainless SS409 with and without muffler are in stock**

**Free Shipping to the lower 48**

**Aluminized exhaust kits are OUT OF STOCK DO NOT ORDER. We only have stainless**

**Size** *

Select an option...

**Material** *

Select an option...

**Muffler** *

Select an option...

🛒 ADD TO CART

---

UPC: N/A

SKU: 38532

Category: Exhaust

Tags: 1994-1997 7.3L Powerstroke, Exhaust, Exhausts

    

| Description | Additional information | Reviews (1) |
|---|---|---|

## Description

## ***If you are purchasing an exhaust kit and live in Alaska or Hawaii please purchase this shipping here***

4" and 5" Turbo Back -Back DPF & CAT delete exhaust system. Exhaust shown is a 1994-1997 Ford

**Vehicle fitment** – 1994, 1995, 1996, & 1997 Ford 7.3L Powerstroke. Crew cab short bed & crew cab long bed, & Extended cab. **This will not fit the Cab & Chassis commercial style truck.**

**Exhaust Material** –Available in aluminized steel or T-409 stainless steel. Aluminized steel is our most popular but will eventually accumulate surface rust. T-409 stainless steel. Unlike T-304 Stainless its still magnetic. So if your testing to see if you actually got stainless; beware that a magnet will still stick to it. We suggest the stainless upgrade if you regularly operate your truck on salted winter roads. Use drop down menu to make desired selection.

**Installation** – Install takes approx. 1hr with basic hand tools done on the ground of your driveway or garage. Quicker if you have automotive style lift. Cutting may be be required to fit shorter wheelbase bed/cab configurations. Clamps, hangers and hardware are included. You may have to re-use some factory hardware.

**Fuel Mileage –** Expect to see a significant increase in fuel mileage. If your DPF is plugged up your probably averaging about 13-14 mpg. More or less depending on the severity of the restriction. After deleting the DPF/CAT expect to get a combined mileage of 18-19 mpg. Larger tires and poor driving habits will skew mileage downward.

**Tuner Required** – Removal of the DPF, CAT, SCR, and/or DOC involves removing and eliminating emission related sensors. A DPF delete capable tuner is required to prevent any check engine light or diagnostic trouble codes from setting. If you don't already have a DPF delete capable tuner

we recommend the Ez lynk here.

**If you need multiple exhausts add them to cart separately**

*We carry stainless and aluminized, stainless ships faster. If for some reason aluminized is 2 or more weeks out we have stainless in stock and we will email you if you would like to upgrade and receive it faster.*

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



# 1994-2002 5.9L Dodge Ram CUMMINS 4in or 5in Turbo Back Race Exhaust

HOME / SHOP / EXHAUST / 1994-2002 5.9L DODGE RAM CUMMINS 4IN OR 5IN TURBO BACK RACE EXHAUST

Home / Shop / 1994-2002 5.9L Dodge Ram CUMMINS 4in or 5in Turbo Back Race Exhaust





**SALE!**

# 1994-2002 5.9L Dodge Ram CUMMINS 4in or 5in Turbo Back Race Exhaust

~~$599.99~~ $549.99

**Please email us for current inventory stock at info@dieselology.com**

**All Stainless and Aluminized exhaust kits are OUT OF STOCK DO NOT ORDER.**



**Size** *

Select an option...

**Material** *

Select an option...

**Muffler** *

Select an option...


🛒 ADD TO CART

---

**UPC: N/A**
**SKU:** 28518
**Category:** Exhaust
**Tags:** 1994-2002 5.9L Cummins, Exhaust, Exhausts



| Description | Additional information | Reviews (0) |
|---|---|---|

## Description

### ***If you are purchasing an exhaust kit and live in Alaska or Hawaii please purchase this shipping here***

4" and 5" Turbo Back-Back DPF & CAT delete exhaust system.  Exhaust shown is a 1994-2002 Ram.

**Vehicle fitment** – 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, & 2002. Dodge Ram 2500/3500 Cummins 5.9L Diesel. Regular Cab short bed and long bed, Extended Cab Short and Long Bed. **This will not fit the Cab & Chassis commercial style truck.**

**Exhaust Material** – Available in aluminized steel or T-409 stainless steel. Aluminized steel is our most popular but will eventually accumulate surface rust. T-409 stainless steel. Unlike T-304 Stainless its still magnetic. So if your testing to see if you actually got stainless; beware that a magnet will still stick to it. We suggest the stainless upgrade if you regularly operate your truck on salted winter roads. Use drop down menu to make desired selection.

**Installation** – Install takes approx. 1hr with basic hand tools done on the ground of your driveway or garage. Quicker if you have automotive style lift. Cutting may be be required to fit shorter wheelbase bed/cab configurations. Clamps, hangers and hardware are included. You may have to reuse some factory hardware.

**Fuel Mileage –** Expect to see a significant increase in fuel mileage. If your DPF is plugged up your probably averaging about 13-14 mpg. More or less depending on the severity of the restriction. After deleting the DPF/CAT expect to get a combined mileage of 18-19 mpg. Larger tires and poor driving habits will skew mileage downward.

**If you need multiple exhausts add to cart separately**

*We carry stainless and aluminized, stainless ships faster. If for some reason aluminized is 2 or more weeks out we have stainless in stock and we will email you if you would like to upgrade and receive it faster.*

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.****

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

info@dieselology.com

# 1999-2003 Ford 7.3L Powerstroke 4in or 5in Turbo Back Race Exhaust

HOME / SHOP / EXHAUST / 1999-2003 FORD 7.3L POWERSTROKE 4IN OR 5IN TURBO BACK RACE EXHAUST

Home / Shop / 1999-2003 Ford 7.3L Powerstroke 4in or 5in Turbo Back Race Exhaust





**SALE!**

# 1999-2003 Ford 7.3L Powerstroke 4in or 5in Turbo Back Race Exhaust

~~$599.99~~ $549.99

**Please email us for current inventory stock at info@dieselology.com**

**4" and 5" Stainless Steel with and without muffler are in stock**

**Aluminized exhaust kits are OUT OF STOCK DO NOT ORDER. We only have stainless**

**Size** *

Select an option...

**Material** *

Select an option...

**Muffler** *

Select an option...

🛒 ADD TO CART

---

UPC: N/A
SKU: 38534
Category: Exhaust
Tags: Exhaust, Exhausts





Description | Additional information | Reviews (0)

## Description

## ***If you are purchasing an exhaust kit and live in Alaska or Hawaii please purchase this shipping here***

4" and 5" Turbo Back-Back DPF & CAT delete exhaust system.  Exhaust shown is a 1999-2003 Ford

**Vehicle fitment** – 1999, 2000, 2001, 2002, & 2003 Ford 7.3L Powerstroke. Crew cab short bed & crew cab long bed, & Extended cab. **This will not fit the Cab & Chassis commercial style truck.**

**Exhaust Material** –Available in aluminized steel or T-409 stainless steel. Aluminized steel is our most popular but will eventually accumulate surface rust. T-409 stainless steel. Unlike T-304 Stainless its still magnetic. So if your testing to see if you actually got stainless; beware that a magnet will still stick to it. We suggest the stainless upgrade if you regularly operate your truck on salted winter roads. Use drop down menu to make desired selection.

**Installation** – Install takes approx. 1hr with basic hand tools done on the ground of your driveway or garage. Quicker if you have automotive style lift. Cutting may be be required to fit shorter wheelbase bed/cab configurations. Clamps, hangers and hardware are included. You may have to re-use some factory hardware.

**Fuel Mileage –** Expect to see a significant increase in fuel mileage. If your DPF is plugged up your probably averaging about 13-14 mpg. More or less depending on the severity of the restriction. After deleting the DPF/CAT expect to get a combined mileage of 18-19 mpg. Larger tires and poor driving habits will skew mileage downward.

**Tuner Required** – Removal of the DPF, CAT, SCR, and/or DOC involves removing and eliminating emission related sensors. A DPF delete capable tuner is required to prevent any check engine light or diagnostic trouble codes from setting. If you don't already have a DPF delete capable tuner we recommend the Ez lynk here.

**If you need multiple exhausts add them to cart separately**

*We carry stainless and aluminized, stainless ships faster. If for some reason aluminized is 2 or more weeks out we have stainless in stock and we will email you if you would like to upgrade and receive it faster.*

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



MY ACCOUNT    CHECKOUT    CART                                                                 LOGIN

**DIESELOLOGY**          HOME      ABOUT      FAQ      SHOP      CONTACT

Search ...

info@dieselology.com

# 2003-2004 5.9L Dodge Ram CUMMINS 2500 3500 4in or 5in Turbo Back Race Exhaust

HOME  /  SHOP  /  EXHAUST  /  2003-2004 5.9L DODGE RAM CUMMINS 2500 3500 4IN OR 5IN TURBO BACK RACE EXHAUST

Home  /  Shop  /  2003-2004 5.9L Dodge Ram CUMMINS 2500 3500 4in or 5in Turbo Back Race Exhaust

Privacy · Terms





# 2003-2004 5.9L Dodge Ram CUMMINS 2500 3500 4in or 5in Turbo Back Race Exhaust

## $599.99

**Please email us for current inventory stock at info@dieselology.com**

**5" and 4" Stainless SS409 with and without muffler are in stock**

**Free Shipping to the lower 48**

**Aluminized exhaust kits are OUT OF STOCK DO NOT ORDER. We only have stainless**

**Size \***

Select an option...

**Material \***

Select an option...

**Muffler \***

Select an option...

🛒 ADD TO CART

---

**UPC:** N/A
**SKU:** 28520
**Category:** Exhaust
**Tags:** 2003-2004 5.9L Cummins, Exhaust, Exhausts

    

| Description | Additional information | Reviews (0) |
| --- | --- | --- |

## Description

## ***If you are purchasing an exhaust kit and live in Alaska or Hawaii please purchase this shipping here***

4" and 5" Turbo Back -Back DPF & CAT delete exhaust system. Exhaust shown is a 2003-2004 Ram.

**Vehicle fitment** – 2003 & 2004 Dodge Ram 2500/3500 Cummins 5.9L Diesel. Fits Regular Cab short and long bed along with crew cab short and long bed. **This will not fit the Cab & Chassis commercial style truck.**

**Exhaust Material** – Available in aluminized steel or T-409 stainless steel. Aluminized steel is our most popular but will eventually accumulate surface rust. T-409 stainless steel. Unlike T-304 Stainless its still magnetic. So if your testing to see if you actually got stainless; beware that a magnet will still stick to it. We suggest the stainless upgrade if you regularly operate your truck on salted winter roads. Use drop down menu to make desired selection.

**Installation** – Install takes approx. 1hr with basic hand tools done on the ground of your driveway or garage. Quicker if you have automotive style lift. Cutting may be be required to fit shorter wheelbase bed/cab configurations. Clamps, hangers and hardware are included. You may have to re-use some factory hardware.

**Fuel Mileage –** Expect to see a significant increase in fuel mileage. If your DPF is plugged up your probably averaging about 13-14 mpg. More or less depending on the severity of the restriction. After deleting the DPF/CAT expect to get a combined mileage of 18-19 mpg. Larger tires and poor driving habits will skew mileage downward.

**Tuner Required** – Removal of the DPF, CAT, SCR, and/or DOC involves removing and eliminating emission related sensors. A DPF delete capable tuner is required to prevent any check engine light or diagnostic trouble codes from setting. If you don't already have a DPF delete capable tuner we recommend the Ez lynk here.

**If you need multiple exhausts add to cart separately**

*We carry stainless and aluminized, stainless ships faster. If for some reason aluminized is 2 or more weeks out we have stainless in stock and we will email you if you would like to upgrade and receive it faster.*

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

Search ...

info@dieselology.com

# 2008-2010 Ford 6.4L Powerstroke 4in or 5in Downpipe Back Race Exhaust

HOME / SHOP / EXHAUST / 2008-2010 FORD 6.4L POWERSTROKE 4IN OR 5IN DOWNPIPE BACK RACE EXHAUST

Home / Shop / 2008-2010 Ford 6.4L Powerstroke 4in or 5in Downpipe Back Race Exhaust

Privacy · Terms





**SALE!**

# 2008-2010 Ford 6.4L Powerstroke 4in or 5in Downpipe Back Race Exhaust

~~$599.99~~ $549.99

**Please email us for current inventory stock at info@dieselology.com**

**All 2008-2010 Exhaust kits are OUT OF STOCK DO NOT ORDER**

**Size** *

Select an option... ▾

**Material** *

Select an option... ▾

**Muffler** *

Select an option... ▾

🛒 ADD TO CART

---

UPC: N/A
SKU: 38538
Category: Exhaust
Tags: Exhaust, Exhausts



| Description | Additional information | Reviews (0) |

## Description

## ***If you are purchasing an exhaust kit and live in Alaska or Hawaii please purchase this shipping here***

4" and 5" Down Pipe -Back DPF & CAT delete exhaust system. Exhaust shown is a 2008-2010 Ford.

**Vehicle fitment** – 2008, 2009 & 2010 Ford Powerstroke 6.4 Diesel. F-series SuperDuty pickup truck. F-250, F-350 & F-450 Crew cab short bed & crew cab long bed. **This will not fit the Cab & Chassis commercial style truck.**

**Exhaust Material** – Available in aluminized steel or T-409 stainless steel. Aluminized steel is our most popular but will eventually accumulate surface rust. T-409 stainless steel. Unlike T-304 Stainless its still magnetic. So if your testing to see if you actually got stainless; beware that a magnet will still stick to it. We suggest the stainless upgrade if you regularly operate your truck on salted winter roads. Use drop down menu to make desired selection.

**Installation** – Install takes approx. 1hr with basic hand tools done on the ground of your driveway or garage. Quicker if you have automotive style lift. Cutting may be be required to fit shorter wheelbase bed/cab configurations. Clamps, hangers and hardware are included. You may have to re-use some factory hardware.

**Fuel Mileage –** Expect to see a significant increase in fuel mileage. If your DPF is plugged up your probably averaging about 13-14 mpg. More or less depending on the severity of the restriction. After deleting the DPF/CAT expect to get a combined mileage of 18-19 mpg. Larger tires and poor driving habits will skew mileage downward.

**Tuner Required** – Removal of the DPF, CAT, SCR, and/or DOC involves removing and eliminating emission related sensors. A DPF delete capable tuner is required to prevent any check engine light or diagnostic trouble codes from setting. If you don't already have a DPF delete capable tuner we recommend the Ez lynk here.

**If you need multiple exhausts add them to cart separately**

\*We carry stainless and aluminized, stainless ships faster. If for some reason aluminized is 2 or more weeks out we have stainless in stock and we will email you if you would like to upgrade and receive it faster.\*

\*\*If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.\*\*

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



info@dieselology.com

# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

# 2008-2010 Ford 4" Aluminized Race Pipe

HOME / SHOP / RACEPIPE / 2008-2010 FORD 4" ALUMINIZED RACE PIPE

Home / Shop / 2008-2010 Ford 4" Aluminized Race Pipe

Privacy • Terms

✉  info@dieselology.com

$395.95



| 1 |
|---|

🛒 ADD TO CART

**UPC:** N/A
**SKU:** 38606
**Category:** RACEPIPE
**Tags:** 2008-2010 Ford 4" Aluminized Race Pipe, Aluminized race pipe, Race pipes



| Description | Reviews (0) |
|---|---|

## Description

**4" Aluminized Race Pipe**

**Vehicle Fitment:** 2008-2010 Ford F-250, F-350, F-450, F-550 Superduty pickup trucks. **Will fit Cab & Chassis trucks.**

**Muffler/No Muffler**

N/A

**Tip**

N/A

\*\*If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.\*\*

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-orga-**



✉ info@dieselology.com

**(including California) and local environmental laws.**

# Dieselology

HOME   ABOUT   FAQ   SHOP   CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement

MY ACCOUNT     CHECKOUT     CART                                                                    LOGIN

# DIESELOGY

HOME     ABOUT     FAQ     SHOP     CONTACT

Search ...

info@dieselology.com

## 2008-2010 Ford 4" Stainless Steel Race Pipe

HOME / SHOP / RACEPIPE / 2008-2010 FORD 4" STAINLESS STEEL RACE PIPE

Home / Shop / 2008-2010 Ford 4" Stainless Steel Race Pipe



### 2008-2010 Ford 4" Stainless Steel Race Pipe

**$499.99**

| 1 |
|---|

🛒 ADD TO CART

UPC: N/A
SKU: 39606
Category: RACEPIPE
Tags: 2008-2010 Ford 4" Stainless Steel Race Pipe, Race pipes, Stainless steel race pipe

 

| Description | Reviews (0) |
| --- | --- |

## Description

**Stainless Steel 4" Race Pipe**

**Vehicle Fitment:** 2008-2010 Ford F-250, F-350, F-450, F-550 Superduty pickup trucks. **This Will fit Cab & Chassis trucks.**

**Muffler/No Muffler**

N/A

**Tip**

N/A

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-orga-**

nized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



MY ACCOUNT    CHECKOUT    CART

LOGIN

# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

Search ...

info@dieselology.com

# 2008-2021 5.9L/6.7L Cummins GDP MM3 DPF EGR Delete Race Kit

HOME / SHOP / PROGRAMMERS / MM3 / 2008-2021 5.9L/6.7L CUMMINS GDP MM3 DPF EGR DELETE RACE KIT

Home / Shop / 2008-2021 5.9L/6.7L Cummins GDP MM3 DPF EGR Delete Race Kit

Privacy • Terms







**SALE!**

# 2008-2021 5.9L/6.7L Cummins GDP MM3 DPF EGR Delete Race Kit

~~$1,599.99~~ $1,550.00

★★★★★ (1 customer review)

Please enter the year make and model of truck:

[                                                              ]

**EXHAUST** *

*Please Choose Exhaust Setup*

☐ Race Pipe (Pick Up Only) (+$325.00)
☐ 4" Turbo Back Exhaust (Pick Up Only) (+$549.99)
☐ 5" Turbo Back Exhaust (Pick Up Only) (+$699.99)
☐ CDAL444 Cab And Chassis Exhaust 4" (+$499.99)
☐ No Exhaust I'm Good

**Exhaust Options** *

*Please Select Exhaust Upgrades*

☐ Stainless 409 (Not Available on C&C Kits) (+$175.00)
☐ Add Muffler (Only Available On Full Pick Up Kits) (+$85.00)
☐ Nothing

**EGR** *

*Please Select EGR Upgrade*

☐ GDP630001 07.5-09 CUMMINS PICK UP (+$325.00)
☐ GDP630003 10-21 CUMMINS PICK UP (+$325.00)
☐ GDP620005 13-18 CUMMINS CAB AND CHASSIS ONLY (+$325.00)
☐ NO EGR IM GOOD

[                            1                            ]



**UPC:** 681565321535

**SKU:** 2008-2021 Ram Cummins MM3 RACE ME Delete Race Kit

**Categories:** MM3, Programmers

**Tags:** 2003-2004 5.9L Cummins, 2004.5-2007 5.9L CUMMINS, 2007.5-2018 6.7L Cummins, 2019-2021 6.7L Cummins

---

| Description | Product Specifications | Reviews (1) |

## Description

**Free Ground Shipping**

(MM3) MM3 TOUCH DISPLAY AND MM3CONTROLLER, WITH SUPPORT PACK

Eliminate/delete the following components (if equipped) without setting any diagnostic trouble codes or check engine light:

- **Diesel Particulate Filter (DPF)**
- **Catalytic Converter (CAT)**
- **Diesel Oxidation Catalyst (DOC)**
- **Selective Catalytic Reduction (SCR)**
- **Diesel Exhaust Fluid (DEF)**

- **Exhaust Gas Recirculation (EGR)**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**



# DIESELOLOGY

HOME     ABOUT     FAQ     SHOP     CONTACT

Search ...

info@dieselology.com

# 2010-2012 6.7L Ram CUMMINS 2500 3500 4in or 5in Turbo Back Race Exhaust

HOME / SHOP / EXHAUST / 2010-2012 6.7L RAM CUMMINS 2500 3500 4IN OR 5IN TURBO BACK RACE EXHAUST

Home / Shop / 2010-2012 6.7L Ram CUMMINS 2500 3500 4in or 5in Turbo Back Race Exhaust





# 2010-2012 6.7L Ram CUMMINS 2500 3500 4in or 5in Turbo Back Race Exhaust

**$599.99**

**Please email us for current inventory stock at info@dieselology.com**

**5" and 4" Stainless SS409 with and without muffler are in stock**

**Free Shipping to the lower 48**

**Aluminized exhaust kits are OUT OF STOCK DO NOT ORDER. We only have stainless**

**Size** *

Select an option...

**Material** *

Select an option...

**Muffler** *

Select an option...

🛒 ADD TO CART

---

UPC: N/A
SKU: 28530
Category: Exhaust
Tags: 2007.5-2018 6.7L Cummins, 2010-2012 6.7L Cummins, Exhaust, Exhausts

👍  🐦  📌  ⓣ  in  ⓢ



| Description | Additional information | Reviews (0) |
|---|---|---|

## Description

**\*\*\*If you are purchasing an exhaust kit and live in Alaska or Hawaii please purchase this shipping here\*\*\***

4" and 5" Turbo Back -Back DPF & CAT delete exhaust system. Exhaust shown is a 2010-2012 Ram.

**Vehicle fitment** −2010, 2011, & 2012 Dodge Ram 2500/3500 Cummins 6.7L  Diesel. Regular cab short and long bed, Crew cab short and long bed & mega cab.  **This will not fit the Cab & Chassis commercial style truck.  5" will not fit trucks with air-ride suspension, clearance is tight.**

**Exhaust Material** −Available in aluminized steel or T-409 stainless steel. Aluminized steel is our most popular but will eventually accumulate surface rust. T-409 stainless steel. Unlike T-304 Stainless its still magnetic. So if your testing to see if you actually got stainless; beware that a magnet will still stick to it. We suggest the stainless upgrade if you regularly operate your truck on salted winter roads. Use drop down menu to make desired selection.

**Installation** − Install takes approx. 1hr with basic hand tools done on the ground of your driveway or garage. Quicker if you have automotive style lift. Cutting may be be required to fit shorter wheelbase bed/cab configurations. Clamps, hangers and hardware are included. You may have to re-use some factory hardware.

**Fuel Mileage −** Expect to see a significant increase in fuel mileage. If your DPF is plugged up your probably averaging about 13-14 mpg. More or less depending on the severity of the restriction. After deleting the DPF/CAT expect to get a combined mileage of 18-19 mpg. Larger tires and poor driving habits will skew mileage downward.

**Tuner Required** − Removal of the DPF, CAT, SCR, and/or DOC involves removing and eliminating emission related sensors. A DPF delete capable tuner is required to prevent any check engine light or diagnostic trouble codes from setting. If you don't already have a DPF delete capable tuner we recommend the Ez lynk here.

**If you need multiple exhausts add to cart separately**

*We carry stainless and aluminized, stainless ships faster. If for some reason aluminized is 2 or more weeks out we have stainless in stock and we will email you if you would like to upgrade and receive it faster.*

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



**DIESELOGY**

HOME    ABOUT    FAQ    SHOP    CONTACT

info@dieselology.com

# 2011-2016 Ford 6.7L Powerstroke 4in or 5in Downpipe Back Race Exhaust

HOME / SHOP / EXHAUST / 2011-2016 FORD 6.7L POWERSTROKE 4IN OR 5IN DOWNPIPE BACK RACE EXHAUST

Home / Shop / 2011-2016 Ford 6.7L Powerstroke 4in or 5in Downpipe Back Race Exhaust



Privacy - Terms



info@dieselology.com

**$599.99**

**Please email us for current inventory stock at info@dieselology.com**

**5" and 4" Stainless SS409 with and without muffler are in stock**

**Free Shipping to the lower 48**

**Aluminized exhaust kits are OUT OF STOCK DO NOT ORDER. We only have stainless**



**Size** *

Select an option...

**Material** *

Select an option...

**Muffler** *

Select an option...

🛒 ADD TO CART

UPC: N/A

SKU: 38541

Category: Exhaust

Tags: 2011-2016 6.7L Powerstroke, 2018-2019 6.7L Powerstroke, Exhaust, Exhausts





info@dieselology.com

## Description

### ***If you are purchasing an exhaust kit and live in Alaska or Hawaii please purchase this shipping here***

4" and 5" Down Pipe-Back DPF & CAT delete exhaust system. Exhaust shown is a 2011-2016 Ford.

**Vehicle fitment** – 2011, 2012, 2013, 2014, 2015, & 2016 Ford Powerstroke 6.7L Diesel. F-series SuperDuty pickup truck. Regular cab short and long bed along with Crew cab short  & crew cab long bed. **This will not fit the Cab & Chassis commercial style truck without modification.**

**Exhaust Material** – Available in aluminized steel or T-409 stainless steel. Aluminized steel is our most popular but will eventually accumulate surface rust. T-409 stainless steel. Unlike T-304 Stainless its still magnetic. So if your testing to see if you actually got stainless; beware that a magnet will still stick to it. We suggest the stainless upgrade if you regularly operate your truck on salted winter roads. Use drop down menu to make desired selection.

**Installation** – Install takes approx. 1hr with basic hand tools done on the ground of your driveway or garage. Quicker if you have automotive style lift. Cutting may be be required to fit shorter wheelbase bed/cab configurations. Clamps, hangers and hardware are included. You may have to re-use some factory hardware.

**Fuel Mileage –** Expect to see a significant increase in fuel mileage. If your DPF is plugged up your probably averaging about 13-14 mpg. More or less depending on the severity of the restriction. After deleting the DPF/CAT expect to get a combined mileage of 18-19 mpg. Larger tires and poor driving habits will skew mileage downward.

**Tuner Required** – Removal of the DPF, CAT, SCR, and/or DOC involves removing and eliminating emission related sensors. A DPF delete capable tuner is required to prevent any check engine light or diagnostic trouble codes from setting. If you don't already have a DPF delete capable tuner we recommend the Ez lynk here.

we will email you if you would like to upgrade and receive it faster.*

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT



info@dieselology.com

# 2011-2015 GM 6.6L LML Duramax 4in or 5in Downpipe Back Race Exhaust (V BAND Flange)

HOME / SHOP / EXHAUST / 2011-2015 GM LML DURAMAX 4IN OR 5IN DOWNPIPE BACK RACE EXHAUST (V BAND FLANGE)

Home / Shop / 2011-2015 GM 6.6L LML Duramax 4in or 5in Downpipe Back Race Exhaust (V BAND Flange)





# 2011-2015 GM 6.6L LML Duramax 4in or 5in Downpipe Back Race Exhaust (V BAND Flange)

**$630.00**

★★★★★ (1 customer review)

**Please email us for current inventory stock at info@dieselology.com**

**5" and 4" Stainless SS409 with and without muffler are in stock**

**Free Shipping to the lower 48**

**Aluminized exhaust kits are OUT OF STOCK DO NOT ORDER. We only have stainless**

**Size** *

Select an option...

**Material** *

Select an option...

**Muffler** *

Select an option...

🛒 ADD TO CART

---

UPC: N/A

SKU: 18510

Category: Exhaust

Tags: 2011-2015 GM 6.6L LML Duramax 4in or 5in Downpipe Back Race Exhaust (V BAND Flange), 2011-2016 6.6L LML Duramax, Exhaust, Exhausts

    

| Description | Additional information | Reviews (1) |
| --- | --- | --- |

## Description

### ***If you are purchasing an exhaust kit and live in Alaska or Hawaii please purchase this shipping here***

4" and 5" Downpipe-Back DPF & CAT delete exhaust system.

**Vehicle fitment** – 2011, 2012, 2013, 2014 & 2015 Chevy / GMC Duramax Diesel LML. Silverado and Sierra pickup trucks. Fits extended cab, crew cab & regular cab trucks. **This will not fit the 3500/4500/5500 Cab & Chassis commercial style truck.**

**2015 or 2015.5?** – 2015 is a split year. The 2011-2015 downpipe is secured to the turbo-direct pipe using a V-band style clamp. The 2015.5-2016 uses a 3 bolt flange style connection. **>>>Be sure to visually verify the clamp style your truck is equipped with.<<<**

**Exhaust Material** – Available in aluminized steel or T-409 stainless steel. Aluminized steel is our most popular but will eventually accumulate surface rust. T-409 stainless steel. Unlike T-304 Stainless its still magnetic. So if your testing to see if you actually got stainless; beware that a magnet will still stick to it. We suggest the stainless upgrade if you regularly operate your truck on salted winter roads. Use drop down menu to make desired selection.

**Installation** – Install takes approx. 1hr with basic hand tools done on the ground of your driveway or garage. Quicker if you have automotive style lift. Cutting may be be required to fit shorter wheelbase bed/cab configurations. Clamps, hangers and hardware are included. You may have to re-use some factory hardware.

**Fuel Mileage –** Expect to see a significant increase in fuel mileage. If your DPF is plugged up your probably averaging about 13-14 mpg. More or less depending on the severity of the restriction. After deleting the DPF/CAT expect to get a combined mileage of 18-19 mpg. Larger tires and poor driving habits will skew mileage downward.

**Tuner Required** – Removal of the DPF, CAT, SCR, and/or DOC involves removing and eliminating emission related sensors. A DPF delete capable tuner is required to prevent any check engine light or diagnostic trouble codes from setting. If you don't already have a DPF delete capable tuner we recommend the Ez Lynk Here

**If you need multiple exhausts add to cart separately**

*We carry stainless and aluminized, stainless ships faster. If for some reason aluminized is 2 or more weeks out we have stainless in stock and we will email you if you would like to upgrade and receive it faster.*

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



# 2011-2019 Ford 4" Aluminized Race Pipe

HOME / SHOP / RACEPIPE / 2011-2019 FORD 4" ALUMINIZED RACE PIPE

Home / Shop / 2011-2019 Ford 4" Aluminized Race Pipe

info@dieselology.com



$399.99

ADD TO CART

UPC: N/A
SKU: 38607
Category: RACEPIPE
Tags: 2011-2019 Ford 4" Aluminized Race Pipe, Aluminized race pipe, Race pipes

      



**Description** | Reviews (0)

## Description

**4" Aluminized Race Pipe**

**Vehicle Fitment: 2011-2019 Ford F-250, F-350, F-450 Super Duty pickup trucks. Will not fit Cab & Chassis models**

**Muffler & No Muffler**

N/A

**Tip**

N/A

\*\*If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.\*\*

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capa-**



# Dieselology

HOME      ABOUT      FAQ      SHOP      CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



Search ...

info@dieselology.com

**DIESELOLOGY**

HOME    ABOUT    FAQ    SHOP    CONTACT

# 2011-2015 Duramax (V-Band Style) 4" Stainless Steel Race Pipe

HOME / SHOP / RACEPIPE / 2011-2015 DURAMAX (V-BAND STYLE) 4" STAINLESS STEEL RACE PIPE

Home / Shop / 2011-2015 Duramax (V-Band Style) 4" Stainless Steel Race Pipe

Privacy • Terms



$499.99

|   |
| 1 |

🛒 ADD TO CART

---

**UPC:** N/A
**SKU:** 19602
**Category:** RACEPIPE
**Tags:** 2011-2015 Duramax (V-Band Style) 4" Stainless Steel Race Pipe, Duramax racepipe, Stainless steel race pipe

info@dieselology.com

| Description | Reviews (0) |

## Description

4" Stainless Steel Racepipe

Muffler/No Muffler

N/A

# Tip

N/A

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

☰

✉ info@dieselology.com

HOME ABOUT FAQ SHOP CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



MY ACCOUNT     CHECKOUT     CART                                                                                                    LOGIN

# DIESELOLOGY

HOME     ABOUT     FAQ     SHOP     CONTACT

Search ...                                                                                                    info@dieselology.com

# 2013-2018 6.7L Ram CUMMINS 2500 3500 4in or 5in Turbo Back Race Exhaust

HOME / SHOP / EXHAUST / 2013-2018 6.7L RAM CUMMINS 2500 3500 4IN OR 5IN TURBO BACK RACE EXHAUST

Home  /  Shop  /  2013-2018 6.7L Ram CUMMINS 2500 3500 4in or 5in Turbo Back Race Exhaust

Privacy • Terms



# 2013-2018 6.7L Ram CUMMINS 2500 3500 4in or 5in Turbo Back Race Exhaust

## $599.99

**Please email us for current inventory stock at info@dieselology.com**

**5" and 4" Stainless SS409 with and without muffler are in stock**

**Free Shipping to the lower 48**

**Aluminized exhaust kits are OUT OF STOCK DO NOT ORDER. We only have stainless**

**Size ***

Select an option...

**Material ***

Select an option...

**Muffler ***

Select an option...

🛒 ADD TO CART

---

**UPC:** N/A
**SKU:** 28532
**Category:** Exhaust
**Tags:** 2007.5-2018 6.7L Cummins, 2013-2018 6.7L Cummins, Exhaust, Exhausts



Description | Additional information | Reviews (0)

## Description

### ***If you are purchasing an exhaust kit and live in Alaska or Hawaii please purchase this shipping here***

4" and 5" Turbo Back -Back DPF & CAT delete exhaust system. Exhaust shown is a 2013-2018 Ram.

**Vehicle fitment** – 2013, 2014, 2015, 2016, 2017, & 2018 Dodge Ram 2500/3500 Cummins 6.7 Diesel. Regular cab short and long bed, Crew cab short and long bed & mega cab. **This will not fit the Cab & Chassis commercial style truck. 5" Will not fit trucks with air-ride suspension, clearance is tight.**

**Exhaust Material** – Available in aluminized steel or T-409 stainless steel. Aluminized steel is our most popular but will eventually accumulate surface rust. T-409 stainless steel. Unlike T-304 Stainless its still magnetic. So if your testing to see if you actually got stainless; beware that a magnet will still stick to it. We suggest the stainless upgrade if you regularly operate your truck on salted winter roads. Use drop down menu to make desired selection.

**Installation** – Install takes approx. 1hr with basic hand tools done on the ground of your driveway or garage. Quicker if you have automotive style lift. Cutting may be be required to fit shorter wheelbase bed/cab configurations. Clamps, hangers and hardware are included. You may have to re-use some factory hardware.

**Fuel Mileage –** Expect to see a significant increase in fuel mileage. If your DPF is plugged up your probably averaging about 13-14 mpg. More or less depending on the severity of the restriction. After deleting the DPF/CAT expect to get a combined mileage of 18-19 mpg. Larger tires and poor driving habits will skew mileage downward.

**Tuner Required** – Removal of the DPF, CAT, SCR, and/or DOC involves removing and eliminating emission related sensors. A DPF delete capable tuner is required to prevent any check engine light or diagnostic trouble codes from setting. If you don't already have a DPF delete capable tuner

we recommend the Ez lynk here.

**If you need multiple exhausts add to cart separately**

*We carry stainless and aluminized, stainless ships faster. If for some reason aluminized is 2 or more weeks out we have stainless in stock and we will email you if you would like to upgrade and receive it faster.*

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



MY ACCOUNT    CHECKOUT    CART                                                                                          LOGIN

# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

Search ...

info@dieselology.com

## 2013-2018 Ram Cab And Chassis Race Pipe CDAL444 4"

HOME / SHOP / RACE COMPONENT KIT / 2013-2018 RAM CAB AND CHASSIS RACE PIPE CDAL444 4"

Home / Shop / 2013-2018 Ram Cab And Chassis Race Pipe CDAL444 4"

Privacy • Terms





# 2013-2018 Ram Cab And Chassis Race Pipe CDAL444 4"

$499.99



4" Race Pipe without bungs, AL

**Out of stock**

UPC: 882963127334
SKU: CDAL444
Category: Race Component Kit
Tags: 2007.5-2018 6.7L Cummins, 2013-2018 Dodge Ram2500/3500/4500/5500 Cab & Chassis 6.7L

   

| Description | Additional information | Reviews (0) |
| --- | --- | --- |

# Description

Stay at the top on race day in your 2013-2018 Dodge Ram2500/3500/4500/5500 Cab & Chassis 6.7L with the P1 Race Parts CDAL444 4" Installer Series Race Component Kit. P1 Race Parts Installer Series Race Component Kit is built from aluminized steel and comes complete with OE style hangers and clamps for an easy installation.

**Features:**

- No Bungs
- 4" Aluminized Steel
- OE Style Hangers For Easy Installation
- Maximum Flow For Competition Applications

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement

**DIESELOLOGY**

HOME      ABOUT      FAQ      SHOP      CONTACT

Search ...

info@dieselology.com

# 2013-2018 Ram Race Pipe CDAL441 4" Installer Series Race Component Kit

HOME / SHOP / RACE COMPONENT KIT / 2013-2018 RAM RACE PIPE CDAL441 4" INSTALLER SERIES RACE COMPONENT KIT

Home / Shop / 2013-2018 Ram Race Pipe CDAL441 4" Installer Series Race Component Kit

Privacy • Terms



# 2013-2018 Ram Race Pipe CDAL441 4" Installer Series Race Component Kit

$399.99

4" Race Pipe, without bungs, AL

7 in stock

| 1 |
|---|

🛒 ADD TO CART

**UPC:** 882963123152
**SKU:** CDAL441
**Category:** Race Component Kit
**Tag:** 2013-2018 Dodge Ram2500/3500 6.7L

  

| Description | Additional information | Reviews (0) |
|---|---|---|

## Description

Stay at the top on race day in your 2013-2018 Dodge Ram2500/3500 6.7L with the P1 Race Parts CDAL441 4" Installer Series Race Component Kit. P1 Race Parts Installer Series Race Component Kit is built from Aluminized Steel and comes complete with OE style hangers and clamps for

an easy installation.

**Features:**

- No Bungs
- 4" Aluminized Steel
- OE Style Hangers For Easy Installation
- Maximum Flow For Competition Applications

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME        ABOUT        FAQ        SHOP        CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement

# DIESELOLOGY

HOME        ABOUT        FAQ        SHOP        CONTACT



Search ...                                                                        info@dieselology.com

# 2016-2019 Nissan Titan XD 5.0L Cummins 4in or 5in Race Exhaust

HOME / SHOP / EXHAUST / 2016-2019 NISSAN TITAN XD 5.0L CUMMINS 4IN OR 5IN RACE EXHAUST

Home / Shop / 2016-2019 Nissan Titan XD 5.0L Cummins 4in or 5in Race Exhaust



**SALE!**



# 2016-2019 Nissan Titan XD 5.0L Cummins 4in or 5in Race Exhaust

~~$599.99~~ $549.99

**Please email us for current inventory stock at info@dieselology.com**

**4" and 5" Stainless Steel Exhaust Kits are in stock**

**4" Aluminized with Muffler are LIMITED STOCK**

**4" Aluminized No Muffler are in stock**

**5" Aluminized Muffler are LIMITED STOCK**

**5" Aluminized No Muffler are <u>OUT OF STOCK</u>**

**Size** *

Select an option...

**Material** *

Select an option...

**Muffler** *

Select an option...

🛒 ADD TO CART

---

UPC: N/A

SKU: 58502

Category: Exhaust

**Tags:** 2016-2019 Nissan Titan XD 5.0L Cummins, Exhaust, Exhausts



| Description | Additional information | Reviews (0) |
| --- | --- | --- |

## Description

## ***If you are purchasing an exhaust kit and live in Alaska or Hawaii please purchase this shipping here***

4" and 5" Exhaust DPF & CAT Delete Exhaust System

**Vehicle Fitment** – 2016, 2017, 2018 & 2019 Nissan Titan XD Cummins 5.0L Diesel

**Exhaust Material** – Aluminized Steel or T409 Stainless Steel

**Installation** – Install takes approx. 1hr with basic hand tools done on the ground of your driveway or garage. Quicker if you have automotive style lift. Cutting may be be required to fit shorter wheelbase bed/cab configurations. Clamps, hangers and hardware are included. You may have to re-use some factory hardware.

**Fuel Mileage –** Expect to see a significant increase in fuel mileage. If your DPF is plugged up your probably averaging about 13-14 mpg. More or less depending on the severity of the restriction. After deleting the DPF/CAT expect to get a combined mileage of 18-19 mpg. Larger tires and poor driving habits will skew mileage downward.

**Tuner Required** – Removal of the DPF, CAT, SCR, and/or DOC involves removing and eliminating emission related sensors. A DPF delete capable tuner is required to prevent any check engine light or diagnostic trouble codes from setting. If you don't already have a DPF delete capable tuner we recommend the Ez Lynk

**If you need multiple exhausts add to cart separately**

*We carry stainless and aluminized, stainless ships faster. If for some reason aluminized is 2 or more weeks out we have stainless in stock and we will email you if you would like to upgrade and receive it faster.*

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed-course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME   ABOUT   FAQ   SHOP   CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

# 2016-2019 Nissan Titan XD 5.0L Cummins Stainless Steel Race Pipe

HOME / SHOP / RACEPIPE / 2016-2019 NISSAN TITAN XD 5.0L CUMMINS STAINLESS STEEL RACE PIPE

Home / Shop / 2016-2019 Nissan Titan XD 5.0L Cummins Stainless Steel Race Pipe

Privacy - Terms



✉ info@dieselology.com

$499.99

| 1 |
| :---: |

🛒 ADD TO CART

UPC: N/A
SKU: 59401
Category: RACEPIPE
Tag: 2016-2019 Nissan Titan XD 5.0L Cummins Stainless Steel Race Pipe

---

| Description | Reviews (0) |

## Description

4" Stainless Steel Race Pipe

**Vehicle Fitment:** 2016-2019 Nissan Titan XD 5.0L Cummins.

## Muffler/No Muffler



N/A

\*\*If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.\*\*

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

---

# Dieselology



DIESELOLOGY

HOME     ABOUT     FAQ     SHOP     CONTACT

info@dieselology.com

# 2016-2019 Nissan Titan XD Delete Pipe 5.0L Cummins P1 Race Parts CNAL401

HOME / SHOP / EXHAUST / EXHAUST SYSTEMS & KITS / EXHAUST SYSTEMS /

2016-2019 NISSAN TITAN XD DELETE PIPE 5.0L CUMMINS P1 RACE PARTS CNAL401

Home / Shop / 2016-2019 Nissan Titan XD Delete Pipe 5.0L Cummins P1 Race Parts CNAL401



Privacy · Terms



info@dieselology.com

$399.99

4" Race Pipe without bungs, AL

**10 in stock**

| 1 |

🛒 ADD TO CART

UPC: 882963126764
SKU: CNAL401
Category: Exhaust Systems
Tag: 2016-2019 Nissan Titan XD 5.0L Cummins

| Description | Additional information | Reviews (0) |

### Description

## P1 Race Parts CNAL401 4" Installer Series Race Component Kit



an easy installation.

Features:

- No Bungs
- 4" Aluminized Steel
- OE Style Hangers For Easy Installation
- Maximum Flow For Competition Applications

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology



info@dieselology.com



# 2017-2022 Ford 6.7L Powerstroke 4in or 5in Downpipe Back Race Exhaust

HOME / SHOP / EXHAUST / 2017-2022 FORD 6.7L POWERSTROKE 4IN OR 5IN DOWNPIPE BACK RACE EXHAUST

Home / Shop / 2017-2022 Ford 6.7L Powerstroke 4in or 5in Downpipe Back Race Exhaust





## 2017-2022 Ford 6.7L Powerstroke 4in or 5in Downpipe Back Race Exhaust

**$599.99**

**Please email us for current inventory stock at info@dieselology.com**

**5" and 4" Stainless SS409 with and without muffler are in stock**

**Free Shipping to the lower 48**

**Aluminized exhaust kits are OUT OF STOCK DO NOT ORDER. We only have stainless**

**Size** *

Select an option...

**Material** *

Select an option...

**Muffler** *

Select an option...

🛒 ADD TO CART

---

UPC: N/A

SKU: 38544

Category: Exhaust

Tags: 2011-2019 6.7L Powerstroke, 2017-2019 6.7L Powerstroke, 2017-2021 6.7L Powerstroke, Exhaust, Exhausts

    

| Description | Additional information | Reviews (0) |
| --- | --- | --- |

## Description

## ***If you are purchasing an exhaust kit and live in Alaska or Hawaii please purchase this shipping here***

4" and 5" **Down Pipe** -Back DPF & CAT delete exhaust system. Exhaust shown is a 2017-2021 Ford.

**Vehicle fitment** – 2017, 2018, 2019, 2020, & 2021 Ford Powerstroke 6.7 Diesel. F-series F-250 & F-350 SuperDuty pickup truck. Regular can short and long bed along with Crew cab short & long bed. **Will not fit cab & chassis trucks without modification.**

**Exhaust Material** – Available in aluminized steel or T-409 stainless steel. Aluminized steel is our most popular but will eventually accumulate surface rust. T-409 stainless steel. Unlike T-304 Stainless its still magnetic. So if your testing to see if you actually got stainless; beware that a magnet will still stick to it. We suggest the stainless upgrade if you regularly operate your truck on salted winter roads. Use drop down menu to make desired selection.

**Installation** – Install takes approx. 1hr with basic hand tools done on the ground of your driveway or garage. Quicker if you have automotive style lift. Cutting may be be required to fit shorter wheelbase bed/cab configurations. Clamps, hangers and hardware are included. You may have to re-use some factory hardware.

**Fuel Mileage –** Expect to see a significant increase in fuel mileage. If your DPF is plugged up your probably averaging about 13-14 mpg. More or less depending on the severity of the restriction. After deleting the DPF/CAT expect to get a combined mileage of 18-19 mpg. Larger tires and poor driving habits will skew mileage downward.

**Tuner Required –** Removal of the DPF, CAT, SCR, and/or DOC involves removing and eliminating emission related sensors. A DPF delete capable tuner is required to prevent any check engine light or diagnostic trouble codes from setting. If you don't already have a DPF delete capable tuner

we recommend the Ez lynk here.

**If you need multiple exhausts add to cart separately**

*We carry stainless and aluminized, stainless ships faster. If for some reason aluminized is 2 or more weeks out we have stainless in stock and we will email you if you would like to upgrade and receive it faster.*

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

Search ...

info@dieselology.com

# 2017-2019 Duramax (4-bolt Style) 4" Stainless Steel Race Pipe

HOME / SHOP / RACEPIPE / 2017-2019 DURAMAX (4-BOLT STYLE) 4" STAINLESS STEEL RACE PIPE

Home / Shop / 2017-2019 Duramax (4-bolt Style) 4" Stainless Steel Race Pipe

Privacy • Terms



# 2017-2019 Duramax (4-bolt Style) 4" Stainless Steel Race Pipe

## $499.99

| 1 |
|---|

🛒 ADD TO CART

---

**UPC:** N/A

**SKU:** 19604

**Category:** RACEPIPE

**Tags:** 2017-2019 Duramax (4-bolt Style) 4" Stainless Steel Race Pipe, Duramax race pipe, Race pipe

Ⓕ 𝕏 🅿 t in 🆂

| Description | Reviews (0) |
|---|---|

## Description

4" Stainless Steel Race Pipe

**Vehicle Fitment:** 2017, 2018, 2019 Chevrolet Silverado & GMC Sierra 2500 & 3500HD 6.6L Duramax pickup trucks. **Will not fit Cab & Chassis trucks.**

## Muffler/No Muffler

N/A

## Tip

N/A

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



MY ACCOUNT     CHECKOUT     CART                                                                 LOGIN

# 2017-2019 Duramax (4-bolt Style) 4" Aluminized Race Pipe

HOME  /  SHOP  /  RACEPIPE  /  2017-2019 DURAMAX (4-BOLT STYLE) 4" ALUMINIZED RACE PIPE

Home  /  Shop  /  2017-2019 Duramax (4-bolt Style) 4" Aluminized Race Pipe

Privacy • Terms



## 2017-2019 Duramax (4-bolt Style) 4" Aluminized Race Pipe

**$399.99**

| 1 |
| --- |

🛒 ADD TO CART

---

**UPC:** N/A
**SKU:** 18604
**Category:** RACEPIPE
**Tags:** 2017-2019 Duramax (4-bolt Style) 4" Aluminized Race Pipe, Duramax race pipe, Racepipe

  

| Description | Reviews (0) |
| --- | --- |

## Description

4" Aluminized Race Pipe

**Vehicle Fitment:** 2017, 2018, 2019 Chevrolet Silverado & GMC Sierra 2500 & 3500HD 6.6L Duramax pickup trucks. **Will not fit Cab & Chassis trucks.**

## Muffler/No Muffler

N/A

## Tip

N/A

\*\*If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.\*\*

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



MY ACCOUNT   CHECKOUT   CART

LOGIN

# DIESELOLOGY

HOME   ABOUT   FAQ   SHOP   CONTACT

info@dieselology.com

# 2017-2019 GM 6.6L L5P Duramax 4in or 5in Downpipe Back Race Exhaust

HOME / SHOP / EXHAUST / 2017-2019 GM 6.6L L5P DURAMAX 4IN OR 5IN DOWNPIPE BACK RACE EXHAUST

Home / Shop / 2017-2019 GM 6.6L L5P Duramax 4in or 5in Downpipe Back Race Exhaust

Privacy • Terms





# 2017-2019 GM 6.6L L5P Duramax 4in or 5in Downpipe Back Race Exhaust

**$630.00**

**Please email us for current inventory stock at info@dieselology.com**

**5" and 4" Stainless SS409 with and without muffler are in stock**

**Free Shipping to the lower 48**

**Aluminized exhaust kits are OUT OF STOCK DO NOT ORDER. We only have stainless**

**Size** *

Select an option...

**Material** *

Select an option...

**Muffler** *

Select an option...

🛒 ADD TO CART

---

**UPC:** N/A

**SKU:** 19515

**Category:** Exhaust

**Tags:** 2017-2019 6.6L L5P Duramax, 2017-2019 GM 6.6L L5P Duramax 4in or 5in Downpipe Back Race Exhaust, Exhaust, Exhausts

     

| Description | Additional information | Reviews (0) |
| --- | --- | --- |

## Description

## ***If you are purchasing an exhaust kit and live in Alaska or Hawaii please purchase this shipping here***

In need of a full L5P race package.

4' and 5" Downpipe-Back DPF & CAT delete exhaust system.

**Vehicle fitment** – 2017, 2018 & 2019 Chevy / GMC Duramax Diesel L5P. Silverado and Sierra pickup trucks. Crew cab short bed & crew cab long bed. **This will not fit the 3500/4500/5500 Cab & Chassis commercial style truck.**

**Exhaust Material** – Available in aluminized steel or T-409 stainless steel. Aluminized steel is our most popular but will eventually accumulate surface rust. T-409 stainless steel. Unlike T-304 Stainless its still magnetic. So if your testing to see if you actually got stainless; beware that a magnet will still stick to it. We suggest the stainless upgrade if you regularly operate your truck on salted winter roads. Use drop down menu to make desired selection.

**Installation** – Install takes approx. 1hr with basic hand tools done on the ground of your driveway or garage. Quicker if you have automotive style lift. Cutting may be be required to fit shorter wheelbase bed/cab configurations. Clamps, hangers and hardware are included. You may have to re-use some factory hardware.

**Fuel Mileage –** Expect to see a significant increase in fuel mileage. If your DPF is plugged up your probably averaging about 13-14 mpg. More or less depending on the severity of the restriction. After deleting the DPF/CAT expect to get a combined mileage of 18-19 mpg. Larger tires and poor driving habits will skew mileage downward.

**Tuner Required** – Removal of the DPF, CAT, SCR, and/or DOC involves removing and eliminating emission related sensors. A DPF delete capable tuner is required to prevent any check engine light or diagnostic trouble codes from setting. If you don't already have a DPF delete capable tuner we recommend Our Kit

**If you need multiple exhausts add to cart separately**

*We carry stainless and aluminized, stainless ships faster. If for some reason aluminized is 2 or more weeks out we have stainless in stock and we will email you if you would like to upgrade and receive it faster.*

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



LOGIN

# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

info@dieselology.com

# 2019-2022 6.7L Ram CUMMINS 2500 3500 4in or 5in Flex Flange Pipe Back Race Exhaust

HOME / SHOP / EXHAUST / 2019-2022 6.7L RAM CUMMINS 2500 3500 4IN OR 5IN FLEX FLANGE PIPE BACK RACE EXHAUST

Home / Shop / 2019-2022 6.7L Ram CUMMINS 2500 3500 4in or 5in Flex Flange Pipe Back Race Exhaust

Privacy • Terms



## 2019-2022 6.7L Ram CUMMINS 2500 3500 4in or 5in Flex Flange Pipe Back Race Exhaust

### $599.99

★★★★★ (2 customer reviews)

**Please email us for current inventory stock at info@dieselology.com**

**5" and 4" Stainless SS409 with and without muffler are in stock**

**Free Shipping to the lower 48**

**Aluminized exhaust kits are OUT OF STOCK DO NOT ORDER. We only have stainless**

**Size \***

Select an option...

**Material \***

Select an option...

**Muffler \***

Select an option...

🛒 ADD TO CART

---

UPC: N/A
SKU: 28534
Category: Exhaust
Tags: 2019-2021 6.7L Cummins, Exhaust, Exhausts

   

| Description | Additional information | Reviews (2) |
| --- | --- | --- |

## Description

### ***If you are purchasing an exhaust kit and live in Alaska or Hawaii please purchase this shipping here***

4" and 5" Flex Flange Pipe Back DPF & CAT delete exhaust system. Does not include down-pipe as shown in picture.

**Vehicle fitment** – 2019, 2020, 2021 & 2022 Dodge Ram 2500/3500 Cummins 6.7 Diesel. Regular cab short and long bed, Crew cab short and long bed & mega cab. **This will not fit the Cab & Chassis commercial style truck.  5" will not fit trucks with air-ride suspension, clearance is tight.**

**Exhaust Material** – Available in aluminized steel or T-409 stainless steel. Aluminized steel is our most popular but will eventually accumulate surface rust. T-409 stainless steel. Unlike T-304 Stainless its still magnetic. So if your testing to see if you actually got stainless; beware that a magnet will still stick to it. We suggest the stainless upgrade if you regularly operate your truck on salted winter roads. Use drop down menu to make desired selection.

**Installation** – Install takes approx. 1hr with basic hand tools done on the ground of your driveway or garage. Quicker if you have automotive style lift. Cutting may be be required to fit shorter wheelbase bed/cab configurations. Clamps, hangers and hardware are included. You may have to re-use some factory hardware.

**Fuel Mileage –** Expect to see a significant increase in fuel mileage. If your DPF is plugged up your probably averaging about 13-14 mpg. More or less depending on the severity of the restriction. After deleting the DPF/CAT expect to get a combined mileage of 18-19 mpg. Larger tires and poor driving habits will skew mileage downward.

**Tuner Required** – Removal of the DPF, CAT, SCR, and/or DOC involves removing and eliminating emission related sensors. A DPF delete capable tuner is required to prevent any check engine light or diagnostic trouble codes from setting. If you don't already have a DPF delete capable tuner we recommend the Ez lynk here.

**If you need multiple exhausts add to cart separately**

*We carry stainless and aluminized, stainless ships faster. If for some reason aluminized is 2 or more weeks out we have stainless in stock and we will email you if you would like to upgrade and receive it faster.*

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME   ABOUT   FAQ   SHOP   CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



# 2019-2022 Ram Cummins 4" Race Pipe CDAL447

HOME / SHOP / EXHAUST / EXHAUST SYSTEMS & KITS / EXHAUST SYSTEMS / 2019-2022 RAM CUMMINS 4" RACE PIPE CDAL447

Home / Shop / 2019-2022 Ram Cummins 4" Race Pipe CDAL447



# 2019-2022 Ram Cummins 4" Race Pipe CDAL447

**$399.99**

4" Race Pipe without bungs, AL

## 30 in stock

| 1 |
|---|

🛒 ADD TO CART

**UPC:** 882963127907
**SKU:** CDAL447
**Category:** Exhaust Systems
**Tag:** 2019 Dodge Ram2500/3500 6.7L

 

| Description | Additional information | Reviews (0) |
|---|---|---|

## Description

Stay at the top on race day in your 2019 Dodge Ram2500/3500 6.7L with the P1 Race Parts CDAL447 4" Installer Series Race Component Kit. P1 Race Parts Installer Series Race Component Kit is built from Aluminized Steel and comes complete with OE style hangers and clamps for an easy

installation.

**Features:**

- No Bungs
- 4" Aluminized Steel
- OE Style Hangers For Easy Installation
- Maximum Flow For Competition Applications

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



MY ACCOUNT     CHECKOUT     CART                                                                                                    LOGIN

DIESELOLOGY          HOME     ABOUT     FAQ     SHOP     CONTACT

Search ...                                                                    info@dieselology.com

# 2020-2022 GM 6.6L L5P Duramax 4in or 5in Downpipe Back Race Exhaust

HOME / SHOP / EXHAUST / 2020-2022 GM 6.6L L5P DURAMAX 4IN OR 5IN DOWNPIPE BACK RACE EXHAUST

Home  /  Shop  /  2020-2022 GM 6.6L L5P Duramax 4in or 5in Downpipe Back Race Exhaust

Privacy • Terms





# 2020-2022 GM 6.6L L5P Duramax 4in or 5in Downpipe Back Race Exhaust

## $630.00

**Please email us for current inventory stock at info@dieselology.com**

**5" and 4" Stainless SS409 with and without muffler are in stock**

**Free Shipping to the lower 48**

**Aluminized exhaust kits are OUT OF STOCK DO NOT ORDER. We only have stainless**

**Size** *

Select an option...

**Material** *

Select an option...

**Muffler** *

Select an option...

1

🛒 ADD TO CART

---

UPC: N/A

SKU: 18518

Category: Exhaust

Tags: 2020-2021 6.6L L5P Duramax, 2020-2022 GM 6.6L L5P Duramax 4in or 5in Downpipe Back Race Exhaust, Exhaust, Exhausts



| Description | Additional information | Reviews (0) |
|---|---|---|

## Description

## ***If you are purchasing an exhaust kit and live in Alaska or Hawaii please purchase this shipping here***

**In need of a full L5P race package.**

4' and 5" Downpipe-Back DPF & CAT delete exhaust system.

**Vehicle fitment** – 2020, 2021, & 2022 Chevy / GMC Duramax Diesel L5P. Silverado and Sierra pickup trucks. Crew cab short bed & crew cab long bed. **This will not fit the 3500/4500/5500 Cab & Chassis commercial style truck.**

**Exhaust Material** – Available in aluminized steel or T-409 stainless steel. Aluminized steel is our most popular but will eventually accumulate surface rust. T-409 stainless steel. Unlike T-304 Stainless its still magnetic. So if your testing to see if you actually got stainless; beware that a magnet will still stick to it. We suggest the stainless upgrade if you regularly operate your truck on salted winter roads. Use drop down menu to make desired selection.

**Installation** – Install takes approx. 1hr with basic hand tools done on the ground of your driveway or garage. Quicker if you have automotive style lift. Cutting may be be required to fit shorter wheelbase bed/cab configurations. Clamps, hangers and hardware are included. You may have to re-use some factory hardware.

**Fuel Mileage –** Expect to see a significant increase in fuel mileage. If your DPF is plugged up your probably averaging about 13-14 mpg. More or less depending on the severity of the restriction. After deleting the DPF/CAT expect to get a combined mileage of 18-19 mpg. Larger tires and poor driving habits will skew mileage downward.

**Tuner Required** – Removal of the DPF, CAT, SCR, and/or DOC involves removing and eliminating emission related sensors. A DPF delete capable tuner is required to prevent any check engine light or diagnostic trouble codes from setting. If you don't already have a DPF delete capable tuner we recommend Our Kit

**If you need multiple exhausts add to cart separately**

*We carry stainless and aluminized, stainless ships faster. If for some reason aluminized is 2 or more weeks out we have stainless in stock and we will email you if you would like to upgrade and receive it faster.*

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME   ABOUT   FAQ   SHOP   CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



**DIESELOLOGY**

HOME ABOUT FAQ SHOP CONTACT

info@dieselology.com

# 2003.5-2007 Ford 6.0L Powerstroke 4in or 5in Turbo Back Race Exhaust

HOME / SHOP / EXHAUST / 2003.5-2007 FORD 6.0L POWERSTROKE 4IN OR 5IN TURBO BACK RACE EXHAUST

Home / Shop / 2003.5-2007 Ford 6.0L Powerstroke 4in or 5in Turbo Back Race Exhaust



Privacy · Terms



info@dieselology.com



**$599.99**

**Please email us for current inventory stock at info@dieselology.com**

**5" and 4" Stainless SS409 with and without muffler are in stock**

**Free Shipping to the lower 48**

**Aluminized exhaust kits are OUT OF STOCK DO NOT ORDER. We only have stainless**

**Size** *

Select an option...

**Material** *

Select an option...

**Muffler** *

Select an option...

🛒 ADD TO CART

UPC: N/A
SKU: 38536
Category: Exhaust
Tags: Exhaust, Exhausts

   



✉  info@dieselology.com

## Description

### ***If you are purchasing an exhaust kit and live in Alaska or Hawaii please purchase this shipping here***

4" and 5" **Turbo Back** -Back DPF & CAT delete exhaust system.  Exhaust shown is a 2003.5-2007 Ford

**Vehicle fitment** – 2003.5, 2004, 2005, 2006, & 2007  Ford 6.0L Powerstroke. Crew cab short bed & crew cab long bed, & Extended cab. **This will not fit the Cab & Chassis commercial style truck.**

**Exhaust Material** –Available in aluminized steel or T-409 stainless steel. Aluminized steel is our most popular but will eventually accumulate surface rust. T-409 stainless steel. Unlike T-304 Stainless its still magnetic. So if your testing to see if you actually got stainless; beware that a magnet will still stick to it. We suggest the stainless upgrade if you regularly operate your truck on salted winter roads. Use drop down menu to make desired selection.

**Installation** – Install takes approx. 1hr with basic hand tools done on the ground of your driveway or garage. Quicker if you have automotive style lift. Cutting may be be required to fit shorter wheelbase bed/cab configurations. Clamps, hangers and hardware are included. You may have to re-use some factory hardware.

**Fuel Mileage –** Expect to see a significant increase in fuel mileage. If your DPF is plugged up your probably averaging about 13-14 mpg. More or less depending on the severity of the restriction. After deleting the DPF/CAT expect to get a combined mileage of 18-19 mpg. Larger tires and poor driving habits will skew mileage downward.

**If you need multiple exhausts add them to cart seprately**

*We carry stainless and aluminized, stainless ships faster. If for some reason aluminized is 2 or more weeks out we have stainless in stock and we will email you if you would like to upgrade and receive it faster.*



**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



MY ACCOUNT    CHECKOUT    CART

LOGIN

# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

Search ...

info@dieselology.com

## 2004.5-2007 5.9L Dodge Ram CUMMINS 2500 3500 4in or 5in Turbo Back Race Exhaust

HOME / SHOP / EXHAUST / 2004.5-2007 5.9L DODGE RAM CUMMINS 2500 3500 4IN OR 5IN TURBO BACK RACE EXHAUST

Home / Shop / 2004.5-2007 5.9L Dodge Ram CUMMINS 2500 3500 4in or 5in Turbo Back Race Exhaust





# 2004.5-2007 5.9L Dodge Ram CUMMINS 2500 3500 4in or 5in Turbo Back Race Exhaust

**$599.99**

★★★★★ (1 customer review)

**Please email us for current inventory stock at info@dieselology.com**

**5" and 4" Stainless SS409 with and without muffler are in stock**

**Free Shipping to the lower 48**

**Aluminized exhaust kits are OUT OF STOCK DO NOT ORDER. We only have stainless**

**Size** *

Select an option...

**Material** *

Select an option...

**Muffler** *

Select an option...

🛒 ADD TO CART

---

UPC: N/A

SKU: 28524

Category: Exhaust

Tags: Exhaust, Exhausts



| Description | Additional information | Reviews (1) |

## Description

### ***If you are purchasing an exhaust kit and live in Alaska or Hawaii please purchase this shipping here***

4" and 5" Turboback-Back DPF & CAT delete exhaust system.  Exhaust shown is a 2004.5-2007 Ram.

**Vehicle fitment** – 2004.5-2005, 2006, & 2007 Dodge Ram 2500/3500 Cummins 5.9L Diesel. Regular cab short and long bed, Crew cab short and long bed & mega cab. **This will not fit the Cab & Chassis commercial style truck.  2004 is different from 2004.5 please make sure you order the correct year. They have a different turbo elbow.**

**Exhaust Material** – Available in aluminized steel or T-409 stainless steel. Aluminized steel is our most popular but will eventually accumulate surface rust. T-409 stainless steel. Unlike T-304 Stainless its still magnetic. So if your testing to see if you actually got stainless; beware that a magnet will still stick to it. We suggest the stainless upgrade if you regularly operate your truck on salted winter roads. Use drop down menu to make desired selection.

**Installation** – Install takes approx. 1hr with basic hand tools done on the ground of your driveway or garage. Quicker if you have automotive style lift. Cutting may be be required to fit shorter wheelbase bed/cab configurations. Clamps, hangers and hardware are included. You may have to re-use some factory hardware.

**Fuel Mileage –** Expect to see a significant increase in fuel mileage. If your DPF is plugged up your probably averaging about 13-14 mpg. More or less depending on the severity of the restriction. After deleting the DPF/CAT expect to get a combined mileage of 18-19 mpg. Larger tires and poor driving habits will skew mileage downward.

**Tuner Required** – Removal of the DPF, CAT, SCR, and/or DOC involves removing and eliminating emission related sensors. A DPF delete capable tuner is required to prevent any check engine light or diagnostic trouble codes from setting. If you don't already have a DPF delete capable tuner we recommend the Ez lynk here.

**If you need multiple exhausts add to cart separately**

*We carry stainless and aluminized, stainless ships faster. If for some reason aluminized is 2 or more weeks out we have stainless in stock and we will email you if you would like to upgrade and receive it faster.*

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



HOME / SHOP / EXHAUST / 2007.5-2009 6.7L DODGE RAM CUMMINS 2500 3500 4IN OR 5IN TURBO BACK RACE EXHAUST

Home / Shop / 2007.5-2009 6.7L Dodge Ram CUMMINS 2500 3500 4in or 5in Turbo Back Race Exhaust

Privacy • Terms





# 2007.5-2009 6.7L Dodge Ram CUMMINS 2500 3500 4in or 5in Turbo Back Race Exhaust

## $599.99

**Please email us for current inventory stock at info@dieselology.com**

**5" and 4" Stainless SS409 with and without muffler are in stock**

**Free Shipping to the lower 48**

**Aluminized exhaust kits are OUT OF STOCK DO NOT ORDER. We only have stainless**

**Size** *

Select an option...

**Material** *

Select an option...

**Muffler** *

Select an option...

🛒 **ADD TO CART**

---

**UPC:** N/A

**SKU:** 28527

**Category:** Exhaust

**Tags:** 2007.5-2009 6.7L Cummins, 2007.5-2018 6.7L Cummins



| Description | Additional information | Reviews (0) |
|---|---|---|

## Description

## ***If you are purchasing an exhaust kit and live in Alaska or Hawaii please purchase this shipping here***

4" and 5" Turbo Back -Back DPF & CAT delete exhaust system. Exhaust shown is a 2007.5-2009 Ram.

**Vehicle fitment** – 2007.5, 2008, & 2009 Dodge Ram 2500/3500 Cummins 6.7L Diesel. Regular cab short and long bed, Crew cab short and long bed & mega cab. **This will not fit the Cab & Chassis commercial style truck.  2007 is different from 2007.5 they have a different turbo size please make sure you order the correct year.**

**Exhaust Material** –Available in aluminized steel or T-409 stainless steel. Aluminized steel is our most popular but will eventually accumulate surface rust. T-409 stainless steel. Unlike T-304 Stainless its still magnetic. So if your testing to see if you actually got stainless; beware that a magnet will still stick to it. We suggest the stainless upgrade if you regularly operate your truck on salted winter roads. Use drop down menu to make desired selection.

**Installation** – Install takes approx. 1hr with basic hand tools done on the ground of your driveway or garage. Quicker if you have automotive style lift. Cutting may be be required to fit shorter wheelbase bed/cab configurations. Clamps, hangers and hardware are included. You may have to re-use some factory hardware.

**Fuel Mileage –** Expect to see a significant increase in fuel mileage. If your DPF is plugged up your probably averaging about 13-14 mpg. More or less depending on the severity of the restriction. After deleting the DPF/CAT expect to get a combined mileage of 18-19 mpg. Larger tires and poor driving habits will skew mileage downward.

**Tuner Required** – Removal of the DPF, CAT, SCR, and/or DOC involves removing and eliminating emission related sensors. A DPF delete capable tuner is required to prevent any check engine light or diagnostic trouble codes from setting. If you don't already have a DPF delete capable tuner

we recommend the Ez lynk here.

**If you need multiple exhaust add to cart separately**
*We carry stainless and aluminized, stainless ships faster. If for some reason aluminized is 2 or more weeks out we have stainless in stock and we will email you if you would like to upgrade and receive it faster.*

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



# 2007.5-2010 Duramax (Long Bed) 4" Stainless Steel Race Pipe

HOME / SHOP / RACEPIPE / 2007.5-2010 DURAMAX (LONG BED) 4" STAINLESS STEEL RACE PIPE

Home / Shop / 2007.5-2010 Duramax (Long Bed) 4" Stainless Steel Race Pipe

✉  info@dieselology.com

$499.99

| 1 |
| --- |

🛒 ADD TO CART

UPC: N/A
SKU: 19600
Category: RACEPIPE
Tags: 2007.5-2010 Duramax (Long Bed) 4" Stainless Steel Race Pipe, Duramax race pipe, Race pipe



---

| Description | Reviews (0) |
| --- | --- |

## Description

4" Stainless Steel Race Pipe

## Muffler/No Muffler

N/A

## Tip

N/A

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

✉  info@dieselology.com

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



# DIESELOLOGY

HOME     ABOUT     FAQ     SHOP     CONTACT

Search ...

info@dieselology.com

# 2007.5-2010 Duramax (Short Bed) 4" Stainless Steel Race Pipe

HOME / SHOP / RACEPIPE / 2007.5-2010 DURAMAX (SHORT BED) 4" STAINLESS STEEL RACE PIPE

Home / Shop / 2007.5-2010 Duramax (Short Bed) 4" Stainless Steel Race Pipe

Privacy · Terms





## 2007.5-2010 Duramax (Short Bed) 4" Stainless Steel Race Pipe

**$499.99**

| 1 |
| :---: |
| 🛒 ADD TO CART |

**UPC:** N/A
**SKU:** 19601
**Category:** RACEPIPE
**Tags:** 2007.5-2010 Duramax (Short Bed) 4" Stainless Steel Race Pipe, Duramax race pipe, Race pipe

 

| Description | Reviews (0) |

## Description

## Description

# 4" Stainless Steel Race Pipe

**Vehicle Fitment:** 2007.5, 2008, 2009, 2010 Chevrolet Silverado & GMC Sierra 2500 & 3500HD 6.6L Duramax pickup trucks. **Will not fit Cab & Chassis trucks.**

## Muffler/No Muffler

N/A

## Tip

N/A

\*\*If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.\*\*

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement

# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

Search ...    info@dieselology.com

## 2007.5-2018 Dodge Ram CUMMINS 4" Stainless Steel Race Pipe

HOME / SHOP / RACEPIPE / 2007.5-2018 DODGE RAM CUMMINS 4" STAINLESS STEEL RACE PIPE

Home / Shop / 2007.5-2018 Dodge Ram CUMMINS 4" Stainless Steel Race Pipe



### 2007.5-2018 Dodge Ram CUMMINS 4" Stainless Steel Race Pipe

$499.99

[ 1 ]

🛒 ADD TO CART

UPC: N/A
SKU: 29605
Category: RACEPIPE
Tags: 2007.5-2018 6.7L Cummins, Race pipes



Description | Reviews (0)

## Description

**4" Stainless Steel Race Pipe**

**Vehicle Fitment:** 2007.5-2018 RAM 2500, 3500. **This does not fit the Cab & Chassis models**

**Muffler/No Muffler**

N/A

**Tip**

N/A

\*\*If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.\*\*

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME ABOUT FAQ SHOP CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



MY ACCOUNT    CHECKOUT    CART

LOGIN

# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

Search ...

info@dieselology.com

# 2015.5-2016 GM 6.6L LML Duramax 4in or 5in Downpipe Back Race Exhaust (3 Bolt Flange)

HOME / SHOP / EXHAUST / 2015.5-2016 GM 6.6L LML DURAMAX 4IN OR 5IN DOWNPIPE BACK RACE EXHAUST (3 BOLT FLANGE)

Home / Shop / 2015.5-2016 GM 6.6L LML Duramax 4in or 5in Downpipe Back Race Exhaust (3 Bolt Flange)

Privacy • Terms





# 2015.5-2016 GM 6.6L LML Duramax 4in or 5in Downpipe Back Race Exhaust (3 Bolt Flange)

**$630.00**

**Please email us for current inventory stock at info@dieselology.com**

**5" and 4" Stainless SS409 with and without muffler are in stock**

**Free Shipping to the lower 48**

**Aluminized exhaust kits are OUT OF STOCK DO NOT ORDER. We only have stainless**

**Size \***

Select an option...

**Material**

None

**Muffler \***

Select an option...

🛒 ADD TO CART

---

**UPC:** N/A
**SKU:** 18513
**Category:** Exhaust
**Tags:** 2011-2016 6.6L LML Duramax, 2015.5-2016 6.6L LML Duramax 4in or 5in Downpipe Back Race Exhaust (3 Bolt Flange), Exhaust, Exhausts

     

| Description | Additional information | Reviews (0) |

## Description

## ***If you are purchasing an exhaust kit and live in Alaska or Hawaii please purchase this shipping here***

4" and 5" Downpipe-Back DPF & CAT delete exhaust system.

**Vehicle fitment** – 2015.6 & 2016 Chevy / GMC Duramax Diesel LML. Silverado and Sierra pickup trucks. Fits extended cab, crew cab & regular cab trucks. **This will not fit the 3500/4500/5500 Cab & Chassis commercial style truck.**

**2015 or 2015.5?** – 2015 is a split year. The 2011-2015 downpipe is secured to the turbo-direct pipe using a V-band style clamp. The 2015.5-2016 uses a 3 bolt flange style connection. **>>>Be sure to visually verify the clamp style your truck is equipped with.<<<**

**Exhaust Material** – Available in aluminized steel or T-409 stainless steel. Aluminized steel is our most popular but will eventually accumulate surface rust. T-409 stainless steel. Unlike T-304 Stainless its still magnetic. So if your testing to see if you actually got stainless; beware that a magnet will still stick to it. We suggest the stainless upgrade if you regularly operate your truck on salted winter roads. Use drop down menu to make desired selection.

**Installation** – Install takes approx. 1hr with basic hand tools done on the ground of your driveway or garage. Quicker if you have automotive style lift. Cutting may be be required to fit shorter wheelbase bed/cab configurations. Clamps, hangers and hardware are included. You may have to re-use some factory hardware.

**Fuel Mileage –** Expect to see a significant increase in fuel mileage. If your DPF is plugged up your probably averaging about 13-14 mpg. More or less depending on the severity of the restriction. After deleting the DPF/CAT expect to get a combined mileage of 18-19 mpg. Larger tires and poor driving habits will skew mileage downward.

**Tuner Required** – Removal of the DPF, CAT, SCR, and/or DOC involves removing and eliminating emission related sensors. A DPF delete capable tuner is required to prevent any check engine light or diagnostic trouble codes from setting. If you don't already have a DPF delete capable tuner we recommend the Ez Lynk Here

**If you need multiple exhausts add to cart separately**
*We carry stainless and aluminized, stainless ships faster. If for some reason aluminized is 2 or more weeks out we have stainless in stock and we will email you if you would like to upgrade and receive it faster.*

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

Search ...

info@dieselology.com

## 2015.5-2016 Duramax (3-bolt Style) 4" Stainless Steel Race Pipe

HOME / SHOP / RACEPIPE / 2015.5-2016 DURAMAX (3-BOLT STYLE) 4" STAINLESS STEEL RACE PIPE

Home / Shop / 2015.5-2016 Duramax (3-bolt Style) 4" Stainless Steel Race Pipe

Privacy • Terms



## 2015.5-2016 Duramax (3-bolt Style) 4" Stainless Steel Race Pipe

$499.99

| 1 |
| --- |

🛒 ADD TO CART

---

**UPC:** N/A
**SKU:** 19603

**Category:** RACEPIPE

**Tags:** 2015.5-2016 Duramax (3-bolt Style) 4" Stainless Steel Race Pipe, Duramax racepipe, Racepipe

  

| Description | Reviews (0) |
| --- | --- |

## Description

4" Stainless Steel Race Pipe

**Vehicle Fitment:** 2015.5-2017 GMC Chevy Duramax 6.6L 2500/3500 pickup with the LML engine.

This kit will only fit models equipped with the **OEM-style 3-bolt flange** coming off of the turbo direct pipe.

**Will not fit Cab & Chassis trucks.**

Muffler/No Muffler

N/A

# Tip

N/A

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement

MY ACCOUNT     CHECKOUT     CART

LOGIN

# DIESELOLOGY

HOME     ABOUT     FAQ     SHOP     CONTACT



Search ...

info@dieselology.com

## 2015.5-2016 Duramax (3-bolt Style) 4″ Aluminized Race Pipe

HOME / SHOP / RACEPIPE / 2015.5-2016 DURAMAX (3-BOLT STYLE) 4" ALUMINIZED RACE PIPE

Home / Shop / 2015.5-2016 Duramax (3-bolt Style) 4" Aluminized Race Pipe

Privacy • Terms



## 2015.5-2016 Duramax (3-bolt Style) 4″ Aluminized Race Pipe

**$399.99**

| 1 |
|---|

🛒 ADD TO CART

---

**UPC:** N/A
**SKU:** 18603

**Category:** RACEPIPE

**Tags:** 2015.5-2016 Duramax (3-bolt Style) 4" Aluminized Race Pipe, Duramax racepipe, Racepipe

  

---

Description | Reviews (0)

## Description

Aluminized 4" Race pipe

**Vehicle Fitment:** 2015.5-2017 GMC Chevy Duramax 6.6L 2500/3500 pickup with the LML engine.

This kit will only fit models equipped with the **OEM-style 3-bolt flange** coming off of the turbo direct pipe.

**Will not fit Cab & Chassis trucks.**

Material

Aluminized

## Size

4"

## Muffler/No Muffler

N/A

## Tip

N/A

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capa-**

**ble of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME   ABOUT   FAQ   SHOP   CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



DIESELOLOGY

MY ACCOUNT     CHECKOUT     CART

LOGIN

HOME     ABOUT     FAQ     SHOP     CONTACT

info@dieselology.com

# 2011-2022 Ford 4" Stainless Steel Race Pipe

HOME / SHOP / RACEPIPE / 2011-2022 FORD 4" STAINLESS STEEL RACE PIPE

Home / Shop / 2011-2022 Ford 4" Stainless Steel Race Pipe

Privacy · Terms






# 2011-2022 Ford 4″ Stainless Steel Race Pipe

**$499.99**

| 1 |
|---|

🛒 **ADD TO CART**

---

**UPC:** N/A
**SKU:** 39607
**Category:** RACEPIPE
**Tags:** 2011-2022 Ford 4″ Stainless Steel Race Pipe, Race pipes, Stainless steel race pipe




| Description | Reviews (0) |
|---|---|

## Description

**Stainless Steel 4″ Race Pipe**

**Vehicle Fitment:** 2011-2022 Ford F-250, F-350, F-450 Super Duty pickup trucks. **This does not fit Cab & Chassis models**

**Muffler/No Muffler**

N/A

**Tip**

N/A

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws.**

# Dieselology

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



HOME / SHOP / UNCATEGORIZED / 2011-2015 GMC/CHEVY 6.6L LML DURAMAX P1 RACE PARTS CGMAL426 DPF DELETE RACE PIPE

Home / Shop / 2011-2015 GMC/Chevy 6.6L LML Duramax P1 Race Parts CGMAL426 DPF DELETE Race Pipe



# 2011-2015 GMC/Chevy 6.6L LML Duramax P1 Race Parts CGMAL426 DPF DELETE Race Pipe

**$399.99**

**Out of stock**

UPC: 882663115693

SKU: CGMAL426

Category: Uncategorized

Tags: 2011-2016 6.6L LML Duramax, DPF DELETE

 

Description | Reviews (0)

## Description

V Band Flange

Stay at the top on race day in your 2011-2015 GMC/Chevy  6.6L LML Duramax with the P1 Race Parts CGMAL426 4" Installer Series Race Component Kit. P1 Race Parts Installer Series Race Component Kit is built from Aluminized Steel and comes complete with OE style hangers and clamps for an easy installation.

**Features:**

- No Bungs
- 4" Aluminized Steel
- OE Style Hangers For Easy Installation
- Maximum Flow For Competition Applications

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



MY ACCOUNT    CHECKOUT    CART                                                                LOGIN

# DIESELOLOGY

HOME     ABOUT     FAQ     SHOP     CONTACT

Search ...

info@dieselology.com

## 2007.5-2010 Duramax (Short Bed) 4" Aluminized Race Pipe

HOME  /  SHOP  /  RACEPIPE  /  2007.5-2010 DURAMAX (SHORT BED) 4" ALUMINIZED RACE PIPE

Home  /  Shop  /  2007.5-2010 Duramax (Short Bed) 4" Aluminized Race Pipe

Privacy • Terms





## 2007.5-2010 Duramax (Short Bed) 4" Aluminized Race Pipe

**$399.99**

| 1 |
| :---: |
| 🛒 ADD TO CART |

**UPC:** N/A
**SKU:** 18601
**Category:** RACEPIPE
**Tags:** 2007.5-2010 Duramax (Short Bed) 4" Aluminized Race Pipe, Duramax race pipe, Race pipe

Description       Reviews (0)

## Description

## Description

## 4" Aluminized Race Pipe

**Vehicle Fitment:** 2007.5, 2008, 2009, 2010 Chevrolet Silverado & GMC Sierra 2500 & 3500HD 6.6L Duramax pickup trucks. **Will not fit Cab & Chassis trucks.**

## Muffler/No Muffler

N/A

## Tip

N/A

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



HOME / SHOP / RACE COMPONENT KIT / 2011-2016 POWERSTROKE P1 RACE PARTS CFAL458 4" RACE PIPE

# 2011-2016 PowerStroke P1 Race Parts CFAL458 4" Race Pipe

Home / Shop / 2011-2016 PowerStroke P1 Race Parts CFAL458 4" Race Pipe



✉  info@dieselology.com



$399.99

4" Race Pipe without bungs, AL

25 in stock

| 1 |

🛒 ADD TO CART

UPC: 882663115679
SKU: CFAL458
Category: Race Component Kit
Tags: 2011-2016 6.7L Powerstroke, 2011-2016 Ford 6.7L Powerstroke

f  🐦  📌  t  in  🌀

| Description | Additional information | Reviews (0) |

## Description

Stay at the top on race day in your 2011-2016 Ford 6.7L Powerstroke with the P1 Race Parts CFAL458 4" Installer Series Race Component Kit. P1 Race Parts Installer Series Race Component Kit is built from Aluminized Steel and comes complete with OE style hangers and clamps for an easy



✉  info@dieselology.com

- No Bungs
- 4" Aluminized Steel
- OE Style Hangers For Easy Installation
- Maximum Flow For Competition Applications

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement

info@dieselology.com



MY ACCOUNT    CHECKOUT    CART

LOGIN

# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

Search ...

info@dieselology.com

# 2011-2015 Duramax (V-Band Style) 4" Aluminized Race Pipe

HOME / SHOP / RACEPIPE / 2011-2015 DURAMAX (V-BAND STYLE) 4" ALUMINIZED RACE PIPE

Home / Shop / 2011-2015 Duramax (V-Band Style) 4" Aluminized Race Pipe

Privacy • Terms





## 2011-2015 Duramax (V-Band Style) 4″ Aluminized Race Pipe

$399.99

| 1 |
|---|

🛒 ADD TO CART

---

**UPC:** N/A
**SKU:** 18602
**Category:** RACEPIPE
**Tags:** 2011-2015 Duramax (V-Band Style) 4" Aluminized Race Pipe, Duramax racepipe, Racepipe



| Description | Reviews (0) |
|---|---|

## Description

4" Aluminized Racepipe

**Vehicle Fitment:** 2011, 2012, 2013, 2014, 2015 Chevrolet Silverado & GMC Sierra 2500 & 3500HD 6.6L Duramax pickup trucks. **Will not fit Cab & Chassis trucks.**

Muffler/No Muffler

N/A

# Tip

N/A

**If you can't wait, need permission from your wife or will be impatient and email us for a status after 2 days, Don't purchase. These are big boxes and we're not amazon. You will be charged a **CANCELLATION FEE** of **15%** for any **CANCELED** orders regardless of the reason.**

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME   ABOUT   FAQ   SHOP   CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



# 2011-2016 Ford 6.7L Powerstroke P1 Race Parts-CFS9458 4" COMPONENT KIT DEALER

HOME / SHOP / RACE COMPONENT KIT /

2011-2016 FORD 6.7L POWERSTROKE P1 RACE PARTS-CFS9458 4" COMPONENT KIT DEALER

Home / Shop / 2011-2016 Ford 6.7L Powerstroke P1 Race Parts-CFS9458 4" COMPONENT KIT DEALER


Privacy - Terms

✉ info@dieselology.com



**$450.00**

4" Race Pipe without bungs, T409

| 1 |
|---|

🛒 ADD TO CART

---

UPC: 882963120120
SKU: CFS9458
Category: Race Component Kit

Description | Additional information | Reviews (0)

## Description

## Can Not Ship To California

Parts XP Series Race Component Kit is built from T409 Stainless steel and comes complete with OE style hangers and clamps for an easy installation.

Features:

- No Bungs
- 4" T409 Stainless Steel
- OE Style Hangers For Easy Installation
- Maximum Flow For Competition Applications

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



# DIESELOLOGY

HOME        ABOUT        FAQ        SHOP        CONTACT

Search ...                                                                                    info@dieselology.com

## 2015.5-2016 Chevy/GMC 2500/3500 HD P1 Race Parts-CGMS9429 COMPONENT KIT-DEALER

HOME / SHOP / EXHAUST / EXHAUST SYSTEMS & KITS / EXHAUST SYSTEMS /

2015.5-2016 CHEVY/GMC 2500/3500 HD P1 RACE PARTS-CGMS9429 COMPONENT KIT-DEALER

Home / Shop / 2015.5-2016 Chevy/GMC 2500/3500 HD P1 Race Parts-CGMS9429 COMPONENT KIT-DEALER





# 2015.5-2016 Chevy/GMC 2500/3500 HD P1 Race Parts-CGMS9429 COMPONENT KIT-DEALER

**$389.99**

4" Race Pipe without bungs, 409

| 1 |
|---|

🛒 ADD TO CART

---

UPC: 882963124609

SKU: CGMS9429

**Category:** Exhaust Systems

| Description | Additional information | Reviews (0) |
|---|---|---|

## Description

## Can Not Ship To California

## P1 Race Parts CGMS9429 4" Race Pipe, without bungs Component Kit

Stay at the top on race day in your 2015.5-2016 Chevy/GMC 2500/3500 HD with the P1 Race Parts CGMS9429 4" race pipe. P1 Race Parts Race Pipe is built from Stainless Steel and comes complete with OE style hangers and clamps for an easy installation.

Features:

- No Bungs
- 4" Stainless Steel
- OE Style Hangers For Easy Installation
- Maximum Flow For Competition Applications

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



MY ACCOUNT    CHECKOUT    CART

LOGIN

**DIESELOLOGY**

HOME     ABOUT     FAQ     SHOP     CONTACT

Search ...

info@dieselology.com

# 2008-2010 Ford 6.4L Powerstroke P1 Race Parts-CFS9457 COMPONENT KIT-DEALER

HOME / SHOP / RACE COMPONENT KIT / 2008-2010 FORD 6.4L POWERSTROKE P1 RACE PARTS-CFS9457 COMPONENT KIT-DEALER

Home  /  Shop  /  2008-2010 Ford 6.4L Powerstroke P1 Race Parts-CFS9457 COMPONENT KIT-DEALER

Privacy • Terms



## 2008-2010 Ford 6.4L Powerstroke P1 Race Parts-CFS9457 COMPONENT KIT-DEALER

$247.49

4" Race Pipe, without bungs, T409

| 1 |
|---|

🛒 **ADD TO CART**

UPC: 882663115273

SKU: CFS9457

**Category:** Race Component Kit

| Description | Additional information | Reviews (0) |
|---|---|---|

## Description

Stay at the top on race day in your 2008-2010 Ford 6.4L Powerstroke with the P1 Race Parts CFS9457 4" XP Series Race Component Kit. P1 Race Parts XP Series Race Component Kit is built from T409 Stainless Steel and comes complete with OE style hangers and clamps for an easy

installation.

**Features:**

- No Bungs
- 4" T409 Stainless Steel
- OE Style Hangers For Easy Installation
- Maximum Flow For Competition Applications

# Dieselology

HOME      ABOUT      FAQ      SHOP      CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



**DIESELOLOGY**

HOME    ABOUT    FAQ    SHOP    CONTACT

info@dieselology.com

# 2017-2019 GMC/Chevy 6.6L L5P Duramax P1 Race Parts-CGMAL430 COMPONENT KIT-DEALER

HOME / SHOP / EXHAUST / EXHAUST SYSTEMS & KITS / EXHAUST SYSTEMS /

2017-2019 GMC/CHEVY 6.6L L5P DURAMAX P1 RACE PARTS-CGMAL430 COMPONENT KIT-DEALER

Home / Shop / 2017-2019 GMC/Chevy 6.6L L5P Duramax P1 Race Parts-CGMAL430 COMPONENT KIT-DEALER



Privacy • Terms



info@dieselology.com

$474.99

4" Race Pipe, AL

7 in stock

| 1 |

🛒 ADD TO CART

UPC: 882963128836
SKU: CGMAL430
Category: Exhaust Systems

| Description | Additional information | Reviews (0) |

## Description

## Can Not Ship To California



Component Kit. P1 Race Parts Installer Series Race Component Kit is built from Aluminized Steel and comes complete with OE style hangers and clamps for an easy installation.

Features:

- No Bungs
- 4" Aluminized Steel
- OE Style Hangers For Easy Installation
- Maximum Flow For Competition Applications

- 

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement

# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

Search ...

info@dieselology.com

## 2015.5-2016 GMC/Chevy 6.6L LML Duramax 3 BOLT P1 Race Parts-CGMAL429 COMPONENT KIT-DEALER

HOME / SHOP / RACE COMPONENT KIT /

[2015.5-2016 GMC/CHEVY 6.6L LML DURAMAX 3 BOLT P1 RACE PARTS-CGMAL429 COMPONENT KIT-DEALER](#)

Home / Shop / 2015.5-2016 GMC/Chevy 6.6L LML Duramax 3 BOLT P1 Race Parts-CGMAL429 COMPONENT KIT-DEALER





# 2015.5-2016 GMC/Chevy 6.6L LML Duramax 3 BOLT P1 Race Parts-CGMAL429 COMPONENT KIT-DEALER

**$374.99**

4" Race Pipe without bungs, AL

|   1   |
|:-----:|

🛒 **ADD TO CART**

---

**UPC:** 882963124616
**SKU:** CGMAL429
**Category:** Race Component Kit

   

| Description | Additional information | Reviews (0) |
|:-----------:|:----------------------:|:-----------:|

## Description

Stay at the top on race day in your 2015-2016 GMC/Chevy 6.6L LML Duramax with the P1 Race Parts CGMAL429 4" Installer Series Race Component Kit. P1 Race Parts Installer Series Race Component Kit is built from Aluminized Steel and comes complete with OE style hangers and

clamps for an easy installation.

**Features:**

- No Bungs
- 4" Aluminized Steel
- OE Style Hangers For Easy Installation
- Maximum Flow For Competition Applications

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



MY ACCOUNT    CHECKOUT    CART

LOGIN

# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

Search ...

info@dieselology.com

## P1 Race Parts CDS9439 4" XP Series Race Component Kit

HOME / SHOP / RACE COMPONENT KIT / P1 RACE PARTS CDS9439 4" XP SERIES RACE COMPONENT KIT

Home / Shop / P1 Race Parts CDS9439 4" XP Series Race Component Kit

Privacy • Terms





# P1 Race Parts CDS9439 4" XP Series Race Component Kit

$318.74

4" Down pipe, Race Pipe, without bungs, T409

| 1 |
|---|

🛒 **ADD TO CART**

---

**UPC:** 882663115372

**SKU:** CDS9439

**Category:** Race Component Kit

**Tag:** 2007-2012 Dodge Ram2500/3500 6.7L

---

| Description | Additional information | Reviews (0) |
|---|---|---|

## Description

Stay at the top on race day in your 2007-2012 Dodge Ram2500/3500 6.7L with the P1 Race Parts CDS9439 4" XP Series Race Component Kit. P1 Race Parts XP Series Race Component Kit is built from T409 Stainless Steel and comes complete with OE style hangers and clamps for an easy

installation.

**Features:**

- No Bungs
- 4" T409 Stainless Steel
- OE Style Hangers For Easy Installation
- Maximum Flow For Competition Applications

---

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



DIESELOLOGY

HOME  ABOUT  FAQ  SHOP  CONTACT

# P1 Race Parts CFAL457 4" Installer Series Race Component Kit

HOME / SHOP / RACE COMPONENT KIT / P1 RACE PARTS CFAL457 4" INSTALLER SERIES RACE COMPONENT KIT

Home / Shop / P1 Race Parts CFAL457 4" Installer Series Race Component Kit



Privacy · Terms



✉ info@dieselology.com

$194.99

4" Race Pipe, without bungs, AL

| 1 |

🛒 ADD TO CART

UPC: 882663115259
SKU: CFAL457
Categories: 2008-2010 6.4L Powerstroke, Race Component Kit
Tags: 2008-2010 6.4L Powerstroke, 2008-2010 Ford 6.4L Powerstroke

| Description | Additional information | Reviews (0) |

## Description

Stay at the top on race day in your 2008-2010 Ford 6.4L Powerstroke with the P1 Race Parts CFAL457 4" Installer Series Race Component Kit. P1 Race Parts Installer Series Race Component Kit is built from Aluminized Steel and comes complete with OE style hangers and clamps for an easy





- No Bungs
- 4" Aluminized Steel
- OE Style Hangers For Easy Installation
- Maximum Flow For Competition Applications

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



## DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

Search ...

info@dieselology.com

# P1 Race Parts CFAL465 3.5" Installer Series Race Component Kit

HOME / SHOP / RACE COMPONENT KIT / P1 RACE PARTS CFAL465 3.5" INSTALLER SERIES RACE COMPONENT KIT

Home / Shop / P1 Race Parts CFAL465 3.5" Installer Series Race Component Kit



# P1 Race Parts CFAL465 3.5" Installer Series Race Component Kit

**$399.99**

3.5 " Race Pipe without bungs, AL



| 1 |
|---|

🛒 **ADD TO CART**

---

**UPC:** 882963127006
**SKU:** CFAL465
**Category:** Race Component Kit

   

| Description | Additional information | Reviews (0) |
|---|---|---|

## Description

Stay at the top on race day in your 2018-2019 Ford 3.0L Powerstroke with the P1 Race Parts CFAL465 3.5" Installer Series Race Component Kit. P1 Race Parts Installer Series Race Component Kit is built from Aluminized Steel and comes complete with OE style hangers and clamps for an

easy installation.

**Features:**

- No Bungs
- 4" Aluminized Steel
- OE Style Hangers For Easy Installation
- Maximum Flow For Competition Applications

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement





2017-2023 L5P Duramax DPF
EGR Tuning Package

**$1,599.99**



GDP402C – 2017-2020 Chevy
Colorado/GMC Canyon 2.8L
Diesel (MPVI2 w/tuning & 4 vin
licenses)



GDP401C – 2016 Chevy
Colorado/GMC Canyon 2.8L
Diesel (MPVI2 w/tuning & 2 vin
licenses)



GDP602D – 20-21 DODGE 3.0L
EcoDiesel 1500/2020 Jeep 3.0L
EcoDiesel Wrangler & Patriot
(MPVI2 w/tuning & 6 vin li-
censes) (needs issued MOD#)
(see GDPMODH)



GDP601D – 14-19 DODGE 3.0L
EcoDiesel 1500/14-18 Jeep 3.0L
EcoDiesel Cherokee (MPVI2
w/tuning & 4 vin licenses)

**$1,500.00**

**$1,100.00**




GDP LML 2011-2015 ASO TCM
TUNING

**$299.99**

**$1,400.00**



GDP411034 – 15-16 Duramax
T87 Transmission Tuning (Ez
Lynk platform)

**$299.99**



(RPDWDSP5LB7H, EZA50) EZ
LYNK LML A50 TCM TUNING

**$600.00**



GDP 4 Week Lynk Support
(Emissions Compliant Tuning)

**$600.00**

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



**DIESELOLOGY**

HOME     ABOUT     FAQ     SHOP     CONTACT

Search ...

info@dieselology.com

# (RPDWDSP5LB7H, EZA50) EZ LYNK LML A50 TCM TUNING

HOME / SHOP / TUNERS & PROGRAMMERS / (RPDWDSP5LB7H, EZA50) EZ LYNK LML A50 TCM TUNING

Home / Shop / (RPDWDSP5LB7H, EZA50) EZ LYNK LML A50 TCM TUNING



# (RPDWDSP5LB7H, EZA50) EZ LYNK LML A50 TCM TUNING

## $600.00

| 1 |
| :---: |

**🛒 ADD TO CART**

---

**UPC:** N/A

**SKU:** GDP411033

**Categories:** EGR Upgrades, Transmissions, Tuner, Tuners & Programmers, Tuning

  

| Description | Product Specifications | Reviews (0) |
| :---: | :---: | :---: |

## Description

(RPDWDSP5LB7H, EZA50) EZ LYNK LML A50 TCM TUNING

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

Search ...     info@dieselology.com

## 2017-2023 L5P Duramax DPF EGR Tuning Package

HOME / SHOP / PROGRAMMERS / HP TUNERS / 2017-2023 L5P DURAMAX DPF EGR TUNING PACKAGE

Home / Shop / 2017-2023 L5P Duramax DPF EGR Tuning Package



## 2017-2023 L5P Duramax DPF EGR Tuning Package

**$1,599.99**

★★★★★ (2 customer reviews)

**Free Ground Shipping**

2017-2023 L5P Duramax DPF EGR DELETE tuning package

Please select options, **required** products below ***YOU MUST DO ALL UNDER REQUIRED***

*TUNE (Included in Base Price)

*ECM (Unlocked, Send in or unlock cable do it at home)

*HP TUNER DEVICE MPVI2+ or MPVI3

*Credits (8 for ECM only)

*Communication Plugs

*Downpipe

*Exhaust

*Cooler Upgrade Kit

**Optional Items**

Privacy - Terms

 

**TCM

**TCM Tune

**TCM Credits 4

***FASS PUMP MUST BE PURCHASED AT TIME OF SALE BECAUSE THE TUNE NEEDS TO BE ADJUSTED.

JUST **ADD** ITEMS TO THE CART TO GET A ESTIMATE, DO **NOT** EMAIL US FOR AN ESTIMATE. READ**

## Description:

**Switch On The Fly (5 Tunes).**

Switch between Light Tow, Heavy Tow, Sport Economy, Hot Street, Race or Base Stock (described below inclusions).  Switch tunes right from your steering wheel.

## Required Options *

* (required for ECM tuning, only optional if you own them already)

**Modified ECM Purchase** (Engine Control Module)

- We ship a modified unlocked ECM within 48 hrs
- Allows continued use of your truck vs removing & shipping your existing ECM
- Keep your original ECM if you ever trade or need dealer servicing
- No core purchase required

**HP Tuners MPVI2 Hardware**

- Bluetooth, Expansion Port, Mobile Device Support
- Read your engine, Write our tested Tunes, Drive better
- VCM (Vehicle Control Module) Editor, Scanner and USB cables
- Most powerful scanning, diagnostic and logging

**8 HP Universal Credits**

 Options

**CAN Communication Harness**

- used when exhaust sensors are disconnected
- communicates with the fuel tank level
- re-establishes communication between ECM & fuel tank components

Transmission tuning is not yet available for 2020, 2021 models

## About our included 5 Tunes

**Heavy Tow Tune**

- For those towing from 8,000 lbs up to GVWR (Gross Vehicle Weight Rating)
- + 90 RWHP, + 120 ft-lbs torque over factory
- Wider torque curve assists heavy loads
- Perfect balance of sport driving & functionality
- Exhaust temperatures drop up to 100F under full load

**Light Tow Tune**

- For those towing any load up to 8,000 lbs
- + 110 RWHP, + 200 ft-lbs torque over factory
- Designed for weekend tower, boats, small tractors, etc
- Perfect balance of sport driving & functionality
- Unhook and enjoy a sportier drive

**Sport Economy Tune**

- Fun "unloaded" daily driving
- For driving around town, highways
- Impress your friends
- Put a smile on your face
- + 140 RWHP, +300 ft-lbs torque over factory
- Puts your vehicle near the 550 RWHP mark
- Not for consistent daily driving until transmission tuning available

**Hot Street Tune**

- Bridge between Sport Economy and Race
- A little more aggressive than Sport Economy
- Behaves nicely on the street
- + 170 RWHP, +400 ft-lbs torque over factory
- Puts your vehicle near the 580 RWHP mark
- Not for consistent daily driving until transmission tuning available

**Race / Max Effort Tune**

- Maxes out the factory Turbo
- + 210 RWHP, + 500 ft-lbs torque over factory
- Puts your vehicle near the 600 RWHP 1360 ft-lbs mark
- Up to 620 RWHP / 1380 ft. lbs with WC Fab turbo mouthpiece
- Not for consistent daily driving until transmission tuning available

**Base Stock Tune**

- Refined factory settings
- Smoother running engine & power delivery
- Reduced exhaust temperatures
- Leaves factory rev limit in place

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

**Year Make and Model** *

*Please enter the year make and model of truck along with VIN*

[                                        ]

**Tuning Style** *

*Please Select Tune Style*

[ Select an option...                    ▾ ]

**ECM CHOICE** *

*Please select HP TUNERS ECM*

[ Select an option...                    ▾ ]

**TUNING DEVICE** *

*Please select Tuning Device and Credits (8 needed for ECM, 4 for TCM only 17-23)*

[ Select an option...                    ▾ ]

**Exhaust** *

*Please Select Exhaust*

[ Select an option...                    ▾ ]

**Exhaust** *

*Select Exhaust Options*

[ Select an option...                    ▾ ]

**EGR**

*Please Select Egr*

[ None                                   ▾ ]

**Communication Plugs**

*Please Select Communication Plugs*

[ None                                   ▾ ]

**TCM**

*2017-2019 2020-2023 TCM TUNING ONLY*

[ None                                   ▾ ]

**TCM Hardware**

*2017-2019 2020-2023 TCM HARDWARE*

None ⌄

1

🛒 ADD TO CART

---

UPC: N/A

SKU: 2017-2021 L5P Duramax Package

Categories: HP TUNERS, HP TUNERS, Programmers

Tags: Chevrolet, diesel, e41, ecu, GMC, l5p, PCM, Service, silverado, truck, Upgrade

🔘 🔘 🔘 🔘 🔘 🔘

---

Description | Product Specifications | Reviews (2)

## Description

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement

# DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

Search ...    info@dieselology.com

## GDP401C – 2016 Chevy Colorado/GMC Canyon 2.8L Diesel (MPVI2 w/tuning & 2 vin licenses)

HOME  /  SHOP  /  HP TUNERS  /  GDP401C – 2016 CHEVY COLORADO/GMC CANYON 2.8L DIESEL (MPVI2 W/TUNING & 2 VIN LICENSES)

Home  /  Shop  /  GDP401C – 2016 Chevy Colorado/GMC Canyon 2.8L Diesel (MPVI2 w/tuning & 2 vin licenses)



### GDP401C – 2016 Chevy Colorado/GMC Canyon 2.8L Diesel (MPVI2 w/tuning & 2 vin licenses)

$1,400.00

| 1 |
| --- |

🛒 ADD TO CART

UPC: 681565330896
SKU: GDP401C
Category: HP TUNERS

| Description | Additional information | Reviews (0) |
|---|---|---|

## Description

2016 Chevy Colorado/GMC Canyon 2.8L Diesel (MPVI2 w/tuning & 2 vin licenses)

MPVI2

Credits (2x)

Performance Tune

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

HOME     ABOUT     FAQ     SHOP     CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



**DIESELOLOGY**

HOME ABOUT FAQ SHOP CONTACT

# GDP402C – 2017-2020 Chevy Colorado/GMC Canyon 2.8L Diesel (MPVI2 w/tuning & 4 vin licenses)

HOME / SHOP / HP TUNERS /

GDP402C – 2017-2020 CHEVY COLORADO/GMC CANYON 2.8L DIESEL (MPVI2 W/TUNING & 4 VIN LICENSES)

Home / Shop / GDP402C – 2017-2020 Chevy Colorado/GMC Canyon 2.8L Diesel (MPVI2 w/tuning & 4 vin licenses)



## GDP402C – 2017-2020 Chevy Colorado/GMC Canyon 2.8L Diesel (MPVI2 w/tuning & 4 vin licenses)

**$1,100.00**

| 1 |

🛒 ADD TO CART

UPC: 681565330919
SKU: GDP402C
Category: HP TUNERS
Tag: 2016 2.8L Chevy Colorado/GMC Canyon

✉ info@dieselology.com

## Description

17-20 Chevy Colorado/GMC Canyon 2.8L Diesel (MPVI2 w/tuning & 4 vin licenses)

MPVI2

Credits (4x)

Performance Tune

**Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product for itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws**

# Dieselology

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement



DIESELOLOGY

HOME    ABOUT    FAQ    SHOP    CONTACT

info@dieselology.com

# GDP411034 – 15-16 Duramax T87 Transmission Tuning (Ez Lynk platform)

HOME / SHOP / TUNERS & PROGRAMMERS / GDP411034 – 15-16 DURAMAX T87 TRANSMISSION TUNING (EZ LYNK PLATFORM)

Home / Shop / GDP411034 – 15-16 Duramax T87 Transmission Tuning (Ez Lynk platform)


Privacy • Terms



$299.99

| 1 |

🛒 ADD TO CART

UPC: N/A
SKU: GDP411034
Categories: EGR Upgrades, Transmissions, Tuner, Tuners & Programmers, Tuning

| Description | Product Specifications | Reviews (0) |

## Description

(RPDWDSP5LB7H, EZA50) EZ LYNK LML A50 TCM TUNING



info@dieselology.com

own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws

# Dieselology

HOME    ABOUT    FAQ    SHOP    CONTACT

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement

## Description

Customer Notification and Disclaimer of Liability. This is a race-only product. It is not legal for sale or use on pollution controlled vehicles that are driven on public streets, roads, or highways. Buyer's use or installation of this product itself or for Buyer's customer is at Buyer's own risk. The Buyer is responsible for obeying federal, state, and local laws. Only Buyer can determine the end customer's use and thus assumes any and all liability hereby waiving any and all claims against Dieselology in the sale of this product to the maximum extent permissible by law. Make sure to abide by all local, state, and federal laws, including emissions, vehicle safety, and traffic laws. It is Buyer's responsibility to know what those laws are and how they apply to Buyer or Buyer's customer. This product is designed and intended solely for legally-organized and sanctioned, closed- course, off-road competition use and is not for use on public streets, roads, or highways. This Product is capable of disabling the emissions system on some vehicles. Use on public streets, roads, or highways is a violation of federal and certain state (including California) and local environmental laws

Related

2023-2024 FORD 6.7L POWERSTROKE DPF EGR Delete Kit
March 12, 2024
Similar post

2020-2021 FORD 6.7L POWERSTROKE DPF EGR Delete Kit
August 23, 2021
Similar post

GDP68000U – 2018+ CUMMINS OBDII SPLITTER UNLOCK (works on Efi Live and Ez Lynk platforms)
March 19, 2021
Similar post

All rights reserved. Privacy Policy | Terms and Conditions | Refund Policy | Cookie Policy | Accessibility Statement

Ex. M

## SUPREME COURT - STATE OF NEW YORK

**Present:**

**Hon. Catherine Rizzo**
**Acting Justice of the Supreme Court**

—————————————————————————————————X

THE LCF GROUP, INC.,

                                **Petitioner,**

                -against-

SPECTRUM WHOLESALE, INC., d/b/a
SPECTRUM WHOLESALE a/k/a DIESELOLOGY
and THOMAS CICCARELLI,

                         **Respondents.**

—————————————————————————————————X

TRIAL/IAS, PART 43
NASSAU COUNTY

INDEX NO.: 607262/2024
X   X   X
MOTION SUBMISSION
DATE: 11/19/24

MOTION SEQUENCE
NO.: 001, 002

      The following e-filed documents for Motion Sequence 001 and 002 listed by NYSCEF and attachments and exhibits thereto have been read on this motion:

Motion Sequence 001

      Notice of Petition and Petition……………………… X
      Affidavits/Affirmations in Opposition…………….. X
      Reply Affidavit/Affirmation……………………….. X

Motion Sequence 002

      Notice of Motion and Affidavits/Affirmations…….. X
      Affidavits/Affirmations in Opposition…………….. X
      Reply Affidavit/Affirmation……………………….. X

      The petitioner moves this Court for an order confirming the arbitration award annexed to the petition pursuant to CPLR §7510 and directing judgment to be entered pursuant to CPLR§7514. The respondents oppose the petition and cross-moves for an order vacating the petitioner's award pursuant to CPLR §§7511(b)(1)(iv) and (b)(2)(i), declaring that the underlying contracts are void for violation of Penal Law §190.40, vacating the petitioner's arbitration award for lack of proof of actual mutual assent to the arbitration clause and guaranty, and awarding attorney's fees and damages pursuant to RICO 18 U.S.C. 1962 on the grounds that the petitioner is an allegedly criminal enterprise engaged in the act of usury causing damage to the respondents.

The petitioners oppose the cross-motion and submit a reply to the respondents' opposition. The respondents submit a reply.

## Background

The Verified Petition alleges the following facts: the parties entered into an agreement on November 27, 2023 ("Agreement") whereby the petitioner agreed to purchase respondent Spectrum Wholesale, Inc. d/b/a Spectrum Wholesale a/k/a Dieselology's ("Spectrum") future receivables having a value of 145,000.00 for the sum of $100,000.00. The Agreement was guaranteed by respondent Thomas Ciccarelli ("Ciccarelli"). The petitioner performed its duties under the Agreement by remitting the $100,000.00. Spectrum initially made the required payments pursuant to the terms of the Agreement. However, Spectrum stopped making payments as of January 19, 2024 and, as so, was in default.

Section VI of the Agreement provides in pertinent part that "any dispute, claim or controversy arising out of or relating to this agreement, the security agreement or the guaranty(s) herein, or the breach of any of the said agreement, security agreement or the guaranty(s), shall be, at the election of either party, settled by arbitration administered by Mediation and Civil Arbitration, Inc. (www.mcarbitration.org) in accordance with its Arbitration Rules & Procedures effective at the time of the claim is made, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof." As a result of the respondents alleged default, the petitioner filed a Demand for Arbitration and Arbitration Statement, which were served on the respondents along with a copy of Mediation & Civil Arbitration, Inc.'s Commercial Arbitration Rules. The respondents were also notified they had seven days to interpose a response. The final arbitration award was issued in favor of the petitioner on April 11, 2024. The petition seeks to have the arbitration award in the amount of $154,052.49, plus an award of interest from the April 11, 2024, all of Petitioner's costs of confirming the arbitration award.

## Applicable Law

"It is well settled that a court may vacate an arbitration award only if it violates a strong public policy, is irrational, or clearly exceeds a specifically enumerated limitation on the arbitrator's power. Even where an arbitrator has made an error of law or fact, courts generally may not disturb the arbitrator's decision." (*Matter of Falzone v. New York Cent. Mut. Fire Ins. Co.*, 15 N.Y.3d 530, 534). "In furtherance of the laudable purposes served by permitting consenting parties to submit controversies to arbitration, the law has adopted a policy of noninterference, with few exceptions, in this mode of dispute resolution." (*Sprinzen v. Nomberg*, 46 N.Y.2d 623, 629). "In reviewing an arbitrator's award, a court will not set it aside for errors of law or fact unless the award is so irrational as to require vacatur." (*Panton v. Allstate Ins. Co.*, 173 A.D.2d 831, 831).

"New York courts have long recognized that parties to an arbitration agreement may prescribe a method of service different from that set forth in the CPLR. Indeed, the parties may agree to other methods for service, either by stipulating the manner in the arbitration clause or,

2

more generally, by adopting the arbitration rules of an arbitration agency. Where . . . parties agree to the manner in which a demand for arbitration can be served, they do not have to comply with the service requirements established by CPLR 7503(c). Where parties to an arbitration agreement have consented to an alternative method of service, the method of service by which parties have agreed to be bound must be complied with according to the exact terms thereof in order that the requirements of due process be satisfied." (*Matter of New Brunswick Theol. Seminary v. Van Dyke*, 184 A.D.3d 176, 180).

## Discussion

The respondents in opposition to the Verified Petition and in support of their cross motion argue that the petitioner is a usurious lending enterprise that utilizes rapidruling.com, which is allegedly an "arbitration judgment mill" that "engages in a practice of falsely claiming jurisdiction over parties who do not agree and/or refuse to engage in their arbitration platform, refuses to allow parties to engage in any sort of discovery, does not permit hearings or oral arguments and otherwise sets deadlines and rules which contradict the statutory rights of a party engaged in arbitration through a 'take it or leave it' digital platform, with no human contact for the [r]espondents throughout." In particular, the respondents allege that the arbitrators at rapidruling.com are biased in that the parties are "not entitled to interview witnesses, conduct discovery, cross examine opposing parties' witnesses or otherwise, unless the controversy exceeds one million dollars." When the respondents allegedly notified rapidruling.com that they did not consent to it handling the arbitration, rapidruling.com issued the arbitration award on default. In addition, the respondents claim that they were not properly served with notice of the arbitration and that the notice was deficient.

Here, the Court is not persuaded by the respondents' arguments that rapidruling.com, the arbitration entity used by the petitioner, is biased. As an initial matter, while the respondents contend that the notice was improperly served and deficient, they nevertheless concede having received the notice. Moreover, as argued by the petitioner in opposition, the respondents were served in accordance with the terms of the Agreement as well as pursuant rapidruling.com's Commercial Arbitration Rules. (*Id.*). In any event, the respondents' claim that rapidruling.com is biased is unsubstantiated. Although the respondents may not have agreed with rapidruling.com serving as the arbitrator, they nevertheless opted not to submit any statements regarding service or arguments in opposition to the petitioner's contentions. As such, the respondents' contentions are conclusory and the respondents' have failed to demonstrate that the arbitrator's arbitration award granted on default is so irrational as to require vacatur. (*Panton*, 173 A.D.2d at 831).

The Court has considered the remaining contentions of the parties and finds that they do not require discussion or alter the determination herein.

In light of the foregoing, it is hereby

ORDERED, that the petitioner's petition (Motion Sequence 001) for an order confirming the arbitration award and directing judgment to be entered is granted, and it is further

3

ORDERED, that the respondents' cross-motion (Motion Sequence 002) for an order vacating the arbitration award is denied, and it is further

ORDERED, that the petitioner is hereby directed to settle judgment on notice. A copy of this order with notice of entry shall accompany the proposed judgment

This hereby constitutes the decision and order of this Court.

ENTER:

HON. CATHERINE RIZZO, A.J.S.C.

Dated: March 17, 2025

**ENTERED**

**Mar 18 2025**

NASSAU COUNTY
COUNTY CLERK'S OFFICE

4