# AFFIDAVIT OF SERVICE

Vince Di Marco, hereby affirms and states as follows:

In the case of *United States v. Spectrum Wholesale, Inc. et al.*, No. 2:25-cv-00127 (JMA)(JMW) (EDNY) on the 30th day of May 2025 at approximately 03:14 P.M. at 1395 Lakeland Avenue, Suite 14, Bohemia, New York 11716, I personally served the Defendants, Thomas J. Ciccarelli and Spectrum Wholesale, Inc., by handing a copy of the following documents to Thomas J. Ciccarelli:

- Notice of Motion for Default Judgment, Including Civil Penalties and a Permanent Injunction Pursuant to Fed. R. Civ. P. 55
- The United States' Memorandum of Law in Support of Its Motion for a Default Judgment for a Permanent Injunction Restraining Defendants From the Sale of Aftermarket Defeat Products and Civil Penalties
- (Proposed) Default Judgment Pursuant to Fed. R. Civ. P. 55 and Permanent Injunction
- Declaration of Richard Kan in Support of the United States' Motion for a Default Judgment, Permanent Injunction, and Civil Penalties; Exhibits A-M

The undersigned affirms under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
May 30, 2025

_____
Special Agent Vince Di Marco
Office of Inspector General
U.S. Environmental Protection Agency